AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL
RECEIVED
SEP 1 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

ALAN I. VEYS

SUMMONS IN A CRIMINAL CASE

Case Number: 1:06-cr-00003-01-JWS-PMP

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| U.S. Courthouse<br>709 West 9th Avenue, Ninth Floor<br>Juneau, Alaska. | 6 |
| Before: Magistrate Judge Philip M. Pallenberg | Date and Time<br>9/21/2006 at 11:00 a.m. |

To answer a(n)
[XX] Indictment  [] Information  [] Complaint  [] Violation Notice  [] Probation Violation Petition

Charging you with a violation of:

Brief description of offense:
18:371, 2 - CONSPIRACY - Count 1
16:3372(a)(2)(A), 3373(d)(1)(B), 18:2 - WILDLIFE TRAFFICKING - Counts 2-5
16:3374(a)(2) FORFEITURE ALLEGATION - Count 14

Ida Romack, Clerk of Court
Signature of Issuing Officer

redacted signature    Deputy Clerk
                     Issuing Officer

July 21, 2006 at Anchorage, Alaska
Date and Location

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  SA S. Friberg   USFWS             Date  8/11/06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☑ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: with defendants Attorney Brent Cole via FEDEX

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 08/15/06         Randy M Johnson
            Date              Name of United States Marshal

                              _____
                              (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

# FedEx

US Home | Information Center | Customer Support | Site Map

Español | Search | Go!

**Package / Envelope Services** | Office / Print Services | Freight Services | Expedited Services

Ship | **Track** | Manage My Account | International Tools

## Track Shipments
## Detailed Results

Printable Version | Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | | **Delivered to** | Receptionist/Front Desk | **Wrong Address?** |
| **Signed for by** | C.C | **Service type** | Standard Envelope | Reduce future mistakes by using FedEx Address Checker. |
| **Ship date** | Aug 9, 2006 | | | |
| **Delivery date** | Aug 11, 2006 10:44 AM | | | **Tracking a FedEx SmartPost Shipment?** |
| **Status** | Delivered | | | Go to shipper login |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 11, 2006 | 10:44 AM | Delivered | | |
| | 9:09 AM | On FedEx vehicle for delivery | ANCHORAGE, AK | |
| | 8:07 AM | At local FedEx facility | ANCHORAGE, AK | |
| | 12:01 AM | Arrived at FedEx location | OAKLAND, CA | |
| Aug 10, 2006 | 9:53 AM | Left origin | JUNEAU, AK | |
| Aug 9, 2006 | 3:19 PM | Picked up | JUNEAU, AK | Package received after FedEx cutoff |
| | 3:19 PM | At local FedEx facility | JUNEAU, AK | |

**Take 15% off** list rates on eligible FedEx Express® online shipments.

Learn more >>

[ Signature proof ]  [ Email results ]  [ Track more shipments ]

**Subscribe to tracking updates (optional)**

Your Name:         Your Email Address:

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2006 FedEx

**FedEx USA Airbill**

1. **From**
   Date: 8/8/06
   Sender's Name: SAS FRIBERG  Phone: (907) 586 7545
   Company: US FISH/WILDLIFE SERV.
   Address: 3000 Vintage Blvd
   City: JUNEAU  State: AK  ZIP: 99801

2. **Your Internal Billing Reference**

3. **To**
   Recipient's Name: BRENT COLE  Phone: (907) 277 8001
   Company: THE LAW OFFICES OF WINSTON & COLE
   Address: 745 W 4th Ave #502
   City: Anchorage  State: AK  ZIP: 99501

**Package Service**: FedEx Standard Overnight

**Packaging**: FedEx Envelope

**Payment Bill to**: Sender

Total Packages: 1

0200

446