MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ALAN J. VEYS   CASE NO. 1:06-cr-0003-01-JWS-PMP
Defendant: _X_ Present   _X_ On Summons

BEFORE THE HONORABLE   PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:   SUSAN EVANS

UNITED STATES ATTORNEY:   ROBERT ANDERSON

DEFENDANT'S ATTORNEY:   BRENT COLE

U.S.P.O.:   PAULA McCORMICK*
X Telephonic Appearance

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT   HELD: SEPT. 21, 2006 at 11:00 a.m.

------------------------------------------------

At 11:17 a.m. court convened.

_X_ Copy of Ind given to defendant: (waived reading).

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: ALAN J. VEYS   Age: 53

_X_ PLEA(S) Not Guilty to Counts 1, 2, 3, 4, 5 and 14.

_X_ Pretrial motions due **October 6, 2006.**

_X_ Counsel advised of trial date: **Pretrial Conference set for November 6, 2006 at 8:30 a.m. Trial set for November 6, 2006 at 9:00 a.m.**

_X_ ORDER SETTING CONDITIONS OF RELEASE FILED.


Adjourned at 11:38 a.m.


DATE: 9-21-06   DEPUTY CLERK'S INITIALS: SE