NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN J. VEYS and<br>JAMES E. JAIRELL,<br><br>Defendants. | ) Case No. 1:06-cr-00003-JWS-PMP<br>)<br>)<br>)<br>) **GOVERNMENT'S UNOPPOSED**<br>) **MOTION TO CONTINUE TRIAL**<br>)<br>)<br>)<br>) *filed on shortened time*<br>)<br>) |

COMES NOW the Plaintiff, United States of America, by and through

undersigned counsel, and respectfully requests that the current pre-trial motion and trial

settings be vacated and reset to a later date of the Court's choosing, preferably during January 2007, to allow additional time for the filing of motions, preparation for trial, and to accommodate scheduling conflicts.

Government counsel has conferred with counsel for defendants VEYS (Brent Cole) and JAIRELL (Kevin Fitzgerald), who assent to, and join in, this motion.

## I.  CURRENT STATUS OF THE MATTER

The indictment in this matter was returned on July 19, 2006. Both defendants are named in Count 1 (Conspiracy) and Counts 2-5 (Lacey Act trafficking).  Defendant JAIRELL is also named in Counts 6-13 (Lacey Act false labeling).  Count 14 is a forfeiture allegation aimed at a vessel owned by defendant VEYS.  The charges arise from a lengthy investigation by the U.S. Fish and Wildlife Service and U.S. Forest Service, during which search warrants were executed at the home of defendant JAIRELL and the business premises of defendant VEYS.

Both defendants were summonsed and arraigned before Magistrate Pallenberg on September 21, 2006.  This was their first appearance in Court on this case; both were released on bail and neither defendant has been incarcerated in connection with this matter.

The government produced discovery to defendant JAIRELL on October 3, 2006, which amounted to over 7,000 pages of scanned documents, more than 20 videotapes and notice that certain physical objects were available for viewing in Juneau.  At the

U S v. Veys, Jairell
1:06-cr-00003-JWS-PMP                   -2-

arraignment, counsel for defendant VEYS announced that we would likely not seek reciprocal discovery in the case.  He has since changed this position and made a formal request for discovery on October 3.  Pursuant to this request, discovery materials will be produced to him within the next few days.

Pretrial motions are currently due today (October 6); joint trial of both defendants is set to begin on November 6 in Juneau.  The parties agree that the case can probably be tried in five days, though it may last a day or two longer.

As of the date of this filing, the government calculates that 15 non-excludable days have elapsed on the speedy trial clock, which is tolled by filing of this motion until its resolution (or the later resolution of any other motions filed prior to its resolution), pursuant to the Speedy Trial Act, specifically 18 U.S.C. § 3161(h)(1)(F).

## II.  <u>FACTUAL GROUNDS FOR THE REQUESTED EXTENSION</u>

A.  Government counsel Anderson is scheduled to attend a family reunion between November 9-12.  Case agent SA Friberg will be out of the United States between December 4-15.

B.  Though the case cannot fairly be characterized as unusual or complex for purposes of the Speedy Trial Act (18 U.S.C. (H)(b)(ii)), discovery is voluminous. Defense counsel have informed the government that they intend to file pre-trial motions, but won't have read through the extensive discovery and prepared such motions for filing by October 6.

U S v. Veys, Jairell
1:06-cr-00003-JWS-PMP                    -3-

C.  Given the amount of discovery and number/nature of the charged counts, trial preparation by both sides will be take a significant amount of time.

### III. SPEEDY TRIAL ISSUES

The government has filed with this motion a proposed order which includes specific ends-of-justice findings required by the Speedy Trial act to justifying exclusion of the delay contemplated herein from speedy trial considerations.  Though counsel for both defendants has informed the government that the defendants would be willing to prospectively waive their speedy trial rights, the parties understand that ths is not possible (See, e.g. Zedner v. United States, 126 S.Ct. 1976, 164 L.Ed2d 749 (2006).

### IV.  CONCLUSION

For the reasons stated herein, the government requests that the Court vacate the current motions and trial setting dates and re-schedule them so that trial of the case can occur in January 2007.


//   //


//   //


//   //


U S v. Veys, Jairell
1:06-cr-00003-JWS-PMP               -4-

RESPECTFULLY SUBMITTED this 6th day of October, 2006.

   /s Robert S. Anderson
ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

  s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
#0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006,
a copy of the foregoing GOVERNMENT'S
UNOPPOSED MOTION TO CONTINUE TRIAL
was served electronically on Brent Cole
and Kevin Fitzgerald.

s/ Steven E. Skrocki

U S v. Veys, Jairell
1:06-cr-00003-JWS-PMP                   -5-