**RECEIVED**

SEP 2 1 2006

CLERK, U.S. DISTRICT COU
JUNEAU, ALASKA

*[signature]*

REDIFORM. 8L808/01808

No. 1114

DATE 9/26/19 06

RECEIVED FROM Alan Jules Weys
ADDRESS PO Box 33497
Juneau, AK 99803
FOR Passport # 075944274
received 9/21/06

DOLLARS $ XX

ACCOUNT / HOW PAID

BY *[signature]*