***AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs **ALAN J. VEYS**   CASE NO.  **1:06-cr-0003-01-JWS-PMP**
Defendant: **X** Present    **X** On Summons

BEFORE THE HONORABLE     **PHILIP M. PALLENBERG**

DEPUTY CLERK/RECORDER:    **SUSAN EVANS**

UNITED STATES ATTORNEY:   **ROBERT ANDERSON**

DEFENDANT'S ATTORNEY:    **BRENT COLE**

U.S.P.O.:             **PAULA McCORMICK***
**X** Telephonic Appearance

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT   HELD: SEPT. 21, 2006 at 11:00 a.m.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:17 a.m. court convened.

**X** Copy of Ind given to defendant: (waived reading).

**X** Defendant sworn.

**X** Defendant advised of general rights.

**X** Defendant advised of charges and penalties.

**X** Defendant states true name: **ALAN J. VEYS**    Age: **53**

**X** PLEA(S) Not Guilty to Counts **1,2,3,4,5 and 14.**

**X** Pretrial motions due **October 6, 2006.**

**X** Counsel advised of trial date: **Pretrial Conference set for November 6, 2006 at 8:30 a.m. Trial set for November 6, 2006 at 9:00 a.m.**

~~**X** ORDER SETTING CONDITIONS OF RELEASE FILED.~~

*****X OTHER: Surrender passport to court.**

Adjourned at 11:38 a.m.

DATE: *****10-24-06**    DEPUTY CLERK'S INITIALS:   **SE**