Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Alan Veys

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES JAIRELL, AND<br>ALAN VEYS<br><br>Defendants. | **STIPULATION TO EXTEND TIME<br>TO FILE WRITTEN MOTIONS**<br><br>Case No. 1:06-cr-00003-JWS-PMP Cr |

NOTICE: <u>A period of excludable delay</u>, under 18 U.S.C. § 3161(h)(1)(F) may result from the filing and the prompt determination for this motion.

Alan Veys, by and through counsel, MARSTON & COLE, P.C., James Jairell, by and through counsel, INGALDSON MAASSEN & FITZGERALD, P.C. and the U.S. GOVERNMENT, by and through counsel, Robert Anderson, (collectively "parties") and hereby file this stipulation to extend time to file written motions in the above-captioned matter. Written motions are due today, December 4, 2006. The parties stipulate to extending the period for filing any written motions to December 20, 2006. The parties are contemplating the production and examination of numerous documents for forensic

LAW OFFICES OF
**MARSTON
& COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

examination. In order to facilitate this undertaking, the parties are agreeing to delay filing of motions to address this issue in an effort to resolve this case. Counsel for Mr. Veys has spoken with both Mr. Fitzgerald and Mr. Anderson and is authorized to prepare this motion on their behalf.

DATED this ___ day of December, 2006, at Anchorage, Alaska.

        MARSTON & COLE, P.C.
        Attorneys for Defendant Alan Veys

By: s/Brent R. Cole, Esq.
    745 West Fourth Ave., Suite 502
    Anchorage, AK 99501
    Phone: (907) 277-8001
    Fax: (907) 277-8002
    Email: cole@pobox.alaska.net
    AK Bar No. 8606074

### CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, a copy of the foregoing Stipulation to Extend Time to File Written Motion was served electronically on:
    Robert Anderson, Assistant U.S. Attorney, Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald.

By: s/ Brent R. Cole, Esq.

**LAW OFFICES OF MARSTON & COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Stipulation to Extend Time to File Written Motions
U.S. v. Veys, et al; Case No. 1:06-cr-00003-JWS-PMP Cr
Page -2