IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-00003-JWS-PMP |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | [PROPOSED] REVISED ORDER |
| vs. ) | FOR PROGRESSION OF A |
| ) | CRIMINAL CASE REGARDING |
| ALAN J. VEYS and ) | PRE-TRIAL MOTIONS |
| JAMES E. JAIRELL, ) | DEADLINE as to Alan J. Veys, |
| ) | James E. Jairell |
| Defendants. ) | |
| ) | |

On December 12, 2006, the government filed a non-opposed motion seeking a continuance of the pre-trial motions deadline in this matter. Having read and considered the motion,

IT IS HEREBY ORDERED:

The prior deadline of December 20, 2006 for pre-trial motions is VACATED. Pre-trial motions in this matter shall be filed on or before January 19, 2007.

IT IS FURTHER ORDERED that the time between the filing date of government's motion to continue and this ORDER shall be excluded from computation under Section 18 U.S.C. § 3161(h)(1)(F) of the Speedy Trial Act due to delay resulting from the consideration, and prompt disposition of, the motion.

IT IS FURTHER ORDERED that the time between the date of this ORDER and the trial date set herein shall be excluded from computation under the Speedy Trial Act, pursuant to Section 18 U.S.C. § 3161(h)(1)(F) due to delay resulting from the consideration of pre-trial motions which may be filed on or before the new deadline set above, through the conclusion of the hearing on, or other prompt disposition of, such motions.

DATED:_____

_____
JOHN W. SEDWICK
U. S. DISTRICT COURT JUDGE