MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *ALAN J. VEYS, et al.*

THE HONORABLE JOHN W. SEDWICK            CASE NO.  1:06-cr-00003-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  December 13, 2006

---

      The court will hold a hearing on the motion to continue trial at docket 25 on **December 26, 2007,** at **9:00 AM** in Courtroom 3 in **Anchorage**.  The court is likely to continue the trial, but wishes to hear well-informed argument from the parties concerning how long a continuance might be necessary.  More information regarding pre-trial preparations should be available by December 26, 2007.  That would allow for a better informed decision on the motion to continue.  Counsel may make arrangements for their clients to participate by telephone if they prefer not to travel to Anchorage for the hearing.

      Consideration of the request to continue pre-trial deadlines will be addressed separately by the magistrate judge.