MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *ALAN J. VEYS, et al.*

THE HONORABLE JOHN W. SEDWICK         CASE NO.  1:06-cr-00003-JWS

PROCEEDINGS:   **AMENDED** ORDER FROM CHAMBERS   December 14, 2006

    The order at docket 29 incorrectly stated the hearing on the motion to continue the trial at docket 25 would be held on December 26, 2007, at 9:00 a.m.  The hearing will be held on **December 26, 2006**, at **9:00 a.m.** in **Anchorage**.  Information regarding pre-trial preparations should be available by **December 26, 2006.**