IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                         )<br>            Plaintiff,                       )<br>                                                         )<br>    vs.                                             )<br>                                                         )<br> ALAN J. VEYS and                  )<br> JAMES E. JAIRELL,                 )<br>                                                         )<br>            Defendants.              ) | Case No. 1:06-cr-00003-JWS-PMP<br><br><br><u>ORDER TRANSFERRING TRIAL</u><br><u>FROM JUNEAU TO</u><br><u>ANCHORAGE</u> |

On December 18, 2006, the government filed a motion, unopposed by defendant JAIRELL, seeking an Order transferring the trial of this matter from Juneau to Anchorage.

Having read considered the motion, and heard argument on the matter at hearing held December 26, 2006, the Court finds that, for the convenience of the defendants and in the interests of the prompt administration of justice:

IT IS HEREBY ORDERED:

That trial of this case is transferred from Juneau to Anchorage and shall occur in Anchorage Courtroom ___ on the date and time stated in a related scheduling Order issued by this Court.


DATED:                                                              _____
                                                                              JOHN W. SEDWICK
                                                                              U. S. DISTRICT COURT JUDGE