Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Alan Veys

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                              )<br>                              Plaintiff,        )<br>                                                              )<br>                       v.                                  )<br>                                                              )<br>JAMES JAIRELL,  AND             )<br>ALAN VEYS                                       )<br>                                                              )<br>                              Defendants.   )<br>                                                              )<br>_____)  | **NOTICE TO THE COURT TO PARTICIPATE TELEPHONICALLY OR RESCHEDULE HEARING**<br><br>Case No. 1:06-cr-00003-JWS-PMP Cr |

NOTICE: A period of excludable delay, under 18 U.S.C. § 3161(h)(1)(F) may result from the filing and the prompt determination for this motion.

Alan Veys, by and through counsel, MARSTON & COLE, P.C., hereby requests that Brent R. Cole, counsel for Alan Veys, be allowed to participate telephonically at the December 26, 2006 hearing regarding the motion to continue trial, or in the alternative, that the hearing be rescheduled to a earlier time on December 26, 2006.

Mr. Cole has been in Dillingham since December 8, 2006, preparing for and attending

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Notice to the Court
U.S. v. Veys, et al; Case No. 1:06-cr-00003-JWS-PMP Cr
Page 1 of 3

a criminal trial. Counsel was scheduled to return to Anchorage on December 18, 2006. Judge Bolger, the judge assigned to the case in Dillingham, requested counsel stay in Dillingham until the jury has reached a verdict. The jury reached a verdict late in the evening on December 19th. Counsel will be back in his office in the afternoon of Wednesday, December 20th, 2006. Counsel is currently scheduled to out-of- state on December 26th, 2006 at 10:00 a.m. Airport security requires being present at the airport 2 hours prior to departure, making it impossible for counsel to participate in person at the currently scheduled 9:00 a.m. hearing. Counsel is scheduled to return to Alaska on or about January 3, 2007. Counsel requests that the court either move the hearing time earlier on December 26th or he be allowed to participate telephonically. Counsel for Mr. Veys does not oppose Mr. Anderson's telephonic participation in this matter.

DATED this 20th day of December, 2006, at Anchorage, Alaska.

MARSTON & COLE, P.C.
Attorneys for Defendant Alan Veys

By: s/Brent R. Cole, Esq.
745 West Fourth Ave., Suite 502
Anchorage, AK 99501
Phone: (907) 277-8001
Fax: (907) 277-8002
Email: cole@pobox.alaska.net
AK Bar No. 8606074

LAW OFFICES OF
**MARSTON & COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Notice to the Court
U.S. v. Veys, et al; Case No. 1:06-cr-00003-JWS-PMP Cr
Page 1 of 3

CERTIFICATE OF SERVICE

    I hereby certify that on December 20, 2006, a copy of the foregoing was served electronically on:

    Robert Anderson, Assistant U.S. Attorney, Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald.

By: _s/ Brent R. Cole, Esq._

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Notice to the Court
U.S. v. Veys, et al; Case No. 1:06-cr-00003-JWS-PMP Cr
Page 1 of 3