NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-00003-JWS-PMP |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | GOVERNMENT'S NON- |
| vs. ) | OPPOSED MOTION TO |
| ) | PARTICIPATE BY TELEPHONE |
| ALAN J. VEYS and ) | AT THE DECEMBER 26, 20006 |
| JAMES E. JAIRELL, ) | HEARING. |
| ) | |
| Defendants. ) | |
| _____ ) | *Filed on Shortened Time* |

COMES NOW the Plaintiff, United States of America, by and through

undersigned counsel, and respectfully moves the Court for an order allowing government

counsel Robert S. Anderson, who resides in Montana, to appear by telephone at the hearing in this matter presently scheduled for December 26, 2006 at 9:00 a.m. The government will be also be represented at the hearing by Assistant United States Attorney Steven Skrocki. Counsel for the defendants have expressed their assent to this request in pleadings filed earlier today.

RESPECTFULLY SUBMITTED this 20th day of December , 2006.

   s/ Robert S. Anderson
ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

   s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
#0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2006
a copy of the foregoing was served
electronically on: Bret Cole and Kevin Fitzgerald.


s/Steven E. Skrocki