IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-00003-JWS-PMP |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER |
| vs. ) | GRANTING LEAVE TO |
| ) | APPEAR TELEPHONICALLY |
| ALAN J. VEYS and ) | |
| JAMES E. JAIRELL, ) | |
| Defendants. ) | |
| _____ ) | |

On December 20, 2006, the government filed non-opposed motions seeking permission for government counsel Robert Anderson to appear by telephone from his office in Montana at the hearing in this case scheduled for December 26, 2006 at 9:00 a.m. Having read and considered the motion, and noting the non-opposition of defense counsel to the request,

IT IS HEREBY ORDERED:

That government counsel Anderson be shall be permitted to appear by telephone at the hearing on December 26, 2006 at 9:00 a.m. or such later date and time set for the hearing by the Court.

DATED this _____ day of December, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE