Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Alan Veys

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **AFFIDAVIT OF H.H. "TRES"** |
| JAMES JAIRELL, AND ) | **LEWIS III** |
| ALAN VEYS ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 1:06-cr-00003-JWS-PMP Cr |

STATE OF ALASKA       )
                      ) ss.
FIRST JUDICIAL DISTRICT )

I, H.H. "Tres" Lewis, III, declare:

1. I have been hired as a private investigator on behalf of Alan Veys.

2. I have visited the Division of Occupational Licensing for the State of Alaska in order to review the following documents:

    (a) the Jairell Guide file,

Affidavit of Tres Lewis
Case No. 1:06-cr-00003-JWS PMP cr
Page 1 of 3

1

   (b) Lone Eagle Resort, Inc. Transporter file.

3. I was present with Mr. Moore when he was personally allowed to inspect the documents noted above.

4. I have spoken with Cindy Roccodero, the records custodian of these files on behalf of the Big Game Commerce Services Board, Division of Occupational Licensing, State of Alaska, and I requested the opportunity to have the originals of these documents sent so they could examined by Mr. Moore at his laboratory. She has indicated that absent a court order she will not allow this to occur.

Further your Affiant Sayeth Naught.

Dated this 22 day of December, 2006.

       _____
       H. R. "Tres" Lewis III

SUBSCRIBED AND SWORN TO OR AFFIRMED before me this 22nd day of December, 2006.

| STATE OF ALASKA |
| OFFICIAL SEAL |
| Carrie Tibbitts |
| NOTARY PUBLIC |
| My Commission Expires 4/28/07 |

_Carrie O. Tibbitts_
Notary Public
My Commission Expires 4/28/07

Affidavit of Tres Lewis
Case No. 1:06-cr-00003 JWS-FMH cr
Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on December 22nd 2006, a copy of the foregoing Affidavit of H. H. "Tres" Lewis was served electronically on:

Robert Anderson, Assistant U.S. Attorney
Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald

By: s/ Brent R. Cole, Esq