```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.   ALAN J. VEYS           CASE NO. 1:06-CR-00003-01-JWS
Defendant:  X Not Present   X On Bond

U.S.A. vs.   JAMES E. JAIRELL       CASE NO. 1:06-CR-00003-02-JWS
Defendant:  X Present-Telephonically   X On Bond

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:    ROBERT ANDERSON-TEL / STEVEN SKROCKI

DEFENDANT'S ATTORNEY:       BRENT COLE-TEL / KEVIN FITZGERALD

PROCEEDINGS: HEARING ON MOTION TO CONTINUE TRIAL (DKT 28)
             HELD 12/26/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:12 a.m. court convened.

Court and counsel heard re Motion to Continue Trial (Dkt 28) and Motion to Transfer Trial Venue from Juneau to Anchorage (Dkt 32).

At 9:20 a.m. court recessed until 9:22 a.m.

Court found excludable delay under 18 U.S.C. Section 3161 (h)(8).

Court and counsel heard re Motion to Continue Trial (Dkt 28); **GRANTED.**

As to both defendants, Final Pretrial Conference and Trial by Jury previously set in Juneau for **1/08/07 is VACATED.**

As to both defendants, Final Pretrial Conference in Juneau set for **3/05/07 at 8:30 a.m.** and Trial by Jury in Juneau set for **3/05/07 at 9:00 a.m.**

Magistrate Judge Pallenberg will be rescheduling motion deadlines.

At 9:24 a.m. court adjourned.


DATE:   December 26, 2006        DEPUTY CLERK'S INITIALS:    SCL