Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Alan Veys

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES JAIRELL, AND ) <br> ALAN VEYS ) <br> ) <br> Defendants. ) <br> _____ ) | **AFFIDAVIT OF JUDY CORK** <br><br> Case No. 1:06-cr-00003-JWS-PMP Cr |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

I, Judy Cork affirm and state:

1. I am a legal secretary/paralegal working for Marston & Cole, P.C.

2. I was in contact with David S. Moore today regarding the signing of his affidavit which is being filed with the court today. Mr. Moore has been stuck

LAW OFFICES OF
**MARSTON
& COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of Judy Cork
Case No. 1:06-cr-00003-JWS-PMP cr
Page 1 of 3

in the Denver airport in a snowstorm for the last two days and is currently in route by train from Denver to California and is unable to sign his affidavit at this time.

3. I read the affidavit to him and he is comfortable with the contents of his affidavit. A copy is being emailed and faxed to him today for him to sign as soon as he gets to his office in California.

4. A signed affidavit will be filed with the court as soon as we receive it from Mr. Moore.

Further your Affiant Sayeth Naught.

Dated this 22nd day of December, 2006.

_Judy R. Cork_
Judy R. Cork

SUBSCRIBED AND SWORN TO OR AFFIRMED before me this 22nd day of December, 2006.

_E. B. Marston_
Notary Public in and for the State of Alaska
My commission expires: May 25, 2007

LAW OFFICES OF
MARSTON
& COLE, P.C.
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of Judy Cork
Case No. 1:06-cr-00003-JWS-PMP cr
Page 2 of 3

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2006, a copy of the foregoing Affidavit of Judy Cork was served electronically on:

Robert Anderson, Assistant U.S. Attorney
Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald.


      By: _s/ Brent R. Cole, Esq._

LAW OFFICES OF
**MARSTON & COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of Judy Cork
Case No. 1:06-cr-00003-JWS-PMP cr
Page 3 of 3