Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Alan Veys

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES JAIRELL,  AND )<br>ALAN VEYS )<br>)<br>Defendants. )<br>)<br>_____ ) | **AFFIDAVIT OF DAVID S. MOORE**<br><br><br>Case No. 1:06-cr-00003-JWS-PMP Cr |

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SACRAMENTO   )

I, David S. Moore, declare:

1. I have personal knowledge of the matters set forth herein and, if called upon to testify, could and would competently testify thereto.

2. Counsel for Alan Veys has requested that I conduct a forensic examination of the following documents:

    *   The entire original guide file of James Jairell held by the State of Alaska,

LAW OFFICES OF
**MARSTON
& COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of David S. Moore
Case No. 1:06-cr-00003-JWS-PMP cr
Page 1 of 6

    Division of Corporations, Businesses, and Professional Licensing in Juneau, Alaska.

\*  The entire original transporter file of Lone Eagle Resort, Inc. held by the State of Alaska, Division of Corporations, Businesses, and Professional Licensing in Juneau, Alaska.

\*  The entire original Maritime Licensing file of James Jairell held by the National Marine Vessels Documentation Center in Falling Water, West Virginia.

3. I have viewed the original guide file held by the State of Alaska, Division of Corporations, Businesses, and Professional Licensing in Juneau, Alaska. I have also reviewed a copy of the transporter file in question. I have reviewed copies of certain applications and letters from Mr. Jairell's maritime licensing file. I have noted certain issues which put into question the authenticity of certain documents which form the foundation for the government's case against Mr. Veys and for comparison purposes. I need to review the original documents in my laboratory to conduct further non-destructive testing to validate some of my initial conclusions and make further findings regarding the authenticity of these documents.

4. The government has produced a letter and maritime attestation allegedly signed by Mr. Veys in support of Mr. Jairell's maritime license. I seek to review the entire original file to assist in determining the authenticity of these signatures prior to trial.

5. I am a forensic document examiner, with my offices located in Fair Oaks, California. I have more than thirty years of document and investigative experience, including assignments with the Crime Laboratories of the United States Army, the United States Postal Inspection Service, the

LAW OFFICES OF
**MARSTON & COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of David S. Moore
Case No. 1:06-cr-00003-JWS-PMP cr
Page 2 of 6

Las Vegas Metropolitan Police, and the California Department of Justice. I have received extensive training regarding handwriting identification, ink and document analysis, and examination, reflected in courses from the United States Army, the United States Secret Service, the Federal Bureau of Investigation, the American Academy of Forensic Sciences, and the California Criminalistics Institute. I have been certified as a "Diplomate" of the American Board of Forensic Document Examiners since 1978. From 1999 to 2002, I served as one of the Directors on that Board. Attached as Exhibit "A" is a true and correct copy of my curriculum vitae, summarizing my formal education and professional training, work experience, and professional activities.

6.  I have published numerous articles in the field of forensic document examination in the Journal of Forensic Sciences, including "the Electrostatic Detection Apparatus (ESDA) and its Effect on Latent Prints on Paper," March 1988; "The Importance of Shading Habits in Handwriting Identification: A Case Study," January 1983; the "Evaluation of a Method to Detect the Site of Rubber Erasures by Powder," October 1981. In addition, I have presented numerous papers at meetings and conferences of the American Academy of Forensic Sciences, the American Society of Questioned Document Examiners, the International Association for Identification, the Southwestern Association of Forensic Document Examiners, and the Southeastern Association of Forensic Scientists.

7.  I have presented numerous classes on questioned document subjects to federal, state and local law enforcement officials, both government and private attorneys, as well as to bank and insurance personnel.

8.  I have testified as an expert in the field of questioned documents in justice, municipal, and superior, federal and military courts and administrative hearings in excess of 625 times in more

LAW OFFICES OF
**MARSTON & COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of David S. Moore
Case No. 1:06-cr-00003-JWS-PMP cr
Page 3 of 6

than 20 states throughout the United States.

9. In order to conduct a proper forensic document examination of the original questioned documents noted above, it is my professional opinion that the following tests may be necessary:

    a. Visual examination;

    b. Microscopic examination;

    c. Photographic examination;

    d. Ink examination;

    e. Handwriting examination;

    f. Indentation examination; and

    g. Any other non-destructive examination necessary to determine the authenticity of the questioned document.

10. All proposed examination will be entirely non-destructive to the document and will be conducted in a manner so as not to compromise future additional or confirmatory examinations or testing. Additionally, the original document will not be altered or changed by any of the proposed examinations. I need to review these documents before any other testing is done to the documents.

11. These types of examinations are necessary to evaluate the genuineness of questioned documents. An ink examination allows me to analyze the inks used in the documents and draw conclusions about the use of different inks and to detect whether alterations and/or interlineations have been made. Indentation examinations permit me to draw conclusions about whether certain documents were together when they were originally created and also to ascertain whether there is other information contained on the documents in the form of indentations that may provide insight

LAW OFFICES OF
MARSTON
& COLE, P.C.
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of David S. Moore
Case No. 1:06-cr-00003-JWS-PMP cr
Page 4 of 6

into when the document was created and under what conditions. The other examinations requested may enable me to draw conclusions about the timeframe in which the document was created and about the genuineness of the document.

12.   It is important that I conduct the examination of the questioned document at my laboratory using specialized equipment. The indentation examination, the ink examination, the fluorescence and luminescence examinations require the use of laboratory equipment. For example, the microscope that I use is a stereoscopic trinocular microscope that is not readily portable. The video spectral comparator (VSC) that I use for ink evaluation is also not readily portable. Furthermore, it is often imperative to strictly control lighting conditions during an examination; this can be done in a laboratory setting, but often cannot be done elsewhere.

13.   The various examinations that I have listed and the equipment that I propose to employ during the examination of the questioned document are routine in cases of this nature. Failure to examine the questioned document in a laboratory setting, with proper instrumentation, may result in loss of valuable evidence that would directly address the issue of the document's authenticity.

I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct, except as to matters stated on information and belief, and as to those matters, I believe it to be true.

Executed at Fair Oaks, California this 26 day of December, 2006.

LAW OFFICES OF
**MARSTON
& COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of David S. Moore
Case No. 1:06-cr-00003-JWS-PMP cr
Page 5 of 6

_[signature]_
DAVID S. MOORE

SUBSCRIBED AND SWORN TO OR AFFIRMED before me this ___ day of December, 2006.

_____
Notary Public for the State of California
My Commission Expires: _____

_see attached Jurat._

**CERTIFICATE OF SERVICE**

I hereby certify that on ~~December 2nd,~~ January 1, 2006, a copy of the foregoing Affidavit of David S. Moore was served electronically on:

Steve Skrocki, Assistant U.S. Attorney

Robert Anderson, Assistant U.S. Attorney

Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald

By: s/ Brent R. Cole, Esq.

LAW OFFICES OF
**MARSTON & COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of David S. Moore
Case No. 1:06-cr-00003-JWS-PMP cr
Page 6 of 6

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California

County of Sacramento } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

1
2
3
4
5
6

_____ _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

26 day of December, 2006, by
    Date         Month          Year

(1) David S. Moore
    Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence
  to be the person who appeared before me (.) (,)
  (and

(2) _____
    Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
  to be the person who appeared before me.)

*Gabrielle M. Gonzales*
Signature of Notary Public

[Notary Seal: GABRIELLE M. GONZALES, Commission # 1443795, Notary Public - California, Sacramento County, My Comm. Expires Oct 6, 2007]

Place Notary Seal Above

——— OPTIONAL ———

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit of David S. Moore

Document Date: Dec 26, 2006    Number of Pages: 6

Signer(s) Other Than Named Above: NA

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827



# DAVID S. MOORE
*Forensic Document Examiner*

MOORE DOCUMENT LABORATORY
9010 BARRHILL WAY
FAIR OAKS, CA 95628

PHONE
(916) 989-3205 / (800) 989-3205
www.mooredocs.com

FAX
(916) 989-9674
email: dmoore@mooredocs.com

## CURRICULUM VITAE

DIPLOMATE - American
 Board of Forensic
Document Examiners, Inc.

Southwestern Association
of Forensic Document
Examiners

October 2006

American Academy of
Forensic Sciences

Southern Association
of Forensic Scientists

| | |
|---|---|
| **EDUCATION** | B.S., Criminal Justice, University of Nebraska, Omaha, NB; 1972 (4.0 GPA). |
| | M. Ed., Adult Education, Georgia Southern College, Statesboro, Georgia; 1976 (4.0 GPA). |
| **PROFESSIONAL TRAINING** | Questioned Document Course, US Army Criminal Investigation (CID) Laboratory, Fort Gordon, GA; Jan. 1974 - Dec. 1975. |
| | US Secret Service Questioned Document Course, Washington, D.C.; Nov. 1975. |
| | Survey of Questioned Documents, Federal Bureau of Investigation, Quantico, VA; Jul. 1975. |

Questioned Documents Examination Proficiency Tests, Crime Laboratory Proficiency Testing Program: 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1995, 1996, 1997, 1998 (tests 9806 & 9814), 1999 (tests 99-521 & 99-524), 2000 (tests 00-521 & 00-524), 2001 (test 01-521), 2003 (test 03-521).

Photoshop Class, Southwestern Association of Forensic Document Examiners Meeting, Tempe, AZ; Sep. 2006

How *Frye* and *Daubert* Have Changed the Presentation of Criminalistics and Questioned Documents in Court Workshop; American Academy of Forensic Sciences (AAFS) Meeting, Seattle, WA; Feb. 2006.

Digital Output Devices & Forensic Examination of Electrophotographic Documents Workshops, Southwestern Association of Forensic Document Examiners (SWAFDE) Fall Meeting, Golden, CO; Oct. 2004.

Adobe Photoshop for Forensic Document Examiners, American Academy of Forensic Sciences (AAFS) Meeting, Dallas, TX, Feb. 2004.

Practical Digital Photography Workshop, AAFS Meeting, Atlanta, GA; Feb. 2002.

Tour of Scientific Games, Security Printing Company That Produces Lottery Tickets & Games, AAFS Meeting, Atlanta, GA; Feb. 2002.

Paper Science Related to Questioned Documents Workshop, AAFS Meeting, Atlanta, GA; Feb. 2002.

Detection of Counterfeit Documents Workshop, SWAFDE Fall Meeting, Tempe, AZ; Sep. 2001.

Forensic Examination of Typographic Documents Workshop, SWAFDE Fall Meeting, Tempe, AZ; Sep. 2001.

History of Handwriting, Basic Calligraphy, Sketching, and Signature Workshop; SWAFDE Spring Meeting, Monterey, CA; Mar. 2001.

The 2nd International Symposium on the Forensic Examination of Questioned Documents (sponsored by the FBI), Albany, NY, Jun. 1999.

National Conference on Science and the Law, San Diego, CA, Apr. 1999.

Medical Record Examination Advance Study Workshop (sponsored by ABFDE), San Diego, CA, Mar. 1998.

Exhibit "A"

CURRICULUM VITAE (Cont'd)

| | |
|---|---|
| PROFESSIONAL TRAINING (Cont'd) | Difficult & Complex Handwriting Examinations Seminar, (sponsored by the ABFDE), Burlingame, CA, Jan. 1997.<br>Managing Your Private Practice Seminar, SWAFDE 15th Anniversary Conference, Tucson, AZ, Oct. 1996.<br>The Fifth Annual National Expert Witness And Litigation Seminar, Hyannis, MA; Jun. 1996.<br>Video Spectral Examinations: Imaging Documents Throughout the Spectrum Workshop, AAFS Meeting, Nashville, TN; Feb. 1996.<br>Digital Image Processing for Questioned Document Examiners Workshop, AAFS Meetings, Seattle WA; Feb. 1995 & Nashville, TN; Feb. 1996.<br>Questioned Document Reference Database and Typewriter Classification Database Workshop, AAFS Meeting, Seattle, WA; Feb. 1995.<br>Fluorescence and Luminescence Techniques in Questioned Documents Symposium, California Criminalistics Institute (CCI), CA Department of Justice, Sacramento, CA; Feb. 1992.<br>Courtroom Presentation of Evidence Class, CCI, CA Department of Justice, Sacramento, CA; Oct. 1991.<br>Laser Seminar, Southern California Laser Study Group, Downey, CA; Feb. 1990.<br>Photocopier Workshop, AAFS Meeting, Philadelphia, PA; Feb. 1988.<br>Questioned Documents Signature Seminar, AAFS Meeting, Philadelphia, PA; Feb. 1988. |
| RELEVANT WORK EXPERIENCE | 1994-Present: Full-time private practice as proprietor of *Moore Document Laboratory*, Fair Oaks, CA.<br>1984-1994: Questioned Document Examiner II, California Department of Justice, Sacramento, CA.<br>1982-1984: Examiner of Questioned Documents, Las Vegas Metro. Police Criminalistics Laboratory, Las Vegas, NV.<br>1980-1982: Senior Questioned Document Analyst, Southern Region US Postal Crime Lab, Memphis, TN<br>1980: Questioned Document Examiner II, California Department of Justice, Sacramento, CA.<br>1978-1979: Chief, Questioned Documents Section, US Army CID Laboratory, Fort Gordon, GA.<br>1976-1978: Examiner of Questioned Documents, US Army CID Laboratory, Fort Gordon, GA.<br>1974-1975: Questioned Document Student, US Army CID Lab., Fort Gordon, GA.<br>*1965-1979*: Special Agent, US Army Criminal Investigations (CID) Agency. |
| CERTIFICATE | Board Certified (and Tested) as "Diplomate" of the American Board of Forensic Document Examiners (ABFDE); since 1978. |
| PROFESSIONAL MEMBERSHIPS/ OFFICES HELD | The American Academy of Forensic Sciences (AAFS), Fellow, since 1975.<br>The Southern Association of Forensic Scientists (SAFS), Member, since 1975.<br>The Southwestern Association of Forensic Document Examiners (SWAFDE), Member, since 1985.<br>Northern California Laser Study Group, Member from 1988 - 1994.<br>American Society of Testing & Materials (ASTM), Member since 1997.<br>Document Examiners of Northern California Study Group (DENC) since 1997.<br>Coalition of Private Practice Examiners (COPPE), Member since 1997.<br>National Honor Society of Phi Kappa Phi, Member since 1976.<br><br>Director of the Board of ABFDE; 1999- 2002.<br>Director of the Board of Forensic Specialty Accreditation Board; 2000 -2002. |

CURRICULUM VITAE (Cont'd)

| | |
|---|---|
| PROFESSIONAL MEMBERSHIPS/ OFFICES HELD (Cont'd) | Northern Pacific Regional Representative of SWAFDE; 1998-2003.<br>Northern California Regional Representative of SWAFDE; 1997.<br>Proficiency Testing Committee, SWAFDE, Chairperson, 1989/90.<br>Continuing Education Committee, ABFDE, Chairperson, 1999-2002.<br>Editorial Staff of the Southwestern Examiner, Member, 1992.<br>Public Relations Committee, SWAFDE, Member, 1996/1997.<br>COPPE Representative at Scientific Working Group - Documents (SWGDOC) Subcomittee for Standard Operating Procedures and Terminology, Apr. 1999. |
| PROFESSIONAL MEETINGS | American Academy of Forensic Sciences (AAFS): 1975, 1978, 1980, 1981, 1984, 1985, 1986, 1987, 1988, 1991, 1993, 1995, 1996, 1998, 2000, 2002, 2003, 2004 & 2005.<br>American Society of Question Document Examiners (ASQDE): 1976, 1983, 1988, 1989, 1990, 1994, 1997 & 2001.<br>International Association for Identification (IAI): 1988.<br>Southwestern Association of Forensic Document Examiners (SWAFDE): Spr. 1983, Fall 1985, Fall 1986, Fall 1987, Spr. & Fall 1988, Fall 1989, Spr. 1990, Spr. & Fall 1991, Spr. 1992, Spr. 1993, Spr. 1994, Spr. & Fall 1996, Fall 1997, Spr. & Fall 1998, Spr. & Fall 1999, Spr.& Fall 2000, Spr. & Fall 2001, Spr. & Fall 2002, Spr. 2003, Spr. & Fall 2004, Spr. & Fall 2005 & Spr. & Fall 2006.<br>California State Div. of the International Association for Identification, 1986.<br>Southern Association of Forensic Sciences (SAFS): 1974, 1978, 1979 & 1982.<br>California Association of Criminalists (CAC): Spr. 1989.<br>California State Technical Exchange Program (STEP): 1985, 1989, 1990 & 1991.<br>Northern California Laser Study Group: Nov. 1988, Mar. 1989, Oct. 1989, Jul. 1990, Sep. 1990, Mar. 1991, May 1992, Jan. 1993, & Feb. 1994.<br>Document Examiners of Northern California (DENC) Study Group: Mar., Jun. &. Sep. 1997; Jan., Mar. & Jul. 1998; Mar. & Nov. 1999; Aug. 2000 & May 2003.<br>American Society of Testing & Materials (ASTM) Subcommittee E30.02 Questioned Documents: 1998 & 2002.<br>National Conference on Science and the Law: Apr. 1998; Oct. 2000. |
| PROFESSIONAL PAPERS | An Unusual Signature. Presented at the 1975 Meeting of SAFS. |

- A Comprehensive Two-Year Training Program for Questioned Document Examiners. Presented at the 1976 Conference of ASQDE.
- Determining the Sequence of Ball-Point Pen Writings - A New Method? Presented at the 1977 Meeting of AAFS and Published in Jan. 1978, Journal of Forensic Sciences.
- The Importance of Shading Habits in Handwriting Identification - A Case Study. Presented at the Fall 1978 Meeting of SAFS and Published in Jan. 1983, Journal of Forensic Sciences.
- Evaluation of a Method to Detect the Site of Rubber Erasures by Powder. Presented at the Fall 1979 Meeting of SAFS and Published in Oct. 1981, Journal of Forensic Sciences.
- The Identification of an Office Machine Copy of a Printed Copy of a Photographic Copy of an Original Sales Receipt. Presented at the 1981 Meeting of AAFS and Published in Jan 1982, Journal of Forensic Sciences.
- Handprinted Notes from a 13-Year-Old Boy. Presented at the Spring 1983 Meeting of SWAFDE.
- A Case Study of the Dangers of Office Machine Copiers: Beware of Self-Serving Standards. Presented at the 1983 Conference of ASQDE.
- The Importance of Originals: Two Typewriter Case Histories. Presented at the Fall 1985 Meeting of SWAFDE.

3

CURRICULUM VITAE (Cont'd)

| | |
|---|---|
| PROFESSIONAL PAPERS (Cont'd) | <u>The Electrostatic Detection Apparatus (ESDA) and its Effects on Latent Prints on Paper</u>. Presented at the 1986 Meeting of CSDIAI and 1987 Meeting of AAFS and Published in Mar. 1988, Journal of Forensic Sciences. |

- <u>Obtaining Original Typewriter Specimens - A Case Study</u>. Presented at the 73rd Annual Conference (1988) of IAI.
- <u>Conspiracy to Surreptitiously Provide False Nonrequest Known Writings</u>. Presented at the 1989 Meeting of STEP, the 1989 Conference of ASQDE and the Fall 1989 Meeting of SWAFDE.
- <u>The Appearance of Selective Differentiation of Homogenous Ball Pen Ink Lines by Reflected Infrared Irradiation</u>. Presented at the 1989 Conference of ASQDE and Published in the 1990 Vol. 45 issue of the Forensic Science International under the title: <u>Abnormalities Encountered in Infrared Examinations of Ball Pen Writing Over Correction Fluid</u>.
- <u>Page to Book Association Using the Electrostatic Detection Apparatus (ESDA)</u>. Presented at the Spring 1990 Meeting of SWAFDE and 1991 Meeting of AAFS.
- <u>VSC-1 Resolves Confusion between Carbon and Ink Lines</u>. Presented at the Spring 1990 Meeting of SWAFDE, the Jul. 1990 Northern California Laser Study Group and the 1990 Meeting of ASQDE.
- <u>Rainbow Pencils</u>. Presented at the Spring 1990 Meeting of SWAFDE, the 1990 Meeting of STEP, the 1990 Meeting of ASQDE and the 1991 Meeting of AAFS.
- <u>Would You Believe a .308 Caliber Pen?</u> Presented at Spring 1991 Meeting of SWAFDE and the 1991 Meeting of STEP.
- <u>The Care and Feeding of ESDA Documents</u>. Presented at the Spring 1991 Meeting of SWAFDE.
- <u>How to Select a Forensic Document Examiner</u>, Published in the Summer 1991 Vol. 10, No. 2 issue of the Southwestern Examiner; the Summer 1991 issue of The Litigator; the December 1993-January 1994 issue of San Francisco Attorney; in the Fall 1994 Vol. 1, Issue 3 of the Bar Briefs newsletter of the Sonoma County, CA Bar Assoc.; in the Spring 1995, Vol. XVI, No. 2 issue of The Manuscript Society News; in the Oct/Dec 1995, Vol. 1, No. 4, issue of the International Journal of Forensic Document Examiners; included as an enclosure to the January 1997 information pamphlet of the ABFDE.
- <u>Two Pens, One Signature</u>. Presented at Spring 1992 Meeting of SWAFDE.
- <u>An Identification of an Elimination</u>. Presented at Spring 1993 SWAFDE Meeting.

| | |
|---|---|
| COURT TESTIMONY | I have appeared, qualified and testified as an expert in the field of questioned documents in Justice, Municipal, Superior, Federal and Military courts and in Administrative Hearings, as well as in depositions and arbitrations, *in excess of 600 times* in more than 20 states within the United States, including a majority of the counties within California. |
| TEACHING EXPERIENCE | I have presented numerous classes on a variety of questioned document topics to federal, state and local attorneys and law enforcement officials; banking and insurance personnel; private civic organizations and individuals. |
| SPECIAL AWARDS | The *Legion of Merit*, US Army, 1980, for services while Chief of the Questioned Document Section, US Army Criminal Investigation Laboratory, Ft. Gordon, GA. |