Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Alan Veys

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                          )<br>                    Plaintiff,            )<br>                                                          )<br>           v.                                         )<br>                                                          )  **NOTICE OF FILING**<br>JAMES JAIRELL,   AND         )  **PROPOSED ORDER**<br>ALAN VEYS                               )<br>                                                          )<br>                    Defendants.      )<br>_____)  Case No. 1:06-cr-00003-JWS-PMP Cr | |

     Alan Veys, by and through counsel, MARSTON & COLE, P.C., hereby files its Proposed Order Regarding Veys' First Motion for Production of Original Documents attached hereto. This is the Proposed Order in reference to Docket No. 40.

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Notice of Filing Proposed Order
U.S. v. Veys, et al; Case No. 1:06-cr-00003-JWS-PMP Cr
Page 2 of 2

DATED this 8th day of January, 2007, at Anchorage, Alaska.

>MARSTON & COLE, P.C.
>Attorneys for Defendant Alan Veys
>
>By: s/Brent R. Cole, Esq.
>    745 West Fourth Ave., Suite 502
>    Anchorage, AK 99501
>    Phone: (907) 277-8001
>    Fax: (907) 277-8002
>    Email: cole@pobox.alaska.net
>    AK Bar No. 8606074

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, a copy of the foregoing was served electronically on:
Robert Anderson, Steven Skrocki, Assistant U.S. Attorneys, and Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald.

By: s/ Brent R. Cole, Esq.

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Notice of Filing Proposed Order
U.S. v. Veys, et al; Case No. 1:06-cr-00003-JWS-PMP Cr
Page 2 of 2