Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Alan Veys

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **PROPOSED ORDER REGARDING** |
| ) | **VEYS' FIRST MOTION FOR** |
| v. ) | **PRODUCTION OF ORIGINAL** |
| ) | **DOCUMENTS** |
| JAMES JAIRELL,  AND ) | |
| ALAN VEYS ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | Case No. 1:06-cr-00003-JWS-PMP Cr |

UPON CONSIDERATION of Defendant Veys' First Motion for Production of

Original Documents of Jim Jairell's guide licensing file and Lone Eagle Resort, Inc.'s

("Lone Eagle") transporting file, and any responses filed by the respective parties, this

Court makes the following findings:

1.    That Jim Jairell's guide licensing file and Lone Eagle's transporter file are

held by the Department of Occupational Licensing, State of Alaska;

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

2.      That the Court has been informed that the Department of Occupational

Licensing will not allow the originals to be delivered to a third party absent

a court order;

3.      That these documents are evidentiary and relevant to Mr. Veys' defense in

this case;

4.      That they are not otherwise procurable reasonably in advance of trial by

exercise of due diligence;

5.      That Defendant Veys cannot properly prepare for trial without such

production and inspection in advance of trial and that the failure to obtain

such inspection may tend reasonably to delay the trial;

4.      That the application is in good faith and is not intended as a general fishing

expedition; and

5.      That the Defendant needs to conduct non destructive testing on the

questioned documents in advance of trial;

Therefore, the Court issues this written order directing the Department of

Occupational Licensing, State of Alaska, to deliver the original James Jairell guide licensing

file with all applications and documents and the original Lone Eagle Resort, Inc. transporter

licensing file with all applications and documents to Mr. David Moore at the following

address: 9110 Barrhill Way, Sacramento, California 95628.  Mr. Moore will be allowed to

LAW OFFICES OF
**MARSTON
& COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

conduct non-destructive testing on the documents and then shall return the originals to the

State of Alaska.

IT IS SO ORDERED.

DATED THIS __day of _____, 2007.

/s/ JOHN W. SEDWICK____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2006, a copy of the foregoing Proposed Order was served electronically on:

Steve Skrocki, Assistant U.S. Attorney
Robert Anderson, Assistant U.S. Attorney
Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald.

By:  s/ Brent R. Cole, Esq._____

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Order Regarding Vey's First Motion for Production of Original Documents
Case No. 1:06-cr-00003-JWS-PMP Cr
Page 3 of  3