Allen F. Clendaniel
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Defendant Alan J. Veys

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | Case No. 1:06-CR-00003-JWS-PMP |
|---|---|
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| ALAN J. VEYS and JAMES E. JAIRELL | |
| Defendants. | |

  Allen F. Clendaniel of Dorsey & Whitney LLP, hereby enters an appearance on behalf of Alan J. Veys, in the above-captioned matter.  All pleadings, correspondence and other writings should be served as follows:

> Allen F. Clendaniel
> Dorsey & Whitney LLP
> 1031 W. Fourth Avenue, Ste. 600
> Anchorage, Alaska  99501
> Phone:  (907)257-7846
> Fax:  (907)276-4152

DATED this 8th day of January, 2007, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:      /s/ Allen F. Clendaniel
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152
E-mail: clendaniel.allen@dorsey.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 8, 2007, a copy of the foregoing document was served on:

Robert S. Anderson
Steven E. Skrocki
Deborah M. Smith

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

  /s/ Allen F. Clendaniel
     Allen F. Clendaniel
     Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ENTRY OF APPEARANCE - 2
*USA v Veys, et al.,* Case No. 1:06-CR-00003-JWS-PMP
480253\00001