Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Alan Veys

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | **NOTICE CORRECTING** |
| ) | **DOCKET NO. 49** |
| JAMES JAIRELL,  AND  ) | **CORRECTION OF ELECTRONIC** |
| ALAN VEYS  ) | **SIGNATURE PAGE** |
| ) | |
| Defendants.  ) | |
| ) | |
| _____ ) | Case No. 1:06-cr-00003-JWS-PMP Cr |

Alan Veys, by and through counsel, MARSTON & COLE, P.C., hereby files

Notice Correcting Docket No. 49 correction of electronic signature page as attached.

DATED this 8th day of January, 2007, at Anchorage, Alaska.

MARSTON & COLE, P.C.
Attorneys for Defendant Alan Veys

By: s/Brent R. Cole, Esq. _____
     745 West Fourth Ave., Suite 502
     Anchorage, AK 99501
     Phone: (907) 277-8001
     Fax: (907) 277-8002
     Email: cole@pobox.alaska.net
     AK Bar No. 8606074

LAW OFFICES OF
**MARSTON
& COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, a copy of the foregoing was served electronically on:

Robert Anderson, Steven Skrocki, Assistant U.S. Attorneys, and Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald.

By:  s/ Brent R. Cole, Esq.

LAW OFFICES OF

**MARSTON
& COLE, P.C.**

745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Notice to the Court
U.S. v. Veys, et al; Case No. 1:06-cr-00003-JWS-PMP Cr
Page 1 of 2