in Juneau, as opposed to Anchorage will ensure the prompt administration of justice because a number of Alaska witnesses who live in the Juneau area will not have to travel to Anchorage for the trial.

### III. CONCLUSION

Because the alleged offenses occurred in the Juneau area and the Alaska witnesses all live in or near Juneau, the government's motion to transfer trial venue from Juneau to Anchorage should be denied.

DATED this 29th day of December, 2007, at Anchorage, Alaska.

>MARSTON & COLE, P.C.
>Attorneys for Alan Veys
>
>By: s/ Brent R. Cole, Esq.
>745 West Fourth Ave., Suite 502
>Anchorage, AK 99501
>Phone: (907) 277-8001
>Fax: (907) 277-8002
>Email: cole@pobox.alaska.net
>Alaska Bar No. 8606074

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006,
a copy of the foregoing Motion was served
electronically on:

Steve Skrocki,
Assistant U.S. Attorney

Robert Anderson
Assistant U.S. Attorney

Kevin Fitzgerald
Ingaldson, Maassen, Fitzgerald.

By:  s/ Brent R. Cole, Esq.

LAW OFFICES OF
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Motion for Rule 17(c) Subpoena
Case No. 1:06-CR-00003-JWS-PMP CR
Page 6 of 6