

Jim Jairell
PO Box 2153
Laramie, Wyo. 82073

July 27, 2002

US Coats Guard;

Jim Jairell has operated Vessel AK    57009 from May through September 1997 through July 2002. on the inside waters of Alaska Steven's Passage and Frederick Sound total days on the water four hundred and ten days.

Mr. Jairell is very confident and shows good common sense and is very knowledgeable and professional.

If you have any questions please call or write Pybus Point Lodge.

Sincerely Yours;

Alan Veys
President P.P.L. Inc.

EXHIBIT  A
PAGE  1  OF  2

1873 SHELL SIMMONS ROAD • JUNEAU, ALASKA 99801 • (907) 790-4866 • (800) 94 PYBUS

| DEPARTMENT OF TRANSPORTATION - U.S. COAST GUARD CG-7155 (REV 7/01 TEST) | Small Vessel Sea Service Form | OMB-2115-0514 PAGE 1 |
|---|---|---|

### Section I – Applicant Information (Note: Complete One Form per Vessel)

| Name (Last, First, Middle): JAIRELL, JAMES E. | Social Security Number: 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 |
|---|---|
| Vessel Name: NA | Official Number or State Registration Number: AK 57009 |
| Vessel Gross Tons: NA | Length: 32' | Width (if known): 10' | Depth (if known): 4' |
| Propulsion (Motor/Steam/Gas Turbine/Sail/Aux Sail): Gas | Served As: (Master/Mate/Operator/Deckhand/etc.): Operator |

Name of body or bodies of water upon which vessel was underway (Geographic Locations):
Steven's Passage - Alaska
Frederick Sound - Alaska

### Section II – Record of Underway Service

In the block under the appropriate month, write in the number of days you served for that year (you can show more than one year)

| January (year/days) | February (year/days) | March (year/days) | April (year/days) | May (year/days) | June (year/days) |
|---|---|---|---|---|---|
| | | | 1997/ –<br>1998/ –<br>1999/ 20<br>2000/ 16<br>2001/ 24 | 1997/ –<br>1998/ –<br>1999/ 24<br>2000/ 20<br>2001/ – | 1997/ –<br>1998/ 24<br>1999/ 24<br>2000/ 22<br>2001/ – |

| July (year/days) | August (year/days) | September (year/days) | October (year/days) | November (year/days) | December (year/days) |
|---|---|---|---|---|---|
| 1997/ 12<br>1998/ 26<br>1999/ 29<br>2000/ 23<br>2001/ – | 1997/ 16<br>1998/ 24<br>1999/ 23<br>2000/ 20<br>2001/ – | 1997/ 17<br>1998/ 16<br>1999/ 18<br>2000/ 12<br>2001/ – | | | |

| Total number of days operated on this vessel: | 410 | Number of days operated on Great Lakes: | 0 |
|---|---|---|---|
| Average hours underway (per day): | 8-10 | Number of days operated inland: | 0 |
| Average distance offshore: | 20 miles | Number of days operated near coastal: | 410 |

### Section III – Signature and Verification   Applicant Read Before Signing!

I certify that I have operated the above vessel as stated. I am making this statement in order that I, the applicant, may obtain a license/document to operate a vessel under the provisions of Title 46 CFR, as applicable. I understand that if I make any false or fraudulent statement in this certification of service, I may be subject to a fine or imprisonment of up to five (5) years or both (18 U.S.C. 1001).

X Signature of Applicant _____     Date: 12-31-02

**NOTE:**
- If you were not the owner, the Owner, Operator, or Master must complete the remainder of this form.
- If you were the owner of the above vessel, proof of ownership must be provided with this form.

**Owner Read Before Signing!**
I certify that the above individual has operated the above vessel as stated. I am making this statement in order that the applicant may obtain a license to operate a vessel under the provisions of Title 46 CFR, as applicable. I understand that if I make any false or fraudulent statement in this certification of service, I may be subject to a fine or imprisonment of up to five (5) years or both (18 U.S.C. 1001).

X Signature and Title of person attesting to experience     Date: 7-27-02

| Owner's, Operator's, or Master's Name (Last, First Middle): Alan Veys | Owner's, Operator's, or Master's address and phone number: P.O. Box 33497, Juneau, AK 99803     907-790-4866 |
|---|---|

EXHIBIT     A
PAGE   2   OF   2