Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Alan Veys

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **PROPOSED ORDER REGARDING** |
| ) | **VEYS' SECOND MOTION FOR** |
| v. ) | **PRODUCTION OF ORIGINAL** |
| ) | **DOCUMENTS: JAIRELL'S** |
| JAMES JAIRELL,  AND ) | **MARITIME LICENSING FILE** |
| ALAN VEYS ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | Case No. 1:06-cr-00003-JWS-PMP Cr |

UPON CONSIDERATION of Defendant Veys' Second Motion for Production of Original Documents: James Jairell's original maritime licensing file with the U.S. Coast Guard, and any responses filed by the respective parties, this Court makes the following findings:

1.     That Jim Jairell's maritime licensing file is held by the U.S. Coast Guard in Juneau, Alaska;

2.     That the Court has been informed that the U.S. Coast Guard will not allow the originals to be delivered to a third party absent a court order;

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Proposed Order Regarding Defendant's Second Motion for Production
Case No. 1:06-cr-00003-JWS-PMP Cr
Page 1 of  3

3. That these documents are evidentiary and relevant to Mr. Veys' defense in this case;

4. That they are not otherwise procurable reasonably in advance of trial by exercise of due diligence;

5. That Defendant Veys cannot properly prepare for trial without such production and inspection in advance of trial and that the failure to obtain such inspection may tend reasonably to delay the trial;

4. That the application is in good faith and is not intended as a general fishing expedition; and

5. That the Defendant needs to conduct non destructive testing on the questioned documents in advance of trial;

Therefore, the Court issues this written order directing the U.S. Coast Guard, Commanding Officer, Sector Juneau, Regional Exam Center, 2760 Sherwood Lance, Suite #2A, Juneau, Alaska 99801, to deliver the original James Jairell maritime licensing file with all applications and documents to Mr. David Moore at the following address: 9110 Barrhill Way, Sacramento, California 95628.  Mr. Moore will be allowed to conduct non-destructive testing on the documents and then shall return the originals to the U.S. Coast Guard.

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Proposed Order Regarding Defendant's Second Motion for Production
Case No. 1:06-cr-00003-JWS-PMP Cr
Page 2 of 3

IT IS SO ORDERED.

DATED THIS __day of January, 2007.

                HONORABLE JOHN W. SEDWICK
                United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8th, 2007, a copy of the foregoing Proposed Order was served electronically on:

Steve Skrocki, Assistant U.S. Attorney

Robert Anderson, Assistant U.S. Attorney

Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald.

Allen Frank Clendaniel, Dorsey & Whitney LLP

By: s/ Brent R. Cole, Esq.

**LAW OFFICES OF**
**MARSTON & COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002