Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001
Attorneys for Alan Veys

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>        Plaintiff, )<br><br>    v. )<br><br>JAMES JAIRELL, AND )<br>ALAN VEYS )<br><br>        Defendants. )<br>)<br>_____ ) | **AFFIDAVIT OF H.H. "TRES" LEWIS III IN SUPPORT OF DEFENDANT'S SECOND MOTION FOR PRODUCTION**<br><br>Case No. 1:06-cr-00003-JWS-PMP Cr |

| | |
|---|---|
| STATE OF ALASKA )<br>           ) ss.<br>FIRST JUDICIAL DISTRICT ) | |

I, H.H. "Tres" Lewis, III, declare:

1.    I have been hired as an investigator on behalf of Alan Veys.

2.    I have reviewed the U.S. Coast Guard application apparently filed by James Jairell and allegedly verified by Alan Veys and the supporting letter. Both I and Mr. Moore have noted a number of discrepancies with the documents which have been provided.

Affidavit of Tres Lewis in Support of Defendant's Second Motion for Production
Case No. 1:06-cr-00003 JWS-PMP cr
Page 1 of 2

3.      I have spoken with a representative of the U.S. Coast Guard and I

requested the opportunity to have the originals of these documents

examined by our expert. This person indicated that absent a court order,

the U.S. Coast Guard will not allow this to occur.

Further your Affiant Sayeth Naught.

Dated this **8** day of January, 2007.

_____
H.H. "Tres" Lewis III

SUBSCRIBED AND SWORN TO OR AFFIRMED before me this _8th_ day of
January, 2007.

| STATE OF ALASKA |
| OFFICIAL SEAL |
| Carrie Tibbitts |
| NOTARY PUBLIC |
| My Commission Expires 4/28/07 |

_Carrie Tibbitts_____
Notary Public
My commission expires: _4/28/07_____

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, a copy of the foregoing Affidavit of Tres Lewis
was served electronically on:

Robert Anderson, Assistant U.S. Attorney
Steven Skrocki, Assistant U.S. Attorney
Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald.
Allen Frank Clendaniel, Dorsey & Whitney, LLP

By: _s/ Brent R. Cole, Esq._ _____

Affidavit of Tres Lewis in Support of Defendant's Second Motion for Production
Case No. 1:06-cr-00003-JWS-FMP cr
Page 2 of 2