IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES E. JAIRELL and ALAN VEYS,<br><br>    Defendant. | Case No. 1:06-cr-00003-JWS-PMP<br><br><br>ORDER ON MOTION FOR<br>PRODUCTION OF DOCUMENTS |

Defendant Veys has moved for the production of original documents (docket 40). Neither the government nor defendant Jairell has responded to the motion. The court has therefore considered Veys' nonopposed motion and the accompanying affidavits, and makes the following findings:

1. That James Jairell's guide licensing file and Lone Eagle's transporter file are held by the Department of Occupational Licensing, State of Alaska;

2. That the Court has been informed that the Department of Occupational Licensing will not allow the originals to be delivered to a third party absent a court order;

3. That these documents are evidentiary and relevant to Mr. Veys' defense in this case;

4. That they are not otherwise procurable reasonably in advance of trial by exercise of due diligence;

5. That Defendant Veys cannot properly prepare for trial without such production and inspection in advance of trial and that the failure to obtain such inspection may tend reasonably to delay the trial;

6. That the application is in good faith and is not intended as a general fishing expedition; and

7. That the Defendant needs to conduct non destructive testing on the questioned documents in advance of trial;

Therefore, the Court GRANTS defendant Veys' motion and enters the following specific orders:

1. The Department of Occupational Licensing, State of Alaska, shall deliver the original James Jairell guide licensing file with all applications and documents and the original Lone Eagle Resort, Inc. transporter licensing file with all applications and documents to Mr. David Moore at the following address: 9110 Barrhill Way, Sacramento, California 95628.

2. Mr. Moore will be allowed to conduct non-destructive testing on the documents and then shall return the originals to the State of Alaska.

3. The State of Alaska shall transmit the documents in question to Mr. Moore within seven (7) days of its receipt of this Order. Delivery shall be by overnight delivery. The cost of delivery shall be paid by Mr. Veys or

his counsel.

DATED this 8th day of January, 2007 at Juneau, Alaska.

Philip M. Pallenberg
United States Magistrate Judge

3