Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750-(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:06-cr-00003-02-JWS-PMP |
| Plaintiff, ) | |
| ) | |
| ) | **JAIRELL'S RESPONSE TO VEYS'** |
| ) | **SECOND MOTION FOR PRODUCTION** |
| JAMES E. JAIRELL and ) | **OF ORIGINAL DOCUMENTS** |
| ALAN VEYS, ) | |
| ). | |
| Defendant. ) | |
| ) | |

I.  INTRODUCTION

Comes now defendant, James E. Jairell, by and through counsel of record and hereby responds to Veys', Second Motion for Production of Original Documents: U.S. Coast Guard Jairell File. Jairell opposes the production of the originals of the maritime file for the same reasons articulated in Jairell's response to Veys' first motion for production of original documents, incorporated here by reference. The factors militating against production of the maritime file are even

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Jairell's Response to Veys' Second
Motion for Production of Original Documents
Page 1 of 4

more pronounced here. The requested documents are neither evidentiary nor necessary.

In support of his motion, Veys' boldly asserts that "an essential part of government's case against Mr. Veys is his involvement in Mr. Jairell's maritime licensing application to operate maritime vessels for hire." This claim is baseless. A review of the indictment reveals nary a word about the maritime licensing application or Veys' participation in the same. There is also no associated charge or allegation concerning the maritime licensing application. Indeed, all of the substantive acts described in the indictment occurred prior to 2002, and well before the licensing application submitted in December, 2002. In short, the maritime file is not "evidentiary." The fact that the application and Veys' associated letter of July 27, 2002, constitute but two of the more than 7,000 pages of documents produced by the government in this case, does not compel a contrary result.

The documents included within the maritime file are also not necessary. Veys maintains that he needs the original files for the purpose of determining the authenticity of various signatures. The court has already ordered the production of Jairell's entire original guide file as well as the entire original transporter file for Lone Eagle Resort,

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Jairell's Response to Veys' Second
Motion for Production of Original Documents
Page 2 of 4

Inc. These files were ordered produced so as to assist ostensibly in determining whether Veys signed an affidavit in support of Jairell's Class A Assistant Guide License Application in April 2000. As noted previously, this signature of this affidavit has at most marginal relevance to the conspiracy charge. However, Veys has not demonstrated, as he must, that the maritime file is necessary for comparison purposes particularly given the production of the other files. Nor has Veys' demonstrated that the contents of the maritime file have any independent evidentiary value. Consequently, the request for these documents constitutes nothing more than a maritime fishing expedition. The request should be denied.

Finally, Jairell again requests the timely production of Veys' expert reports and backup. According to the government, Veys has not produced reciprocal discovery. Given the continuation of the trial into March, Jairell does not want to be placed in position where on the eve of trial an expert report is produced which warrants severance of the defendants, or warrants some other motion practice. Consequently, Veys should be ordered to produce all expert reports and backup in a timely fashion.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Jairell's Response to Veys' Second
Motion for Production of Original Documents
Page 3 of 4

Dated at Anchorage, Alaska January 16, 2007.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 1/16/07,
a copy of the foregoing document
was served electronically on:

Robert S. Anderson
Allen Frank Clendaniel
Brent R. Cole
Steven Skrocki

 s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Response to Veys Mtn for Prod of Orig Documents.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Jairell's Response to Veys' Second
Motion for Production of Original Documents
Page 4 of 4