Brent R. Cole
MARSTON & COLE, P.C.
745 W. Fourth Avenue, Suite 502
Anchorage, AK 99501
(907) 277-8001

Attorneys for Alan Veys

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JAMES JAIRELL, AND ALAN VEYS <br> Defendants. | **DEFENDANT VEYS' REQUEST FOR PRE-TRIAL ORDER** <br><br> Case No. 1:06-CR-0003-JWS-PMP CR |

    Co-Defendant Alan J. Veys hereby requests the court to issue a new pre-trial order. The court previously issued a pre-trial order based upon the trial date of January 8, 2007. On December 26, 2006, this case was continued to March 5, 2007. While the parties are continuing to cooperate in preparation for trial, a new pre-trial order setting out motion deadlines and related procedural requirements would greatly assist in the orderly progression of this case.

    DATED this 19th day of January, 2007, at Anchorage, Alaska.

        MARSTON & COLE, P.C.
        Attorneys for Alan Veys

        By: s/ Brent R. Cole, Esq.
        745 West Fourth Ave., Suite 502
        Anchorage, AK 99501
        Phone: (907) 277-8001
        Fax: (907) 277-8002
        Email: cole@pobox.alaska.net
        Alaska Bar No. 8606074

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, a copy of the foregoing reply was served electronically on:

Steve Skrocki,
Assistant U.S. Attorney

Robert Anderson
Assistant U.S. Attorney

Kevin Fitzgerald
Ingaldson, Maassen, Fitzgerald.

By:  s/ Brent R. Cole, Esq.