Brent R. Cole
MARSTON & COLE, P.C.
745 W. Fourth Avenue, Suite 502
Anchorage, AK 99501
(907) 277-8001
Attorneys for Alan Veys

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES JAIRELL, AND ALAN VEYS Defendants. | **DEFENDANT VEYS' REPLY TO JAIRELL'S OPPOSITION TO SECOND MOTION FOR PRODUCTION** <br><br> Case No. 1:06-CR-0003-JWS-PMP CR |

Co-Defendant Alan J. Veys hereby replies to Co-Defendant Jairell's Response in Opposition to Alan Veys' Second Motion for Discovery Production of Original Documents (Docket 63). First, Jairell hardly has "a dog in this fight" since he is not being asked to produce anything in Veys' motion for production. This was a motion directed toward the Government to produce certain documents. The Government has very experienced and able attorneys who are capable of responding to motions directed toward the Government. It is assumed that these attorneys do not need the assistance of Mr. Jairell's attorney to determine whether to oppose or join in a motion requiring the Government to produce certain documents in the possession of governmental agencies.[1]

---

[1] In this regard, Jairell's comments about Veys' obligations to provide discovery to the Government are unnecessary and without authority. The Government and Veys continue to discuss issues related to discovery and input from Jairell is unnecessary and counter-productive. Toward this end, Veys has filed a request for pre-trial order to ensure the orderly progression of this case. Counsel for Veys is cognizant of his obligations to the Government, and neither the Government nor Veys need the input of Jairell in this respect.

LAW OFFICES OF
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

"Only a person whose privacy is invaded by a search has standing to object to it under the exclusionary rule as codified under F.R. Criminal P. 41(e)." Abel v. U.S. 362 U.S., 217, 240-41 (1960). Jairell has not demonstrated that he has any privacy interest in the documents proposed to be sent to Veys' expert witness. *See e.g. Remmer v. U.S., 205 F.2d 277 (C.A. 9 1953)(defendant never acquired personal possession of records precluding him from asserting constitutional challenge).* To the extent he can establish he has a privacy interest in a particular part of this file, Jairell can make that assertion at that time. Jairell's present objection though is is without merit.

Second, this matter is moot since at least some of the documents have already been sent to Veys' expert, Mr. Moore. For each of these reasons, the Court should ignore Jairell's objections and grant the request for production as requested.

DATED this 19th day of January, 2007, at Anchorage, Alaska.

        MARSTON & COLE, P.C.
        Attorneys for Alan Veys

        By: s/ Brent R. Cole, Esq.
        745 West Fourth Ave., Suite 502
        Anchorage, AK 99501
        Phone: (907) 277-8001
        Fax: (907) 277-8002
        Email: cole@pobox.alaska.net
        Alaska Bar No. 8606074

**CERTIFICATE OF SERVICE**
I hereby certify that on January 19, 2007, a copy of the foregoing reply was served electronically on:
Steve Skrocki,
Assistant U.S. Attorney

Robert Anderson
Assistant U.S. Attorney

Kevin Fitzgerald
Ingaldson, Maassen, Fitzgerald.

By: s/ Brent R. Cole, Esq.

Veys' Reply to Jairell's Opposition to Second Motion for Production
Case No. 1:06-CR-00003-JWS-PMP CR
Page 2 of 2

LAW OFFICES OF
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002