```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.  ALAN J. VEYS, et al   CASE NO. 1:06-cr-00003-JWS-PMP
DEFENDANT VEYS(1)        X  Not present      X  On Bond
DEFENDANT JAIRELL(2)     X  Not present      X  On Bond

BEFORE THE HONORABLE:              PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:             SUSAN EVANS

UNITED STATES' ATTORNEY:           ROBERT S. ANDERSON*

DEFENDANT-VEYS(1) ATTORNEY:        BRENT COLE*
DEFENDANT-JAIRELL(2) ATTORNEY:     KEVIN FITZGERALD*
 X Telephonic Appearance

PROCEEDINGS:   HEARING ON MOTION FOR PRETRIAL ORDER (Dkt 67)
               Held: January 30, 2007
```

---

At 2:49 p.m. court convened.

Court and counsel heard re: extension of pretrial motion dates.

Motion for Pretrial Order at docket 67 **GRANTED**. Pretrial motions due date reset to **FEBRUARY 9, 2007** with the exception of pretrial motions regarding expert reports which are due **FEBRUARY 16, 2007**.

At 3:10 p.m. court adjourned.

DATE: January 30, 2007          DEPUTY CLERK'S INITIALS: SE