## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  ALAN J. VEYS, et al  </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  <u>  1:06-cr-00003-JWS  </u>

<u>  Linda Christensen  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 5, 2007

    By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable H. Russel Holland for all further proceedings.  Please use the following case number on all future filings: 1:06-cr-00003-HRH.

[]{IQ1.WPD*Rev.12/96}