IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,         )
                                  )
                    Plaintiff,    )
                                  )
        vs.                       )
                                  )
ALAN J. VEYS         [D-01]       )
JAMES E. JAIRELL     [D-02]       )
                                  )   No. 1:06-cr-00003-HRH
                    Defendants.   )
_____)
```

O R D E R

Case Status

Trial of this case is now scheduled for March 5, 2007, at 9:00 a.m.,[1] in Anchorage, Alaska.[2] The court perceives no need for a final pretrial conference in this case, and the conference previously scheduled for 8:30 a.m. on March 5, 2007, is hereby vacated. The court expects to complete jury selection by noon on March 5, 2007. Opening statements will commence at 1:00 p.m. on March 5, 2007. The Government is allotted up to 30 minutes for its opening statement, and each defendant is allotted up to 20 minutes for their optional opening statements. Witness testimony will commence immediately following opening statements.

---

[1]   Docket No. 44.

[2]   Docket No. 60.

Counsel are admonished to have witnesses available well in advance. The court will not readily tolerate delays or early adjournments because witnesses are unavailable. The court's trial day will be from 9:00 a.m. to 12:00 noon and from 1:00 p.m. to 4:00 p.m., with a 10-minute recess during the mornings and afternoons.

It is the court's experience that jury instructions in Lacey Act cases are unusually cumbersome. Counsel for the parties shall exchange proposed substantive jury instructions no later than February 16, 2007. During the week of February 19, 2007, counsel shall, at a time convenient to all of them, meet and confer with respect to the proposed jury instructions with a view toward assembling a package of joint, proposed jury instructions. On or before February 28, 2007, counsel shall file their joint, proposed jury instructions and, to the extent there are disagreements amongst the parties regarding substantive jury instructions, the proposed additional jury instructions of each party shall also be filed with the court. The parties need not specifically request or pre-file those general instructions employed by the court in all cases. However, to the extent there are particular and perhaps unique aspects to this case regarding witnesses, specific evidentiary problems, or other matters, counsel should include those additional, non-substantive instructions with their joint instructions if they are agreed to by all parties or with their several instructions if there is not agreement.

The parties shall serve and file their trial briefs on or before February 28, 2007.

The court notes there has recently been a further delay in the completion of motion practice in this case. That extension of time will not be an occasion for a further delay in the trial of this case.[3] Counsel will please do the necessary to expedite briefing on any remaining motion(s), and the court will appreciate the assigned magistrate judge expediting a decision on any remaining motion(s).

DATED at Anchorage, Alaska, this <u>6th</u> day of February, 2007.

/s/H. Russel Holland
United States District Judge

---

[3] Trial of this case has already been continued twice.