IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ALAN J. VEYS ) <br> JAMES E. JAIRELL, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:06-cr-00003-HRH |

### NOTICE OF FILING EXPERT EVIDENCE OF A MENTAL CONDITION

Defendant Alan Veys, by and through counsel, hereby notifies the Court of his intention to introduce expert evidence relating to his mental condition and diminished capacity as required under Fed. R. Cr. P. 12.2(b).

DATED this 9th day of February, 2007, at Anchorage, Alaska.

MARSTON & COLE, P. C.
Attorneys for Alan Veys

By: s/Brent R. Cole, Esq.
745 West Fourth Ave., Suite 502
Anchorage, AK 99501
Phone: (907) 277-8001
Fax: (907) 277-8002
Email: cole@pobox.alaska.net
AK Bar No. 8606074

LAW OFFICES OF
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Notice of Filing Expert Evidence of a Mental Condition
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
1 of 2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2007, a copy of the foregoing Motion was served electronically on: Steve Skrocki, Assistant U.S. Attorney, Robert Anderson, Assistant U.S. Attorney, Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald., Allen Frank Clendaniel, Dorsey & Whitney LLP and Wayne D. Hettenbach, Trial Attorney, US Department of Justice.

By:  s/ Brent R. Cole, Esq.

**LAW OFFICES OF**
**Marston &**
**Cole, P.C.**
745 WEST FOURTH
AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Notice of Filing Expert Evidence of a Mental Condition
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
2 of 2