12/04/06 13:09 FAX 4065421476 US ATTORNEY MISSOULA 002

| DEPARTMENT OF TRANSPORTATION – U.S. COAST GUARD CG – 7155 (REV 7/01 TEST) | Small Vessel Sea Service Form | OMB-2115-0514 PAGE 1 |
|---|---|---|

## Section I – Applicant Information (Note: Complete One Form per Vessel)

| | |
|---|---|
| Name (Last, First, Middle): JAIRELL, JAMES E. | Social Security Number: 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 |
| Vessel Name: NA | Official Number or State Registration Number: AK 57009 |
| Vessel Gross Tons: NA / Length: 32' | Width (if known): 10' / Depth (if known): 4' |
| Propulsion (Motor/Steam/Gas Turbine/Sail/Aux Sail): Gas | Served As: (Master/Mate/Operator/Deckhand/etc.): Operator |

Name of body or bodies of water upon which vessel was underway (Geographic Locations):
Steven's Passage - Alaska
Frederick Sound - Alaska

## Section II – Record of Underway Service

In the block under the appropriate month, write in the number of days you served for that year (you can show more than one year)

| January (year / days) | February (year / days) | March (year / days) | April (year / days) | May (year / days) | June (year / days) |
|---|---|---|---|---|---|
| | | | 1997 / – | 1997 / – | 1997 / – |
| | | | 1998 / – | 1998 / – | 1998 / 24 |
| | | | 1999 / 20 | 1999 / 24 | 1999 / 24 |
| | | | 2000 / 16 | 2000 / 20 | 2000 / 22 |
| | | | 2001 / 24 | 2001 / – | 2001 / – |

| July (year / days) | August (year / days) | September (year / days) | October (year / days) | November (year / days) | December (year / days) |
|---|---|---|---|---|---|
| 1997 / 12 | 1997 / 16 | 1997 / 17 | | | |
| 1998 / 26 | 1998 / 24 | 1998 / 16 | | | |
| 1999 / 29 | 1999 / 23 | 1999 / 18 | | | |
| 2000 / 23 | 2000 / 20 | 2000 / 12 | | | |
| 2001 / – | 2001 / – | 2001 / – | | | |

| | | | |
|---|---|---|---|
| Total number of days operated on this vessel: | 410 | Number of days operated on Great Lakes: | 0 |
| Average hours underway (per day): | 8-10 | Number of days operated inland: | 0 |
| Average distance offshore: | 20 miles | Number of days operated near coastal: | 410 |

## Section III – Signature and Verification

Applicant Read Before Signing!

I certify that I have operated the above vessel as stated. I am making this statement in order that I, the applicant, may obtain a license/document to operate a vessel under the provisions of Title 46 CFR, as applicable. I understand that if I make any false or fraudulent statement in this certification of service, I may be subject to a fine or imprisonment of up to five (5) years or both (18 U. S. C. 1001).

X Signature of Applicant Date 12-31-02

NOTE:
- If you were not the owner, the Owner, Operator, or Master must complete the remainder of this form.
- If you were the owner of the above vessel, proof of ownership must be provided with this form.

Owner Read Before Signing!

I certify that the above individual has operated the above vessel as stated. I am making this statement in order that the applicant may obtain a license to operate a vessel under the provisions of Title 46 CFR, as applicable. I understand that if I make any false or fraudulent statement in this certification of service, I may be subject to a fine or imprisonment of up to five (5) years or both (18 U. S. C. 1001).

X Signature and title of person attesting to experience Date 7-27-02

| Owner's, Operator's, or Master's Name (Last, First Middle): | Owner's, Operator's, or Master's address and phone number: |
|---|---|
| Alan Veys | P.O. Box 33497 Juneau, AK 99803 907-790-4866 |

Exhibit B