

Jim Jairell
PO Box 2153
Laramie, Wyo. 82073

July 27, 2002

US Coats Guard;

Jim Jairell has operated Vessel AK 57009 from May through September 1997 through July 2002. on the inside waters of Alaska Steven's Passage and Frederick Sound total days on the water four hundred and ten days.

Mr. Jairell is very confident and shows good common sense and is very knowledgeable and professional.

If you have any questions please call or write Pybus Point Lodge.

Sincerely Yours;

Alan Veys
President P.P.L. Inc.

Exhibit C