Exhibit D

VJ034864

| DEPARTMENT OF TRANSPORTATION – U.S. COAST GUARD<br>CG – 719S (REV 7/01 TEST) | Small Vessel Sea Service Form | OMB-2115-0514<br>PAGE 1 |
|---|---|---|

## Section I – Applicant Information (Note: Complete One Form per Vessel)

| | |
|---|---|
| Name (Last, First, Middle): JAIRELL, JAMES E | Social Security Number: |
| Vessel Name: NA | Official Number or State Registration Number: AK 2855-L |
| Vessel Gross Tons: NA / Length: 27' | Width (if known): 8' / Depth (if known): 3' |
| Propulsion (Motor/Steam/Gas Turbine/Sail/Aux Sail): Gas | Served As: (Master/Mate/Operator/Deckhand/etc.): Operator |

Name of body or bodies of water upon which vessel was underway (Geographic Locations):
Steven's Passage - Alaska
Frederick Sound - Alaska

## Section II – Record of Underway Service

In the block under the appropriate month, write in the number of days you served for that year (you can show more than one year)

| January (year / days) | February (year / days) | March (year / days) | April (year / days) | May (year / days) | June (year / days) |
|---|---|---|---|---|---|
| | | | 2000 / — | 2000 / — | 2000 / — |
| | | | 2001 / 4 | 2001 / 21 | 2001 / 26 |
| | | | 2002 / 14 | 2002 / 23 | 2002 / 22 |

| July (year / days) | August (year / days) | September (year / days) | October (year / days) | November (year / days) | December (year / days) |
|---|---|---|---|---|---|
| 2000 / 4 | 2000 / 16 | 2000 / 10 | | | |
| 2001 / 26 | 2001 / 25 | 2001 / 14 | | | |
| 2002 / 24 | 2002 / 21 | 2002 / 15 | | | |

| | | | |
|---|---|---|---|
| Total number of days operated on this vessel: | 255 | Number of days operated on Great Lakes: | 0 |
| Average hours underway (per day): | 8-10 | Number of days operated inland: | 0 |
| Average distance offshore: | 20 miles | Number of days operated near coastal: | 255 |

## Section III – Signature and Verification Applicant Read Before Signing!

I certify that I have operated the above vessel as stated. I am making this statement in order that I, the applicant, may obtain a license/document to operate a vessel under the provisions of Title 46 CFR, as applicable. I understand that if I make any false or fraudulent statement in this certification of service, I may be subject to a fine or imprisonment of up to five (5) years or both (18 U. S. C. 1001).

X Signature of Applicant [signature] Date 12-31-02

NOTE:
- If you were not the owner, the Owner, Operator, or Master must complete the remainder of this form.
- If you were the owner of the above vessel, proof of ownership must be provided with this form.

**Owner Read Before Signing!**

I certify that the above individual has operated the above vessel as stated. I am making this statement in order that the applicant may obtain a license to operate a vessel under the provisions of Title 46 CFR, as applicable. I understand that if I make any false or fraudulent statement in this certification of service, I may be subject to a fine or imprisonment of up to five (5) years or both (18 U. S. C. 1001).

X Signature and title of person attesting to experience: Vicki L. Jairell Date 12-31-02

| | |
|---|---|
| Owner's, Operator's, or Master's Name (Last, First Middle): Vicki L. Jairell | Owner's, Operator's, or Master's address and phone number: PO Box 2153, Laramie WY 82073, 307-742-4967 |