Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001

Attorneys for Alan Veys

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JAMES JAIRELL,  AND<br>ALAN VEYS<br><br>          Defendants.<br><br>_____ | **ORDER REGARDING<br>VEYS' THIRD MOTION FOR<br>PRODUCTION OF WRITING<br>EXEMPLAR: VICKI JAIRELL<br>ON SHORTENED TIME**<br><br><br><br><br>Case No. 1:06-cr-00003-HRH Cr |

UPON CONSIDERATION of Defendant Veys' Third Motion for Production of

Hand-writing Exemplar: Vicki Jairell on shortened time, and any responses filed by the

respective parties, this Court makes the following findings:

1.    Defendant Veys has raised issues relating to the forgery and authenticity of certain

documents that appear to be central to the government's case against Defendant

Veys.

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Order Regarding Veys' Third Motion for Production of Writing Exemplar
Case No. 1:06-cr-00003-HRH Cr
Page 1 of 3

2.      In order to more thoroughly investigate the issues which have been raised in order

to present them to the jury, the hand-writing exemplars of Vicki Jairell need to be

taken.

3.      The Court has been informed that Mrs. Jairell will not voluntarily submit to

providing her hand-writing exemplars absent a court order.

4.      These hand-writing exemplars are evidentiary and relevant to Mr. Veys' defense in

this case.

5.      They are not otherwise procurable reasonably in advance of trial by exercise of

due diligence.

6.      Mr. Veys cannot properly prepare for trial without such production and inspection

in advance of trial and that the failure to obtain such inspection may tend

reasonably to delay the trial.

7.      The application is in good faith and is not intended as a general fishing expedition.

Therefore, the Court issues this written order directing that Mrs. Jairell give her hand-

writing exemplar to a representative of Mr. Veys within five (5) days from the issuance of

this order.  This hand-writing exemplar shall be given in Laramie, Wyoming under terms

agreed by the parties.

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

IT IS SO ORDERED.

DATED THIS __day of February, 2007.

_____
HONORABLE H. RUSSELL HOLLAND
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 16th, 2007, a copy of the foregoing Order was served electronically on:  Steve Skrocki, Assistant U.S. Attorney, Robert Anderson, Assistant U.S. Attorney, Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald, Allen Frank Clendaniel, Dorsey & Whitney LLP and Wayne D. Hettenbach, Trial Attorney, US Department of Justice.

By:   s/ Brent R. Cole, Esq.

LAW OFFICES OF
**MARSTON
& COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002