Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001
Attorneys for Alan Veys

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES JAIRELL, AND<br>ALAN VEYS<br><br>Defendants. | **AFFIDAVIT OF COUNSEL<br>IN SUPPORT OF<br>DEFENDANT'S THIRD MOTION<br>FOR PRODUCTION<br>ON SHORTENED TIME**<br><br>Case No. 1:06-cr-00003-HRH Cr. |

STATE OF ALASKA      )
                     ) ss.
FIRST JUDICIAL DISTRICT )

I, Brent Cole, declare:

1. I have been hired as counsel on behalf of Alan Veys.

2. I retained Mr. David Moore on behalf of Mr. Veys to conduct an examination of certain documents which are the center piece of the government's case against Mr. Veys.

LAW OFFICES OF
MARSTON
& COLE, P.C.
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of Counsel in Support of Third Motion for Production
Case No. 1:06-cr-00003-HRH cr
Page 1 of 3

3. Mr. Moore has prepared an extensive report and this has been supplied to both counsel for the government and counsel for Mr. Jairell.

4. I have reviewed Mr. Moore's expert report which has been prepared for the upcoming trial.

5. Our investigation has revealed that the authenticity of some of the documents the government relies upon to support the notion that Mr. Veys and Mr. Jairell were engaged in a conspiracy to violate the Lacey Act is in question. For instance, the government relies upon an affidavit it alleges Mr. Veys signed on behalf of Mr. Jairell on April 20, 2000. *See Indictment at Paragraph 3-4.* A review of this document reveals that in fact, this affidavit was originally for Alan Veys, not Jim Jairell, and Mr. Veys' name has been scratched out. Mr. Moore has noted that handwriting attributed to Mr. Jairell wrote Mr. Jairell's name on the affidavit. Additionally other affidavits were signed by individuals but later filled in by Mr. Jairell.

6. Our investigation has revealed that someone forged Alan Veys signature by tracing it on a Small Vessel Sea Service Form dated July 27. 2002. *See Exhibit B.*

7. The conclusions found on page 5 of this motion are found in Mr. Moore's report.

LAW OFFICES OF
**MARSTON & COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of Counsel in Support of Third Motion for Production
Case No. 1:06-cr-00003-HRH cr
Page 2 of 3

8. I have spoken with Mr. Fitzgerald, counsel for Mr. Jairell, and I requested the opportunity to obtain a handwriting exemplar from his client's wife. Mr. Fitzgerald indicated that absent a court order, that Mrs. Jairell will not voluntarily provide a handwriting exemplar for our use.

Further your Affiant Sayeth Naught.

Dated this 16 day of February, 2007.

_____
Brent Cole

SUBSCRIBED AND SWORN TO OR AFFIRMED before me this 16th day of February, 2007.

_____
Notary Public  Judy R. Cox
My commission expires: 10/7/2007

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16th, 2007, a copy of the foregoing Affidavit was served electronically on: Steve Skrocki, Assistant U.S. Attorney, Robert Anderson, Assistant U.S. Attorney, Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald, Allen Frank Clendaniel, Dorsey & Whitney LLP and Wayne D. Hettenbach, Trial Attorney, US Department of Justice.

By: s/ Brent R. Cole, Esq.

LAW OFFICES OF
MARSTON
& COLE, P.C.
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of Counsel in Support of Third Motion for Production
Case No. 1:06-cr-00003-HRH cr
Page 3 of 3