Brent R. Cole
MARSTON & COLE, P.C.
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 277-8001
Attorneys for Alan Veys

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES JAIRELL, AND )<br>ALAN VEYS )<br>)<br>)<br>)<br>Defendants. )<br>)<br>_____) | **NOTICE OF REFILING EXHIBITS B AND D TO DEFENDANT VEYS' THIRD MOTION FOR PRODUCTION OF DOCUMENTS: VICKI JAIRELL'S HAND-WRITING EXEMPLAR ON SHORTENED TIME**<br><br>Case No. 1:06-cr-00003-HRH Cr. |

Alan Veys, by and through counsel, hereby refiles Exhibits B and D to Defendant Veys' Third Motion for Production of Documents: Vicki Jairell's Hand-Writing Exemplar on Shortened Time as the documents were upside down when they were electronically filed with the U.S. District Court and they were unable to turn them around.

**LAW OFFICES OF**
**MARSTON**
**& COLE, P.C.**
**745 WEST FOURTH AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Notice of Refiling Exhibit B and D
Case No. 1:06-cr-00003-HRH cr
Page 1 of 2

DATED this 16th day of February, 2007, at Anchorage, Alaska.

>MARSTON & COLE, P. C.
>Attorneys for Alan Veys
>
>By: s/Brent R. Cole, Esq.
>745 West Fourth Ave., Suite 502
>Anchorage, AK 99501
>Phone: (907) 277-8001
>Fax: (907) 277-8002
>Email: cole@pobox.alaska.net
>AK Bar No. 8606074

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16th, 2007, a copy of the foregoing Affidavit was served electronically on: Steve Skrocki, Assistant U.S. Attorney, Robert Anderson, Assistant U.S. Attorney, Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald, Allen Frank Clendaniel, Dorsey & Whitney LLP and Wayne D. Hettenbach, Trial Attorney, US Department of Justice.

By: s/ Brent R. Cole, Esq.

LAW OFFICES OF
**MARSTON & COLE, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Notice of Refiling Exhibit B and D
Case No. 1:06-cr-00003-HRH cr
Page 2 of 2