| DEPARTMENT OF TRANSPORTATION - U.S. COAST GUARD CG-719S (REV 7/01 TEST) | Small Vessel Sea Service Form | OMB-2115-0514 PAGE 1 |
|---|---|---|

### Section I – Applicant Information (Note: Complete One Form per Vessel)

| Name (Last, First, Middle): JAIRELL, JAMES E. | Social Security Number: 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 |
|---|---|
| Vessel Name: NA | Official Number or State Registration Number: AK 57009 |

| Vessel Gross Tons: NA | Length: 32' | Width (if known): 10' | Depth (if known): 4' |
|---|---|---|---|

| Propulsion (Motor/Steam/Gas Turbine/Sail/Aux Sail): Gas | Served As: (Master/Mate/Operator/Deckhand/etc.): Operator |
|---|---|

Name of body or bodies of water upon which vessel was underway (Geographic Locations):
Steven's Passage - Alaska
Frederick Sound - Alaska

### Section II – Record of Underway Service

In the block under the appropriate month, write in the number of days you served for that year (you can show more than one year)

| January (year/days) | February (year/days) | March (year/days) | April (year/days) | May (year/days) | June (year/days) |
|---|---|---|---|---|---|
| | | | 1997/ –<br>1998/ –<br>1999/ 20<br>2000/ 16<br>2001/ 24 | 1997/ –<br>1998/ –<br>1999/ 24<br>2000/ 20<br>2001/ – | 1997/ –<br>1998/ 24<br>1999/ 24<br>2000/ 22<br>2001/ – |

| July (year/days) | August (year/days) | September (year/days) | October (year/days) | November (year/days) | December (year/days) |
|---|---|---|---|---|---|
| 1997/ 12<br>1998/ 26<br>1999/ 29<br>2000/ 23<br>2001/ – | 1997/ 16<br>1998/ 24<br>1999/ 23<br>2000/ 20<br>2001/ – | 1997/ 17<br>1998/ 16<br>1999/ 18<br>2000/ 18<br>2001/ – | | | |

| Total number of days operated on this vessel: | 410 | Number of days operated on Great Lakes: | 0 |
|---|---|---|---|
| Average hours underway (per day): | 8-10 | Number of days operated inland: | 0 |
| Average distance offshore: | 20 miles | Number of days operated near coastal: | 410 |

### Section III – Signature and Verification  Applicant Read Before Signing!

I certify that I have operated the above vessel as stated. I am making this statement in order that I, the applicant, may obtain a license/document to operate a vessel under the provisions of Title 46 CFR, as applicable. I understand that if I make any false or fraudulent statement in this certification of service, I may be subject to a fine or imprisonment of up to five (5) years or both (18 U.S.C. 1001).

X Signature of Applicant    Date: 12-31-02

**NOTE:**
- If you were not the owner, the Owner, Operator, or Master must complete the remainder of this form.
- If you were the owner of the above vessel, proof of ownership must be provided with this form.

**Owner Read Before Signing!**

I certify that the above individual has operated the above vessel as stated. I am making this statement in order that the applicant may obtain a license to operate a vessel under the provisions of Title 46 CFR, as applicable. I understand that if I make any false or fraudulent statement in this certification of service, I may be subject to a fine or imprisonment of up to five (5) years or both (18 U.S.C. 1001).

X Signature and title of person attesting to experience    Date: 7-27-02

| Owner's, Operator's, or Master's Name (Last, First, Middle): Alan Veys | Owner's, Operator's, or Master's address and phone number: P.O. Box 33497  Juneau, AK 99803   907-790-4866 |
|---|---|

Exhibit B