| DEPARTMENT OF TRANSPORTATION – U.S. COAST GUARD CG – 719S (REV 7/01 TEST) | Small Vessel Sea Service Form | OMB 2115-0514 PAGE 1 |
|---|---|---|

## Section I – Applicant Information (Note: Complete One Form per Vessel)

**Name (Last, First, Middle):** JAIRELL, JAMES E
**Social Security Number:**
**Vessel Name:** NA
**Official Number or State Registration Number:** AK 2855-L
**Vessel Gross Tons:** NA
**Length:** 27'
**Width (if known):** 8'
**Depth (if known):** 3'
**Propulsion (Motor/Steam/Gas Turbine/Sail/Aux Sail):** Gas
**Served As: (Master/Mate/Operator/Deckhand/etc.):** Operator
**Name of body or bodies of water upon which vessel was underway (Geographic Locations):**
Steven's Passage – Alaska
Frederick Sound – Alaska

## Section II – Record of Underway Service

In the block under the appropriate month, write in the number of days you served for that year (you can show more than one year)

| January (year/days) | February (year/days) | March (year/days) | April (year/days) | May (year/days) | June (year/days) |
|---|---|---|---|---|---|
| | | | 2000 / – | 2000 / – | 2000 / – |
| | | | 2001 / 4 | 2001 / 21 | 2001 / 26 |
| | | | 2002 / 14 | 2002 / 23 | 2002 / 22 |

| July (year/days) | August (year/days) | September (year/days) | October (year/days) | November (year/days) | December (year/days) |
|---|---|---|---|---|---|
| 2000 / 4 | 2000 / 6 | 2000 / 10 | | | |
| 2001 / 26 | 2001 / 25 | 2001 / 14 | | | |
| 2002 / 24 | 2002 / 21 | 2002 / 15 | | | |

**Total number of days operated on this vessel:** 255
**Average hours underway (per day):** 8-10
**Average distance offshore:** 20 miles
**Number of days operated on Great Lakes:** 0
**Number of days operated inland:** 0
**Number of days operated near coastal:** 255

## Section III – Signature and Verification   Applicant Read Before Signing!

I certify that I have operated the above vessel as stated. I am making this statement in order that I, the applicant, may obtain a license/document to operate a vessel under the provisions of Title 46 CFR, as applicable. I understand that if I make any false or fraudulent statement in this certification of service, I may be subject to a fine or imprisonment of up to five (5) years or both (18 U. S. C. 1001).

**X Signature of Applicant:** /s/
**Date:** 12-31-02

**NOTE:**
- If you were not the owner, the Owner, Operator, or Master must complete the remainder of this form.
- If you were the owner of the above vessel, proof of ownership must be provided with this form.

**Owner Read Before Signing!**

I certify that the above individual has operated the above vessel as stated. I am making this statement in order that the applicant may obtain a license to operate a vessel under the provisions of Title 46 CFR, as applicable. I understand that if I make any false or fraudulent statement in this certification of service, may be subject to a fine or imprisonment of up to five (5) years or both (18 U. S. C. 1001).

**X Signature and title of person attesting to experience:** Vicki L. Jairell
**Date:** 12-31-02
**Owner's, Operator's, or Master's Name (Last, First Middle):** Vicki L. Jairell
**Owner's, Operator's, or Master's address and phone number:** PO Box 2153, Laramie WY 82073
307-742-4967

Exhibit D

VJ034864