Allen F. Clendaniel
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:     (907) 276-4152

Attorneys for Defendant Alan J. Veys

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>ALAN J. VEYS and JAMES E. JAIRELL,<br><br>                          Defendants. | Case No. 1:06-CR-00003-HRH-PMP<br><br>**ORDER GRANTING VEYS'S<br>MOTION *IN LIMINE*<br>TO EXCLUDE EVIDENCE<br>OF "SHARC" APPLICATION** |

The Court, having considered Alan J. Veys's Motion *in Limine* regarding the 2005

SHARC Application, and any opposition thereto,

IT IS HEREBY ORDERED that the government may not introduce into evidence

information regarding or related to Alan J. Veys's 2005 SHARC Application.

Dated:_____

_____
Judge H. Russel Holland
United States District Court Judge

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of February, 2007,a copy of the foregoing document was served on:

Robert S. Anderson
Steven E. Skrocki
Deborah M. Smith
Wayne D. Hettenbach

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Allen F. Clendaniel
Allen F. Clendaniel
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING VEYS'S *LIMINE* MOTION TO EXCLUDE EVIDENCE OF "SHARC" APPLICATION - 2
*USA v Veys, et al.,* Case No. 1:06-CR-00003-HRH-PMP
4840-5383-7057\1\480253\00002