IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ALAN J. VEYS )<br>JAMES E. JAIRELL, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 1:06-cr-00003-HRH |

**DEFENDANT VEYS'NOTICE OF**
**INTENT TO CHANGE PLEA**

COMES NOW Alan J. Veys, by and through counsel, Marston & Cole, P.C. and gives notice to this court of his intent to change his plea in the above-captioned matter. The Parties have reached a resolution of this case which envisions Defendant Veys pleading guilty to one misdemeanor conspiracy count. The Parties request that the hearing previously scheduled for February 22, 2007, be vacated. Defendant Veys gives notice that he is available to enter his plea at any time next week. If possible, he requests that a change of plea hearing be scheduled between 10:30 a.m. and 12:30 p.m. so as to accommodate counsel arriving on the jet from Anchorage in the morning and leaving in the afternoon.

LAW OFFICES OF
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Notice of Intent to Change Plea
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
1 of 2

DATED this 21st day of February, 2007, at Anchorage, Alaska.

MARSTON & COLE, P. C.
Attorneys for Alan Veys

By: s/Brent R. Cole, Esq.
745 West Fourth Ave., Suite 502
Anchorage, AK 99501
Phone: (907) 277-8001
Fax: (907) 277-8002
Email: cole@pobox.alaska.net
AK Bar No. 8606074

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, a copy of the foregoing Motion was served electronically on: Steve Skrocki, Assistant U.S. Attorney, Robert Anderson, Assistant U.S. Attorney, Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald., Allen Frank Clendaniel, Dorsey & Whitney LLP and Wayne D. Hettenbach, Trial Attorney, US Department of Justice.

By:  s/ Brent R. Cole, Esq.

**LAW OFFICES OF**
**Marston &**
**Cole, P.C.**
745 WEST FOURTH
AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Notice of Intent to Change Plea
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
2 of 2