# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>     Plaintiff, )<br>  vs. )<br><br>ALAN J. VEYS )<br>JAMES E. JAIRELL, )<br><br>     Defendants. )<br>_____ ) | Case No.:  1:06-cr-00003-HRH |

## UNOPPOSED MOTION TO TRANSFER
## DEFENDANT VEYS' CASE BACK TO JUNEAU

COMES NOW Alan J. Veys, by and through counsel, Marston & Cole, P.C., hereby moves this Court to grant this unopposed motion to transfer Mr. Veys' case back to Juneau for sentencing purposes.  The Parties have reached a resolution of this case which requires Defendant Veys to plead to one misdemeanor negligent conspiracy count. This case was originally filed in Juneau but later transferred to Anchorage based upon the Government's motion which emphasized the convenience of Anchorage to conduct the trial.  Both Defendant Veys and Defendant Jairell have now resolved their cases with the government and no trial will be required.  As part of the sentencing negotiations, counsel for Defendant Veys requested that the sentencing be conducted in Juneau.  Counsel for Defendant Veys is authorized to report that Counsel for the Government did not oppose the transfer of the sentencing back to Juneau.  Simultaneous with this filing, Defendant

LAW OFFICES OF
**Marston &
Cole, P.C.**
745 WEST FOURTH
AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Unopposed  Motion to Transfer Case back to Juneau
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
1 of 2

Veys is filing a Consent For the Magistrate to Handle the Sentencing in this matter given

that it is now being resolved at the misdemeanor level.

DATED this 21st day of February, 2007, at Anchorage, Alaska.

MARSTON & COLE, P. C.
Attorneys for Alan Veys


By: s/Brent R. Cole, Esq.
745 West Fourth Ave., Suite 502
Anchorage, AK 99501
Phone: (907) 277-8001
Fax: (907) 277-8002
Email: cole@pobox.alaska.net
AK Bar No. 8606074


**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, a copy of the foregoing Motion was served electronically on:

Steve Skrocki, Assistant U.S. Attorney, Robert Anderson, Assistant U.S. Attorney, Kevin Fitzgerald, Ingaldson,

Maassen, Fitzgerald., Allen Frank Clendaniel, Dorsey & Whitney LLP and Wayne D. Hettenbach, Trial Attorney, US

Department of Justice.

By: s/ Brent R. Cole, Esq.

LAW OFFICES OF
**Marston &
Cole, P.C.**
745 WEST FOURTH
AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Unopposed  Motion to Transfer Case back to Juneau
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
2 of 2