IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>    vs.  )<br>  )<br>ALAN J. VEYS  )<br>JAMES E. JAIRELL,  )<br>  )<br>          Defendants.  )<br>  ) | Case No.: 1:06-cr-00003-HRH |

### ORDER RE: MOTION TO TRANSFER
### DEFENDANT VEYS' CASE BACK TO JUNEAU

Based upon the foregoing Unopposed Motion to Transfer Defendant Veys' case back to Juneau,

IT IS HEREBY ORDERED that this case will be transferred back to Juneau, and that Magistrate Pallenberg will be handling the sentencing in this case now that the parties have agreed to a misdemeanor resolution.

DATED this ____ day of February, 2007

_____
HONORABLE H. RUSSELL HOLLAND
United States District Judge

LAW OFFICES OF
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Order re Motion to Transfer Defendant Veys' Case back to Juneau
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, a copy of the foregoing Motion was served electronically on: Steve Skrocki, Assistant U.S. Attorney, Robert Anderson, Assistant U.S. Attorney, Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald., Allen Frank Clendaniel, Dorsey & Whitney LLP and Wayne D. Hettenbach, Trial Attorney, US Department of Justice.

By: s/ Brent R. Cole, Esq.

**LAW OFFICES OF**
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Order re Motion to Transfer Defendant Veys' Case back to Juneau
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
2 of 2