# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ALAN J. VEYS ) <br> JAMES E. JAIRELL, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:06-cr-00003-HRH |

## DEFENDANT VEYS' CONSENT TO MAGISTRATE PALLENBERG HANDLING THE SENTENCING IN THIS CASE

COMES NOW Alan J. Veys, by and through counsel, Marston & Cole, P.C., hereby consents to Magistrate Pallenberg handling the sentencing of this case now that the parties have agreed to a misdemeanor resolution.

DATED this 21st day of February, 2007, at Anchorage, Alaska.

MARSTON & COLE, P. C.
Attorneys for Alan Veys

By: s/Brent R. Cole, Esq.
745 West Fourth Ave., Suite 502
Anchorage, AK 99501
Phone: (907) 277-8001
Fax: (907) 277-8002
Email: cole@pobox.alaska.net
AK Bar No. 8606074

LAW OFFICES OF
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, a copy of the foregoing Motion was served electronically on: Steve Skrocki, Assistant U.S. Attorney, Robert Anderson, Assistant U.S. Attorney, Kevin Fitzgerald, Ingaldson, Maassen, Fitzgerald., Allen Frank Clendaniel, Dorsey & Whitney LLP and Wayne D. Hettenbach, Trial Attorney, US Department of Justice.

By:  s/ Brent R. Cole, Esq.

**LAW OFFICES OF**
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002