IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
        vs.                      )
                                 )
ALAN J. VEYS          [D-01]     )
JAMES E. JAIRELL      [D-02]     )
                                 )   No. 1:06-cr-00003-HRH
                Defendants.      )
_____)
```

O R D E R

Case Status

      Defendants Veys and Jairell have each filed a notice of intent to enter a guilty plea pursuant to a plea agreement.[1] The court understands from these notices that defendant Veys will enter a plea of guilty to misdemeanor charges and dismissal of felony charges now pending in this case, and that defendant Jairell will plead guilty to charges in the felony indictment.

      Defendant Veys moves, with consent of the Government, for an order transferring his case to Juneau where, based upon Veys' consent,[2] the case as to defendant Veys will proceed before

---

[1]    Docket Nos. 85 and 86.

[2]    Docket No. 89.

Magistrate Judge Pallenberg.  The motion for transfer is granted. Scheduling as to Veys' portion of the case will be managed by the magistrate judge.  The case will proceed as to defendant Jairell at Anchorage before the assigned district judge.  The court's case manager will please confer with counsel for Jairell and the Government and arrange a date for a change of plea hearing in approximately two weeks.

In consideration of the foregoing, all remaining motions pending in this case are denied as moot.  Any hearings scheduled with respect to motion practice are vacated.  The March 5, 2007, trial date for this case is vacated.

DATED at Anchorage, Alaska, this <u>22nd</u> day of February, 2007.

>                /s/H. Russel Holland
>                United States District Judge