NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
WAYNE D. HETTENBACH
Trial Attorneys
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00003-HRH |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | CONSPIRACY |
| | ) |   Vio.  18 U.S.C. § 371; 18 U.S.C. |
| vs. | ) | § 2 |
| | ) | |
| ALAN J. VEYS, | ) | |
| Defendant. | ) | |
| | ) | |

I N F O R M A T I O N

COUNT 1

CONSPIRACY TO VIOLATE THE LACEY ACT
Vio. 18 U.S.C. §§ 371, 2

The United States Attorney charges that:

Beginning on or about April 1, 2000 and continuing up to and until the date of this Information, in the District of Alaska, ALAN J. VEYS (hereinafter "VEYS"), did knowingly combine, conspire, confederate and agree with JAMES JAIRELL (hereinafter "JAIRELL") to knowingly transport in interstate commerce the trophy parts of wildlife, to wit, the trophy parts of black bears, when, in the exercise of due care, VEYS should have known the wildlife was sold in violation of Alaska law, specifically AS 08.54.720(a)(3),(9),(11),(14), in violation of the anti-trafficking provisions of the Lacey Act Amendments of 1981 (Title 16, United States Code, Sections 3372(a)(2)(A), 3373(d)(2)).

In furtherance of the conspiracy, and in order to effect its objectives, VEYS, JAIRELL and others known and unknown committed, or caused to be committed, the following overt acts in the District of Alaska and elsewhere.

1. In 2000 and 2001, VEYS operated the Pybus Point Lodge on Admiralty Island in Southeast Alaska. In April 2000, VEYS signed a residency and hunting experience document on behalf of JAIRELL which JAIRELL submitted to the State of Alaska in

support of his application for a Class A assistant guide license. When submitted to the State of Alaska by JAIRELL, this document contained false information about JAIRELL's residency and hunting experience.

2. Pybus Point Lodge was primarily a fishing lodge. In 2000 and 2001, VEYS recruited clients at sportsman's shows in various states for five-day fishing/lodging excursions at the Lodge.

3. In 2000 and 2001, VEYS and JAIRELL sold certain Lodge clients guided black bear hunting trips to occur in addition to fishing during their stay at the Lodge. VEYS received fees from the clients and agreed to split the bear-hunting portion of the fees with JAIRELL and any registered guide(s) involved in the bear hunts.

4. On some of the black-bear hunts sold by VEYS and guided by JAIRELL in 2000 and 2001, no registered guide was involved, as is required by Alaska law.

5. In 2000 and 2001, the trophy parts of the black bears killed on these hunts were transported by VEYS or JAIRELL from the Lodge to Alaska Department of Fish and Game for sealing, using sealing forms falsified by JAIRELL to hide the fact that the bears were killed during guided hunts.

6. In 2000 and 2001, VEYS or JAIRELL shipped trophy parts of black bears killed in guided hunts without the involvement of a registered guide from Alaska to the

// //

// //

clients' home states.

    All in violation of Title 18, United States Code, Sections 371, 2.


  s/ Robert S. Anderson
ROBERT S. ANDERSON
Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

DATE:  February 27, 2007