NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
WAYNE D. HETTENBACH
Trial Attorneys
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,   | ) | Case No. 1:06-cr-00003-HRH-PMP |
|     Plaintiff, | ) | |
| vs. | ) | UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT ARRAIGNMENT/ENTRY OF PLEA HEARING, ON SHORTENED TIME |
| ALAN J. VEYS, | ) | |
|     Defendants. | ) | |

The United States of America, by and through its attorney, the United States

Attorney for the District Court of Alaska, respectfully requests leave to appear

telephonically at the arraignment/entry of plea hearing scheduled for this morning, March 1, 2007 at 11:00 a.m. in Juneau. The reason for this request is that (a) the hearing is a non-contested proceeding at which no witness testimony (save for the defendant's colloquy with the Court) is expected; and (b) government counsel Anderson is presently in Anchorage and is advised that flight conditions will be below minimums this afternoon in Juneau, which may delay or cancel return flights to Anchorage. Government counsel has discussed this matter with counsel for defendant VEYS, who does not oppose it.

        RESPECTFULLY SUBMITTED this 1st day March, 2007.

                                      s/ Robert S. Anderson
                                      Senior Trial Attorney
                                      Environment and Natural Resources Division
                                      United States Department of Justice
                                      Phone: (202) 305-00213
                                      Fax: (202) 514-8164
                                      Email: robert.anderson8@usdoj.gov

                                      s/ Steven E. Skrocki
                                      STEVEN E. SKROCKI
                                      Assistant U.S. Attorney
                                      Federal Building & U.S. Courthouse
                                      222 West Seventh Avenue, #9, Room 253
                                      Anchorage, Alaska 99513-7567
                                      Phone: (907) 271-5071
                                      Fax: (907) 271-1500
                                      Email: steven.skrocki@usdoj.gov
                                      #0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2007
a copy of the foregoing was served
electronically on: Brent R. Cole and Allen F. Clendaniel.


s/ Steven E. Skrocki