IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 1:06-cr-00003-HRH-PMP |
| )  Plaintiff, ) | |
| ) | [Proposed] |
| vs. ) | |
| ) | **ORDER** |
| ALAN J. VEYS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

  Having reviewed Plaintiff's Unopposed Motion To Appear Telephonically At Arraignment/entry Of Plea Hearing, filed on shortened time, and good cause appearing therefor,

  IT IS SO ORDERED that the Motion is GRANTED. Plaintiff's counsel may appear telephonically by calling the Court at (907) _____ at 11:00 a.m. on March 1, 2007.

Dated:_____    _____
                   PHILLIP M. PALLENBERG
                   United States Magistrate Judge