MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __ALAN J. VEYS__   CASE NO. 1:06-cr-00003-JWS-2007
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE   __PHILIP M. PALLENBERG__

DEPUTY CLERK/RECORDER: __BECKY HILDENBRAND__

UNITED STATES ATTORNEY: __ROBERT S. ANDERSON*__

DEFENDANT'S ATTORNEY: __BRENT R. COLE__

U.S.P.O.: __PAMELA SHAW*__
_X_ Telephonic Appearance

PROCEEDINGS: ARRAIGNMENT / ENTRY OF PLEA MISDEMEANOR INFORMATION
Held - MARCH 1, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:13 a.m. court convened.

_X_ Misdemeanor Information read to Defendant.

_X_ Defendant sworn.

_X_ Defendant states true name: **Alan Veys**   Age: __53__

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant plead guilty to Count 1 of the Misdemeanor Information.

_X_ Court accepted plea(s). _X_ Referred to P.O. for presentence report.

_X_ Imposition of Sentence set for **WEDNESDAY, JUNE 6, 2007 at 9:00 a.m. in Juneau before Magistrate Judge Pallenberg.**


_X_ OTHER: Conditions of Release as previously ordered are continued; Court reserved acceptance of Plea Agreement until final review of the Presentence Report; Government to move for dismissal of Felony Indictment after imposition of sentence on Misdemeanor Information.

At 12:08 p.m. court adjourned.


DATE: March 1, 2007   DEPUTY CLERK'S INITIALS: ____BH____

*RECEIVED MAR 1 2007 CLERK, U.S. DISTRICT COURT JUNEAU, ALASKA*