Brent R. Cole
MARSTON & COLE, P.C.
745 W. Fourth Avenue, Suite 502
Anchorage, AK 99501
(907) 277-8001
Attorneys for Alan Veys

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JAMES JAIRELL, AND ALAN VEYS, <br> Defendants. | **UNOPPOSED MOTION TO RELEASE PASSPORT ON SHORTENED TIME** <br><br> Case No. 1:06-CR-0003-JWS-PMP CR |

Alan Veys asks this court for an order directing the Clerk of Court to release his passport on shortened time. Mr. Veys was required to surrender his passport to the court as a condition of release at the time of his arraignment. He has now pled guilty to one misdemeanor conspiracy count and its scheduled to be sentenced on June 6, 2007. Mr. Veys is in need of his passport to get a duplicate maritime license and has flown in from his lodge today. Counsel for Mr. Veys has been in contact with Mr. Anderson, the Assistant U.S. Attorney assigned to this case, and he is authorized to represent that he has no opposition to this matter being heard on shortened time and to Mr. Veys recovering his passport at this time.

This motion is submitted pursuant to D. Ak. L. Crim R. 47.1 and is based upon the affidavit of counsel filed herewith.

**LAW OFFICES OF**
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

DATED this 1<u>st</u> day of May, 2007, at Anchorage, Alaska.

        MARSTON & COLE, P.C.
Attorneys for Alan Veys
<u>By: s/ Brent R. Cole, Esq</u>.
745 West Fourth Ave., Suite 502
Anchorage, AK  99501
Phone:  (907) 277-8001
Fax:  (907) 277-8002
Email:  cole@pobox.alaska.net
Alaska Bar No. 8606074

**CERTIFICATE OF SERVICE**
I hereby certify that on May 1, 2007,
a copy of the foregoing reply was served
electronically on:

Steve Skrocki, Esq.
Assistant U.S. Attorney

Robert Anderson, Esq.
Assistant U.S. Attorney

Kevin Fitzgerald, Esq.
Ingaldson, Maassen, Fitzgerald.

By:<u>   s/ Brent R. Cole, Esq.</u>

**LAW OFFICES OF**
**Marston &**
**Cole, P.C.**
**745 WEST FOURTH**
**AVENUE**
**SUITE 502**
**ANCHORAGE, AK 99501**
**TEL. (907) 277-8001**
**FAX (907) 277-8002**

Veys' Unopposed Motion to Release Passport on Shortened Time
Case No. 1:06-CR-00003-JWS-PMP CR
Page 2 of 2