Brent R. Cole
MARSTON & COLE, P.C.
745 W. Fourth Avenue, Suite 502
Anchorage, AK 99501
(907) 277-8001
Attorneys for Alan Veys

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES JAIRELL, AND ALAN VEYS, Defendants. | **PROPOSED ORDER** Case No. 1:06-CR-0003-JWS-PMP CR |

On consideration of the defendant's unopposed request for an order authorizing the clerk of court to release the defendant's passport on shortened time to the defendant;

IT IS HEREBY ORDERED that the request is GRANTED. The Clerk of Court is authorized to release the defendant's passport to the defendant, Alan Veys, today.

Dated this ___ day of May, 2007.

_____
HONORABLE PHILIP M. PALLENBERG
United States District Judge

**LAW OFFICES OF**
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

**CERTIFICATE OF SERVICE**
I hereby certify that on May 1, 2007,
a copy of the foregoing reply was served
electronically on:

Steve Skrocki, Esq.
Assistant U.S. Attorney

Robert Anderson, Esq.
Assistant U.S. Attorney

Kevin Fitzgerald, Esq.
Ingaldson, Maassen, Fitzgerald.

By:  s/ Brent R. Cole, Esq.

**LAW OFFICES OF**
**Marston &**
**Cole, P.C.**
745 WEST FOURTH
AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Proposed Order Re  Release of Passport on Shortened Time
Case No. 1:06-CR-00003-JWS-PMP CR
Page 2 of 2