Brent R. Cole
MARSTON & COLE, P.C.
745 W. Fourth Avenue, Suite 502
Anchorage, AK 99501
(907) 277-8001
Attorneys for Alan Veys

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>JAMES JAIRELL, AND )<br>ALAN VEYS )<br>)<br>Defendants. ) | **AFFIDAVIT OF COUNSEL**<br><br>Case No. 1:06-CR-0003-JWS-PMP CR |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT  )

Brent R. Cole, being first duly sworn upon oath, deposes and states as follows:

1. I am the attorney for Alan Veys.

2. Mr. Veys was required to surrender his passport to the Clerk of Court as a condition of the release at his arraignment.

3. I have spoken with Mr. Veys and he is in need of his passport to apply for a duplicate maritime license. Mr. Veys has flown into Juneau from his lodge today so he can pick up his passport and begin the process of getting his duplicate maritime license. Mr. Veys needs this maritime license for his fishing lodge business which is scheduled to begin in approximately one month.

LAW OFFICES OF
**Marston &
Cole, P.C.**
745 WEST FOURTH
AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

4.      On May 1, 2007, I contacted Assistant U.S. Attorney Robert Anderson by email. Mr. Anderson indicated that the government does not oppose this request.

5.      Accordingly, I am asking for an order authorizing the Clerk of Court to release the passport to Alan Veys.

FURTHER AFFIANT SAYETH NAUGHT.

Brent R. Cole

SUBSCRIBED AND SWORN TO before me this 1st day of May, 2007.

Notary Public in and for Alaska
My Commission Expires: 10/7/2007



**CERTIFICATE OF SERVICE**
I hereby certify that on May 1, 2007, a copy of the foregoing reply was served electronically on:

Steve Skrocki, Esq.
Assistant U.S. Attorney

Robert Anderson, Esq.
Assistant U.S. Attorney

Kevin Fitzgerald, Esq.
Ingaldson, Maassen, Fitzgerald.

By:  s/ Brent R. Cole, Esq.

LAW OFFICES OF
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Affidavit of Counsel Re: Veys' Unopposed Motion to Release Passport on Shortened Time
Case No. 1:06-CR-00003-JWS-PMP CR
Page 2 of 2