**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   ALAN J. VEYS

THE HONORABLE PHILLIP M. PALLENBERG

DEPUTY CLERK                    CASE NO.  1:06-cr-00003-01-HRH-PMP

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: May 3, 2007

      Defendant Alan J. Veys Unopposed Motion to Release Passport On Shortened Time at docket #102 is hereby GRANTED.

[]{IA.WPD*Rev.12/96}