NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00003-JWS-PMP |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S UNOPPOSED |
| vs. | ) | MOTION ON SHORTENED |
| | ) | TIME TO CONTINUE |
| ALAN J. VEYS, | ) | SENTENCING TO AUGUST 2, |
| | ) | 2007 |
| Defendant. | ) | |
| | ) | |

COMES NOW the Plaintiff, United States of America, by and through

undersigned counsel, and respectfully requests that the Court issue an order vacating the

current sentencing hearing set to occur before Magistrate Judge Pallenberg on Wednesday, June 6, 2007, along with filing deadlines associated therewith, and continuing the hearing to Thursday, August 2, 2007. Counsel for the Defendant, Alan Veys, has expressed his client's non-opposition to this request in telephone conversations with government counsel.

Counsel for the defendant will be in trial on June 6, 2007. The government's case agent will also be away from Juneau on that date. Government counsel has extensive business travel planned between June 7 and late July. The parties have noted several objections to the Pre-Sentence Report which may require witness testimony at the hearing. The Defendant is free on bond and the parties discern no prejudice to him accruing from the continuance requested herein. For all of these reasons, the

// //

// //

// //

// //

// //

government requests, and the defendant does not oppose, that the sentencing hearing be continued to Thursday, August 2, 2007.

RESPECTFULLY SUBMITTED this 30th day May, 2007.

    s/ Robert S. Anderson
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (202) 305-00213
Fax: (202) 514-8164
Email: robert.anderson8@usdoj.gov

    s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
#0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007
a copy of the foregoing GOVERNMENT'S
UNOPPOSED MOTION ON SHORTENED
TIME TO CONTINUE SENTENCING TO
AUGUST 2, 2007, was served
electronically on: Brent R. Cole and Allen F. Clendaniel.

s/ Steven E. Skrocki