IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00003-JWS-PMP |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER CONTINUING SENTENCING HEARING TO AUGUST 2, 2007 |
| vs. | ) | |
| ALAN J. VEYS, | ) | |
| Defendant. | ) | |

On May 30, 2007, the government filed a non-opposed motion seeking a continuance of the sentencing hearing in this matter from the current date of June 6, 2007, to August 2, 2007.  Having read and considered the motion, and noting the non-opposition of defense counsel to the request,

IT IS HEREBY ORDERED:

That the sentencing hearing in this matter shall occur on Thursday, August 2, 2007 at 9:00 a.m. in Juneau, Alaska.  Sentencing memoranda must be filed on or before July 26, 2007.

DATED:_____

_____
Hon. Phillip M. Pallenberg
U.S. Magistrate Judge