IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00003-HRH |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | GRANTING/DENYING |
| | ) | MOTION OF THE UNITED |
| vs. | ) | STATES TO CONSOLIDATE |
| | ) | SENTENCING |
| ALAN J. VEYS and | ) | PROCEEDINGS BEFORE |
| JAMES E. JAIRELL, | ) | UNITED STATES DISTRICT |
| | ) | COURT JUDGE-PARTIALLY |
| Defendants. | ) | OPPOSED |
| _____ | ) | |

On July 19, 2007, the government filed on shortened time its Motion of the United States to Consolidate Sentencing Proceedings Before United States District Court Judge-Partially Opposed. Having read and considered the motion, IT IS HEREBY ORDERED that the Government's Motion is GRANTED/DENIED.

    IT IS SO ORDERED.

    DATED this _____ day of March, 2007, at Anchorage, Alaska.


                                                  _____
                                                  UNITED STATES DISTRICT JUDGE