- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>         v.  <u>ALAN J. VEYS, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND     CASE NO.  <u>1:06-cr-0003-HRH</u>

<u>This Minute Order Pertains to Both Defendants</u>

<u>Deputy Clerk</u>                        <u>Official Recorder</u>
_____        _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The Government moves to consolidate the sentencing proceedings as to defendants Veys and Jairell, and seeks consideration on shortened time. (Docket No. 115.) The application for consideration on shortened time is granted.

Defendants' opposition, if any, to the Government's motion shall be served and filed on or before 5:00 p.m. on Monday, July 23, 2007.

---