# 2000 – Price List

## PYBUS POINT LODGE/LARRY HOOTON/JAMES JAIRELL

## STN: 841325 Item #7 – SVENDSEN Computer

## EXHIBIT # XXX

# PYBUS POINT LODGE

Larry Hooton - Alaskan Registered Guide & Outfitter
907-723-9242   --   1-800-94 PYBUS
larry@seahook.com   --   www.pybus.com
P. O. Box 32644   --   P. O. Box 33497
Assistant Guide Jim Jairell

## SCI SPECIAL----2000 HUNT SCHEDULE AND PRICE LIST

Note: Prices do not include license, tags, or travel

### BLACK BEAR / WOLF
5 Day Hunts
April thru June and September
$4,000 pp

### BROWN BEAR
10 Day Hunts
April, May and September
$10,000 pp

### MOUNTAIN GOAT
7 Day Hunts
Late October and November
$6,000 pp

### SITKA DEER
5 Day Hunts
November and December
$3,500 pp

### NON HUNTERS
Please inquire

### TRAVEL
You will travel to Juneau on Alaska Airlines. You should schedule your time to arrive at the earliest time available on the arrival date and depart on the latest flight available on your departure date. DON'T BUY RESTRICTED TICKETS AS YOU MAY HAVE TO CHANGE DATES DUE TO BAD WEATHER, or you may decide to stay a while in Juneau before or after your hunt. Juneau can accommodate your travel and lodging needs. Add $150-$300 for the floatplane flights to and from our lodge/or 62 ft. craft.

### SUMMER CHARTERS
May 15 through September 9th

### PHOTOGRAPHIC AND SIGHT SEEING
April through September available

### LICENSE FEES

|  | US Non-Res | US Res Alien |
|---|---|---|
| Hunting License | $ 85 | $ 300 |
| 14-Day Fishing | $ 30 | $ 30 |

### TAG FEES

| | US Non-Res | US Res Alien |
|---|---|---|
| Brown Bear | $ 500 | $ 650 |
| Black Bear | $ 225 | $ 300 |
| Sitka Deer | $ 150 | $ 200 |
| Mountain Goat | $ 300 | $ 400 |
| Wolf | $ 30 | $ 50 |

### NON-RESIDENT FEES
Alaska State Law requires all non-residents to purchase a hunting license, plus tags for each animal hunted. Be advised: Once tags and licenses are purchased, there are NO REFUNDS. These fees are in addition to your hunt and need to be paid to local licensing vendor when you arrive or by mail, if time allows. We will line you out on this.

### COMPANY POLICY
1. No hunt held without a deposit.
2. 50% deposit of hunt cost is required to book a hunt for the current year.
3. A $2000.00 deposit is required for bookings made for a hunt a year or more in advance. With a second deposit of up to 50% of your hunt cost due in the Dec. previous to your hunt year. All deposits are non-refundable, unless a replacement is found for same value, minus 10% for costs incurred by us.
4. Final 50% deposit is due 60 days in advance of your hunt date.
5. No hunt will begin without proper payment.
6. Only social drinking allowed on board.
7. EVERYONE required to have a great time!

POTENTIAL EXHIBIT

## U.S. FISH AND WILDLIFE SERVICE

### DIVISION OF LAW ENFORCEMENT

#### 1-A EXHIBIT ENVELOPE

FILE NO: INV 2003700?

| ITEM NO. | DATE | DESCRIPTION | LOCATION | DISPOSITION |
|---|---|---|---|---|
| | | STN: 841325 ITEM #7 | | |
| | | LARRY HOOTON/PYBUS POINT LODGE 2000 HUNT PRICE LIST | | |
| | | ORIGINAL | | |