# 2002 – Price List

# PYBUS POINT LODGE/LECONTE OUTFITTERS/JAMES JAIRELL

## STN: 635016 – JAIRELL Computer

## EXHIBIT # 120

**LeCONTE OUTFITTERS**
907-772-4790
P. O. Box 913
Petersburg, AK  99833
dehelm@alaska.net

**PYBUS POINT LODGE**
1-800-94 PYBUS
P. O. Box 33497
Juneau, AK  99803
www.pybus.com

Dave Helmick - Alaskan Registered Guide & Outfitter
Jim Jairell - Class A Assistant Guide

### FNAWS SPECIAL - 2002 HUNT SCHEDULES AND PRICE LIST
Note:  Prices do not include license, tags, or travel

---

**BLACK BEAR / WOLF**
5 Day Hunts
April, May and September
$4,000 pp Lodge Hunt
$3,500 pp Boat Hunt

**MOUNTAIN GOAT**
7 Day Hunts
September, October and November
$4,500 pp

**SITKA DEER**
5 Day Hunts
August - Dec.
$3,500 pp

**PHOTOGRAPHIC AND SIGHT SEEING**
April through September available

**LICENSE FEES**

|  | US Non-Res | US Res Alien |
|---|---|---|
| Hunting License | $ 85 | $ 300 |
| 14-Day Fishing | $ 30 | $ 30 |

**TAG FEES**

|  | US Non-Res | US Res Alien |
|---|---|---|
| Black Bear | $ 225 | $ 300 |
| Sitka Deer | $ 150 | $ 200 |
| Mountain Goat | $ 300 | $ 400 |
| Wolf | $ 30 | $ 50 |

**NON HUNTERS**
Please inquire

**SUMMER CHARTERS**
May 15 through September 9th

---

**TRAVEL**
You will travel to Juneau or Petersburg on Alaska Airlines. You should schedule your time to arrive at the earliest time available on the arrival date and depart on the latest flight available on your departure date.  DON'T BUY RESTRICTED TICKETS AS YOU MAY HAVE TO CHANGE DATES DUE TO BAD WEATHER, or you may decide to stay a while in Juneau or Petersburg before or after your hunt. Add $150-$300 for the floatplane flights to and from the lodge.

**NON-RESIDENT FEES**
Alaska State Law requires all non-residents to purchase a hunting license, plus tags for each animal hunted.  Be advised:  Once tags and licenses are purchased, there are NO REFUNDS. These fees are in addition to your hunt and need to be paid to local licensing vendor when you arrive or by mail, if time allows. We will line you out on this.

**COMPANY POLICY**
1.  No hunt held without a deposit.
2.  50% deposit of hunt cost is required to book a hunt for the current year.
3.  A $2000.00 deposit is required for bookings made for a hunt a year or more in advance.  With a second deposit of up to 50% of your hunt cost due in the Dec. previous to your hunt year.  All deposits are non-refundable, unless a replacement is found for same value, minus 10% for costs incurred by us.
4.  Final 50% deposit is due 60 days in advance of your hunt date.
5.  No hunt will begin without proper payment.
6.  Only social drinking allowed on board.
7.  **EVERYONE required to have a great time!**


Exhibit #120

Exhibit B
Page 2 of 2