

# JIM'S ALASKAN ADVENTURES

## 2003 PRICE LIST

### BROWN BEAR & FISHING
**PYBUS POINT LODGE BASED**

**7 DAY HUNT**

May 7 – May 14
May 14 – May 22

$10,800 + $200 = $11,000
Hunt + Float Plane = Total

Coastal Black Bear can be added to above hunt for $2,000

### COASTAL BLACK BEAR

**5 DAY HUNT**

May 2 – June 10
(2 hunters x 1 guide)
(add $1,000 for 1 hunter x 1 guide)

Lodge Hunt - $4,300 + $200 = $4,500
(lodge hunt includes fishing)
Kake Hunt - $3,300
Outfitted Only Hunt = $1,800

## PLEASE NOTE

- All Brown Bear hunts are 1 x 1 (1 hunter x 1 guide)
- Black Bear hunts can be 2 x 1 (2 hunters x 1 guide) preferred, or (1 hunter x 1 guide).
- Accommodating only 4 – 6 hunters on each hunt.
- "Kake based" hunts-you fly into and stay in the village of Kake, AK.
- ALL HUNTS ARE QUOTED IN U.S. FUNDS.

## HUNTS INCLUDE

- Excellent meals prepared by a chef for Lodge hunts and restaurants for Kake based hunts.
- Clean and cozy accommodations at Pybus Point Lodge, or hotel (if Kake based hunt).
- Complete skinning, fleshing & salting of hides.
- Float plane to Pybus Point Lodge or pickup at Kake airport for Kake based hunts.
- Ocean fishing for Salmon, Halibut, Rock Fish, Crabs, Shrimp and more with all lodge package hunts.

## HUNTS DO NOT INCLUDE

- Personal hunting & fishing licenses and species tags.
- Flights or float plane charters.
- Liquor

## BOOKING YOUR HUNT

- A 25% deposit on the base cost of the hunt is required per hunter when your hunt is booked two years in advance. A second payment of 25% is required by January 1st of the year of your hunt.
- A 50% deposit is required per hunter when your hunt is booked within the year of your arrival date.
- In the event of a cancellation, deposits are transferable to the following years, provided space is available and adequate notice has been given.
- Prime dates are always given to the first deposits received.
- The balance outstanding (50%) is due and payable 60 days prior to your arrival.
- Lodge hunters arriving by float plane can hunt the following day but fish the same day of arrival.
- Kake based hunters can hunt the same evening (commercial flight).
- An inspection of your game is required by a Fish and Game Officer before it can leave Alaska.
- Our prime season books up fast and well in advance so book your hunt as soon as you can to assure your spot!

---

**JIM'S ALASKAN ADVENTURES**
P. O. Box 2153            P. O. Box 613
Laramie, WY                     Kake, AK
82073 (Winter)          (Summer) 99830
(307) 721-HUNT (4868)
www.huntwithjim.com

Exhibit C
Page 1 of 9

## LICENSES AND TAG PRICES

| | |
|---|---|
| Hunting | $ 85.00 |
| Black Bear | $ 225.00 |
| Brown Bear | $ 500.00 |
| Caribou | $ 325.00 |
| Deer | $ 150.00 |
| Mtn. Goat | $ 300.00 |
| Wolf | $ 30.00 |
| Fishing | $ 30.00 |

## PERSONAL GEAR & WEATHER

On sunny days there are few places in the world as beautiful as southeast Alaska. Spring temperatures are in the 50's and plan on it raining some every day.

For footwear: a pair of knee high rubber boots, good comfortable hiking shoes/boots, and a pair of camp shoes should be all you need.

For clothing: one set of "street" clothes and your choice of layered hunting clothes (wool or polar-fleece suggested). Rain jacket (Helly Hansen, "Cabela's" MT050, or saddlecloth). Make sure all are quiet materials!

Equipment: a day pack, quality binoculars, knife, and most important-a rifle/bow that you are comfortable with (30 caliber or better).

**PLEASE KEEP ALL PERSONALS TO 50 LBS OR LESS**

## AIRLINES SERVING SOUTHEAST ALASKA (at time of printing)

| | |
|---|---|
| Alaska Airlines: | 800-AlaskaAir |
| LAB: | 907-789-9160 |

Regular flights from Seattle to Juneau daily via Alaskan Airlines. LAB flies daily from Juneau to Kake (needed for Kake based hunts). For lodge based hunts, float planes will be arranged for you from Juneau to Pybus Point Lodge.

## ACCOMODATIONS IN JUNEAU

For lodge based hunts you will need to arrive a day prior to your actual hunt dates (the plane to the lodge leaves at 6:30 a.m.). Here are a few suggestions on places to stay while in Juneau:

**Downtown Locations:**

| | |
|---|---|
| Driftwood | 1-907-586-2280 |
| Prospector | 1-907-586-3737 |

**Airport Locations:**

| | |
|---|---|
| Bestwestern | 1-907-789-5005 |
| Travel-lodge | 1-907-789-9700 |

These hotels have shuttles to and from the airport so no rental car is needed.

**DON'T FORGET TO BRING YOUR CAMERA AND LOTS OF FILM !!**

## SPECIAL NOTES

*Jim's Alaskan Adventures* would like to make your hunt an exceptional one. I have worked very hard to team up with the best lodge and assistant guides in all of Alaska! I want to share with you and your family members an Alaskan Adventure second to none! I feel it is very important to follow all game laws and hunting ethics in a safe manner. To pass this on to the next generation is also very important to me, so I encourage all adults to involve a young person in these hunts so they may also learn and feel the excitement.

I take pride in providing these Alaskan Adventures to people with all levels of physical abilities. I will help with all paperwork needed for "handicap" permitting required by the Alaskan Game and Fish.

*Jim's Alaskan Adventures* specializes in bear hunting, however we do provide goat and caribou hunts on a limited bases. If you would like my assistance in finding a good guide for any other hunts, I will be happy to assist you.

For respect and privacy reasons, we do not provide a published list of references; however we will provide this list to valid hunters.

I hope that I have the pleasure of taking you on an Alaskan Adventure that you won't soon forget.

Regards,

Jim Jairell
Guide #1115

Exhibit C
Page 2 of 9