

Exhibit C
Page 3 of 9




*Jim's Alaskan Adventures* coastal brown bear hunting grounds are on Admiralty Island, GMU #4. The majority of the island became a national monument and designated as the Kootznoowoo Wilderness (meaning "fortress of the bears" by the Tlingit Indians) in 1978. Admiralty Island, over 955,000 acres, hosts the largest population of brown bears in the world. *Jim's Alaskan Adventures'* spring brown bear hunting is unsurpassed by any other in North America. Our average brown bear is 8 1/2 feet square and we take several bears each year in the 9 foot range. We hunt all brown bears on remote beaches and tidal flats. A 20-25 foot tide twice daily in southeast Alaska allows us to hunt these grass flats in the spring from our 18 foot skiffs. Hunts are spot and stalk with most bears being harvested around 100 yards. With past hunts having good weather and guests with excellent marksmanship, our success rate approaches 100%.

*Jim's Alaskan Adventures'* registered guide is Jim Jairell. Jim has hunted big game for over 30 years in the Continental US, Alaska, Hawaii, Canada and Africa. Jim's love for hunting is second only to his family; wife Vicki, daughters Mandy and Della. Jim's knowledge of brown and black bear behavior and habitat make for not only a successful hunt but also a learning experience. Jim and his assistant guides have very strong hunting ethics and want everyone to enjoy their experience in Alaska to its fullest.

**Certifications**
Guide License #1115
Coast Guard Captain
CPR
First Aid
Medical Responder

**Memberships**
Life - Safari Club
Life - NAHC
RMEF
FNAWS




Exhibit C
Page 4 of 9



Preparation of your trophy for your taxidermist will ensure your hunt will last you for years and years to come. *Jim's Alaskan Adventures* uses their expert skills in taking care of your trophy in the field. Proper skinning for your desired mount, fleshing, and turning of the ears, toes, nose and lips are performed. Jim has received numerous compliments from taxidermists around the nation on the care he takes with trophies.

Exhibit C
Page 5 of 9