Coastal black bear hunting with *Jim's Alaskan Adventures* takes place in GMU #3. Many record book black bears have been taken from this area. Genetics, light winters, and plentiful feed have made the black bears among the biggest in the world. After a short boat ride from Pybus Point Lodge, you will hunt from our 18 foot skiffs on beaches and tidal



flats. Eight to ten black bears can be spotted on an average day of hunting. As with our brown bear hunts; good weather and the excellent marksmanship of our guests help us approach a 100% success rate. The Tlingit Village of Kake, located on Kupreanof Island is in the heart of *Jim's Alaskan Adventures'* black bear area. Arrangements can be made to base your hunt from this village if you want to experience a more "local" atmosphere. Prices vary for different lodging accomodations.



Exhibit C
Page 6 of 9

*Jim's Alaskan Adventures* has a limited amount of caribou and goat hunting available. Please contact us for more information regarding these hunts.

*Jim's Alaskan Adventures* has teamed up with Pybus Point Lodge for your comfort and convenience while hunting.

Pybus Point Lodge, the finest sport fishing lodge in all of Alaska, is located on the south end of Admiralty Island; a 55 minute float plane ride from Juneau. You will feel right at home in your own cozy log cabin. Each fully carpeted two bedroom cabin features spectacular views, a fireplace and a private bath and shower. Prepared for you daily, will be a delicious breakfast and dinner including wonderful fresh shrimp and crab served in the main lodge. After an exciting day of hunting or fishing, you can sit back and enjoy a warm fire on the deck or relax in the hot tub. All lodge based hunts include Pybus' world class sport fishing for salmon, rock fish and halibut.



Exhibit C
Page 7 of 9



## Jim's Alaskan Adventures

takes pride in sharing with the next generations; hunting and fishing ethics, safety in the field, conservation and respect for our great outdoors. *Jim's Alaskan Adventures* encourages all adults to bring a young person with them to experience this great Alaskan adventure. An adventure with a child in Alaska will be one that cannot be topped or will ever be forgotten.

Exhibit C
Page 8 of 9

# 2003 PRICE LIST

# JAIRELL/PYBUS POINT LODGE

# STN:  789944 – SA E. HOLMES USFWS

Exhibit C
Page 9 of 9