# 2004 – Price List

# JIM'S ALASKAN ADVENTURES

# CAPTURED FROM WEBSITE

# EXHIBIT # 112B

# BATES # VJ01690017017



# JIM'S ALASKAN ADVENTURES

Coastal Black Bears

Coastal Brown Bears

Caribou

Mountain Goats

On-line Tags & Licenses

Guides

Accommodations

Hunt with Kids

Photo Gallery

Pricing

What a Hunt Includes

What to Bring

Contact Us

Home

## 2004 PRICE LIST

**BROWN BEAR & FISHING**

**PYBUS POINT LODGE BASED**

**7 DAY HUNT**

May 1 – May 7

May 7 – May 14

May 14 - May 22**

$10,800 +  $200 = $11,000

(Hunt + Float Plane = Total)

Coastal Black Bear can be added to above hunt for $2,000

** Season closes May 20th, the 1 1/2 days remaining will have available for black bear hunting or fishing or just relaxing and enjoying Alaska's beautiful scenery.

**COASTAL BLACK BEAR**

**5 DAY HUNT**

May 2 – June 11

(2 hunters x 1 guide)

(add $1,000 for 1 hunter x 1 guide)

Lodge Hunt - $4,300 + $200 = $4,500

(lodge hunt only - includes fishing)

http://www.huntwithjim.com/pricing.htm

*[handwritten note:]* EX. # 112B  BATES# VJ016900 17017

Kake Hunt - $3,300

Outfitted Only Hunt = $1,800

## PLEASE NOTE

- All Brown Bear hunts are 1 x 1

  (1 hunter x 1 guide)

- Black Bear hunts can be 2 x 1

  (2 hunters x 1 guide) preferred, or

  (1 hunter x 1 guide).

- Accommodating only 4 – 6 hunters on each hunt.

- "Kake based" hunts-you fly into and stay in the village of Kake, AK.

- ALL HUNTS ARE QUOTED IN U.S. FUNDS.

PACIFIC ADVENTURES, LLC
dba JIM'S ALASKAN ADVENTURES
P. O. BOX 2153
LARAMIE, WY 82073
1-888-546-4868



Coastal Black Bears

Coastal Brown Bears

Caribou

Mountain Goats

On-line Tags & Licenses

Guides

Accommodations

Hunt with Kids

Photo Gallery

Pricing

What a Hunt Includes

What to Bring

Contact Us

Home

## WHAT YOUR HUNT INCLUDES

### HUNTS INCLUDE

- Excellent meals prepared by a chef for Lodge hunts and restaurants for Kake based hunts.
- Clean and cozy accommodations at Pybus Point Lodge, or hotel (if Kake based hunt).
- Complete skinning, fleshing & salting of hides.
- Float plane to Pybus Point Lodge or pickup at Kake airport for Kake based hunts.
- Ocean fishing for Salmon, Halibut, Rock Fish, Crabs, Shrimp and more with all lodge package hunts.

### HUNTS DO NOT INCLUDE

- Personal hunting & fishing licenses and species tags.
- Flights or float plane charters.
- Liquor

### BOOKING YOUR HUNT

- A 25% deposit on the base cost of the hunt is required per hunter when your hunt is booked two years in advance. A second payment of 25% is required by January 1st of the year of your hunt.

- A 50% deposit is required per hunter when your hunt is booked within the year of your arrival date.

- In the event of a cancellation, deposits are transferable to the following years, provided

http://www.huntwithjim.com/huntincludes.htm

space is available and adequate notice has been given.

- Prime dates are always given to the first deposits received.

- The balance outstanding (50%) is due and payable 60 days prior to your arrival.

- Lodge hunters arriving by float plane can hunt the following day but fish the same day of arrival.

- Kake based hunters can hunt the same evening (commercial flight).

- An inspection of your game is required by a Fish and Game Officer before it can leave Alaska.

- Our prime season books up fast and well in advance so book your hunt as soon as you can to assure your spot!

*PACIFIC ADVENTURES, LLC*
*dba JIM'S ALASKAN ADVENTURES*
*P. O. BOX 2153*
*LARAMIE, WY 82073*
*1-888-546-4868*