# Seahook Charters of Alaska

## Black Bear Hunt, 7 Days

### Summary:



Black Bears weigh between 180 and 400 pounds and average between 5-1/2 and 7+ feet squared. The pelts of spring Black Bears make beautiful trophies if taken before they start to rub.

Most hunters enjoy hunting during this time of the year, as the land is thriving with wildlife and the waters are teaming with trout, salmon, and halibut. Black bears are frequently found enjoying the green spring grass near bays, inlets, tidal marshes, and beaches.

In the fall, they can be found in small streams and rivers feeding on salmon getting ready for winter.

We hunt these much the same way we do the brown bears, only in different areas.   Black bear hunts have been around 80% success.

### Your Itinerary:

**Included Meals Abbreviations:**
- (B) Breakfast
- (L) Lunch
- (D) Dinner

**Day 1:**
Board one of our vessels or chartered floatplane in Juneau, Alaska and travel to a distant bay or inlet.

Evening hunt utilizing spot and stalk method (Fly-in hunters must wait till the following morning to hunt).
(B) (L) (D)

**Day 2:**
Hunt utilizing spot and stalk method. You will spend your mornings and evenings in boats and skiffs cruising the beaches, rivers, and bays looking for your trophy.

The late mornings and early afternoons are perfect for checking dungeness crab pots, photographing whales, fishing for trout and dolly varden from the nearby stream mouths, trolling for king salmon, and jigging for halibut.
(B) (L) (D)

**Day 3:**
Hunt, utilizing spot and stalk method.
(B) (L) (D)

**Day 4:**
Hunt, utilizing spot and stalk method.
(B) (L) (D)

**Day 5:**
Hunt, utilizing spot and stalk method.
(B) (L) (D)

**Day 6:**
Hunt, utilizing spot and stalk method.
(B) (L) (D)

**Day 7:**
Morning and possibly evening hunt if needed. Depart for Juneau.
(B) (L) (D)

| **Availability:** | **Prices:** |
|---|---|
| 2001 Hunts | |
| May 22 - 28, (booked!) | 1 hunter, 1 guide - $3,500 |
| May 30 - June 5, (1 available) | |
| June 7 - 13, (open) | 2 hunters, 1 guide - $3,000 |
| September 1 - 7, (open) | |
| September 9 - 15, (open) | |
| September 21 - 27, (booked) | |

2002 Hunts
    May 22 - 28, (open)
    May 30 - June 5, (open)
    June 7 - 13, (open)
    September 1 - 7, (open)
    September 9 - 15, (open)

2003 Hunts
    May 22 - 28, (open)
    May 30 - June 5, (open)
    June 7 - 13, (open)
    September 1 - 7, (open)
    September 9 - 15, (open)

**Notes:**

- Prices include all meals, lodging, photos, maximum 2:1 hunter to guide ratio, and preparation of trophies.
- We can also provide extra lodging one day prior and one day after the hunt.
- Prices do not include airfare, personal gear, licenses, tags, & USFS Special Use Fees.
- For additional costs Click Here (licenses, tag fees, . .etc.).
- Non-hunting companions are $200 per day.
- If utilized, floatplane costs will be an additional $500/person.
- Plan on arriving in Juneau via Alaska Airlines 1 day prior to hunt.
- Expect to depart on the 7th or 8th day.
- Schedules are subject to change due to weather, . .etc.

Specials Page | Latest Hunt! | Guided Brown Bear Stalk
Home | Guided Hunts | Fishing & Photography | Scuba Diving & Instruction
Reservations | Additional Costs | Image Gallery | Links | Request Info


Seahook Charters of Alaska

http://www.seahook.com/blkbear1.htm

Exhibit E
Page 2 of 3   01/30/2001

PO Box 32644
Juneau, AK 99803-2644
(907) 723-9242
info@seahook.com

There have been **484** hits since March 12, 2000.

These are valid search words for this site:

Alaska, bear, hunt, hunting, hunts, brown, black, Alaska bear hunting, alaska hunting, Alaska, alaska, ak, AK, alaska hunt, hunt alaska, alaska hunting, alaska hunting guides, alaska hunting outfitters, alaska guided bear hunting, brown bear, grizzly, grizzly bear, hunting in alaska, big game hunts, alaska fishing, alaska fishing guides, fishing in alaska, guiding, guided hunting, duck and goose hunting in alaska, ducks, geese, riverboat, running alaska rivers, alaska outfitter, spruce grouse hunting, alaska rainforest, southeast alaska adventures, hunt, hunts, guide, guides, guiding, outfitter, outfitters, alaska, alaskan, southeast, juneau, ak, seahook charters, registered, trophy, trophy hunting in alaska, lodge, lodging, brown bears, black bears, bear, brown bear hunting in alaska, black bear hunting in alaska, mountain goat hunting in alaska, goat, mountain goat, moose hunting in alaska, moose hunting, moose, charter, charters, chartering, fish, fishing, deer, deer hunting in alaska, alpine deer hunting, deer hunting, deer, wolf, wolves, tracy arm, fords terror