# Seahook Charters of Alaska

## Black Bear Hunt, 7 Days



**Prices and Availaility**

**Summary:**

Black Bears weigh between 180 and 400 pounds and average between 5-1/2 and 7-1/2+ feet squared. The pelts of spring Black Bears make beautiful trophies if taken before they start to rub.

Most hunters enjoy hunting during this time of the year, as the land is thriving with wildlife and the waters are teaming with trout, salmon, and halibut. Black bears are frequently found enjoying the green spring grass near bays, inlets, tidal marshes, and beaches.

In the fall, they can be found in small streams and rivers feeding on salmon, as well as on slopes eating blueberries and getting ready for winter.

We hunt these much the same way we do the brown bears, only in different areas. Over the past 6 years, our spring hunts have been 90% successful with sizes that average over 6-1/2' feet squared with 17-12/16" skulls. In 2001, we took two bears that squared 7' 3" (spring) and 7' 4" (fall). Three were taken over 7-foot just this last spring (2002). These aren't the norm, but they are certainly out there.

See some of our latest hunts for black bear:
Spring Bear Hunts - May/June 2003
Spring Bear Hunts - May 2002
Fall Mountain Goat/Black Bear Hunt - September 2001
Spring Bear Hunts - May/June 2001



## Your Itinerary:

**Day 1:**
Board one of our vessels or chartered floatplane in Juneau, Alaska and travel to a distant bay or inlet.

Evening hunt utilizing spot and stalk method (Fly-in hunters must wait till the following morning to hunt).
**(B) (L) (D)**

**Included Meals Abbreviations:**
- (B) Breakfast
- (L) Lunch
- (D) Dinner

**Day 2:**
Hunt utilizing spot and stalk method. You will spend your mornings and evenings in boats and skiffs cruising the beaches, rivers, and bays looking for your trophy.

The late mornings and early afternoons are perfect for checking dungeness crab pots, photographing whales, fishing for trout and dolly varden from the nearby stream mouths, trolling for king salmon, and jigging for halibut.
**(B) (L) (D)**

**Day 3:**
Hunt, utilizing spot and stalk method.
**(B) (L) (D)**

**Day 4:**
Hunt, utilizing spot and stalk method.
**(B) (L) (D)**

**Day 5:**
Hunt, utilizing spot and stalk method.
**(B) (L) (D)**

**Day 6:**
Hunt, utilizing spot and stalk method.
**(B) (L) (D)**

**Day 7:**
Morning and possibly evening hunt if needed. Depart for Juneau.
**(B) (L) (D)**

**Availability:**
2006 Hunts
    May 22 - 28,   **booked!**
    June 2 - 8,   **(pending)**
    September 1 - 7,   **(pending)**
    September 9 - 15,   **(pending)**

2007 Hunts
    May 22 - 28,   **(pending)**
    June 2 - 8,   **(pending)**
    September 1 - 7,   **(pending)**
    September 9 - 15,   **(pending)**

| Prices: | |
|---|---|
| 1 hunter, 1 guide - | $4,000 |
| 2 hunters, 1 guide - | $3,500 |

**Notes:**

- Prices include all meals, lodging, photos, maximum 2:1 hunter to guide ratio, and preparation of trophies.
- We can also provide limited accommodations/lodging one day prior and one day after the hunt.
- Prices do <u>not</u> include airfare, personal gear, licenses, tags, & USFS Special Use Fees.
- For additional costs **click here** (licenses, tag fees, . .etc.).
- Non-hunting companions are $250 per day.

- If utilized, floatplane costs will be an additional $500/person.
- Plan on arriving in Juneau via Alaska Airlines 1 day prior to hunt.
- Expect to depart on the 8th or 9th day.
- Schedules are subject to change due to weather, . .etc.

---

Specials Page | Latest Hunt! | Recent Article | Photo Essay | Brown Bear Stalk
Home | Guided Hunts | Fishing & Photography | Scuba Diving & Instruction
Reservations | Additional Costs | Image Gallery | Links | Request Info



PO Box 32644
Juneau, AK 99803-2644
(907) 723-9242
E-Mail