Grad 6/5/72 GPA 2.2205

**PUPIL'S CUMULATIVE RECORD**

Rank 218 in class 367

SCHOOL Wallace CITY Kelso

| Last Name | First Name | Middle Name |
|---|---|---|
| Veys | Alan | Jules |

| Sex | Race | Place of Birth | Mo. | Day | Year | Home Conditions |
|---|---|---|---|---|---|---|
| male | White | Longview, Wn. | 9 | 18 | 53 | |

| Entered From | Date | Age | Class | Lives With | No. Brothers | No. Sisters | Language in Home |
|---|---|---|---|---|---|---|---|
| 9-3-58 | 9-3-58 | 4-11 | Kg. | mother | 1 | 0 | English |

| Parents | Last Name | First | Middle | Living | Divorced | Separated | Remarried | Occupation | Race |
|---|---|---|---|---|---|---|---|---|---|
| Fa. | Veys | Andre | Marvin | | ✓ | | | motel | W |
| Mo. | Veys | Emma | Everna | | ✓ | | | Dr. Assistant | W |

**HIGH SCHOOL RECORD**

Coweeman Jr.

| School Year 1968-69 Subjects | No. Weeks | Per Week | 1st Semester | 2nd Semester | Cr. |
|---|---|---|---|---|---|
| English 1 & 2 | | | C2 | D2 | |
| Math | | | B2 | B2 | |
| Wa. St. Hist.; World Geog. | | | B3 | C3 | |
| Art | | | D2 | B2 | |
| Morse Crew | | | B2 | B2 | |
| Rem. Reading | | | C2 | C2 | |
| Length of Period: Health & P.E. | | | B2 | B2 | Total Credit |

| School Year 1969-70 Subjects | No. Weeks | Per Week | 1st Semester | 2nd Semester | Cr. |
|---|---|---|---|---|---|
| English 3-4 | | | D3 | C2 | 2 |
| Biology | | | C | D3 | 2 |
| Algebra | | | B2 | B2 | 2 |
| Spanish | | | C | B1 | 2 |
| Gym Ph. Ed. | | | B | S A | 1½ |
| Length of Period | | | | Total Credits | |

| School Year 1970-71 Subjects | No. Weeks | Per Week | 1st Semester | 2nd Semester | Cr. |
|---|---|---|---|---|---|
| Comp 2 Amer Characte | | | C2 | C2 | 2 |
| U.S. History | | | B | C | 2 |
| Spanish 3-4 | | | C1 | C2 | 2 |
| Automotive | | | C | C | 2 |
| Gym | | | B | [illegible] | 1 |
| Length of Period | | | | Total Credits | |

| School Year 1971-72 Subjects | No. Weeks | Per Week | 1st Semester | 2nd Semester | Cr. |
|---|---|---|---|---|---|
| Vocational English Dev. reading | | | B2 | A | |
| Cont. [illegible] | | | C2 | C2 | |
| Basic Home Ec Logging | | | A2 | C | |
| Typing Logging | | | C2 | C | |
| [illegible] Logging | | | C2 | C2 | |
| | | | | C | |
| Length of Period | | | | Total Credits | |

TRANSFERRED TO ______ DATE ______ PERCENTILE RANK ______

GRADUATED ______ TRANSCRIPT SENT TO 7/5/72 KCC DATE ______

PRE-HIGH SCHOOL GRADES VEYS, ALLAN NAME Veys Alan Taylor Jules

| Year | 1958-59 | 1961-62 | 62-63 | 62-63 | 64-65 | 1965-66 | 66-67 | 67-68 | 68-69 |
|---|---|---|---|---|---|---|---|---|---|
| Grade | Kg | 2 | 3 | 4 | 5 | 6 | 7-2 | 8-3 | 9-5 |
| Age at Beginning of Year | 4-11 | 6-11 | 7-11 | 8-7 | 9- | 10-1 | 11 | 12 | 13 |
| Date of Entrance | 9/3/58 | 9/11/61 | 9-6 | 9-7 | 9/64 | 9-7-65 | 9-7-66 | 9-5-67 | 9-6-68 |
| Teacher | Olfson | Trimmeer | Blanchett | Janke | McDONALD | Bruskick | Kranuo | Delony | Taylor |
| Reading and Literature | SP 1² | S- | D | D | D 2 | Rd S2 | RR S1 | S3 C2 | C2 C2 |
| Language and Grammar | S- | S | C | C | C- 2 | | | | |
| Spelling | S | S- | B | B | D- 2 | | | | |
| Penmanship | S | S | C | D | D 2 | | | | |
| Arithmetic | S- | S | D | D | F 2 | C2 | C2 | C2 C2 | B2 B2 |
| Social Science | S M | S | | C | D- 2 | C2 | B2 | C2 C2 | |
| History and Civics | | | D | | | | | | |

JUNIOR HIGH SCHOOL

Vertical side notes (handwritten): Grade 6 Grade 5 Grade 4

Handwritten in margin: Kathy Brennan, Mary Southall? 6-23-06

| SUBJECT | | | | SUBJECT | | | |
|---|---|---|---|---|---|---|---|
| Math | B- | C- | | [illegible] | | | |
| Wash. Hist. World Geog | B- | C- | | Spanish 3-4 | C1 | C2 | 2 |
| Art | B | B | | Automotive | C | C | 2 |
| Music Crew | B- | B- | | | | | |
| Rem Reading | C- | C- | | Gym | B | [illegible] | 1 |
| Length of Period: Health & PE | B- | B- | Total Credits | Length of Period | | | Total Credits |

| SUBJECTS — School Year 1969-70 | No. Weeks | Per Week | MARKS 1st Semester | MARKS 2nd Semester | Cr. |
|---|---|---|---|---|---|
| English 1-2 | | | D3 | C2 | 2 |
| Biology | | | C | D3 | 2 |
| Algebra | | | B2 | B2 | 2 |
| Spanish | | | C | B1 | 2 |
| Gym [illegible] | | | B | [illegible] | [illegible] |
| Length of Period | | | | Total Credits | |

| SUBJECTS — School Year 1971-72 | No. Weeks | Per Week | MARKS 1st Semester | MARKS 2nd Semester | Cr. |
|---|---|---|---|---|---|
| [illegible] English [illegible] reading | | | B2 | A | |
| Cont. [illegible] | | | C2 | C2 | |
| Basic Home Ec [illegible] | | | A2 | C | |
| Typing [illegible] | | | C2 | C | |
| [illegible] | | | C2 | C2 | |
| [illegible] | | | | C | |
| Length of Period | | | | Total Credits | |

TRANSFERRED TO ________ DATE ________ PERCENTILE RANK ________

GRADUATED ________ TRANSCRIPT SENT TO 7/5/72 KCC ________ DATE ________

PRE-HIGH SCHOOL GRADES VEYS, ALLAN NAME Veys Allan Taylor Jules

| | | | | | | | | | | JUNIOR HIGH SCHOOL |
|---|---|---|---|---|---|---|---|---|---|---|
| Year | 1958-59 | 1961-62 | 62-63 | 62-63 | 64-65 | 1965-66 | 66-67 | 67-68 | 68-69 |
| Grade | Kg | 2 | 3 | 4 | 5 | 6 | 7-2 | 8-3 | 9-5 |
| Age at Beginning of Year | 4-11 | 6-11 | 7-11 | 8-7 | 9- | 10-7 | 11 | 12 | 13 |
| Date of Entrance | 9/3/58 | 9/11/61 | 1-6 | 9-7 | 9/64 | 9-7-65 | 9-7-66 | 9-5-67 | 9-6-68 |
| Teacher | Olson | [illegible] | Bartlett | Jacke | McDONALD | Bruskie | Krumm | [illegible] | Tyle |
| Reading and Literature | S | S- | D | D | D 2 | S1 | S3 C2 | C2 C2 |
| Language and Grammar | S- | S | C | C | C- 2 | | | |
| Spelling | S | S- | D | B | D- 2 | | | |
| Penmanship | S | S | C | D | D 2 | | | |
| Arithmetic | S- | S | D | D | F 2 | C2 C2 | C2 C2 | B2 B2 |
| Social Science | S | S | | C | D- 2 | C2 B2 | C2 C2 | |
| History and Civics | | | D | | | | | |
| Geography | | | | | | | | B2 C2 |
| Health and Nutrition | | S | | | D 2 | | | B2 C2 |
| Physical Education | S | S | C | C | C 2 | B2 B2 | B2 B2 | B2 A2 |
| Art | S | S | C | C | C 2 | | | D3 D3 |
| Music | S- | S | C | C | C 2 | C2 | | |
| Home Economics or Agriculture | | | | | | | | |
| Industrial Arts | | | | | | | C2 C2 | |
| English | | | | | | B2 B2 | C2 C2 | C2 D2 |
| Latin - English | | | | | | | | |
| Languages | S- | | | | | | | |
| Junior Business Training | | | | | | | | |
| Science | | S | | C | D- 2 | C2 C2 | B2 C2 | |
| Music Crew | | | | | | Room to | A2 B2 | B2 B2 |
| | | | | | | [illegible] | Prom to 9 | Prom to 10 |

Promoted to Grade · Promoted to Grade · Promoted to Grade · Promoted to Grade · Promoted to Grade

TRANSFERRED TO [illegible] Alaska [illegible] ________ DATE ________

[illegible signature] 6-22-76

| Last Name | First Name | Middle Name |
|---|---|---|
| Veys | Alan | Jules |

| Grade in School | Kg | 2 | 3 | 4 | 5 | 5 | 6 | 9 | 8 | 10 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EDUCATIONAL TEST.— See Code at right.** | | | | | | | | | | | |
| * Test | | | 1 2 | | 5 | 6 | 6 | 7 | | 8 | 9 |
| Date of Test | | | 10/62 | | | 10-64 | 10/65 | 10/66 | | 10/69 | 10/69 |
| Score | | | | | | | | | | | |
| Chronological Age | | | 9.0 | | | 11-0 | 12-1 | | | | |
| Mental Age | | | | | ? | | | | | | |
| Intelligence Quotient | | | →102 | | 92 | | | 88 | | R 92 V 13 | 72 |
| Educational Age | | | →29 | 3.3 | | | | | | E 64 | |
| Educational Quotient | | | | 94 | | 3.9 | 45 | | | Tele | |
| **SCHOOL CITIZENSHIP.—Code: Indicate degree by use of 1—2—3—4 or 5 in proper space below.** | | | | | | | | | | | |
| Attitude Toward School Regulations 1=observes rules; 5=violates rules | 3 | 4 | 3- | 4 | 2 | | 4 | | 3 | 3 | |
| Trustworthiness — Industriousness 1=reliable; 5=needs watching | 3 | 2 | 3 | 4 | 2 | | 3 | | 3 | 3 | |
| Cooperation 1=cooperates; 5=a group disturber | 3 | 2 | 2 | 4 | 2 | | 4 | | 3 | 3 | |
| Courtesy and Sportsmanship 1=courteous; 5=rude, discourteous | 3 | 3 | 3 | 4 | 2 | | 5 | | 3 | 3 | |
| Loyalty to School or Class 1=loyal; 5=not loyal | | 2 | 2 | 4 | 2 | | 2 | | 2 | 2 | |
| **EMOTIONAL ATTITUDES — Code: Indicate degree by use of 1—2—3—4 or 5 in proper space below.** | | | | | | | | | | | |
| Degree of Sociability — Gregariousness 1=seeks others; 5=avoids others | 2 | 2 | 2 | 2 | 2 | | 2 | | 2 | 2 | |
| Degree of Cheerfulness 1=cheerful; 5=morose | 2 | 2 | 2 | 2 | 2 | | 2 | | 2 | 2 | |
| Facing Unpleasant Situations 1=courageous; 5=cowardly | 2 | 2 | 2 | 4 | 2 | | 2 | | 3 | 3 | |
| Degree of Sensitiveness 1=not easily offended; 5=easily hurt | 2 | 2 | 2 | 2 | 2 | | 3 | | 3 | 3 | |
| Degree of Kindliness 1=kindly; 5=cruel, bullying | 3 | 4 | 3 | 4 | 2 | | 3 | | 3 | 3 | |
| Degree of Emotional Stability 1=well-balanced; 5=excitable, flighty | 3 | 2 | 2 | 4 | 2 | | 3 | | 3 | 3 | |
| **PLEASING PERSONALITY — Code: Indicate degree by use of 1—2—3—4 or 5 in proper space below.** | | | | | | | | | | | |
| Listens Well — Courteous — Open-Minded Forceful of Speech and Action — Friendly | 3 | 3 | 3 | 4 | 2 | | 4 | | 3 | 3 | |
| **SPECIAL INTERESTS OR ABILITIES — Code: Check (✓) those present.** | | | | | | | | | | | |
| Reading | | | | | | | | | | | |

*Code for names of tests (write names of test used here and place the proper code number in the proper columns at the left).

1. Iowa
2. Lorge-Thorn
3.
4. Iowa Met. Ach.
5. Lorge Thorndike
6. Iowa
7. Lorge Thorn
8. Blegmist Reading
9. Otis Gamma B.
10.
11.
12.
13.
14.
15.
16.

†Code for unusual accom...

| GR | V Vocabulary GE | PR | R Reading GE | PR | L-1 Spelling GE | PR | L-2 Capitalization GE | PR | L-3 Punctuation GE | PR | L-4 Usage GE | PR | L Total Language GE | PR | W-1 Maps GE | PR | W-2 Graphs GE | PR | W-3 References GE | PR | W Total Work Study GE | PR | A-1 Concepts GE | PR | A-2 Problems GE | PR | A Total Arithmetic GE | PR | C Composite GE | PR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 S | 78 | 24 | 33 | 1 | | | | | | | 47 | 5 | | | 48 | 3 | 82 | 30 | 77 | 25 | 69 | 15 | 88 | 38 | 76 | 24 | 82 | 29 | | |

THE IOWA TESTS OF BASIC SKILLS

| GR | V Vocabulary GE | PR | R Reading GE | PR | L-1 Spelling GE | PR | L-2 Capitalization GE | PR | L-3 Punctuation GE | PR | L-4 Usage GE | PR | L Total Language GE | PR | W-1 Maps GE | PR | W-2 Graphs GE | PR | W-3 References GE | PR | W Total Work Study GE | PR | A-1 Concepts | A-2 Problems | A Total Arithmetic | C Composite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 62 | | 47 | | 20 | | [illegible] | | | | | | | | | | | | | | | | | | | | | |

| Educational Quotient | | | | | 134 | | 3-9-45 | | Tele | | | | 5. Lorge Thorndike |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SCHOOL CITIZENSHIP** — Code: Indicate degree by use of 1—2—3—4 or 5 in proper space below. | | | | | | | | | | | | | |
| Attitude Toward School Regulations 1=observes rules; 5=violates rules | 3 | 4 | 3 | 4 | 2 | | 4 | | 3 | 3 | | | 6. Iowa |
| Trustworthiness — Industriousness 1=reliable; 5=needs watching | 3 | 2 | 3 | 4 | 2 | | 3 | | 3 | 3 | | | 7. Lorge Thorn |
| Cooperation 1=cooperates; 5=a group disturber | 3 | 2 | 2 | 4 | 2 | | 4 | | 3 | 3 | | | 8. Diagnostic Reading |
| Courtesy and Sportsmanship 1=courteous; 5=rude, discourteous | 3 | 3 | 3 | 4 | 2 | | 3 | | 3 | 3 | | | 9. Otis Gamma |
| Loyalty to School or Class 1=loyal; 5=not loyal | | 2 | 2 | 4 | 2 | | 2 | | 2 | 2 | | | 10. |
| **EMOTIONAL ATTITUDES** — Code: Indicate degree by use of 1—2—3—4 or 5 in proper space below. | | | | | | | | | | | | | |
| Degree of Sociability — Gregariousness 1=seeks others; 5=avoids others | 2 | 2 | 2 | 2 | 2 | | 2 | | 2 | 2 | | | 11. |
| Degree of Cheerfulness 1=cheerful; 5=morose | 2 | 2 | 2 | 2 | 2 | | 2 | | 2 | 2 | | | 12. |
| Facing Unpleasant Situations 1=courageous; 5=cowardly | 2 | 2 | 2 | 4 | 2 | | 2 | | 3 | 3 | | | 13. |
| Degree of Sensitiveness 1=not easily offended; 5=easily hurt | 2 | 2 | 2 | 2 | 2 | | 3 | | 3 | 3 | | | 14. |
| Degree of Kindliness 1=kindly; 5=cruel, bullying | 3 | 4 | 3 | 4 | 2 | | 3 | | 3 | 3 | | | 15. |
| Degree of Emotional Stability 1=well-balanced; 5=excitable, flighty | 3 | 2 | 2 | 4 | 2 | | 3 | | 3 | 3 | | | 16. |
| **PLEASING PERSONALITY** — Code: Indicate degree by use of 1—2—3—4 or 5 in proper space below. | | | | | | | | | | | | | |
| Listens Well — Courteous — Open-Minded Forceful of Speech and Action — Friendly | 3 | 3 | 3 | 4 | 2 | | 4 | | 3 | 3 | | | |
| **SPECIAL INTERESTS OR ABILITIES** — Code: Check (✓) those present. | | | | | | | | | | | | | |
| Reading | | | | | | | | | | | | | †Code for unusual accom- |

THE IOWA TESTS OF BASIC SKILLS

| GR | V Vocabulary | R Reading | L-1 Spelling | L-2 Capitalization | L-3 Punctuation | L-4 Usage | L Total Language | W-1 Maps | W-2 Graphs | W-3 References | W Total Work Study | A-1 Concepts | A-2 Problems | A Total Arithmetic | C Composite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 (GE) | 78 | 33 | | | | 47 | | 48 | 82 | 77 | 69 | 88 | 76 | 82 | |
| S (PR) | 24 | 1 | | | | 5 | | 3 | 30 | 25 | 15 | 38 | 24 | 29 | |

THE IOWA TESTS OF BASIC SKILLS

| GR | V Vocabulary | R Reading | L-1 Spelling | L-2 Capitalization | L-3 Punctuation | L-4 Usage | L Total Language | W-1 Maps | W-2 Graphs | W-3 References | W Total Work Study | A-1 Concepts | A-2 Problems | A Total Arithmetic | C Composite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 (GE) | 62 | 41 | 38 | 55 | 49 | 48 | 48 | 58 | 68 | 53 | 60 | 64 | 54 | 59 | 54 |
| F (PR) | 32 | 4 | 76 | 24 | 19 | 18 | 13 | 26 | 43 | 17 | 29 | 34 | 18 | 23 | 18 |

**EXTRA-CURRICULAR RECORD** — Code: Check (✓) participation.

Athletic Teams

Glee Clubs and Operetta

Plays

Student Offices

Club Offices

Orchestra or Band

DIFFERENTIAL APTITUDE TESTS

| Name | | Year | Form | Grade | Sex |
|---|---|---|---|---|---|
| VEYS ALAN J | 0 | 68S | L | 08 | M |

| | Verbal Reasoning | Numerical Ability | VR+NA | Abstract Reasoning | Clerical S&A | Mechanical Reasoning | Space Relations | Language Usage: Spelling | Language Usage: Grammar |
|---|---|---|---|---|---|---|---|---|---|
| | 10 | 21 | 31 | 24 | 41 | 49 | 21 | 43 | 13 |
| Percentile | 15 | 60 | 35 | 30 | 70 | 75 | 40 | 15 | 15 |

**UNUSUAL ACCOMPLISHMENTS** — †See Code at right.
†List Code numbers in proper space at right.

| **ATTENDANCE SUMMARY** — | | | | | | | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Days Present | 147 | 173 | 170 | 174 | 175 | 174 | 175 | 179 | 173 | 178 | 176 | 171 |
| Days Absent | 33 | 7 | 10 | 6 | 5 | 1 | 5 | 1 | 2½ | 2 | 3½ | 9 |
| Times Tardy | | 0 | 0 | | 0 | 0 | | | | 1 | 0 | 2 |

Right column: 5. 6. 7. 8. 9. 10.

Form DW 700 John W. Gotham Co.