**ALAN VEYS – TESTIMONIAL LETTERS RECEIVED**

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 1. | Dr. Richard Ackers | 2600 Mission Bell Dr. San Pablo, CA  94806 | (510) 235-7800 | Letter |
| 2. | William H. Addeo President | Montauk Boat Works PO Box 104 Stuart, FL  34995 | (772) 260-9699 cell | Letter |
| 3. | Tim and Ann Art | 19216 Brockman Rd. Marengo, Illinois | (815) 568-8742 | Letter |
| 4. | Don Allphin | 1167 North Geneva Rd. Provo, Idaho | No Phone # remaxdoa@gmail.com | Email |
| 5. | William H. Adair | 318 Willoughby Juneau, AK  99801 | (907) 463-5252 | Letter, fax |
| 6. | Kevin E. Anderson | 1915 Hawk Ct. Enumclaw, WA  98022 | No Phone # | Letter, fax |
| 7. | Peter & Paige Antognazzi | 14866 W. Middle Rd. Tracy, CA  95304 | No Phone # cowchaser1959@aol.com | Email |
| 8. | Dan Bailey | 585 Royal Oaks Drive Redding, CA  96001 | No Phone # No Email | Mail |
| 9. | Dan Babich | 426 Ridgeway Ct. Mahtomed, MN  55115 | No Phone # No. Email | Mail |
| 10. | Orion and Sue Bishop | 3825 S. Hwy 35 Woodland UT | (435) 783-2829 circlebl@gmail.com | Letter, fax, email |
| 11. | Robert T. Brown | Consolidated Press 600 S. Spokane Street Seattle, WA  98134 | (206) 447-9659 | Letter |
| 12. | Ken Bell | 5352 Plata Rosa Ct. Camarillo, CA  93012 | No Phone # No Email | Letter |
| 13. | George Barineau | 5915 Cardinal Creek Way Kingwood, TX  77345 | | Letter |
| 14. | Roger A. Bland | Royce Photo Graphics Supply, Inc. 2140 South 1260 West Salt Lake City, UT 84119 | (801) 975-1234 or (800) 821-5970 | Letter |
| 15. | Bruce G. Blackstone, MD | Longview Orthopedic Associates 625 – 9th Ave., Suite 210 Longview, WA  98632 | (360) 501-3400 | Letter |
| 16. | Andy Beltz | 617 Hackberry Dr. Security, CO  80911 | (   ) 392-7930 | Letter |
| 17. | Robert C. Burns CEO | R.C. Burns Co., Inc. PO Box 18338 Minneapolis, MN  55418 | (651) 483-0024 RBurns8156@msn.com | Mail, email |

**Exh. C, p. 1 of 7**

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|-----|------|---------|-----------|-----------------|
| 18. | Julie Brodt | 856 W. Nelson Street, Apt. 907 Chicago, Il 60657 | No Phone # juliebrodt@yahoo.com | Fax |
| 19. | Joseph F. Butterworth, Jr. | 8538 Atascocita Lake Way Humble, TX 77346 | No Phone # No Email | Mail |
| 20. | Gary and Dixie Baker | Baker Rock 21880 SW Farmington Rd. Beaverton, OR 97007 | No Phone # No Email | Letter (unsigned) |
| 21. | Sheryl Carpenter | 27804 NE 154th St. Durall, WA 98019 | (425) 788-9917 (425) 802-4097 cell skcarpy@msn.com | Letter |
| 22. | James E. Clary President | Bud Clary Auto Group PO Box 127 Longview, WA 98632 | (360) 423-1700 or (800) 899-1926 | Mail |
| 23. | Jerry R. Cail President | Bear Industries Printing & Publishing 105 Cal Lane Sparks, NV 89431 | (775) 358-8822 or (800) 766-6755 | Mail |
| 24. | Tony Cannata | 1121 Wyoma Lane Schaumburg, IL 60193 | (847) 923-1004 | Letter |
| 25. | Ken Carpenter | SportsArt 19510 144th Ave. NE, Suite A Woodinville, WA 98072 | (206) 915-6702 cell (800) 709-1400, ext 107 work | Letter |
| 26. | Thomas J. De Loia | 517 Harvard Rd. San Mateo, CA 94402 | (650) 342-7719 | Mail |
| 27. | Christopher Erickson | 1051 N. Shore Drive Detroit Lakes, MN 56501 | 011 52 (624) 143-6991 Mexico No Cabo chris@cabovillasbeachresort.com | Mail |
| 28. | Bill Fiant | 12994 Hwy. 189 Daniel, Wyoming | (307) 859-8388 | Letter, email (unsigned) |
| 29. | Gerina Freeman | Gerina Freeman 22850 Pine Lake Dr. Colfax, CA 95713 | (530) 637-9250 or (916) 798-3057 | Mail |
| 30. | Lynn and Carolyn Fletcher | 9905 S. Shady Glen Ln. South Jord, UT | (801) 446-4389 | Letter |
| 31. | Steve Fussy | Sem Products, Inc. 651 Michael Wylie Dr. Charlotte, NC 28217 | (800) 831-1122 | Letter, fax |

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 32. | Pepe Figueroa | 5409 Castle Bar Ln. Alexandria, VA 22315 | No Phone # Pepe@priorityoneservices.com | Email |
| 33. | Jim Flerchinger, D.D.S. | Chinook Falls Dental Clinic, P.C. 36840 SE Industrial Way Sandy, OR 97055 | (   ) 668-8301 (   ) 668-9432 | Email, letter |
| 34. | Dan Gosnell | PO Box 10055 Phoenix, AZ 85064 | (602) 955-4476 | Letter |
| 35. | Michael Grossman | 26 Horizon Farms Dr. Warwick, NY 10990 | (845) 258-1573 home (845) 258-0540 cell (212) 514-4121 work | Letter, fax |
| 36. | Paul D. Hermann, Esq | The Candler Building 127 Peach Street, N.E., Suite 822 Atlanta, GA 30303 | (404) 525-0095 | Letter |
| 37. | James E. Hart District Sales Manager for E.I. Dupoint de Nemours, Co. | 6754 Panorama Dr. Riverbank, CA 95367 | (209) 868-6364 | Letter, fax |
| 38. | William Higgins | 2331 Merion Dr. League Cit, TX 77573 | No Phone # whig401@yahoo.com | Email |
| 39. | Dwight Halvorson | 3260 Penryn Rd., Ste 200 Loomis, CA 95650 | dwight@dhalvorson.com | Email |
| 40. | Dan Hatfield | 2035 SE Evergreen St. Milwaukie, OR 97222 | No Phone # jimsvihla@earthlink.net | Email |
| 41. | Jeffrey Halas and James Halas | Jim Halas Ins Agency, Inc. 3637 N Elston Ave. Chicago, IL 60618 | (773) 463-4500 | Fax |
| 42. | Les Junge | 22607 Ponce Ave. Belmont, CA 94002 | (650) 533-4490 | Email, fax |
| 43. | Paul and Kathy Kirst | 3094 Seven Lakes West West End, NC 27376 | No Phone # No Email | Unsigned |
| 44. | George Kimball | 1681 Black Canyon Ln. Grace, ID 83241 | No Phone # | Mail |
| 45. | Max B. Kamp | 1330 Broadway St. Longview, WA 98632 | No Phone # No Email | Mail |
| 46. | Ivan & Alina Kleppen | 137 Inglewood Dr. Longview, WA 98632 | (360) 577-1606 | Mail |
| 47. | Jack Keeling Keeling Enterprises | 6258 Castle Hill Dr. Middletown, OH 45044 | No Phone # jlkeeling @roadrunner.com | Email, mail |

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 48. | Robert Kirk | 1003 S. Fircroft St. West Covina, CA  91791 | No Phone # No Email | Mail |
| 49. | Alan Leak | 3831 Leak Ln. Loomis, CA  95650 | (916) 652-4968 home aciranch@ncbb.net | Fax, email |
| 50. | Eddie Tom Lakey | 1501 N. Electra Sayre, OK  73662 | (580) 928-9664 | Mail |
| 51. | David Likes | PO Box 748 Tahoe City, CA  96145 | No Phone # No Email | Mail |
| 52. | Daniel Lilja | Lilja Precision Rifle Barrels, Inc. 81 Lower Lynch Creek Rd., PO Box 372 Plains, MT  59859 | (406) 826-3084 lilja@riflebarrels.com | Email (unsigned) |
| 53. | Peter Longo | 42 Condit Terrace West Orange, NJ 07052 | No Phone # No Email | Mail |
| 54. | Donald Lewton | PO Box 5 Republican, NE 68971 | No Phone # No Email | Mail |
| 55. | Bill Lewis | Lew's Lakeshore Nursery, Inc. 581 Lancaster Dr. SE, Suite 275 Salem, OR  97317 | (503) 932-9806 cell (503) 763-1929 home | Mail |
| 56. | Lewis  &  Cheryl Lilly | 2203 Torino Dr. LaPorte, IN  46350 | (219) 362-6339 | Mail |
| 57. | Darwin W. Lamb | 2135 West 2875 North Cedar City, UT  84720 | No Phone # mavourneen@netutah.com | Email |
| 58. | Don Lemmons | 2308 Talley Way Kelso, WA  98626 | (360) 425-8390 | Mail |
| 59. | Robert Miller | 1369 Tranquility Ln. Hartwell, GA  30643 | No Phone # No Email | Mail |
| 60. | Rod Morrison | PO Box 32974 Juneau, AK  99803 | (907) 790-4448 (907) 321-3366 cell | Mail |
| 61. | Bobby L. Moore | 3706 DMG Dr. Lakeland, FL  33811 | (863) 644-0456 x115 wilmmr@aol.com | Email (unsigned) |
| 62. | John P. Martin | 26025 Blondo St. Waterloo, NE  68069 | No Phone # No Email | Mail |
| 63. | Javan R. Maxedon | PO Box 656 New Harmony, UT 84757 | (435) 586-2795 | Email |
| 64. | William R. Micheli | 16883 Orchard Valley Gurnee, IL 60031 | (847) 623-7827 | Fax |
| 65. | Al Norgal | 575 W119905 Ridge Rd. Muskego, WI  53150 | (262) 679-3624 | Mail |

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 66. | Franklin D. Nelson | 5623 Sierra Court<br>Fort Collins, CO 80528 | (970) 282-0345<br>fdjanelson@msn.com | Mail |
| 67. | Nathan Narrance | PO Box 212<br>Colbert, WA 99005 | (509) 465-9406<br>Narrance@hotmail.com | Mail |
| 68. | David T. O'Neal, Jr. | 1025 San Raymundo Rd.<br>Hillsborough, CA 94010 | (650) 878-4015 cell<br>(650) 578-7223 home | Fax (unsigned) |
| 69. | Michael Nosach | 7711 Dogwood Way<br>Murrayville, GA 30564 | No Phone #<br>mjnosach@bellsouth.net | Email, mail |
| 70. | Carol O'Connell | 2434 W. Springfield Rd.<br>St. Clair, MO 63077 | (636)-629-2166 home<br>(636)-358-6298 cell<br>oconnell@yhti.net | Email (unsigned) |
| 71. | Anthony (Tony) Pestorious | 69831 190th St.<br>Albert Lea, MN 56007 | (507) 402-3382<br>tmpestor@myclearwave.net | Mail |
| 72. | Richard L. Parmeiee | 6 Haven Ct.<br>Moraga, CA 94556 | (925) 631-0159 | Fax |
| 73. | Peter and Virginia Papac | Papac Logging, Inc.<br>PO Box 149<br>Montesano, WA 98563 | (360) 249-4175 | Fax |
| 74. | Mr. Robert Prah | W188S7688 Oak Grove Dr.<br>Muskego, WI 53150 | No Phone #<br>No Email | Mail |
| 75. | Gary and Beverly Roach | 15302 CR 109<br>Merrifield, MN 56465 | No Phone #<br>MrWalleye@brainerd.net | Email, mail |
| 76. | Richard Roach | 11019 City Rd. 118<br>Nisswa, MN | MrWalleye@brainerd.net | Email, mail |
| 77. | Robert and Shirley Rozsypal | 11518 Woodglen Ln.<br>Burr Ridge, IL 60527 | No Phone #<br>No Email | Mail |
| 78. | Brett Robison | Sanctuary Wealth Management<br>275 South 5th Ave.,<br>Suite 151<br>Pocatello, ID 83201 | (208) 233-0080 or<br>(888) 795-0342<br>brett@sancwm.com | Email, fax |
| 79. | Robert and Lorraine Roth | 23131 Mora Glen Dr.<br>Los Altos, CA 94024 | No Phone #<br>No Email | Mail |
| 80. | Cathy Ramsay | PO Box 797<br>Crane, OR 97732 | (541) 493-2271<br>edcathyramsay@centurytel.net | Email (unsigned) |
| 81. | Ed Ramsay | PO Box 797<br>Crane, OR 97732 | (541) 493-2271<br>edcathyramsay@centurytel.net | Email (unsigned) |
| 82. | Walter & Helen Sutton | 25707 NE 425th St.<br>Amboy, WA 98601 | (360) 247-5434 | Mail |
| 83. | Lanny A. Schmid | 2535 Park Place Dr.<br>Fremont, NE 68025 | (402) 721-3694<br>lgschmid@omi-tech.net | Email, mail |

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|-----|------|---------|-----------|-----------------|
| 84. | Thomas Shepker | 921 Bristol-Champion Town Line Rd. Bristolville, OH  44402 | No Phone # toshepker@wcisteel.com | Email |
| 85. | Kevin & Lisa Stringer | 4880 N. Kilpatrick Chicago, IL  60630 | (773) 286-3656 Lisa shouldabeenblond@earthlink.net | Email, mail |
| 86. | Mark M. Sapirstein, MD | 1106 Douglas, Suite D Longview, WA  98632 | (360) 423-0088 | Mail |
| 87. | Steve Smith | 14138 Terry Dr. Orland Park, IL  60462 | (708) 460-2146 sstkkursk@comcast.net | Email, fax |
| 88. | Mike Schnettier | 515 4th Ave. Sartell, MN  56377 | No Phone # Mike.Schnettler@navico.com | Email, fax |
| 89. | Jerry Sessions | Prudential NW Properties 1118 Ocean Beach Hwy Longview, WA  98632 | (360) 957-6422 or (360) 274-6574 | Fax (unsigned) |
| 90. | Dan Sandy | DaPaul, Inc. PO Box 4094 Tumwater, WA  98501 | No Phone # jknittle@valleyac.com | Email (unsigned) |
| 91. | Marvin Teitelbaum | 15Tara Way Pittstown, NJ 08867 | (907) 303-4077 | Mail |
| 92. | Rebecca Tobey | Tobey Studios, Inc. 37 Droege Rd. Santa Fe, New Mexico 87508 | (505) 986-0106 | Mail |
| 93. | Ken Torbett | 453 Brushstroke Cir. Marietta, GA  30067 | No Phone # KTorbett@UNUM.com | Email, fax |
| 94. | Steve Taylor | 1023 S. Arlington St. Appleton, WI  54915 | No Phone # No Email | Mail |
| 95. | Bruce and Robin Wheeler | 37 Carlisle Rd. Province, IL | No Phone # Brw1977@comcast.net | Email, fax |
| 96. | Dennis R. Webb Mayor | City of Holladay 4580 S. 2300 E. Holladay, UT  84117 | (801) 272-9450 | Mail |
| 97. | Zach Wiegert | Houston, Texas | No Phone # No Email | Mail |
| 98. | Lowell Willis President Utah Wilbert Vault | PO Box 311 Lehi, UT  84043 | (801) 768-1701 | Mail |
| 99. | Dennis G. Watson | | (907) 209-9999 | Mail |
| 100. | Don and Sheila White | PO Box 984 Herber City, UT | (435)-671-8848 or (435)-654-4357 | Mail |

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|-----|------|---------|-----------|-----------------|
| 101. | Robert Yohr | PO Box 237 Angels Camp, CA 95222 | No Phone # No Email | Mail |
| 102. | Senator Bob Lessard (Ret.) | 173 N. McKnight Rd. Suite 305 St. Paul, MN  55119 | No Phone # No Email | |
| 103. | Gary Roth | | (408) 370-6955 | Mail |
| 104. | Michael J. Kennedy | 4958 West 162nd Street Oak Forest, IL 60452 | (708) 535-2203 (708) 535-0590 fax | Fax |
| 105. | Floyd Burton, MD | | (530) 674-8108 | Fax |

Copies of letters presented as **Attachment 1**.

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|-----|------|---------|-----------|-----------------|
| 106. | John Prochnow | 2306 Country Home Rd. Okoboji, IA  51355 | (712) 332-8072 | Fax |

Copy of letter presented as **Attachment 2**.



CONTRA COSTA COLLEGE

To whom this may concern,

I met Alan in the mid 1990's and have associated with him in some way annually since that time. Alan was a close personal friend of my older brother who was my connection to Alan and his camp. I wish my brother could be writing this letter for his friendship with Alan was much deeper than my own. I older brother Michael Akers had a profound respect for Alan and his work. Although deceased, I'm sure my brother would have wanted to point out how when he first met Alan he was volunteering to do rescue after the Mount St. Helen disaster in Washington state. Since my brother is now deceased I will try to speak for him as well as by self in regards to the integrity of Alan Veys.

I have had the privilege of being a guest at Alan's fishing camp many times over the years. I have had the opportunity to watch as connections were made to a multitude of individuals who wanted to share in the beauty of Alaska. Alan has been an ambassador for the state of Alaska for two decades. During this time he has introduced countless individuals not just to the sport of fishing but to the environmental reality and consequences as well. I have known Alan to pay bonuses to customers who returned large breeding fish to the waters from which they came. I have listened to Alan's lectures discussing the number of eggs in a 200 lb. halibut and how many would reach maturity and how much it would mean to the environment if those big fish were returned. It was a difficult sell for people who just paid thousands of dollars and traveled thousands of miles in order to catch such a fish. Even though it may not have been the best thing for Alan to do for his business, he did it all the same. I believe his justification lies in his love for Alaska.  This was expressed by Alan in his words, his actions, and his lifestyle.

I believe it is Alan's trust and faith in his fellow professionals, sportsmen that got him in to this trouble. I do not believe that Alan would ever compromise the integrity of Alaska its wilderness and wildlife without being misled or deceived. As Alan's camp grew year after year he wanted to offer the client more and in his efforts to share and celebrate the beauty of Alaska's wildlife. I believe that he was caught in a web of deception. Alan is a sportsman and an outdoorsman of integrity he has introduced and educated countless people to the beauty of Alaska he has been an advocate for the environment. As a professional educator for 30 years I was always entertained by Alan's approach to educating his clientele to the realities of Alaskan wilderness.

Alan provided the opportunity for me and my family to unite annually, on Admiralty Island. Despite my father's age and my brother's health conditions Alan made sure everything was done to meet our needs for a safe retreat. Alan would take into consideration my brother's diabetes; he always carried orange juice on the boat! The year after my father's heart surgery, Alan had a new seat installed in the boat with the shock absorber so that my father could fish with his sons more comfortably despite his recent surgery.

If Alan has done anything wrong it is very hard for me to believe. I believe as businesses grow, individuals make decisions based upon advice and information provided to them. I believe Alan and his businesses had already paid a very high price, I know he will investigate advice and information provided to him much more carefully in the future.

2600 MISSION BELL DRIVE, SAN PABLO, CA 94806  (510) 235-7800  WWW.CONTRACOSTA.EDU
THE COLLEGES OF CONTRA COSTA • CONTRA COSTA COLLEGE • DIABLO VALLEY COLLEGE • LOS MEDANOS COLLEGE



# CONTRA COSTA COLLEGE _____

Having had parents who owned their own business, I have some understanding of how individuals can be ensnared. They find themselves in a position they would never have chosen of their own accord. I believe this is the situation Alan has found himself in and I believe he will not find himself in this kind of situation ever again.

It is my hope that Alan can continue to be the friendly ambassador for the wilderness of Alaska, as he has been for two decades. It is my hopes that his admonishment will not prevent him from serving all those people who want to see and experience the beauty of Alaska. It is my hope that Alan will be allowed to continue to employ those people he has loyally for years. It is my belief that Alan will make corrections in the way he conducts his business so that he never again finds himself in violation of any laws that have been created to protect the wilderness and a wildlife that he loves and is dedicated to.

Respectfully,

Dr. Richard Akers

Art Department Chair

Contra Costa College

2600 MISSION BELL DRIVE, SAN PABLO, CA 94806  (510) 235-7800  WWW.CONTRACOSTA.EDU
THE COLLEGES OF CONTRA COSTA • CONTRA COSTA COLLEGE • DIABLO VALLEY COLLEGE • LOS MEDANOS COLLEGE

Attach.:

Page ___ of 148



William H. Addeo, *President*
Phone: New York  631.668.2071
Florida   772.223.8087
P.O. Box 104, Stuart, FL 34995
www.montaukboatworks.com

To whom it may concern,                    March 29, 2007

My name is William H. Addeo and I live in Stuart, Florida.  My companies build boats and docks and employ highly skilled craftsmen and pay top wages of up to $60.00 per hour.  I am also the managing partner in a venture capital firm that has assets of over 500 million dollars.  I have been in 74 countries as a tourist, hunter and Honorably Discharged decorated, U.S. Army infantryman.  I am 58 years old.

I first met Alan Veys at a Safari Club International Hunting convention of which I am a lifetime member.  As is my policy, I never book an outfitter until I meet them two years in a row.  I take notes and make sure they match up the following year.  Alan Veys impressed me at our first meeting as a man with a passion for Alaska.  His enthusiasm and energy is very contagious and the following year he passed the test and I booked a bear hunt at his lodge with my brother.

Upon arriving a Pybus Point Lodge, Alan held a meeting and laid out the rules of the Island.  I could tell from that meeting that his entire life was dedicated to keeping Admiralty Island as pristine and natural as humanly possible.  He expressed zero tolerance for rule breaking and we knew he meant it.  His love for Admiralty Island was captivating and very welcoming.  You instantly knew you were in a very special place by the small footprint Alan had on such a wild place after all the years he lived there.  Everything had its' purpose and there was no excess of anything.  The camp looked as if it had just been built and there was hardly any ground that was not natural.  A tremendous accomplishment and a great testimony to a true naturalist and environmentalist.  The day I got there I booked for the following year.

We went out fishing early one morning and after about 15 minutes at sea I noticed the Captain left the radio back at camp and the gas gauge was broken.  I am very serious about safety and was brought up on an island.  I told the Captain to turn around and go back and I marched up to the camp and told Alan how upset I was about the flakey Captain.  Alan came down to the dock and screamed at the Captain and took him off the boat and assigned another Captain to take us out after he made the boat safe again.  His apologies were profound and tempered by the fact that he wanted to get back to camp and take care of the errant Captain.  I was totally impressed with his dedication and sensitivity to the issue.  After arriving back at the dock, Alan told me he was very upset that I had to turn the boat around and once again apologized.  He then took a very keen interest in my opinions of the camp.  He showed me the entire mechanical operation of the camp and we went through everything in detail.  I was pleasantly surprised with the intensity of a dedicated Alaskan compared to a lower 48 outfitter.  Alan Veys is a true to life modern day Lewis and Clark adventurer whose enjoyment of the outdoors is without comparison.

*Custom Builders of Fine Quality Sportsfishing Yachts*
*and The Twin Diesel Montauk 28 Marine Patrol Boat*

Attach. 1
Page _3_ of 148

03/30/2007  10:44    7722236658              MONTAUK BOAT WORKS              PAGE  02



William H. Addeo, *President*
Phone: New York  631.668.2071
          Florida     772.223.8087
P.O. Box 104, Stuart, FL 34995
www.montaukboatworks.com

MONTAUK     USA

I have flown P-51 Mustangs with Chuck Yeager; fished for Blue Marlin in Cuba with Hemingway's Capitan' Gregorio Fuentes; Hunted big game in Africa with John Sharp and Simon Evans; Have eaten dinner with five U.S. Presidents; Spent two weekends with General Paul Tibbets, who dropped the atom bomb on Hiroshima and drank beer with Neil Armstrong. I have also spent 465 days in combat as a platoon leader on the D.M.Z in Vietnam. I know a man of virtue when I see one.

Alan Veys is truly a man who has broken his own trail and has opened it up for others to enjoy. I have never met a better host in my entire life. For Alan to be denied his right to hunt is punishment on par with Yeager not flying or Fuentes not fishing. There must be some redeeming value in a mans' lifetime spent exploring the last frontier. I liken this to Winston Churchill not being elected to Chancellor after WWll had ended. How can you possibly gauge the impact not hunting can have on Alan Veys? Take away the ocean from Columbus; Take away the stars from Neil Armstrong and you strip the men of their very means of life support. It might be hard for us to understand what Alan Veys has been through in his life, but one thing is for certain; Truth, justice and the American way of a free spirit has made this country what it is today. Alan Veys personifies this spirit as much as Teddy Roosevelt broke trail for our National Heritage and secured Yellowstone as the worlds' first National park. Without men like Alan Veys, we are left with what we already have.

In closing, if I may, I would like to express my personal opinion as to what kind of impact I think this matter has had on Alan Veys' personal life and his beloved business. As a businessman, who quite often goes outside the envelope, I can appreciate the effort of anyone who has a dream and makes it happen. Quite often, these dreams are smashed by the reality of the enormity of the task. The people, who persevere, are the men and women who have shaped this great country. Please take into consideration what I am about to tell you. Alan Veys' life has been altered by this situation as much as the space shuttle was altered by the loss of its protective shield. Outside forces often have a profound impact on our lives. We do the best we can and we trust others in a way that we think we would like to be treated. Unfortunately, people are not always on par with our way of thinking. Maybe Alan's' isolation on the island left him open to a way of dealing with people that is foreign to him. Let's face it, when you live in a remote place you become one with the land and tend to think everyone thinks like you do. After my last tour in Vietnam, I retreated into the Appalachian Mountains for three years to try to regain my perspective of the real world. I came away a new person because I was surrounded by good, honest, hardworking, wholesome people who restored my faith in humanity. Unfortunately, when I started back into the business world, I began to encounter the other side of our society. I believe Alan's honesty and total belief in the



William H. Addeo, *President*
Phone: New York  631.668.2071
Florida    772.223.8087
P.O. Box 104, Stuart, FL 34995
www.montaukboatworks.com

good of human nature is what ultimately left him open to being betrayed. I think Alan Veys has already suffered more than his fair share of punishment. I know for a fact that Alan Veys would never do anything that would violate the laws of nature or man. We all live by the laws set forth in the Constitution and all the rules at the State, Federal and Local level. This matter has made me re-think what I do when I go hunting. I personally have never once checked the license or paperwork of a guide or outfitter and I have hunted more than most. I have hunted with Cabelas, as well as Mom and Pop operations and around the world. I would not even know what to look for. How could I possibly find out what to look for? My brother is a New York cop and always says that he could not tell if an out of state drivers license is fake because he doesn't know what a real one looks like. I have never hunted with Alan Veys. I hunted at Pybus Point Lodge with a man who knew how to hunt Black Bear and could skin an animal better than most. It would be impossible for me to know if this man was a legal guide.

So now I find out I hunted with a guide that was not legal? I was questioned by Federal Prosecutor Wayne Hettenbach and Fish and Wildlife Special Agent Sam Friberg on the phone for almost an hour. They never told me Alan did anything wrong. They did tell me that my guide might not have been legal.

In my opinion, Alan Veys has personally already suffered enough and has been paying for it monetarily to defend himself. His business has already suffered with this huge distraction as well as the bad press having a negative impact on his livelihood.

Please take into consideration the pain and suffering that Alan Veys has already endured. This man is no rookie to adversity and fighting the elements is part of his life's work. I understand that Alan has agreed to give up his company's transporter license and has agreed not to allow clients to use the lodge to hunt during his probation. The big one for me is that Alan has agreed not to hunt during his probation. To hang up your guns after all these years of sustenance living in the wilderness, is akin to putting your soul in prison. A huge price to pay for ones mistakes.

May God bless America and thank you for your time.

Sincerely,

William H. Addeo

---

*Custom Builders of Fine Quality Sportsfishing Yachts
and The Twin Diesel Montauk 28 Marine Patrol Boat*

Attach. 1
Page 5 of 148

April 14, 2007

Brent R. Cole
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole:

My name is Timothy Art. My wife, Ann, and I live in Marengo, Illinois. I am a contractor and Ann is a sixteen year member of the McHenry County Board.

My wife and I have known Alan Veys for 10 years and hold him and his business in the highest regard. We first spoke with him at fishing shows here in the Midwest and were very impressed with him as a person, thus decided to book a fishing trip to the Pybus Point Lodge in the summer of 2000. We booked another trip in the summer of 2005. We found Alan to be unfailingly hospitable and gracious to his guests, of course; but most importantly, he has obviously trained his staff and fishing guides to rigorously uphold all Alaskan game and fishing laws. There was never any question in our minds that he would tolerate any kind of illegal activity on his part, his guides' part or his guests' part. His staff and fishing guides have great respect for Alan as he treats them fairly and generously.

Alan is a great lover of nature and the outdoors and yet also seems to us to be a very sociable and very sensitive man. He interacts with his guests and is always concerned with their welfare and with providing them with a great Alaskan experience. I cannot imagine that putting Alan in jail would benefit anybody. I know he is sick about what has happened to him. The loss of his hunting guide and transporter license and the loss of his right to hunt for his period of probation will be a certain punishment for Alan.

Perhaps a greater punishment for Alan, which he is already experiencing, is the loss of respect and the notoriety which this has brought upon him. The rumors at the fishing show we went to this year have certainly hurt his business dramatically. We know of two couples who were planning a trip to Pybus Point but cancelled because there seemed to be so much uncertainty about whether the Lodge would be open. We can only hope that he can recover financially and that Pybus Point Lodge will continue to be the showcase for Alaskan hospitality that it has been in the past.

If you or the court would like to speak further with us, please call us at home: 1-815-568-8742. You may also contact us at 19216 Bockman Road, Marengo, IL 60152

Very sincerely,

Tim Art                          Ann Art

---

**From:** Don Allphin [mailto:remaxdoa@gmail.com]
**Sent:** Wednesday, March 28, 2007 12:44 PM
**To:** cole@pobox.alaska.net
**Subject:** Alan Veys

March 28, 2007
Provo, Utah

Dear Mr. Cole:

As a response to your request, my name is Don Allphin. I am a resident of Provo, Utah, I am an outdoors writer and professional angler, and have known Alan Veys since the mid-1990s. I first met Alan at a trade show in Salt Lake City. My oldest son and I were looking for an Alaskan fishing trip to celebrate his graduation from high school. Alan impressed us with his sincerity and his commitment to making that special trip a trip of a lifetime. He did just that. My son still talks about the incredible time we had during the week we spent at Pybus Point Lodge.

Since that time, I have written several articles in newspapers and magazines about Alan's operation at Pybus Point, and during the past 12 years of so have taken two additional trips to his lodge, each visit turning out as wonderful as the first. I have supplied float tubes and limited fishing gear to Alan and have and have found him more than willing to compensate me, even though that was never asked.

During our visits to his lodge, I was always impressed with Alan's ethics. In the evening, after the day's fishing, many of our group would go with Alan to run the crab pots, and bring back the day's catch for future use. Though some of the pots would be filled with Alaskan king crab, Alan would let us know that he couldn't serve us that crab because it was against the law. In such a remote location, away from civilization, how easy would it have been to disregard such a rule? But Alan wouldn't budge. He was also meticulous in his treatment of his guests as it pertained to licensing requirements. We couldn't step foot on a boat without the proper paperwork. Once again, in the many experiences I've

had with Pybus Point, I've never been asked to show my license to anyone, yet Alan wouldn't budge. Every angler had a license. It was that simple.

I understand that this letter is to provide assistance in the sentencing process. Though I'm not fully aware of all that is at stake here, just allow me to say that Alan lives for hunting and fishing. If he were to give up his personal hunting rights for a period of probation that would be like cutting off an arm or a leg. I can't think of a stronger deterrent for him to avoid the problems he has encountered. After witnessing first-hand the negative impact on Alan's business do to a divorce and the ensuing legal battle with his ex wife, I can tell you that his fishing business will suffer dramatically because of this current problem. I think that impact would be sufficient deterrent to Alan as he moves forward.

It is my belief and opinion that Alan Veys is an ethical man who at times has been led down the prim rose path by people who have taken advantage of his good nature and his belief in the goodness of the human spirit. It would be a dagger to the heart for him to lose the very thing he's spent the past 25 years building. I urge leniency if that is possible.

Sincerely,

Don Allphin

April 27, 2007

Law Offices of Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK 99501-2136


Dear Sirs,

I have resided in Alaska since 1972. I am the owner and operator of Bullwinkle's Pizza in Juneau and have been since 1973. I am a past member of the board of directors for Big Brothers/Big Sisters and Boy Scouts of America. I am a long time member of the Glacier Valley Rotary Club, The Downtown Business Association, The Chamber of Commerce and many other civic organizations.

I first met Alan Veys approximately 20 years ago while fishing in the Pybus Bay area in Southeast Alaska. I have known Alan in a non professional capacity and have had the benefit of Alan's company on many a fishing and flying trip. I have always admired his sense of value for the outdoors and wildlife. I have witnessed Alan and others with him on many an occasion tempted to take more fish and game than legal and have seen Alan's constant insistence on conducting himself and those with him to the letter of the law. At Alan's own fishing lodge, his guests are informed they may not keep any halibut caught over 100 pounds. Any halibut over 100 pounds must be released for these are all females. This is an example of Alan's own rules for conservation that are above and beyond the rules of The Alaska Department of Fish and Game.

I feel Alan's great sense of faith in humanity has led him to be overly trusting of others and has caused him to be implicated in this matter. He has learned a very valuable lesson from this experience to the detriment of his emotional and physical health. Any incarceration of Alan would simply be an unnecessary loss to the taxpayers and would be of no benefit to this society. I have witnessed Alan's deep sorrow and feeling that he has lost his business reputation that he has so diligently fought to build over the past 25 years. The loss of his hunting and fishing privileges will be devastating to him in itself.

I would be more than happy to make myself available to the court for any questions they might have.

Sincerely,

William H. Adair

To Whom It May Concern:

My name is Kevin E. Anderson and I reside at 1915 Hawk CT, Enumclaw Wa. 98022. I have worked for Alaska Marine Lines/Lynden for the past 24 years. I am presently VP for sales and marketing. I spent most of my career living and working in Alaska.

I met Alan Veys about 15 years ago when he came to my office in Juneau looking for a better way to supply goods to his Pybus Bay Lodge. From that first meeting I have been a big fan of Alan's. Alan is one of those rare individuals who make you feel like you have known him forever.

That summer we started to do business with Alan. We also decided to hold our annual managers meeting at his lodge. We normally have our managers meetings at lodges around S.E. Alaska to prepare for the busy summer season. Our people felt this was the best lodge we have ever attended. Since that first trip I have taken many clients to the lodge to experience this special place. I have also taken my family there to meet Alan. In my opinion this is the best lodge in Alaska and I have been very fortunate to have stayed at many of the top lodges. Alan's personality sets his lodge apart from all the rest. This is a man who has found his passion in life and it shows in everything he does. Pybus Bay Lodge is not only a great fishing experience, but it is also an extremely well ran business with Alan setting the pace.

I have never seen or heard Alan ignore safety laws, catch limits, or disrespect nature. As soon as you arrive at the lodge everyone is informed about the rules and there are not any gray areas. Alan loves what he does and he respects nature more then any one I have met before. Alan is courteous to his clients and respectful to all his employees.

I phone Alan every couple of weeks to see how he is doing since this unfortunate event began, because I know how difficult this has been for Alan to deal with. Alan has suffered greatly from these charges and I'm sure he has learned some valuable lessons. I look forward to Alan getting this behind him so he can get back to what he does best; sharing his love of nature and making everyone feel important.

Respectfully,

Kevin E. Anderson

Attach. 1
Page _10_ of 148

**From:** Cowchaser1959@aol.com [mailto:Cowchaser1959@aol.com]
**Sent:** Thursday, April 26, 2007 8:15 PM
**To:** cole@pobox.alaska.net
**Subject:** Mr. Alan Veys

Dear Mr. Brent Cole, Esq.

We are Pete & Paige Antognazzi of Tracy, California. We met Alan Veys at a Sports & Fishing Show in San Francisco, CA in 2003. We had been looking around at several trips the vendors were offering to Alaska - Alan was the only one who took the time to find out what we were looking for and was genuinely concerned. Alan told us all about his lodge and what we could expect if we booked a trip. We came to know Alan as a friend as we took a vacation package trip to his lodge (Pybus Point Lodge) the following year (2004). Alan is a very personable man, he wanted to make sure our flight to his lodge was comfortable and just wanted to make sure all was okay.

Alan made sure everything was done by the books, if you were going fishing, you needed to get a fishing license and if you were going hunting, then you needed a hunting license. Alan did make sure everyone was taken care of and that everyone enjoyed their vacation and their stay at the lodge.

Alan took care of the people that visted his lodge, he made sure that everyone enjoyed their trip weather it be fishing or hunting. We only did the fishing trips and his boats were well taken care of and all the equipment that needed to be there was on board.

Alan is one of the best, and we know that he would never knowingly violate any of Alaska's hunting or fishing laws. We enjoyed our trip and the company of Alan so much we booked another trip for the following year. The second trip was just enjoyable if not more than the first. Alan as an Alaskan Fishing Lodge Owner, would'nt have it any other way. If we could afford it, we would go back every year to see Alan and stay at his Lodge.

Sincerely,

Pete & Paige Antognazzi

---

See what's free at AOL.com.

Attach. 1
Page // of 148

4/30/2007

Dan E. Bailey
585 Royal Oaks Drive
Redding, CA 96001

Attn: Mr. Brent R. Cole
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK 99501-2136

Per your letter request, I am providing this letter to be forwarded to the judge presiding over the sentencing of Mr. Alan Veys.

I am a 64-year old retired aerospace engineer with a career dominated by foreign postings and work on black world projects involving the U.S. intelligence community. Currently, I am an author and publisher of books dealing with diving on World War II shipwrecks in the central pacific (Kwajalein, the Truk Lagoon, and Palau).

I have come to know Alan from meetings with him at the International Sportsman's Expo in Sacramento where he had a booth and later as a fishing client at his Pybus Point Lodge in July 2006.

In my experience, Alan maintains a strong hands-on approach in running his fishing lodge. This begins with making sure clients are happy with their housing, food, and total fishing experience. He makes sure clients go through the proper licensing procedures and get completely briefed on the lodge and fishing operation. I observed him interacting continually with employees of the lodge including the captains of his fishing boats, making sure that they are providing the best opportunities for everyone. At the end of the fishing day, he is at the dock keeping close track of the catch and care of the fish.

Alan is a storehouse of fishing and hunting stories and involves himself in spirited discussions with friends, clients, and potential clients. He appears to be genuinely interested in sharing stories with others about their hunting and fishing experiences and future plans. Alan is an accomplished spokesman for the wonderment of Alaska fishing, natural resources and indeed any travel to Alaska. In this respect, I have never observed any indication that Alan is dishonest, unethical, or untrustworthy. I enjoy interacting with him and consider him a friend.

Alan is a free spirit and I would hate to see him incarcerated. I would tend to strongly believe that Alan never personally was involved in illegally guided hunts. I'm sure the charges against him have hurt him deeply and he would certainly never knowingly put himself in a position where this could ever happen again. In my opinion, the loss of his right to be a hunting guide/hunting transporter along with his loss of hunting privileges is certainly sufficient punishment.

Sincerely,

*[signature: Dan Bailey]*

**Attach. 1**
**Page 12 of 148**

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

March 29, 2007

      *Re:*    *Mr. Alan Veys*
               *Sentencing Letters*

Dear Mr. Cole:

      This letter is being written on the behalf of Alan Veys per his request in regard to the legal proceeding scheduled to take place on June 6, 2007.

      My name is Dan Babich, and I have known Alan for approximately 2 years.  My Dad, Nick Babich, and I, booked a trip to Pybus Point Lodge at the Sportsman's Show in Minneapolis in the Spring of 2005, which is where we met Alan.

      I had previously heard of Pybus Point Lodge from watching fishing shows that featured the lodge on T.V.  When we saw the booth at the show, we stopped to ask some questions about accommodations, fishing seasons, and the place in general.  Alan was very helpful and VERY enthusiastic about Pybus Point, and we decided to book a trip. We booked for the end of June/beginning of July 2006.

      During our stay at Pybus Point Lodge, Alan was very accommodating to us, and appeared to be to the rest of the guests as well.  He operated the lodge in a professional manner, but was very casual and friendly to us.  He made sure that we were properly cared for, kept safe, and that we were having a good time during our stay.  It appeared that not only himself, but everyone associated with him and the lodge was concerned about our safety and well-being, as well as our experience at Pybus Point, all the way from the pilot who dropped us off in front of the dock and picked us up, to the boat captains, the deckhands, and the helpers/maids.

It is our opinion that Alan would not knowingly violate or allow to be violated any hunting or fishing laws. He treated us with respect, ensured of our safety as mentioned before, and seemed to have fun and get enjoyment out of seeing his guests pleased with their experience at Pybus Point. Alan was very enthusiastic about Pybus Point Lodge, and being able to provide us with an Alaskan Wilderness experience. When it was time for us to leave, he stood down at the dock with us waiting for the plane and getting our feedback of the trip (and actually offered me a job to work there for the rest of the summer, which I unfortunately had to decline), and while the new group of guests was being dropped off he was right there helping them with their luggage and welcoming them. Alan seemed to be not only an excellent fishing lodge owner, but an overall good person as well.

It is our opinion that a period of incarceration is not necessary for Alan. In light of the circumstances and the facts that we are aware of, Alan is pleading guilty to a lesser charge to avoid a prolonged court battle and high expenses. We are not convinced Alan misbehaved in any way, shape, or form, but may be dealing with accusations from unsatisfied buyers or patrons. Having tarnished his reputation without actually being guilty may be punishment enough.

Sincerely,

Dan Babich

FROM : CIRCLE B RANCH                    PHONE NO. : 14357836562              Apr. 24 2007 02:18PM P2

April 24, 2007

Orion B. and Sue A. Bishop
3825 S. Hwy 35
Woodland, Utah 84036
(435) 783-2829
circleb1@gmail.com

Dear Mr. Cole;

Alan is an acquaintance of ours that we have known for almost 10 years. We met Alan at an Outdoors show in 1998 where he was promoting his Hunting/Fishing Lodge. We were immediately taken in by his witty and intelligent personality. Upon first introductions, we felt of Alan's love for the outdoors and especially his love for Alaska, which we also share. We visited for about 15 minutes and then proceeded to book a trip to his lodge. We then stayed and talked for almost 2 hours, exchanging laughs, experiences, and just getting to know each other. We had never really met and had so much in common with someone as quickly as we did with Alan. We remained in contact via phone throughout the year always looking forward to our "Chats" with Alan.

We had booked our trip for Sept of 2000. We were great with anticipation and were anxiously looking forward to meeting up with Alan again. When we arrived in Juneau, Alan met us personally which owners don't always do, but since we had become such great friends in such little time, he made it a point to greet and welcome us. We arrived at the lodge and were very surprised at how things really did look like the brochure had indicated (you don't usually get the same picture in person at most lodges). Alan's staff immediately acknowledged our presence and they went right to work making us feel welcomed. We enjoyed great success with the fishing end of our trip and were treated very kindly and professionally with the captains and mates. We did ask Alan to treat us to some of the native King Crab. We did try to goat him into having us over to his personal residence and serve us the native delicacy. He immediately responded with a stern "NO" reply and then proceeded to fill us in on the law and legality of why he can't do that. We were very impressed with his desire to remain lawful and not give in to our request. He did explain in full detail how Alaska requires its citizens to adhere to the said laws in place to protect the resources that residents continue to enjoy.

Sue had purchased a black bear tag. I, (Orion) was going to self-guide her on this hunt. We did have conversation with an Alaskan guide staying at the lodge who wanted to charge us $1500 for a guided day hunt, of which we refused. Alan had informed us that the only thing the lodge could do was to drop us off on the Kupernof Island and pick us up on our return. We chose to guide ourselves. Sue bagged the largest black bear taken on the island that year. It took us all day to cape and pack the bear back to the beach where a boat from the lodge picked us up. Here again, Alan was very careful to explain the laws and our options. Certainly this is a man who is running a proper hunting and fishing lodge.

We enjoyed the opportunity to view and watch the wildlife while at Alan's lodge. He did provide us access to a small boat to travel up estuaries to watch the game come down to the water for evening entertainment and take pictures. Alan ALWAYS reminded us of the laws and safety procedures as we ventured off to observe wildlife. We never witnessed any misgivings or attempts on Alan's part to break or stretch any laws or ordinances while in his presence. We were with Alan a good part of our trip as he took it upon himself to take good care of us.

We are aware of the charges brought upon Alan and think the settlement agreed upon without any prison time is more than adequate. Alan's only fault here is that he is too trusting and is certainly deserving of the benefit of any doubt. We have found Alan to be very passionate about his lodge, his guests and his honor. His longevity in this business, and the people who love and respect him speaks volumes about this good man.

Sincerely,

Orion B. Bishop

Sue A. Bishop



**consolidated**press

600 S. Spokane Street
Seattle, WA 98134
(206) 447-9659
Fax (206) 447-9477

www.consolidatedpress.com

April 20, 2007

Brent Cole, Esquire
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole:

This letter is being written to assist the court in fashioning an appropriate sentence for Alan Veys in his upcoming court appearance.

I am employed by a company that has worked with Alan since he first opened the Pybus Point Lodge in the early 1980's. The company has worked closely with him in developing all of his printed materials needed to market and operate the Lodge. I have known Alan since 1995 when I took my current position. At first I got to know him as a considerate and honest customer but over the years and six trips up to the Lodge he has become a friend as well.

In all of my business and personal dealings with Alan he has shown to be an extremely honest and ethical person. As a customer, he has always been forthright and fair. Even in the few circumstances where problems arose in the design and printing process, he always maintained a respectful and equitable approach to the problem. My personal dealings with Alan have also shown that he is a very honest person that shows true concern for the people around him.

During each of the six trips I have taken up to the Lodge, Alan has always been clear on explaining and enforcing the rules on fishing that apply to the visitors at the Lodge. I have heard him clearly explain the size and quantity limits on the different fish that we catch and reinforce with his crew that these rules are to be followed. The first thing that happened on each trip was to for his staff to verify that each visitor had a legal and valid fishing license and the appropriate stamps.

When specific questions would arise as to the rules of what was legal, Alan was very good on not just clarifying the rule, but also explaining the reason behind the rule. This way the visitors understood why the rule existed and its importance in preserving the fish or other game.

Knowing the pride and integrity that Alan has, I believe that this court process has been very painful and punishing for him. I do not see where a period of

**Effective Solutions in Print**

**Attach. 1**
**Page _17_ of 148**

incarceration would be necessary or beneficial. I am sure that Alan will put procedures in place to assure that these kinds of activities never happen again.

For almost 25 years my company and I have had a very honest and enjoyable relationship with Alan Veys and Pybus Point Lodge. Based upon my experiences with Alan, it is difficult to believe that he intentionally engaged in the acts of which he has been accused. But, I am sure the pain and humiliation that he has experience in this process has given him strong motivation to make sure these kinds of situations are totally avoided in the future.

I look forward to being able to visit him at the Lodge in the future.


Sincerely;
Robert T. Brown


CFO

Attach. 1
Page 18 of 148