March 27 2007

RECEIVED

APR 5 2007

MARSTON & COLE, P.C.

Mr. Brent R Cole
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage Alaska 99501

Dear Sir,

I have known Alan Veys for approximately 12 years. Our relationship has evolved over
the years from a client of his fishing lodge to a client/friendship. Although we are not
close personal friends, I have spent a fair amount of time with Alan and have come to be
familiar with his attitudes and ethics.

Alan has always demonstrated a concern for Alaskan fishing laws and regulations. In a
wilderness environment there are always opportunities to bend a rule, look the other way
or ignore regulations. I have heard Alan address these types of situations over the years
and he has consistently insisted there will be no room for the bending of rules in his
operation. This is reinforced by the many comments I've heard from his fishing guides as
they relate that any infraction of the fish and game laws would be the end of their
employment. Alan, very simply, had too much at stake.

I have found Mr. Veys to be an upstanding individual. He is fair in his dealings with
clients and demonstrates a genuine concern for their safety and enjoyment. His Pybus
Point Lodge is a first class establishment that he built from the ground up with his own
hands. I don't believe Alan would intentionally do anything to jeopardize his future or the
future of his lodge.

Frankly, I was shocked to learn of his difficulties. They do not match the attitude or
actions of the man I've known and observed these past years. As an aside, a man who
deals with clients from all walks of life, yet begins every evening meal by saying Grace
and giving thanks for our abundant resources, doesn't strike me as an individual who
would knowingly or deliberately set out to break the law.

I respectively urge leniency as the court judges this unfortunate matter.

Sincerely,

Ken Bell
5352 Plata Rosa Ct.
Camarillo, Ca. 93012

4/10/07

Mr. Brent R. Cole
c/o Marston & Cole, P.C.
745 West Fourth Ave, Suite 502
Anchorage, AK 99501

Dear Mr. Cole:

This letter is in response to your communication of 3/21/07 regarding the situation of Mr. Alan Veys. I have known Alan as a result of being a client on three separate fishing trips to his Pybus Point Lodge during the past 10 years.

As a result of interacting with Alan in his capacity of lodge owner, I believe he is a man of utmost integrity. His overriding relationship with me and all his guests was one of honesty and above board dealings. I don't believe I have known a finer gentleman. It seems inconceivable to me that Alan could or would in any way violate the fishing or hunting laws of the state of Alaska.

Alan was always concerned with safety in his lodge and on his boats. I had a personal experience in this regard. While on a shore excursion during one of my trips, I tripped on a rock and fell, experiencing a serious cut over my eye. Alan quickly arranged for two doctors who were in the lodge at the time to attend to my wound, stitching the cut and permitting me to continue my stay without having to go to Juneau for treatment.

I cannot believe that a period of incarceration is warranted to deter Alan from any future conduct of this type. I do not know what effect this charge has had or will have on his business as fishing lodge owner, but I for one am eagerly looking forward to my next trip to Pybus Point and being with Alan. I understand the mandatory parts of his sentence will be to restrict his hunting rights, and I believe this will be more than sufficient to punish him for whatever inadvertent action he has committed.

Sincerely,

*George Barineau*

George Barineau



**ROYCE**
PHOTO/GRAPHICS
SUPPLY,
INC.

March 29, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Re: Mr. Alan Veys

My name is Roger Bland and I am President of the Utah Corporation, Royce Photo/Graphics Supply, Inc. We are the market leading, regional distribution company for imaging technologies in the intermountain west.

I have a deep personal regard, love and respect for the nature and beauty of Alaska and have traveled there more times than I can remember, visiting most all of the cities on numerous occasions and participating in all kinds of outdoor activities for half my life. I will return to visit Alaska again this year with my family. I am an avid outdoors person and have hunted and fished my entire life in the different states in the Western U.S. I relate this because it is important that you know I have been the client of many, many different outfitters, guides and lodges. In all my experience, I have never seen a guide or an outfitter unfailingly act with such honesty and consistency as Alan Veys.

When I book with an outfitter, guide service or lodge, I do my best to ascertain up front "is this an operation and person of integrity?" If I entrust myself, my family or my best clients in their care, can I expect a positive experience and leadership behavior where by my involvement and association will not be regretted or reflect poorly on me causing personal regret or discomfort to my standards or values. Unfortunately, over the years and through my many experiences I have seen or pretty much heard it all. From other clients of guides who push the window expecting to be able to



Attach. 1
Page 21 of 148

do things that are not right to guides and operators who look the other way and/or permit it, I always appreciate and respect the character of those who hold fast to the rules, the game, fish and natural resource laws and make it the high standard, outdoors and sporting experience it should be and I never return to anyone or anyplace who violates that standard.

Accordingly, I began visiting Pybus Point Lodge some 17 years ago and have made at least a dozen trips with my wife, my sons, my co-workers and my most valued clients. Never in all those trips have I ever observed Alan in an impropriety. I have seen on occasion, as I have on trips to other lodges and locations, guests that ask for or expect "favors" or improprieties. I guess that they somehow think they are entitled to exceptions under the laws or rules. Every time….every single time without exception, I was please and proud to observe Mr. Veys response and how it was appropriately handled and rejected. Never once have I been disappointed in him. Never once have I had cause or reason to question his integrity or his trustworthiness in my relationship with him as a client or in my observing his work and the running of his lodge and the services he provides. His values and his courage to stand up at those moments of truth have in fact been a topic of positive discussion with my clients and once served as a great teaching opportunity for my teenage son.

The charges and circumstances have saddened me and compelled me to write this letter. I believe I know Alan's person and nature. I know the charges and the related experience have been extreamly difficult and costly to Mr. Veys, personally and professionally. I believe we learn, grow and become better and stronger people by our experiences and that the stipulations, agreements and punishments accepted are sufficient in light of the facts and circumstances.

Please forward this letter to the Judge who will bear the weight and responsibility of considering and deciding this case.

Sincerely,

Roger A. Bland
President
Royce Photo/Graphics Supply, Inc.



ORTHOPEDIC ASSOCIATES PLLC

*Board Certified Orthopedic Surgeons*
625 - 9th Avenue, Suite 210
Longview, WA 98632-1607
Phone: (360) 501-3400  Fax: (360) 423-6862

Bruce G. Blackstone, M.D.
David M. Black, M.D.
William T. Turner, M.D.
Jon E. Kretzler, M.D.
Eric T. Hansen, M.D.

April 16, 2007

Brent Cole, Esquire
Marston and Cole, P.C.
745 W. 4th Avenue, Ste. 502
Anchorage, AK 99501

Dear Mr. Cole:

I have known Alan Veys as a friend and a client for approximately 10 years. I came to know Alan when my wife and in-laws and I spent a week up at his Alaskan fishing lodge back in the late 90's. The experience was such a positive one that I subsequently returned on two different occasions, once with my teenage daughter and then once again with my teenage son. I obviously was impressed with the total experience up there to return on two different occasions, but also was impressed with Alan and his operation enough that I entrusted the care of my daughter to him for the summer, so she could work in his lodge. This was a big step for her obviously, as she was away from family for two months out in the wilderness with no opportunity to have any real contact with the outside world. This would not have taken place had we not both felt entirely comfortable with Alan's character as a person, i.e., his honesty, his trustworthiness and his commitment to safety.

I can personally vouch for Alan's insistence on strictly following fishing laws when I was up there. At no time were any clients allowed to take over the limit. He made it a point to allow clients to go out on the boat in the evenings for him to catch some King Crab in his own personal pots, but he made it abundantly clear to everyone on each of the trips I was up there that this was not for consumption by any of the lodge guests and it was strictly for his personal use. The point is that he made everyone aware of what the laws were that he was required to follow and he stuck to them.

The quality of the equipment, the lodging, and the guides and their commitment to safety was beyond reproach as far as I was concerned.

I am not familiar with all of the details of this legal action, but I personally cannot imagine in this situation that a period of incarceration would be necessary to deter Alan from hunting violations in the future. I strongly suspect that these legal issues have been a very significant wakeup call to Alan and have emphasized to him the seriousness of things, especially with regard to how it could permanently affect his fishing operation.

I have not spoken to Alan about these legal issues and your letter provided me the first specifics that I had heard about his legal troubles. I have found Alan to be a very capable and knowledgeable fishing lodge owner who runs an excellent operation. It is my opinion that Alan will humbly make whatever corrections he needs to so he can learn from this experience and "toe the line." I cannot see that it would be of any benefit to anyone for Alan to have to spend any time in incarceration.

Sincerely,

Bruce G. Blackstone, M.D.

BGB:lw

Attach. 1
Page 23 of 148

# TIFFANY DIVISION
## 392-7930





### ROOF SPECIALIST SALES

Tiffany Maintenance Products
American Lubricant
Dayton, Ohio





GUARDIAN OF YOUR ROOF
super sturdy

### ASPHALT SEALING SERVICE

Andy & Kitty Beltz
617 Hackberry Dr.
Security, CO 80911

Brent Cole Esq.
Anchorage, Ak

I will answer and quote my best ability.

I first met Alan 4 yrs ago as I stepped on his resort.

I met Alan as a guest at his lodge, Adamereliots Island. I had come for a wk of fishing. He impressed me at first moment as a clean cut business man. After a wk I knew Alan as a friend. We have corresponded on a few occasions. He would be a person I would bet my life. His Honesty to me as a guest was unquestioned. A man of travel because he was a man of accomplishment. His ethics seemed the same as mine. I have not been a world traveler, but Alans fishing resort is one place I hope to return to when my Health permits. We were required on boat by operator, one a limit was caught we were return it to the water. All fishing laws were obeyed & the [on a species] everything was top drawer. He came to know everyone by name limit. I felt a new friendship having been in Europe, most of the lower 48 Plus Hawaii for a wk. I never was treated anywhere like family like Alan did, I can't believe or will not that Alan broke any law.

During the wk.

I would feel very sorry to hear Alan had been incarcerated. It would not in my opinion help his character on bit. I feel any right I live as an Ak would cloud the future of any Ak visitor. Finally as I joked a lot with Alan, What is the likeness of Honesty & Pregnancy, they are the same. You are or you aren't.     My Regards to anyone on this

case                                    Andy B



**R.C. Burns Co., Inc.**
SINCE 1986
FIRE, WATER & STORM RESTORATION
ENGINEERED STRUCTURAL REPAIRS

PHONE: (651) 483-0024
FAX: (651) 483-0025
Mobile Phone (612) 816-2379
Email: RBurns8156@msn.com

P.O. BOX 18338
MINNEAPOLIS, MN 55418
STATE LICENSE #3918

April 17, 2007

Marston & Cole P.C.
Attn. Mr. Brent Cole
745 West 4th Ave, Suite 502
Anchorage, Alaska 99501

Re: **Mr. Alan Veys**
**Pybus Point Lodge**

Dear Mr. Cole,

I have had the pleasure of knowing Mr. Alan Veys since my first trip to Pybus Point Lodge in 2004. Pybus Point Lodge has become a yearly destination ever since. My most lasting impression of Alan is as follows.

Everyday at Pybus Point Lodge Alan and all of the guests are seated for breakfast and dinner. I would assume that there are at least twenty to twenty five guests from various locations through out the United States.

Despite this diverse assembly of guests, Alan personally leads with prayer before every meal. In our current society where prayer is not necessarily in vogue, Alan expresses his gratitude to God for all of his guests and for blessings that he has received.

As a Christian, I believe that Alan's expression of faith speaks volumes for the character of the man. It is my opinion that to punish this man beyond what he has already experienced is to do a disservice to his friends, employees, guests and to the Great State of Alaska.

I look forward to visiting Pybus Point Lodge this August and to seeing Alan and continuing our friendship.

If I can be of further assistance to you or if my comments generate any questions please feel free to call.

Sincerely,

Robert C. Burns CEO
RCB/vab

Attach. 1
Page 25 of 148

Julie Brodt
856 W. Nelson Street
Apt. 907
Chicago, IL 60657

May 7, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

To Whom It May Concern:

My name is Julie Brodt and I am writing on behalf of Mr. Alan Veys. I was a client of Mr. Veys during my stay at Pybus Point Lodge in June 2006. Alan's character can be described as honest, trustworthy, and dedicated. When I attended Pybus Point Lodge he was very straight forward with the guests stating all Alaska hunting and fishing laws. Our personal fishing guide for the week, clearly stated Alan follows the rules regarding Alaska hunting and fishing laws, and that not only has he reviewed these with the fishing guides, but also provides the information for each and every guest that stays at Pybus Point Lodge.

In my opinion, I do not feel as though a period of incarceration is necessary for Alan. My family and plan to return to Pybus Point Lodge in the summer of 2008, as it was such a positive and extraordinary experience. Please feel free to contact me if there is further information I can provide regarding Mr. Veys, or my experience at Pybus Point Lodge.

Sincerely,

Julie Brodt

Julie Brodt

# Joseph F. Butterworth, Jr
8538 Atascocita Lake Way
Humble, TX 77346-1782

April 6, 2007

Mr. Brent Cole,Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole:

I'm writing in regard to Mr. Alan Veyes who I understand is
in legal difficulties with respect to game laws.

Let me introduce myself. As you can see from the letterhead,
my name is Joe Butterworth and I reside at 8538 Atascocita
Lake Way in Humble, TX. I was a chemical engineer/manager
with a large petrochemical company before retiring in 1986.
I have been an avid hunter and fisherman since early child-
hood (for 70 years), so I can say with confidence that I
know the value of good game laws and the importance of obey-
ing them.

My first fishing experience with Alan at Pybus Point Lodge
was in 1995. I subsequently fished with him in 1996, 2001,
2002 and 2004, each time for about five days for an overall
total of about twenty-five days. I feel I have gotten to
know Alan pretty well as a lodge owner/host, sportsman,fish-
guide and as an individual. I can sincerely say he is a
person I value greatly as a friend. He has always displayed
a joy of life, enthusiasm and humble persona that has reson-
ated well with me. I especially admire his habit of always
asking the Lord's blessing before each sit-down meal. Also
impressive has been his and his staff's consistently demon-
strated respect for fishing regulations. Before "wetting a
hook" on arrival at the lodge the first item of business was
proper licensing and permits. Every boat Skipper I fished
with was scrupulous regarding species, limits, etc. Further,
while recognizing the clients' high interest in close-up
viewing of whales, sea lions, etc.,guides were very care-
ful not to interfere with or harass the animals, pointing
out that keeping proper distance was for the animals' prot-
ection and was the law. This I feel was a direct reflection
of Alan's high ethical standards and his attitude toward
wildlife and wildlife laws. I never experienced anything in
Alan's behavior that would suggest that he would violate or
countenance violation of game laws.

Attach. 1
Page 27 of 148

In closing, I believe Alan to be a very sensitive person who has worked very hard to build, literally with his own hands, a beautiful lodge in a pristine area of our great country which he shares with justified pride. If any additional corrective action is deemed appropriate in Alan's case, I would urge the very minimum be considered. As I understand it, he will lose his right to be a hunting guide or game transporter as well as his personal right to hunt for some period. I truly feel this would be more than sufficient to impress upon Alan the need to be clearly and constantly above reproach with respect to game laws.

Thank you for the opportunity to express my thoughts regarding my good friend in this time of trouble. I certainly hope to be able to enjoy fishing with Alan at Pybus Point at least one more time, Lord willing.


Sincerely,

Joe Butterworth
Joe Butterworth

April 23, 2007

Mr. Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue
Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole;

I wish to offer the following letter to be presented to the court on behalf of Allen Veys.

My name is Gary T. Baker and I live in Vancouver WA. I first met Allen in August of 1990 when my wife Dixie and I flew to Pybus Point Lodge to spend our honeymoon. That was the first of nine trips that we have made up to Pybus Point.

I first became acquainted with Allen as a client and I continue to be a client in the use of his facilities. My opinion of him is so high that in the past I have entrusted my entire family to his care.  I now take any employee that has worked for my company for longer then twenty-five years on a fishing trip to Alan's lodge as a thank you for their hard work and their loyalty. I have grown to consider Allan a friend and I look forward to his phone calls every year when he has closed down the lodge for the winter and comes to Portland for the outdoor show.

I believe Allen to be a very ethical and honest person. I have never seen him lose his temper with any client or any of his employees. He treats everyone with respect. In the past when the lodge was smaller and he was personally guiding every day I never observed him violate any laws, because of his high ethical standards I do not believe he would knowingly allow anyone else to violate any of Alaska's hunting or fishing laws. He has always been concerned with respecting the wildlife and talked about how we were the visitors and the islands and surrounding waters belonged to the birds, bears and the fish. Many times after we had caught all of the fish that we would be taking home he would encouraged us to practice catch and release. I know that as the lodge has grown larger and he now has several guides helping him that he has maintained that same high standard of operation.

Allen has always maintained his equipment and facilities in tiptop shape and never failed to explain to all guests as they arrived the need for proper fishing licenses, stamps and what the regulations are. He is also careful to explain how the safety gear that is on the boats works.

I do not believe that incarceration is a necessary part of Alan's punishment. The last time that I visited Pybus Point Alan told me that he had found out his partner (whom he had introduced me to a couple of years earlier) was involved in some illegal activates and that

he had severed that relationship. At that time he told me that he did not want to be associated with anyone that was breaking the law.

I believe the mandatory part of the sentence that has been stipulated is a just and sufficient punishment. I have always known Alan to be a great outdoorsman and for him to agree to this sentence must be very hard on him because of his love of the outdoors.

Sincerely


Gary & Dixie Baker

Feb 26-07

I Sherry K Carpenter would like to speak on the behalf of a dear friend Alan Keys. We have been friends for the better part of thirty years and my experience of him has been a friendship of trust and integrity. Alan is a man of men. He works hard and knows that is what it takes to live his dream of Nature. He has always Loved Alaska, Alan always has had a dream of a life in Alaska hunting, fishing and the joy of sharing this dream with others through building a Lodge for others to come and experience this beautiful place. He does this with great passion. and sometimes I have felt his heart breaking over it. Alan's work ethic is like no other, he works hard at his dream, just so some day he can enjoy the simple things that life holds.

Alan has a very kind Heart and Loves the forest he is fun Loving. He lives his life with integrity and truth. this kind of man is not found

Very often any more. With Love and passion is everything He does.

Thank you
Sherry K Carpenter
27804 NE 154th st
Duvall, WA 98019

425.788.9917 Home
425-802-4097 cell
SKcarpy@msn.com

Feb 26 07

I Sherry K Carpenter would like to speak on the behalf of a Best friend Alan Keys. We have been friends for the better part of thirty years and my experience of him has been a friendship of trust and integrity. Alan is a man of men. He works hard and knows that is what it takes to live his dream of Nature, He has always Loved Alaska. Alan always has had a dream of a life in Alaska hunting, fishing and the joy of sharing this dream with others through building a Lodge for others to come and experience this beautiful place. He does this with great passion. and sometime I have felt his heart breaking over it. Alan's work ethic is like no other. He works hard at his dream, just so some day he can enjoy the simple things that life holds.

Alan has a very kind Heart and Loves the Lord, he is fun Loving. He lives his life with integrity and truth. this kind of man is not found

**Attach. 1**
**Page 33 of 148**

Very often any more. With Love
and passion is everything He
does.

Thank you

Sherry K. Carpenter

27804 NE 154th st
Duvall, WA 98019

425-788-9917 Home

425-802-4097 cell

SKcarpy @msn.com

# Bud Clary

**CHEVROLET.**     *Cadillac*     **SUBARU**     **Jeep**     **SUZUKI**

April 6, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Ave, Suite 502
Anchorage, Alaska 99501

Re: Alan Veys

To The Court:

My name is Jim Clary and I am President of Bud Clary Auto Group located in Longview and Yakima, Washington. I have known Alan Veys and the Veys family for over 25 years. In fact, I.E Clary, my father, did business with Alan's father and grandfather. The Veys family have been and still are great supporters of their community, Castle Rock, Washington. Alan spends his winters and maintains a home in Castle Rock. He is a very visible person.

Alan's love and life has always been Alaska. He has taken Pybus Point and developed it into a first class sport fishing facility. I could not believe the accommodations and professionalism of his staff when my friends and I were invited to Alaska to fish. Alan was so generous and he insisted we stay in his own personal lodge. I am not an outdoorsman, but what an enjoyable experience. It was a trip to remember and a place to return to in the near future.

Not fully understanding the complexity of this legal matter, knowing Alan, being at his lodge with his professional people, feeling totally safe and at ease in the wilds of Alaska, it is hard for me to visualize that Alan would violate any of Alaska's hunting and fishing laws. Alaska is Alan's life. I will say, I think Alan Veys is a very trusting person in relationships and you feel like a long time friend even if you just met Alan.

In regards to any incarceration, I do not believe it would benefit Alaska in anyway. It would only detract from the outstanding service and reputation of Pybus Point Lodge. As for Alan Veys not being able to hunt during a period of probation would also be devastating, as he has such a love for Alaska and the hunting and fishing life of Pybus Point.

If I can be of further service, please contact me.

Sincerely yours,

James E. Clary
President
Bud Clary Auto Group

**WE WILL NOT BE UNDERSOLD BY ANYONE IN THE NORTHWEST!**

| | | | |
|---|---|---|---|
| Bus: 360-423-1700 | Chevrolet/Cadillac | Subaru/Jeep | Suzuki |
| 1-800-899-1926 | 1030 Commerce Ave | 961 Commerce Ave | 4005 Ocean Beach Hwy |
| budclary@budclary.com | P.O. Box 127 | P.O. Box 127 | Longview, WA 98632-7079 |
| P.O. Box 127 | Longview, WA 98632-7079 | Longview, WA 98632-7079 | Fax: 360-578-1758 |
| Longview, WA 98632-7079 | Fax: 360-423-8053 | Fax: 360-423-7566 | |

Attach. 1




# BEAR
### INDUSTRIES
## Printing & Publishing

105 Cal Lane • Sparks, NV 89431
Phone (775) 358-8822
(800) 766-6755 • Fax (775) 358-8548

April 3, 2007

Brent Cole, Esq.
Marston & Cole
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole:

      I have been acquainted and used the services of Alan Veys for the better part of 12 years. My sons and I have also experienced the services of other Alaskan guides and lodges during that time. As the owner of a printing and publishing company in Nevada I have also had clients of mine at Pybus Point Lodge over the years. The experiences and true friendship provided by Alan and his staff have been of the highest caliber. His knowledge and conservation attitude has been an education for me and my sons as it pertains to protection of the "Great Alaska Experience". We have always felt that our trips were much more than a business trip; they were also very educational and we developed a great relationship over the years.

      As a business owner myself, Alan was always sensitive to the customers' needs but never created greater expectations that could not be delivered. He never hesitated to reign an over-exuberant guest when it came to following the guidelines of limits, laws and proper conduct. I intend to continue my trips north for as long as I can reel in a fish. It would be a great disappointment should Alan lose his business. After many trips to Pybus Point I feel I can be objective as opposed to being awed by the trips.

      While I am in no position to interpret Alaska's laws when it comes to wildlife conservation, business operation or hunting, my opinion on incarceration for this type of offense seems like over-kill for a person of Alan's character and nature. To remove Alan from the Alaska experience would be like removing Salmon from being a game fish.

Sincerely,

Jerry R. Cail
President

JRC:jc

Attach. 1
Page 36 of 148

April 4, 2007


Mr. Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501


      Re: Mr. Alan Veys


Dear Mr. Cole:

My name is Tony Cannata and I am the Chicago Station Operations Manager/Business
Manager for WCPX-TV an affiliate of ION Media Networks. I have known Alan for
approximately 15 years. We first met at the Chicagoland Sports Show in Rosemont,
Illinois where I was looking for fishing lodges in Canada and Alaska for future trips.

I was immediately impressed by Alan both as an individual and owner operator of Pybus
Point Lodge. I believe that owner operator contact with guests is just as important as the
lodge facilities and equipment is in making a memorable and safe fishing vacation.

After checking references and finding out more about Alan and Pybus Point Lodge I felt
very comfortable with Alan's character and method of operating the lodge. It is my
opinion that he is truly interested in making sure that all of your desires and needs are
met and that you and your party experience a safe, comfortable, and rewarding outdoor
experience that you will remember always.

I have developed a friendship with Alan over the years and believe him to be a true
sportsman who would not knowingly violate fishing laws and that he is a man of his
word.

I have personally visited Pybus Point Lodge on two separate occasions and found out
personally that everything Alan told us to expect was realized. In fact the trips far
exceeded our expectations. I have recommended Alan and Pybus Point Lodge to
numerous other people whom I have spoken with regarding an outstanding fishing
vacation in Alaska.

My first visit was a one week stay in July 1999 with my wife. Alan personally greeted us
upon arrival and made sure we got established in our cabin. He also made sure we were
aware of the fishing limits and that we had the appropriate fishing licenses. On a daily
basis he would check with us to be certain everything was in order. He made us feel like
we were part of the family. We enjoyed the trip so much that in July of 2002 I put
together a group of 5 of my friends and returned to Pybus for another week of

Attach. 1
Page _37_ of 148

Mr. Cole
April 4, 2007
Page 2

outstanding service, friendship, and great fishing experiences. My wife, my friends, and I all look forward to returning as soon as possible.

With regard to the legal difficulties I understand are facing Alan it is my opinion that incarceration is not necessary to deter Alan from similar conduct in the future and it would in fact have a damaging affect on his fishing lodge business. I believe that the mandatory parts of the sentence, as I understand it, are sufficient punishments for Alan.

I appreciate your taking the time to review and consider my opinions of Alan and his situation.

Very truly yours,

Tony Cannata
212 Wyoma Lane
Schaumburg, Illinois 60193
847-923-1004

Attach. 1
Page _38_ of 148

www.sportsartfitness.com

**SportsArt**FITNESS

2/27/07

To whom it may concern

I am writing this letter on behalf Alan Veys. I met Alan 20 years ago through my girlfriend at the time and now my wife. She talked of him as one of the finest individuals she had ever met. As a somewhat protective boyfriend, I was suspect of him. Considering myself as a good judge of character, any suspicions were soon lifted upon meeting one of the most gregarious and outgoing individuals of my life. My wife's descriptions of him were somewhat underrated.

My experiences of Alan have been nothing but of that of a stand up guy. He has a natural ability to bring the best out in everyone he comes into contact with. He has a positive can do attitude that is infectious. He is a man of great integrity and honesty that is hard to find. He is well grounded in his Christian roots and walks upright in his glory. It is hard to find life long friends, someone that you can trust with your life, your family and your deepest secrets, Alan is such a friend.

I could only try to sum up the type of person Alan Veys is in words, but I would be hard pressed to really describe him. He is the type of guy you would want in your foxhole. He would give you his shirt off his back and anything else to help a total stranger. He is an inspiration for me.

Perhaps the following best sums up my feeling and thoughts of Alan Veys. It is what I would consider to be one of the highest honors to have someone think of me in such a manner. It is the highest honor that I could bestow on another man. It is something that I have shared with only 2 people in my 19 years of parenthood. One was my brother and the other was with Alan. Approximately 14 years ago, I asked Alan if he would do something for me. I asked him in the event of my untimely death, would he be willing to take my 2 boys with him for a summer or 2, maybe more and teach them how to be a man, a man like him if possible. I am confident that had the need arisen, he would have been there for my wife and kids.

To anyone reading this, please follow my advice, take time to get to know Alan Veys, you would be well blessed to have had the experience. I write this not as honor to his character, rather it is any honor for me to share my heart felt thoughts and feeling for one of the finest men that I have ever had the pleasure of knowing.

If you would like to call me in regards to Alan and/or his character, please feel free anytime my cell phone is (206) 915-6702 or extension #107 at my office below.

Sincerely,

Ken Carpenter
Director of Sales
North America Division

19510 144th Avenue NE, Suite A1
Woodinville, WA 98072
corp phone: 800.709.1400
corp fax: 425.488.8165
customer service: 866.709.0750

**Thomas J. De Loia**
517 Harvard Road
San Mateo, CA 94402
650.342.7719

April 11, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Ave., #502
Anchorage, AK 99501

By Fax: (907) 277-8002

Dear Mr. Cole:

When I received your letter explaining Alan Veys situation I have to tell you I was shocked. I have known Alan since 1991 when I met him at a sportsmen's show and organized a trip of friends to go to his Pybus Point camp. Over the years I have gotten to know Alan personally through many telephone conversations, by returning to Pybus Point and by visiting with him while he attends sportsmen's shows in our area.

We have been to many camps throughout British Columbia, SE Alaska and the Kenai Peninsula and because of Alan we have returned to his camp eight times with groups of five to sixteen. Our attraction to Pybus Point is strictly because of Alan. He is very much involve with the day to day operation, blesses each evening meal and is attentive to the needs of all guests. His fishing equipment and boats are top notch and are well maintained to be certain the safety and enjoyment of his guests comes first.

He personally greets each group of guests at the float dock and is certain that everyone is properly settled and has the proper fishing license and stamps. He and his skippers are very particular about fishing limits by species and size. In fact he encourages all guests to release larger halibut and fish they cannot take home back to nature. He and some of his staff have crab permits, but he has always made sure we understand they are for residents only and cannot share them or the catch with guests.

We did visit his camp late one year when water fowl season opened and he was certain that we had the proper game license and did not hunt until the opening day. During another trip one of his guests had an accident while fishing on the river where a fish hook from a member of their party embedded in her eye. Alan had all the emergency medical supplies and arranged for a helicopter fly out to medivac them back to the Juneau hospital.

As I have learned to know Alan over the years he exemplifies a true outdoorsman with great integrity, honesty and appreciation of wildlife and their natural surroundings. If, because of his circumstances, his ability to participate in fishing, hunting or guiding for some period of time is prohibited I am certain that will heavily weigh on him. The thought of him being incarcerated or unable to operate his camp for a period of time seems overly harsh and unfathomable.

I have been hunting and fishing since 1950 without a single incident with fish and game laws and will not pretend to interpret or comment on their equity; that is for the judicial system, but I can vouch for Alan as a person with extraordinary integrity, honesty, sincerity and ethical values.

Sincerely,

Thomas J. De Loia

Attach. 1
Page 46 of 148

March 27th, 2007.


Mr. Brent Cole
Marston & Cole P.C.
745 West Fourth Ave, suite 502
Anchorage, AK. 99501


Re: Mr. Alan Veys
Sentencing letters


Dear Mr Cole:

It was my pleasure to have met Mr. Alan Veys in the Summer of 2006 at Pybus Bay
Lodge. My son and I visited his lodge with a friend of mine and his son.

We were all very impressed by his entire operation. Although it was my first time
meeting Alan, we spent much time together at his lodge and we all really enjoyed his
company. It is obvious that he has a real passion for Alaska. I have traveled all over the
Arctic and Alaska and I do know a little about someone that is there just to make money
and a host that is there because he has Alaska in his soul. Alan defiantly has that North
Country in his soul, and is so very proud to share this with others. This is the main reason
that I booked with him. He was able to convey this over the phone to me and really made
me fell that he could help me instill a little of this in my son. It worked very well. We had
the best trip ever together, and are still eating grilled Halibut.

It is my firm opinion that Alan not only respects the Alaska wilderness, he surely respects
the incredible fishery that he has, and would never do anything to abuse it or take
advantage of the opportunity he has to benefit from it. After spending each evening with
Alan and hearing so many incredible stories of his life up there, it is unfathomable to me
that he would ever bend the rules or advise others to do anything but release the big ones,
keep only what you will enjoy eating and above all live the Alaska experience.

I am not aware of the charges being brought against Alan other than what I have read in
your letter. I have been through some tough legal matters in my life and understand that
at times a plea bargain is better than a long legal battle. I respect Alan for this and do not
in any way think that a period of incarceration is necessary. The fact that this letter has
been sent to his clients, and the aggravation involved with it is punishment enough. One
can look in his eyes at the dinner table and see the pride he takes in his entire operation.
With all of these allegations going on right now, one can only imagine how hard it must
be for him to deal with this.

Losing his hunting transporter rights, much less his guiding rights must be a terrible blow
for Alan. I am sure he and his legal council have their reasons for this, but it seems harsh

to me. A pilot and guide are a very select few in this world and I have never idolized anyone more than this group of people. This brotherhood in Alaska is unbreakable and it is a shame to think that they will lose one like Alan. This is for sure sufficient punishment for Alan and I will be happy to shake his hand when I see him again knowing that he is man enough to take his blows and get on with life without putting his fishing operation at risk. It is a shame, but a worthy cause for sacrifice.

Thank you very much and I look forward to booking Pybus Bay lodge again!


Christopher Erickson
1051 N. Shore Drive
Detroit Lakes, MN 56501

Attach. 1
Page 42 of 148

Brent Cole, Esq.
Marston & Cole, P.C.
745 west Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Re: Alan Veys

Dear Mr. Cole:

I am writing this letter in behalf of Alan Veys to provide a brief description of my experiences with Alan.

I will start by explaining who I am and what my relationship is with Alan and Pybus Point Lodge. My name is Bill Fiant; I reside at 12994 Hwy. 189, Daniel, Wyoming 83115, telephone 307-859-8388. I am 63 years of age, retired as of 2006 from ownership of an oil and gas related service company. I became acquainted with Pybus Point Lodge and Alan through a personal relationship. During a trip to Centerville, Utah, I had become acquaintances with Mr. Max Maxidon, Manager for Tri-City Polaris Dealership. During the course of swapping stories, Max had told me of his multiple visits with his family to Pybus and his friendship with Alan. Max was an avid outdoorsman with several mutual friends, and I knew I could depend on his recommendations. It was because of Max's previous experiences with Alan that I booked a trip to Pybus for my wife and I as well as 9 other friends and business associates.

Upon our arrival at Pybus, Alan was there to introduce himself and his staff. Alan made every effort to make everyone feel welcome and at home. I was extremely impressed by his pride of ownership and his desire to make everyone comfortable. Alan staff served family style meals with all guests present as well as Alan for every meal to give the blessing and participate in conversation. Our weather was less than perfect with two days of wind and rain which made ocean trips unacceptable. Alan and his staff did everything possible to make up for the loss of fishing opportunity. Alan was in the process of expanding the lodge facilities and was very excited in showing them to everyone. It was obvious that Alan was in the business for personal enjoyment, not just income.

While I have not had repeated visits to Pybus, I can say that our few day there revealed that Alan is a very dedicated lodge owner/operator as well as his entire staff. All of things that Max had shared with me as to Alan's ethical and trustworthy business reputation was confirmed by our visit. I would find it very difficult to believe that Alan would knowingly tolerate any activity that would be unethical or illegal.

If I can be of additional assistance in this matter, please do not hesitate to contact me.

Sincerely,

Bill Fiant

Attach. 1
Page 43 of 148