Gerina Freeman
22850 Pine Lake Drive
Colfax, CA 95713
(530) 637-9250 or (916) 798-3057

Brent Cole, Esq.
Marston & Cole, PC
745 West Fourth Avenue, Suite 502
Anchorage, AK 99501

RE: Mr. Alan Veys

To whom it may concern:

My husband, Dan and I met Alan at the Sacramento Sportsmen Expo in Jan 2005.
Obviously at an Expo this size we had our pick of lodges with whom to book our
Alaskan Honeymoon.

During the show we met with Alan and his honesty and enthusiasm won us over. Me
being a first time fisherman he put me at ease and I knew from the time we booked that
this was going to be a trip to remember.

When we arrived at Pybus Point in June (10-17) I was impressed with the people that
Alan had working for him. Right off the plane they had us in the Lodge getting our
fishing license and we went right back out, hopped on a boat and started fishing. I can
tell you our safety was top priority no matter whose boat you were on.

In fact during those 5 days we had three different Captains and each of them
exceptional.

Attach. 1
Page 44 of 148

I can tell you that being a General Manager of 6 different companies and working for the same man for 23 years the atmosphere in a business comes from the top and filters down through the people they choose to work for them.

From the dock hands to the girls who worked in the kitchen and cleaned our rooms you could tell there was a real camaraderie amongst the employees and Alan.

Again come June 2006 we made plans for Dan and our son, Ben to spend a week in Alaska at Pybus Point. Ben was just getting out of the Marines and we thought this would be a good trip after a tour in Afghanistan and 2 tours in Iraq.

Ben thoroughly enjoyed himself and continues to stay in contact with one of the Captains Alan had piloting one of the boats.

Again, we enjoyed Alan's company, his lodge and his employees. Pybus Point is a very special place not for just the beauty of the Alaskan landscape but the kindness and friendliness it bestows on its guests.

If I can offer any more help to Alan, please call me and let me know.


Sincerely,

Gerina Freeman
Guest @ Pybus Point

April 5th 2007


Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Ave. Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole,

I am responding to your letter dated March 21st, regarding Mr. Alan Veys.

My name is Lynn Fletcher; my wife's name is Carolyn. I was President of Royce Photo graphics up until I retired two years ago.

My wife and I have known Alan since our first trip to Pybus Point over 17 years ago, and have returned to his lodge over 10 times. Some of our trips included business associates, some with employees, and some were with close friends and our last trip in 2006 was with our neighbors Doug and Susan Wilson.

Having taken other fishing trips to Alaska, we always return to Pybus Point, because of their hospitality and excellent service.

Having taken more than 50 different guests to his lodge, not <u>one</u> has been disappointed or questioned Alan's character or honesty. Alan has his employees trained to do everything by the book, like making us do all the paper work – licenses, salmon stamps, etc., even before we were able to check in at our cabins. He has always been <u>very</u> <u>strict</u> when it comes to rules and regulations. His fishing guides are the same way, especially when it comes to limits and regulations. There has never been a time, when the rules have been compromised.

I cannot comment on hunting because it has always been fishing trips but for the life of me, I can not believe Alan would do anything illegal, or that would jeopardize his lodge. Why would Alan after spending half his life building a lodge by himself allow someone with or without his knowledge to do something illegal. That is not Alan's character.

I believe after knowing Alan for more than 17 years, he would never violate Alaska's fishing or hunting laws and regulations.

I think a period of incarceration is totally wrong since Alan had no knowledge that someone was (without his knowledge) doing something illegal. I think Alan is probably embarrassed, the negative publicity, paying a fine, is punishment enough, for something

-2-

he was not aware was happening. I still question after knowing Alan all these years, that he would ever do, or let another guide or individual so anything illegal.

If you have addition questions please do not hesitate contacting myself or Carolyn at 801-446-4389.

Sincerely,

Lynn Fletcher

*Lynn Fletcher*

Carolyn Fletcher

*Carolyn Fletcher*

04/04/07  WED 16:10 FAX 7045655223          SEM PRODUCTS, INC                    ☑002



**The Right Choice**

**SEM PRODUCTS, INC.**
651 Michael Wylie Drive
Charlotte, NC 28217-1546
800/831-1122
Fax: 704-565-5222

April 3, 2007

Law Offices of Marston & Cole, P.C.
Brent Cole, Esq.
745 West Forth Avenue, Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole:

The purpose of this letter is to provide a character reference for Alan Veys whom I have known for over six years.

I first met Alan as a business associate and we quickly became friends. I have fished with Alan's operation over the last six years and all "Fish and Game Laws" have been followed. In addition, Alan has always offered a chance for a free trip to those guests releasing any Halibut estimated over 100 pounds. Alan has always been respectful of the law and extremely dedicated to the preservation of the beautiful Alaskan environment.

Alan is, and I'm confident will always be, a law abiding citizen. He is trustworthy and forthright in both business and friendships. Alan is a man of great integrity and I would not hesitate to count on him for anything. He is one of the few people I can say that about.

I don't feel incarceration in this case would be necessary; it would be a great injustice. The loss of Alan's rights to be a hunting guide or transporter and the loss of his right to hunt are significant enough punishment for the unfortunate events that took place. I am asking that the judge be as lenient as possible with Alan's punishment.

I only hope that this doesn't deter Alan's feelings on running the lodge as me and my business associates truly enjoy going there every year. I have built a relationship with Alan to the point that I can feel comfortable in his establishment and trust that there won't be any problems; this is why I return every year with various important clients.

I am happy to provide further information if required. You can reach me at 704-716-8528.

Sincerely,

Steve Fussy
V.P. of Marketing and Sales

Attach. 1
Page 48 of 148

-----Original Message-----
From: Pepe Figueroa [mailto:Pepe@priorityoneservices.com]
Sent: Wednesday, April 04, 2007 12:55 PM
To: cole@pobox.alaska.net
Subject: Alan Veys

Item Type: Task
Start Date: 04/04/2007 (Wednesday)
Due: 04/04/2007 (Wednesday)

The purpose of this letter is to express and share my unconditional support of Alan Veys.
I realize that my opinion of Mr. Veys is probably of little value as anything that could
be introduced and considered in a court of law.
I therefore respectfully submit that what I will share are facts and accurate observations
with regard to Mr. Veys. There is probably no greater spokesperson for Alaska than Alan
Veys. He has a profound love of the nature and wildlife that is the very greatness of
Alaska. He has a sophisticated understanding of the delicate balances of the ecosystems
and the wildlife of Alaska. He is always a very willing and enthusiastic teacher to those
who want to learn and share in the vision of keeping and protecting the fabric of Alaskan
culture and wildlife. He is sincere in his beliefs and works tirelessly to set an example
to his visitors that respect for nature cannot be a casual effort but a way of life. I
know that he has touched the lives of many of his guests. Our experiences are hardwired
for life. He is exceptional with young people and has become a role model for my fourteen
year old son Lucas. I know that this inspiration has been one of the most positive
dynamics to enter my son's life. Mr. Veys is also one of the most talented individuals I
have ever known. He disdains adulation and views his accomplishments as duties and
contributions to his surroundings. I feel he is a very honest and forthright person. I
trust him without reservation. I would gladly travel to Anchorage, Alaska to testify in
Alan's behalf as I am sure many others would also. I am not aware of the details of the
legal actions against Alan but am certain that he would and will respect whatever
judgements handed down to him by the court. I say this because in every instance in which
I have observed Alan as a fisherman or hunter he has always insisted that everyone coming
to Pybus Point knows the local laws and respects them to the fullest. He does this
without being heavy-handed but rather, explains to everyone the logic of the laws and
guidelines for hunting and fishing in that part of Alaska.
I have been the President of two companies, Direct Services Inc. and currently, Priority
One Services Inc. with over five hundred employees working in the medical research and
life science fields. Our company supports over 18 federal contracts in seven states. I
respectfully hope that the court will consider this letter in support of Alan Veys.

Respectfully, José Figueroa

Pepe

**CHINOOK FALLS DENTAL CLINIC, P.C.**
36840 SE INDUSTRIAL WAY • SANDY, OR 97055

668-8301    668-9432              EMERGENCY 622-3794    666-4525

JIM FLERCHINGER, D.D.S.              LUIS CONTRERAS, D.M.D.

April 30, 2007

To Whom It May Concern:

I have known Alan Veys for about 15 years. I first met Alan at the Sportsman's Show in Portland, Oregon. I have been a client of Alan's, and have been fishing at his lodge 6 or 7 times. I have hunted and fished at other camps over the years, and some of them were somewhat lax in their attitudes toward fish and game regulations. This made me uncomfortable, and I did not return. Alan has, in my experience, always conducted himself in a professional and ethical manner.

I remember one instance while my family was fishing for pink and silver salmon at Alan's camp. My son caught a King salmon, but did not have a tag. It was a beautiful 40+ lb. fish, but was returned (much to his chagrin!) to the ocean.

When we went fishing Alan instructed all of his boat captains to look out for each other by radio, and they were in constant contact. This ensured that each boat's whereabouts were well known, and that each was safe. All of his boats had new or nearly new boat motors, and life jackets. As we prepared for fishing, we were specifically apprised of the pertinent fish regulations regarding what were and were not allowed to keep.

I am of the opinion that a business owner needs to be present to ensure the business' survival. It would be a rare business indeed, especially a personal service business, which could run itself. I do not believe that incarceration would be appropriate or commensurate with his offense. I feel that a fine would be a better resolution for all parties. This would allow him to still conduct business and contribute to the economy.

Thank you for your consideration,

Sincerely,

Jim Flerchinger

APR-24-2007  11:51       ZALMAN & SCHNURMAN                      212 514 7072   P.02

**MICHAEL S GROSSMAN**
26 Horizon Farms Drive
Warwick, NY 10990
(845) 258-1573 Home   (845) 258-0540 Cell
(212) 514-5121 Office   (212) 514-5172 Fax

April 24, 2007

Brent Cole, Esq.
Marston & Cole, P.C..
624 West Fourth Avenue, # 204
Anchorage, Alaska 99501

Dear Mr. Cole:

In all my life, I have never enjoyed a trip as much as my journey to the Pybus Point Lodge with my brother and two close friends in August, 2005. I, of course, have no personal knowledge of any of Mr. Vey's legal problems and can only tell you about my impression of him based on my short, one week stay with him. Throughout that short time, however, my impression of him as a man and a host was positive, very positive.

First and foremost, I observed that he was courteous and incredibly gracious to every single guest. He went way out of his way to answer our questions, engage us in conversation, assure that we were comfortable, and when I said to him: "Alan, I've been here only a day but already I feel like I'm in the most exciting, most exhilarating spot on earth. It seems like everyone else feels that way too," he replied, "That's great, and may actually be true. That's how I hope this place makes people feel. Free, invigorated, and alive! And it looks like we're gonna have warmer weather than we've had for quite a while. I really think you're in for a fantastic time."

Second, he was always immensely concerned for our safety. I remember, on the second or third day of our vacation, after the day's fishing I said to him: "Listen, my brother I are gonna take a little hike to see Brown Bears. We both know how to handle ourselves in the woods, so don't worry. In fact, I'm an Eagle Scout. We'll be fine?" Alan's usually jovial face became very serious and, whirling on me, he said, "Um, Mr. Grossman, you see that ridge over there? Good. You and no one else are allowed on the other side of it. Got it? No one goes Brown Bear watching here without an escort, so let's get something crystal clear: You're not leaving these premises without me. Understand?"

When we finally did go bear watching, after Alan organized a group of about 10 people one evening, I fainted and momentarily passed out due to my diabetes. Alan

Attach. 1
Page _5_ of 148

immediately cut the trip short, loaded me onto one of the skiffs and made sure I received medical attention. (One of my friends on the trip is a diabetes doctor).

Alan was also a Jeremiah Johnson who could fly and repair his own seaplane, pilot and repair his own boats, stalk wildlife to photograph, and answer almost any question about Alaska and its wilderness areas. One morning, when our fishing boat wouldn't start, he spent nearly an hour, along with the boats' captain, trying to repair it. They got it started but Alan thought it might die out again so he loaded us onto another boat instead. He wanted to be sure we'd be safe, have no problems at sea, and would enjoy a full day of fishing. Also, incredibly, when Boris Yeltsin arrived on a huge yacht that cast anchor in the Pybus Point cove, he negotiated Mr. Yeltsin's activities with the Russian escorts and arranged them with Yeltsin's safety foremost in mind.

During the time I was with him, I felt that Alan Veys was a superb lodge owner and operator. I cannot accept that he would intentionally violate any hunting or fishing laws since he confided to me, and to other guests, more than once that he loved Alaska's wildlife and wanted protect and, if possible, increase it. At the dinner table one evening in Alan's presence, I asked John, the captain of our fishing boat: "How come we can't eat King Crab? It's ridiculous; we travel nearly 3000 miles from New York to try Alaska's most exotic seafood only to find you can't get it here?" Alan replied: "That's an absolute 'No'. The King Crab stocks are way down but tomorrow we're having Snow Crab which is almost as good, so don't worry."

In my opinion, a period of incarceration for Alan, for what was almost certainly an unintentional violation of "wildlife guide" laws, would be totally unnecessary. I believe that the parts of Alan's sentence, which I've been advised are mandatory, i.e. loss of his license to be a hunting guide, hunting transporter, or to himself hunt during the period of his probation, will be more than enough to deter any similar conduct on his part in the future. I feel that the chances of Alan again violating any wildlife laws are virtually nil because he certainly realizes that to do so might permanently prevent him from continuing to operate his beloved lodge, which he created and has been running for some 20 years.

Due in large part to the personality of Alan Veys, I am planning another trip to the Pybus Point Lodge in the near future. I am looking forward to seeing him again.

Very truly yours,

Michael S Grossman

# Paul D. Hermann, P.C.

Attorneys at Law
The Candler Building
127 Peachtree Street, N.E.
Suite 822
Atlanta, Georgia 30303
web address: www.pdhermannpc.com
e-mail: lawfirm@pdhermannpc.com

Paul Davis Hermann
Craig E. Hansen

Telephone    (404) 525-0095
Telecopier    (404) 525-9559

March 30, 2007

*RECEIVED*
*APR 8 2007*
*MARSTON & COLE, P.C.*

Brent Cole, Esq.
Marston & Cole, P.C.
745 W. Fourth Avenue, Ste 502
Anchorage, Alaska 99501

Dear Mr. Cole:

My family and I (my son and father-in-law) have come to know Alan very well over the years as a client of Pybus Point Lodge. We have visited several times and Alan has been a gracious host. He has always treated us ethically, fairly and with friendship and respect. He and his staff assured us of a peerless Alaskan experience that kept us returning.

We could count on Alan to make good on all his assurances, good weather or not. We cannot imagine that someone like Alan would benefit from incarceration, and any restraint on Alan's hunting rights and/or privileges would be sufficient punishment in view of the accusations as I understand them to be.

Thank you for your kind consideration.

Sincerely,

Paul D. Hermann

Attach. 1
Page 53 of 148

?7 07 10:48a    DuPont    209 869-6066    p.2

March 27, 2007

Brent Cole, Esq.
Marston & Cole, PC
745 W. Fourth Ave. Suit 502
Anchorage, Alaska. 99501

Dear Sir:

I'm writing this letter on behalf of Mr. Alan Veys

My name is Jim Hart. I'm a District Sales Manager for the E.I. DuPont de Nemours Co. in Riverbank, Ca. I met Alan Veys about 10 years ago when I decided to use his business as a means for me to entertain my customers. Over the course of the past 10 years I have taken customers to Alan's lodge at Pybus Point.

I know Alan as the owner of Pybus Point Lodge and a friend. He has always been on top of current fishing regulations and made sure that fishing captains followed the rules. His concern with the safety of the guests has been a top priority.

Only one time has there been a hunting party at the lodge when I was present. The party was made up of a father and son from Wisconsin or Illinois, who chose to do a "self guided" trip. There was no guide present for these guests.

Alan is with his guests first thing in the morning, making sure their needs are met, and at the doc when boats returned at the end of the day. His employees made sure the fish were properly cleaned and packed for transport. He is always asking what the guests needs are to make their stay more enjoyable. I have spoken with him many times regarding the comfort of my customers, and he has made every effort to comply.

It is my opinion that incarceration is not necessary and would be detrimental to Alan's business. Alan is needed at the lodge to properly care for his business interest. In light of all the circumstances, the loss of his privilege to hunt or be a hunting guide for the period of probation is sufficient punishment.

I have been to three different outfitters in northern Canada as well as Alaska, and Alan's business is by far the best operation. His concern for the welfare of his guests and their safety is top notch!

Very truly yours,

James E. Hart

Attach. 1
Page 54 of 148

2007-05-24 09:48     The Boeing Company          2812444984 >>          9072764152  P 1/1

*Fax: Michele L. Drouge*
*907-216-4152*

*Dorsey & Whitney LLP*
*1031 W. 4th St. Suite 600*
*Anchorage, AK 99501*

```
-----Original Message-----
From: William Higgins [mailto:whig401@yahoo.com]
Sent: Friday, March 30, 2007 8:06 AM
To: cole@pobox.alaska.net
Subject: Alan Veys
```

Mr. Cole,

In response to your letter regarding Alan Veys:

My son and I visited Alan's Pybus Point Lodge in July
2000. We had met Alan at the Houston Boat Show in Jan.
2000. He seemed very friendly, personable, and
knowlegeable. So we decided to visit his lodge for a
fishing trip. Alan was very friendly and helpful
during our time at the lodge, and we had a great time.
The only comment I can offer on Alan's character is
this: While we were at the lodge, one of the quides
became ill. Alan immediately put the quide in his
plane and flew him to a hospital in Juneau for
treatment. This obviously showed he was concerned abut
the safety and care of that quide. I have no doubt he
would have done the same for any of the guests. There
was never any indication, either during our fishing,
or during conversations at the lodge, that Alan acted
unethically, or looked for loopholes in the
regulations to take advantage of.
I have no comment on incarceration, loss of hunting
rights, or any of that stuff since I any not familiar
with the regulations or the details of this case.
Hope this helps.

William Higgins

*William Higgins  5/23/07*

---

Now that's room service!  Choose from over 150,000 hotels

1

Attach. 1
Page __55__ of 148

**From:** Dwight Halvorson [mailto:dwight@dhalvorson.com]
**Sent:** Monday, April 02, 2007 9:44 AM
**To:** cole@pobox.alaska.net
**Subject:** sentencing letters

Gentlemen,

My name is Dwight Halvorson and I live in Loomis, California. I have come to know Alan through my fishing trips to the Pybus Point Lodge for the last several years. In fact I have pre-paid a significant deposit for this year (2007). I am a client of Alan's and also look at Alan as a friend. I have always know Alan to be very honest and forthright in all of my dealings with his company. I have taken corporate and personal fishing trips throughout Alaska and can verify that Alan runs the best resort that I have been to. Alan has also impressed me as a very responsible custodian of the environment. When visiting Pybus Point Lodge, Alan has always given our groups an introduction to the lodge and licensed us the very minute we arrived. Alan has always stressed safety on and off the boats and made our experience at his lodge memorable and comfortable. I would hope that these charges do not have an impact on his operation since we have spent a great deal of money an effort to put together our 2007 trip. His guide selection is better than any I have experienced in Alaska and the service personnel reflect Alan's commitment to detail. I feel that incarceration is totally unnecessary and could have a serious impact on the integrity of the service at Pybus Point Lodge. I light of all the circumstances I feel that Alan's loss of right to hunt or transport for the probation period are more than adequate punishment.

As much as Alan has put into his Lodge, I'm sure all of this has been a severe punishment for him. I hope that our relationship will continue and that we will be visiting the Lodge for years to come.

Sincerely,

Dwight J Halvorson

President /CEO  FSIM

BRENT R COLE

RE: ALAN VEYS SENTENCING LETTER.

IN RESPONSE TO YOUR LETTER

I AM DAN HATFIELD AND MET ALAN ON A GUIDED FISHING TRIP IN ALASKA.

I NEW HIM AS HIS CLIENT.

I FEEL THAT THE TIME I WAS WITH HIM HE SEEMED AS A VERY ETHICAL PERSON.

THERE WAS NEVER A INDICATION AS TO WHETHER H E WOULD EVEN CONSIDER VIOLATION
OF ALASKA HUNTING OR FISHING LAWS.  HE DID HIS BEST IN TRYING TO LOCATE FISH FOR
US AND MADE US FEEL COMFORTABLE AT ALL TIMES.

I AM NOT TO FAMILIAR WITH THE IMPACT THIS WOULD HAVE ON HIS FISHING BUSINESS
BUT WAS CERTANLY COMFORTABLE WITH HIS ABILITY TO TRY AND FIND FISH FOR HIS CLIENTS.

SURELY IF ALAN KNEW THAT THIS OTHER PERSON WAS TRANSPORTING ILLEGAL GAME, I BELIEVE
HE WOULD HAVE BACKED OUT.

I HAVE KNOW ALAN'S FATHER FOR 40 YEARS AND HAVE NOT HEARD ANYTHING BAD ABOUT EITHER
ALAN OR HIS FATHER\.

DAN HATFIELD

04/27/2007  10:12    7734633135    STATE FARM AGT HALAS    PAGE  02



JIM L HALAS INS AGCY INC
Auto-Life-Health-Home and Business
3637 N ELSTON AVE
CHICAGO, IL 60618 PHONE (773) 463-4500

April 26, 2007


MARSTON & COLE PC
745 WEST FOURTH AVE, STE 502
ANCHORAGE, AK  99501


Re:  Mr. Alan Veys Sentencing Letters


My father and I have known Alan Veys as the proprietor of Pybus Point Lodge
starting in 1999, the first year we were guests.  We met him personally
when we signed up to go and he was very much involved in our comfort and
care while we were at the lodge.  We returned to the lodge in 2004 and
were well cared for again by Alan and his staff.

Alan has always been a pleasure to be around at the lodge and is a person
of the utmost character.  He always seems to be enjoying making the guests
feel at home even though we're on an island in Alaska.  One example of
Alan's character is on our last visit in 2004 my father left an expensive
jewelry item in the hotel after we checked out.  Alan took control of the
situation and spoke to the hotel who secured the item.  He then flew one
of his staff to Juneau to pick up the item for my father.  The item was
back in our hands within 24 hours of finding out it was gone.

The guests safety is extremely important to Alan.  He spent time with all
of us advising the dangers of being on Admiralty Island and of fishing in
Alaskan waters.  Our safety was never compromised to catch fish.  If the
weather dictated we had to stay close to the lodge, we did, without
question.  Alan's captains spent time with us before going out to make sure
we understood how to fish safely.  We were always very conscious of our
limits and fished within the regulations allowed by the state.  There was
never an instance where the possibility existed to go over a limit or to
take a fish that was not in season.  Alan would not have allowed it!

Alan doesn't belong in jail.  He is a quality person who belongs
interacting with others and teaching people about the beauty and wonder of
Alaska.  I'm sure the mandatory parts of the sentence, losing his rights as
a hunter, etc., and going through this ordeal has been punishment enough.

Sincerely,

Jeffrey Halas
James Halas

April 23, 2007

Att: Mr. Brent Cole
    745 W. Fourth Ave. Suite 502
    Anchorage, Alaska 99501-2136

    Re: Mr. Alan Veys / Character Letter

    To the Court & Judge:

    Who am I: My name is Les Junge, and live at 22607 Ponce Ave.,Belmont, Ca. 94002-1540  I am a 68yr. old
male with 47 yrs. of experience in law enforcement and sales. I feel that I have good judgment of people and
their relationship with others.
    I have been very fortunate to have fished at many lodges with many different guides and lodge owners in North,
Central, &South America.

Where did I first meet Mr. Alan Veys:  I met Alan while working a Sportsman's Show in the San Francisco Bay
area. I was introduced to Alan about 11 yrs. ago by an owner/guide who I fished with in Oregon a number of
times. In the years following I would stop at his booth and talk to Alan about fishing in Alaska when we both
were working the Sportsman show. On one of the occasions while with my Dad, we booked a trip to Alan's
lodge with my two sons. This was the first trip of this kind for my Dad and sons. The years later before my
father passed away, was a wish he could return. My two sons are always talking about the great time and fishing
that was offered to us as guests of Alan Veys's Pybus Pt. Lodge. Since that time on the first visit, I have
returned like a spawning salmon to enjoy the great hospitality Alan and his crew give to his guests. I am looking
forward to make that trip again this year!

Alan with staff and guests: Alan is a true people person, and tends to be some what gullible I believe. He puts a
lot of faith in what people tell him and he is very open with people. He is like a big Labrador retriever. He
wants to please his guests the best he can. Seeing his relationship between his staff and him, you would think
they were family. This is the way Alan portrays himself with his guests also. You feel very comfortable at his
lodge. He is very conscious of the safety for the staff and guests. His fishing guides have very good boating and
fishing knowledge of the area, and Alaska's Fish and Game rules. This case against Alan was a surprise to me
since I have observed the way his guides have worked with the Fish & Game laws.
There is something to say for Alan's character, he is one of the few that have the dream, desire, knowledge, and
energy to build a beautiful lodge, staff with great people, and treat his guests to the time of their life.

Closing: I hope the court will take inconsideration that Alan Veys, his lodge Pybus Pt. in Alaska, and his staff
have made many people happy and enjoy the pristine life in Alaska. And that he will be able to maintain and
service his guests like he has in the past. Being at Alan's lodge is like living one of the chapters out of the
Discovery Channel's Planet Earth. As a guest of many lodges, and this one is at the top of my list, I do hope it
will continue with it's great owner and true friend Alan Veys. I am planning on returning again later this year!
Think about this man Alan Veys and his vision of showing the world the beautiful state of Alaska and what it
has to offer!

                    Sincerely yours,  Les Junge

Attach. 1
Page 59 of 148

05/23/2007  13:21    9106738998                    KIRST                                PAGE  01

Your Honor,

March 26, 2007

We have known Alan Veys for 12 years, both as clients and personal friends.  We have been guests at Pybus Point Lodge several times and have given Alan full use of our home when he is in town to promote his business.  We trust him completely.  We can't imagine that he would knowingly be involved in any illegal activities.  You can usually sense someone who would "bend the rules".  We never detected that in Alan.  When Alaska imposed a ban on serving king crab to clients at the lodge, Alan flat out said I can't serve king crab because it is against the law.  There were no exceptions.  He never allows clients to fish without proper licenses, or keep undersized fish, or exceed their limit.  He actively encourages conservation of halibut by rewarding clients for releasing, unharmed, the large breeding female halibut over 100 pounds.  That man lives to provide the best possible fishing experience for every one of his guests.   I have seen him tolerate some pretty impossible people to do just that.

Alan's enthusiasm and his knowledge of the environment make him an outstanding representative for the Alaskan halibut and sport fishing industry.  Alan earned our trust by delivering the exact fishing experience he described in his literature and presented at his booth at boat shows.

Alan plays an integral part in an elite operation.  It can not function without his presence.  To sentence him to jail would cripple his business and take away the great Alaska experience for many people.   He is truly a friend of Alaska.

Sincerely,

Paul and Kathy Kirst
3094 Seven Lakes West
West End, N.C. 27376

Paul Kirst

To Whom It May Concern:

My name is George Kimball, a former high school principal and superintendent in the state of Idaho.

I first met Allen Veys in the late 1990's on a fishing trip to Pybus Point Lodge.   As we got off the plane, we were directed to go up to the lodge where we were to get our licenses and King Salmon tags. One guest said, "Oh to hell with licenses, we came here to fish." Allen stopped short and told everyone to gather close.  Then he informed everyone that they were welcome to the lodge and everyone was to have a good time, but no one would be tolerated in breaking laws and regulations.

I later asked the boat captain about the lecture.  He told me that Allen had told the captain that if they broke the laws and regulations they would be released, no questions asked.

I have been to the lodge 4 times.  Each time I have been impressed with the way each guest has been treated with friendliness and courtesy, each person the most important one there.

Dinner and breakfast are served family style with Grace being said at each meal.  When Allen offers the prayer he is always thankful for this wonderful land and the bounties it offers.  He asks that we might treat the land with respect and honor.

Allen and the captains are very safety conscious.  I have been to other lodges where the above-mentioned item was not the norm.

Allen is very hard worker and has developed Pybus Point Lodge from a dream into a 1st class place to go relax, fish and have a good experience.  It is the best that I have been to.  It would not be as great without him.

I have never seen Allen drink liquor or beer on my trips to the lodge, or any other place.  My friend and I flew on a trip with Allen in his plane to get some parts for the boats.  I was impressed with his safety procedures and his ability.  On the way back I spotted some bears on a grass beach and I asked him to buzz them.  He refused saying it was not good for the animals and not legal.  I was disappointed but knew he was right.

On a 2002 trip to Pybus Point Lodge Allen became aware that I was raising money for a Boy Scout troop in our community.  He asked what he could do and contributed jackets, t-shirts, caps and freight for a box of fish.  With those contributions, we raised over $2000 to buy tents and equipment for the troop.

My experience with Allen has been that he is a people person and works well with them.  He is honest, straight forth and trusting, which is perhaps why he is in trouble with the court.  Sometimes we trust people and their explanation that is presented to us.  Down the road it turns out not be the case or the real truth.

In my experience with him I find it hard to think that he would knowingly break the law.

As a former school administrator I would have liked to have a dozen Allen Veys working with the youth in my schools.

Sincerely,

George Kimball

Attach. 1
Page 61 of 148

I am writing this in response to charges brought against Alan Veys buy the state of Alaska Fish and Game.

I have known Alan Veys for about 2o years. He has always shown the highest respect for sportsmanship as well as all rules and regulations for sport fishing. I have been to Pybus Point several times over the years and have witnessed first hand the entire operation he is responsible for and his insistence that every one be safe and abide by all regulations. I hope this short statement will help in consideration of a light sentence.

Max B. Kamp

RECEIVED
APR 2 0 2007
MARSTON & COLE, P.C.

3/1/07

(1-360-577-1606)

To Whom it May Concern:

My wife an I have Known Alan Veys For 30 some years. He is a very fine person, a Christian + a gentleman. He is very Talented at building & mechanics. He loves The outdoors and is a fine Sportsman.

I have had the priveledge of hunting with him over The years and enjoy his company.

He is a builder of Fine homes and is an accomplished craftsman.

He has run his own businesses and is a very successful Person, He has a very Likable Personality. He is a doer and gets The job done.

sincerely yours

Ivan A. Kleppin
Elena M. Kleppin

Attach. 1
Page 63 of 148

# *Keeling Enterprises*
### *6258 Castlehill Drive*
### *Middletown, OH  45055*

March 26, 2007

Brent R. Cole
Marston & Cole, P. C.
245 West Fourth Avenue, Suite 502
Anchorage, Alaska  99501-2136

      Re:  Mr. Alan Veys

To Whom It May Concern:

My name is Jack L. Keeling, I am 64 years old, a self made millionaire, work my fanny off, saved and do not live above my means.  I first met Mr. Alan Veys approximately 6 years ago when I went to his fishing camp fishing with some friends for the first time. My exposure to Mr. Veys was a very pleasant one; he was friendly, hardworking, honest and loved people who enjoyed themselves at his camp.

I think Mr. Veys is of the highest integrity and obeys the laws of the State of Alaska.  He had a crab trap that he allowed several of us go with him to tend, he made sure the crabs were of the right size and sex before he kept them.  Later on that night I was hoping maybe to sample some of the crab that he had trapped.  He apologized and said he could not do that, Alaska Law prohibited it. If I was part of his immediate family he could do so, however he would put his license in jeopardy if he served guests.  As much as I pleaded and explained how much I loved crab, Alan just apologized and stated he could not do it.  No one else received any either, Mr. Vey appears to be a very ethical and honest individual who loves Alaska, the wilderness, fish and wildlife.

The two times I have been at Mr. Veys fishing resort I have not even heard hunting mentioned.  His guides made sure the fish we caught were of size and limits; one even told me that Mr. Veys would terminate them if they fudged the requirements.

I personally think to incarcerate Mr. Veys would be a terrible mistake; he is a true spokesman and ambassador for Alaska. I am not sure exactly what Mr. Veys is accused of doing, but if it is disobeying any laws of Alaska, I would be one surprised person; he is just not that way.  To take away Mr. Veys right to make his livelihood by not allowing

him to fish or guide fishing, something he loves dearly would be an injustice.  If Alan had a weak moment or unknowing slipped and violated any Alaskan Law, the mere threat of incarceration and the mark on his good name would be enough to make Mr. Veys walk a pretty tight line.  To take him from his Lodge and the livelihood he enjoys so much, you might as well drive a stake through his heart.

I know of no one who speaks so loudly and proudly of Alaska and what is has to offer tourists.  It was because of Mr. Veys that I have returned to Alaska and shall continue to return to that beautiful state.

Thanking you for your consideration,

Jack L. Keeling
6258 Castle hill Drive
Middletown, OH  45044


JLK/rpo

17 April, 2007

My name is Robert Kirk, and I was a client at Pybus Point Lodge for five days last year. I have fished Alaska for a number of years, and Alan Veys conducted his facility similar to other outfitters. He did nothing to make me suspect it wasn't a first-class operation. He was professional as a businessman, cordial and accommodating as a host, and fulfilled all the things Pybus Point Lodge promised to do in their brochure.

The first thing done was to make sure we had the proper licenses. Our captain was knowledgeable of species and bag limits. We were stopped in mid-ocean by the Alaska State Patrol and checked, and everything was legal.

From the man I met last year and the type of operation I observed, I believe Alan should not be incarcerated, that the mandatory part of his sentence is sufficient punishment, and he be allowed to continue operating Pybus Point Lodge.

Sincerely,

Robert Kirk

# ALAN & CINDY LEAK

Dear Court:

My name is Alan Leak and I live in Loomis, California. I am 50-years old and enjoy fishing in various parts of the country. I am writing this letter on behalf of Alan Veys. I first met Alan Veys in July 2003 when I went with friends to Alan's Pybus Point Lodge. Prior to that I had never heard of Alan or the Lodge. I was extremely impressed with whole experience and Alan as the gracious host. I couldn't wait to take my friends and my own sons to Alaska and Pybus Lodge and meet Alan. We returned in 2005 and 2006. We have become client friends of Alan's to the point that he has come to our house while at the sportsman's show in Sacramento California.

The first thing I notice about Alan Veys is his enthusiasm and pride in his Pybus Point Lodge and the whole Alaskan wilderness. He is eager to share this experience with all his guests and makes them all feel like family. I know he has done this with us. The fishing on our trips was excellent and all fishing laws and regulations were strictly abided by. Knowing Alan, I would not expect anything but by the book. He has built his lodge from the ground up over the last 20 plus years. It seems unlikely someone would do something to jeopardize their lifetimes work. I don't think Alan would knowingly do this.

There are a lot of lodges in Alaska to choose from. The character of the owner can be a deciding factor. One's reputation can make or break their business. I believe Alan Veys is a great lodge owner and a great ambassador for the Alaskan wilderness.

Sincerely,

Alan Leak

*Alan Leak*

Attach. 1
Page 67 of 148

**Eddie Tom Lakey**
**1501 N. Electra**
**Sayre, OK  73662**

Telephone: 580-928-9664                                     Facsimile: 580-928-9664

April 13, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

      Re:   *Mr. Alan Veys*
              *Sentencing Letters*

Dear Mr. Cole:

I have known Alan since May of 2005 when my wife and I took our first excursion to Pybus Point lodge for a 5 day fishing trip.  Not knowing what to expect, I must say that our experience was the best of many others in my 63 years.  Alans  courtesy and accommodation were far beyond our expectations for such an outing.  We were met my his entire staff when our plane landing in the bay and we immediately felt at home and as one of the "family."  I could immediately tell that the clientele was most important to him as the food was out of this world and he made every, and I mean every attempt to satisfy us in our fishing experience.

Alan was very careful to inform us of the do's and don't's in the pristine environment of the great Alaskan outdoors.  He was careful to lay the crab and prawn traps in the legal manner and on one occasion when we brought up a king crab that had crawled on top of the trap, the captain of the vessel was quick to tell us he had to go back in the water even though I thought it would have been a delicious item for supper!  The captain was careful to measure the crabs we took and the proper length of the Ling Cod fish we caught and never was a limit of Salmon or other limited fish compromised.  In other words, Alan had his crews well schooled on the laws and they were careful to stay within those bounds because they knew that Alan was serious about keeping the law.

As to Alan's character, I have met many men in many different settings from CEO's of major companies to preachers in various churches and he ranks among one of the most humble men I have known.  I could tell he loves his Alaska and the fact that he built his lodge with his own hands told me that he would not want to jeopardize his part of Alaska he loves so well.  I was most impressed when he offered prayer before each meal and ate with us.  His cook was outstanding and served a meal we could not have received better at an exclusive restaurant in any major city. His name was Bill and I will not forget Bill because of his excellent cooking and the concern he showed that we were satisfied.  I took my son and sons in law, my brother and his son and son in law and my cousin the next year (2006) and the trip was just as fulfilling except we missed Alan's humble personality

Attach. 1
Page _68_ of 148

due to his having to be dealing with the action taken against him. He was there on our last day to make sure we were being well taken care of and to see us off. I had plans to take the girls next year but knowing what I would miss with him not there, I could not return to Pybus Lodge because I can't imagine a complete trip without Alan's hospitality especially with the girls.

What I am trying to say is that I can't imagine that Alan Vey would knowingly violate the Alaskan laws that are so important for the maintenance of the animals, forest and sea life. He was such an humble man and in a kind and gentle way, strict about the laws he worked under. I was really surprised to hear of this action taken against him and would have to say that if he made a mistake, it would not be necessary to incarcerate Alan because he doesn't seem to be anywhere near a reckless individual living on the edge, taking chances. And if he did make a mistake the mandatory parts of the sentence would certainly be sufficient for him to be a better guide. I say this because I know how much he loves what he does and has put his whole life into it. I can't imagine him jeopardizing that or doing anything subversive to the law. I do not know all of the circumstances against him but to me Alaska would loose an excellent person as well a great guide if he was taken out of his role to make Alaska, the most exciting state in the union.

Sincerely,

Eddie T. Lakey

David Likes
P.O. Box 748
Tahoe City, Ca. 96145

April 10, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole,

 I am a businessman and contractor, who met Alan through one of the trade shows in the Sacramento area. I have known Alan for seven years, first as a client and then later as a friend. I believe Alan to be an honest, trustworthy and ethical man by the way he conducts himself as an individual and as a businessman.

Alan takes care of his customers. One year I was up there fishing, he had one of his boats blow a motor.  Alan flew to; I believe Washington, picked up the motor, worked all night in a driving rainstorm to install the motor, so his customers could fish the next morning.  The boat was ready.  He goes out of his way to help his customers.

In regards to whether or not Alan knowingly violated or allowed to be violated any of Alaska's hunting and fishing laws, I believe he would definitely not do or allow any of these. Just by knowing him like I do, the way he conducts his business and the way he conducts himself as a person, I believe this to be true.

I do not believe a period of incarceration is necessary for Alan.  I believe Alan should still be able to run his business at the fishing lodge which he built from the ground up using his own sweat equity; since it is his livelihood. Putting Alan in jail would take a part of Alaska away.  Alan loves what he does and is a valuable asset to Alaska and visitors to his fishing lodge because of all of his knowledge about Alaska, the different species of fish and the environment where his lodge resides. Basically, he is an Albert Einstein. He has taught me a lot.

Attach. 1
Page _70_ of 148

I believe that just going through this legal matter and his loss as a hunting guide, hunting transporter, and his personal right to hunt during the period of probation are sufficient punishments for Alan.

If I can be of any further assistance in the matter regarding Alan, please feel free to contact me.

Thank you,

David Likes

04/01/2047  01:04    4068263083                                           PAGE  02



# Lilja Precision Rifle Barrels, Inc.

e-mail: lilja@riflebarrels.com
web site: www.riflebarrels.com

Telephone 406-826-3084
Fax 406-826-3083

81 Lower Lynch Creek Road
Post Office Box 372
Plains, Montana 59859

27MAR07

To Whom it may concern:

I am writing this letter in regards to my good friend Mr. Alan Veys. My name is Daniel Lilja and I am the owner of a business that manufactures custom rifle barrels. I started this business in 1985 and it has grown to the point that I employ 10 people in my shop. We have a customer base that includes military, law enforcement, gunsmiths, custom rifle builders, hunters and target shooters. We also do a good deal of exporting under license with the U.S. State Department. Over the last several years the U.S. military Special Forces have been our single biggest customer.

I first met Alan in the mid 1980's when he purchased several rifle barrels from me. We subsequently became good friends, seeing each other at trade shows and on hunting trips. My wife and I have also been guests at Alan's Pybus Point Lodge three times. And it is while fishing at Alan's lodge that we became true friends. While many fishing and hunting lodges are a little primitive for ladies, my wife truly enjoys the accommodations offered at Pybus Point. Alan does an excellent job of keeping a first class lodge as well as offering top fishing. It was obvious that Alan's goal was to please his guests during their stay.

In my 20+ years of dealing with both customers of ours and traveling to various hunting and fishing camps and lodges in Alaska and Canada I would rate my experiences with Alan Veys as second to none. Alan has proven many times to be true to his word. In the business world today that is not always the case.

When my wife and I first heard of Alan's troubles with the law we were in disbelief. My wife especially is an excellent judge of character and we couldn't believe that Alan had gone afoul of the law. And so it was with relief that we heard that most all of the charges against Alan had been dropped. The Alan that we know would not have allowed any illegal activities at his lodge. While fishing at his lodge the guides and Alan were always certain that the guests were properly licensed and that the numbers and specics of fish caught were legal. And so it is with pleasure that I am able to write this letter of character for Mr. Veys.

Attach. 1

Page _72_ of 148

Sincerely,

Daniel Lilja

Morton & Cole P.C.
745 West Fourth St
Suite 502 Anchorage Alaska
9950'

Peter J. Longe
42 Condit Terrace
West Orange NJ 07057

Re Alan Veys

To Whom it may concern,

I have known Alan Veys from various Sport Exhibition shows and became a client in August 2005 at his Pybus Point fishing Lodge and found him to be true and honest to make sure we were well accomadated. I hope to go back again in the future.

Everything that was advertesed in the Pybus Point Lodge brochures were True and then some.

Alan always said prayers or grace at meal time and if we had any problem they were taken care if quickly.

It is a pleasure to know Alan and I hope for leniency. Thank you

Peter J. Longe

Attach. 1
Page 74 of 148

April 5, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole:

My name is Donald Lewton, Republican City, NE. 68971; I owned my business for 28 years and have now retired. This business was near a lake, where I dealt with hunters and fishermen. I also did some guide work.

I have come in contact with many different types of people and was able to evaluate their personalities as to being honest and trustworthy. I have fished Alaska on 3 different trips and will definitely return. This is due to Alan's hospitality and being a genuine fisherman.

By being a genuine fisherman in the fishing world, you obey the fishing laws of the state as well any other rules and regulations set forth by the State Game Commission. Alan has demonstrated obeying the law, by always reviewing the laws each time we have been at his lodge. Safety and Care have been a great concern to him as well as having an enjoyable experience. My experience was very enjoyable each time, and recommended his lodge to my friends. I do not believe, from my association with Alan, that he would knowingly do anything to jeopardize his business of the lodge or a fishing guide. A period of incarceration should not be necessary as he has loss his right to be a hunting transporter and hunting guide, as well as his own right to hunt. In light of the circumstances, this should be sufficient punishment. Incarceration would be a great negative impact on his fishing lodge business and guiding.

Alan is the personality that makes his operation one of the best, and without his presence it would not be the same outdoor experience. Therefore, as a Client of Alan's and a past outdoor businessman, I would like to again express, Alan has always been very trustworthy, honest and dependable when ever I have been at his lodge and enjoying the outdoors of Alaska.

Sincerely,

Donald Lewton



# LEW'S/LAKESHORE NURSERY, INC.

### WE SELL SEEDLINGS... BUT OUR QUALITY IS FREE

April 17, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK 99501

> Re:    *Mr. Alan Veys*
> *Sentencing Letters*

To Whom It May Concern:

I have known Alan Veys for about seven years. I met Alan on my first trip to Pybus Point Lodge. My first impressions of Alan were that of a man dedicated to not only his love of what he was accomplishing with his lodge and the enjoyment he received from his clients, but also his real and true love of the beautiful state of Alaska.

Over the years going to his lodge, I was able to really get some great individual time with Alan. Being an Alaskan myself for twelve of my junior years, we shared many likes and philosophies of how great a state we had the privilege of sharing.

I remember how Alan's face would absolutely light up when I would say "You truly take pleasure in watching these clients enjoy all of this, don't you?" His answer was, "Bill, it's not the money because the pay is not very good for the horrendous hours spent. I love the people."

With religion being such a sensitive subject today, I was also impressed with how Alan made sure he was at every evening dinner and started it with a prayer. He always thanked God for the food, but more importantly for the people sharing it and the great state of Alaska which made it all possible.

581 Lancaster Dr. SE, Ste. 275 • Salem, Oregon 97317
Sales (503) 315-5896 • Invoices or Confirmations (503) 362-4604 • Shipping or Production (503) 316-0186 • Fax (503) 585-3736

Attach. 1
Page __74__ of 148

My personal opinion of Alan is of him being one of the most sincere people I have ever known. He was always very adamant in explaining the laws and licensing requirements very thoroughly before anyone started fishing. He was very strict to make sure no over-limits or improper catches of species were allowed on his boats.

I also believe, as a former Oregon State Police Officer and Marion County Deputy myself, that if Alan made a mistake, it was just that, a mistake. As his closer friends know, Alan has had some business pressures these last few seasons. I truly believe that while Alan may have been negligent in his knowledge of what he may have done, I would have to question intent.

With that thought, I would hope this court would believe any incarceration of a man such as Alan Veys would serve no good purpose to anyone or anything. I believe his loss of privileges would be more than necessary to satisfy a mistake.

Sincerely,

*Bill Lewis*

Bill Lewis
Cell: (503) 932-9806
Home: (503) 763-1929

Attach. 1
Page _77_ of 148

RECEIVED

APR 2 3 2007

MARSTON & COLE, P.C.

Brent R. Cole
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska  99501-2136

Dear Mr. Cole:

My husband and I (Lewis & Cheryl Lilly) are responding to your letter of March 21st, 2007.  We have visited
Pybus Point Lodge three times in a three year period.  We are clients of Alan's but feel that we have been
friends since we first met.  We have found Alan Veys to be a man of high morals, ethics and very honest and
foreright.  Alan was always very vigilant to the game laws of Alaska and always reminding us of OUR
responsibility to follow these laws.

Alan was always very caring and sincere of other peoples needs.  Pybus Point Lodge was the most wonderful
experience we were most fortunate to have and we were even able to take our son Eric Lilly to have that
wonderful experience that he will never forget.  We hope that we can also bring our daughter and son-in-law to
experience the same, as well as our young grandson.  We would not have returned to Pybus Point Lodge for
three different years if safety and care along with enjoyment was not shown during our stay.

We are truly saddened by this news of Alan and the charges against him.  We are offering our support in
hopes that this matter can be resolved favorably for the sake of Alan's good name and character.

Sincerely,

*Cheryl Lilly* 4/19/07

*Lewis F. Lilly* (Fred)

Lewis & Cheryl Lilly
2203 Torino Drive
LaPorte, IN  46350
219-362-6339

Attach. 1
Page 28 of 148

Message                                                                          **Page 2 of 2**

March 26, 2007

Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136

Subject: Alan Veys

Dear Mr. Cole:

My name is Darwin Lamb. My wife and son and I have hunted and fished all over the world. Without a doubt he has the best lodge and facility, comfort, food, and personality.

We had the pleasure of meeting Alan a few years ago at the Safari Club International Convention. He is so personable and knowledgeable, we immediately booked a fishing/hunting trip with him at Pybus Point Lodge. It was unbelievable. We spent 6 days at his lodge and we have seen him numerous times at various sports conventions. What a wonderful host. He ran a great lodge. The accommodations, food, scenery, and his kind attention encouraged us to recommend he and his facility to many friends.

He kept his word and provided us with what he said he would. You don't often meet an honest and ethical hunting guide these days. We have, being extensive hunters and fishermen, met our share of dishonest, cheating hunting guides. Alan is definitely at the opposite end of the spectrum. We need more like him. We cannot say anything but great things about him.

We cannot believe that Alan would ever do anything illegal. In fact, he was very adamant that we follow all of his rules while at Pybus Point Lodge or we would not be welcomed back. We just cannot see why he should be incarcerated at all. It would definitely be an major injustice.

Sincerely,

Darwin W. Lamb

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 268.18.18/733 - Release Date: 3/25/2007 11:07 AM

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 268.18.18/733 - Release Date: 3/25/2007 11:07 AM

3/28/2007

AFC

Don Lemmons
2308 Talley Way
Kelso, WA  98626
(360) 425-8390

04/25/07

Mr. Brent Cole
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska  99501

Dear Brent,

My name is Don Lemmons and I live in Kelso, Washington.  I am a businessperson who has a trucking company and substantial property development and management in the lower 48 states.

I have known Alan Veys for several years, as Alan comes from Kelso too.  I have been to Pybus Point a few times to fish and have always found Alan to be a good steward of the land and wildlife.  When we have been in Alaska, Alan has always been careful to follow the rules of wildlife management.  I feel Alan is a very upstanding citizen.

Thank you,

Don Lemmons

Attach. 1
Page __80__ of 148

April 30, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue
Suite 502
Anchorage, Alaska 99501

      Re: Alan Veys

Dear Mr. Cole:

      I would like to take this opportunity to relate to you, and to the sentencing judge in Alan's case, the knowledge I have regarding Alan's conduct and character that I have observed on the occasions I have observed him while on fishing trips in Alaska. To summarize, however, let me say that at all times I have observed Alan to be extremely ethical, and mindful of all relevant game and fish laws and regulations. The following are examples:

      My son and I fished with Alan at Pybus Point Lodge, owned and managed by Alan in August, 2003 and June, 2005. During the 2003 trip, my group included eleven people from the Atlanta, Georgia area. The 2005 trip included just myself and my son.

      During these two trips, never did I observe any illegal, unethical or even questionable activity. I have hunted and fished all over the United States for many years, both with and without guides, and would know whether guides were behaving in any manner which would be questionable. During my trips with Alan, our boat was boarded and inspected twice, once by the United States Coast Guard, and once by the Alaska game officials. No violations were found, as there were none.

      I do recall an occasion when a member of our group asked Alan (not knowing that it would be a problem) whether his cook would prepare a fish for dinner that was caught that day. Alan politely informed the fisherman that he could not accommodate the request, because game laws prohibited him. He informed us that all food cooked at the camp would have to be purchased locally, in accord with a state regulation designed to protect the local commercial fishing industry. I was not familiar with that particular regulation. Alan could easily have allowed violation of that regulation, with little or no fear of negative consequences. However, he chose to abide by the law for the sake of the law.

      In short, I consider Alan Veys to be of the highest ethical and moral character, and would urge the sentencing judge not to impose upon him any sentence which would impair this fine person's ability to continue as a guide in Alaska or anywhere else.

              Sincerely,

              Robert Miller

March 12, 2007


To Whom It May Concern:

I first met Alan Veys in the spring of 1994.  I can say it has been my pleasure to know him and to consider him a friend.

I am a local business owner, as is Alan.  Alan and I have traded ideas and stories for over 15 years and at no time have I ever seen or heard him suggest or display any inappropriate behavior.

As a small business owner, I know that I as well as Alan fear any bad publicity as it can ruin a business in short order.  Pybus Point Lodge is a high class resort that relies on repeat  clientele.  I am sure that he would not jeopardize that source of revenue with unethical practices.

If I may be of further assistance or information, please don't hesitate to contact me.

Rod Morrison
P.O. Box 32974
Juneau, Ak.  99803

Phone: 790-4448
Cell:   321-3366

Cordially,

Rod Morrison

May-25-2007  12:59pm   From-BOB MOORE PROPERTIES          863 619 5200          T-561  P.001/002  F-685

# BOBBY MOORE PROPERTIES LTD.

V 3706 DMG Drive
V Lakeland, FL 33811
V Attention: Bobby L. Moore
V 863/644-0456 x115
V wilmmr@aol.com

April 6, 2007

Marston & Cole P.C.
745 West Fourth Avenue
Suite 502
Anchorage, Alaska 99501-2136
Attention: Brent Cole

RE:   Mr. Alan Veys

Dear Mr. Cole;

My name is Bobby L. Moore; I am the President of Bobby Moore Properties Ltd. I am a real estate owner/developer in Florida. I have over forty years of experience in construction and real estate development.

In 1995, my wife and I, Jerrie, were in Jackson, Wyoming on a skiing tip. I asked the staff at the hotel if there were any hunting and fishing activities available, I was given Alan's name.  Our first trip to Alan's operation on Admiralty Island was in late 1995. Since then, we have taken 5 trips, all under Alan's supervision.

During my time with Alan I have observed him to be noting but utterly professional in his administration of his operation and showed an absolute care and regard for the wildlife in the area.  I remember asking him about the hunting of Grizzly Bear. He stated equivocally and forcefully that hunting of the Grizzly Bear was not permitted, that they were a protected species.

At all times during our trips, Alan exhibited a strong knowledge of and a strict adherence too the letter of the law as it pertained to the wildlife of the area.  During our fishing expeditions he went out of his way to suggest that upon the capture of any large Halibut that we should release them immediately. I knew him to be a true sportsman, he ran a very tight ship.

Attach. 1

Page 83 of 148

I found Alan to be of impeccable character, he was always honest with me, and my party.  He always did exactly what he said he would do.  I consider him to be of that caliber of individual who feels their word is their bond.

Certainly considering such an individual, that incarceration is not necessary under these circumstances.  I have no doubt that Alan would follow to the letter any instructions or orders of the court and that further punishment would not be necessary.  The loss of his right to be a hunting transporter and the loss of hunting privileges would be a great deterrent to such a man as Alan and would be sufficient punishment under these circumstances.

I hope that my opinion carries some weight with you, I do not often write in the defense of any individual in the legal system, but felt knowing Alan as I do, that it was absolutely necessary.

Thank you for your attention to this matter.


Sincerely,

Bobby L. Moore-President Bobby Moore Properties Ltd.

Attach. 1

Page _84_ of 148

April 10, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole:

My name is John Martin I was a client of Mr. Veys' in July of 2005 at Pybus Point.

I was at Pybus with a group of 4 fishing for 5 days. I had the opportunity to spend a good deal of time talking to and observing Alan. He impressed me as a person of character that was truly interested in everyone that he came in contact with including employees and guests. Everyone that worked at Pybus was a pleasure to be around. They were genuinely interested in our experience at Pybus Point.

Alan had surrounded himself with quality people that he led by example. Alan and everyone at Pybus was concerned with safety first and respect for the environment and the treasures that Alaska has to offer. They impressed on all the guests that everyone was responsible to protect and be responsible for helping preserve this gift.

I believe that the loss of Hunting and Guiding privileges/ transporter privileges are sufficient punishment and anything more extreme is unnecessary.

Thank You

John P. Martin
26025 Blondo Street
Waterloo, NE  68069

JAVAN R. MAXEDON
P O Box 656
New Harmony, UT 84757
(435) 586-2795


April 24, 2007


Brent R. Cole, Esq.
MARSTON & COLE, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK 99501

          Re: Mr. Alan Veys

Dear Mr. Cole,

          I am in receipt of your letter of March 21, 2007 and very happy to comply with your request.

          I am a 64 year old business owner, who has fished with Alan for more than 20 years and have nothing but praise for him and his operation. I have found Alan to be of very high character. He has shown himself to be superb host, concerned about my safety as well as enjoyment of his lodge.

          In all my years of interaction with Alan I cannot believe he would do anything to jeopardize his operation and good standing with Fish & Game. He's always been very straightforward with me in regard to what is legal or not. I remember an instance early in my association with Alan when my fishing companion asked if crab could be taken for dinner and Alan said absolutely not.

          In my opinion Alan is currently a very responsible person and any period of incarceration would have only negative impact on him and society in general. Any mandataory probabtion would be more than sufficient punishment. I personally would hate to see Alan lose any rights to hunt or guide for any period of time as I believe he may decide to pursue a different line of business. We would all lose the benefit of his expertise and one of the last great fishing encounters.

          If there is anything else I can do to help, please do not hesitate to contact me.


                              Sincerely,

                              Javan R. Maxedon

Attach. 1
Page 86 of 148

TO:  BRENT R. COLE, ESQ.
     MARSTON & COLE, P.C.

I am writing this letter on behalf of Mr. Alan Veys. My name is Bill Micheli. I have lived in Gurnee, Illinois for the past 50 years. I have been retired now for about 10 years. I have known Alan Veys for the past 7 years.

My son Brian and I went fishing in Alaska at Alan's Camp about 6 years ago. I have taken both of my sons, my brother, and my wife to Alan's Camp and we all enjoyed the scenery, fishing, and Alan's company during these visits. I also went up to Alan's Camp the whole month of April, 2004 to help him open the camp that year and it was one of the most memorable experiences in my life.

I think Alan is a hard working, honest individual who is true to his word. I believe Alan has contributed a lot to the great state of Alaska. Alan has worked very hard the last 20 years to make his Camp in Alaska a first class operation. I have not done any hunting with Alan, but only heard his stories of his adventures. There is nothing in these stories that would make me choose my

Attach. VM2
Page __87__ of 148

mind about Alan. I have never seen Alan violate any of Alaska hunting or fishing laws. In fact during the time that we were out enjoying ourselves fishing, Alan was always hard at work coordinating all of the activities at the Camp.

I do not think a period of incarceration is necessary to deter Alan from similar conduct in the future. I also think that these charges against him have been detrimental to his fishing operations. I believe that in the future, Alan will pick his friends and companions with more caution.

I think that the mandatory parts of the sentence (RIGHT to hunt), etc are sufficent in light of all of the circumstances. Alan has hunted and fished all of his life and this will definitely have an effect on him.

As I have said in the beginning, Alan, in my opinion is an honest, hard working individual who is an asset to the state of Alaska. Keep him up there and working.

William R. Micheli

WILLIAM R. MICHELI
16883 ORCHARD VALLEY
GURNEE, ILLINOIS 60031
847-623-7827

Attach. 1
Page __88__ of 148

Al Norgal
575 W119905 Ridge Road
Muskego, WI 53150
Telephone: 262.679.3624


April 28, 2007

Brent Cole
Marston & Cole
745 West Fourth Avenue, Suite 502
Anchorage, AL 99501

Re: Alan Veys – Sentencing Letter

Mr. Cole:

  This letter is in response to your request for a character reference based on my relationship with Alan Vey.  I am stunned to learn of the kind of legal accusations brought against Alan.  My comments herein are to be used in legal matters of which you represent the best interests of Alan.

  Allow me to provide a brief description about myself.  I am a successful building contractor in Wisconsin. Today, I am semi-retired and live a modest life style. I was born in 1938.  At the time, my parents owned and operated a sportsmen's resort in northern Wisconsin.  My Father built all the cabins and boats.  My Mother cleaned and cooked. Guests to the resort came to enjoy and appreciate the fishing and hunting. Growing up in this backdrop taught me the importance of being a good host and steward of the land.

  I first came to know Alan when I was a guest of  Pybus Point Lodge in August 1999.  The Pybus Point Lodge was recommended to me by friends that been guests the year prior.  I had a long desire to visit Alaska and this was to be a trip of a life time.  My first impression of Alan was very positive and that has not changed over the years I have known him.  Alan is a humble, kind, trusting, and friendly fellow.  He has an optimistic outlook and gives everyone the benefit of any doubt.  I can see how his trusting disposition could allow others to connive to take advantage of his goodwill.

  Alan and I had many things in common and became fast friends.  He invited me back to the lodge "any time".  To my excitement and delight, I spent five more years returning to Pybus Point.  Each year, I would return before any paying guests and spend four to six weeks as an unpaid worker readying the lodge for the season.   Alan would pick me up in Juneau and we would fly-in to the lodge together.  We unloaded supplies; laid the pier; opened the kitchen and cabins; and spent a lot of time working

Attach. 1

Page _89_ of 148

together. We also found time for fishing. I never witnessed <u>anything</u> illegal or inappropriate in Alan's actions.

It is my opinion that Alan is a prize and someone for Alaska to be proud of. He is an exceptional man who has worked to build his dream. He loves Alaska. Alan shows respect for nature and considers it a privilege to experience its magnitude. The Pybus Point Lodge is a place the beauty of Alaska can be shared with others. As a lodge operator, Alan is properly concerned about the safety and enjoyment of the clients -- including their appropriate hunting and fishing experience. It is my firm belief that Alan would not knowingly violate or allow to be violated Alaska's hunting or fishing laws.

I am deeply saddened to learn that a part of the consequences facing Alan could include a period of incarceration. It is my hope this not become the situation. The impact to the lodge and fishing operations without Alan would be significant. Alan's greatest transgression in this situation may have been trusting in others that worked clandestinely to take advantage of him. Forcibly separating Alan from Pybus Point and/or interfering with his ability to operate the functions of the lodge would not be justice.

Sincerely,

Al Norgal

Franklin D. Nelson
5623 Sierra Court
Fort Collins, CO 80528
fdjanelson@msn.com
970-282-0345

March 28, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska  99501

Re: Mr. Alan Veys

To Whom It May Concern:

Two of my brothers and I had the honor of trusting Alan Veys to provide a unique
Alaskan fishing adventure in July 2005. I am a retired registered nurse with more than
thirty years experience as a first assistant in surgery. My oldest brother, Marvin, had a
terminal cancer diagnosis in July 2005 and expressed a desire to, for the first time, visit
and fish in Alaska.  On the recommendation of a local friend, I called Pybus Point's
office in Juneau on a Friday afternoon.  I explained my dying brother's wish and without
the usual deposit Alan Veys trusted us and we arrived six days later.

We were truly blessed by the compassion and prayers provided by Mr. Veys and his
wonderful staff. During our stay I overheard Alan Veys address an incident between one
of his guides and a commercial fisherman in the area of the lodge. As a Bible believing
follower of Jesus Christ, I was honored to hear Mr. Veys calmly and gracefully defuse
and resolve the incident.

During the entire visit Mr. Veys extended loving attention to my brothers and I. Alan
warmly welcomed us into his private residence during our stay. Marvin died about one
month after our Alaskan adventure. But during that time he often enthusiastically shared
the unique opportunity Alan Veys and his team provided.

Another positive experience was that everything was approached 'by the book' during
our stay. I felt that procedures were followed and error was on the side of caution and

Attach. 1
Page _91_ of 148

safety. I have recommended others to visit Pybus Point based on our experience and the compassion of Mr. Veys and his staff.

In January 2006 my brother Paul and I were again honored to cross paths with Alan at an event in Denver, CO. We were both able to again share time with Alan and express our gratitude and hope we could visit his lodge again. Alan showed humble appreciation for our visit and sympathy for our loss.

I do not know the details of circumstances in this matter before the court involving Mr. Alan Veys. This letter is written from my heart and I urge my very positive experience be considered during the sentencing phase before this court. The other brother on this adventure, Paul a retired U.S. Army Colonel, died as a result of a skiing accident March 1, 2006. If he were alive, I assure you he would express similar feelings.

How fortunate we were to have an honorable man like Alan Veys help to provide this unique experience. I believe any harsh restrictions would do more harms, than good. I pray the court weigh all the evidence and render a judgement honoring to God.

Sincerely,

Franklin D. Nelson

Franklin D. Nelson

Mr Brent Cole P.C.
Marston & Cole, P.C.
745 W 4th Ave. suite 502
Anchorage, Alaska 99501

RECEIVED
MAR 3 0 2007
MARSTON & COLE, P.C.

March 27, 2007

Re:
Mr Alan Veys

Dear Mr Cole and whom It May Concern:

My first encounter with Mr Veys was via another Lodge in Alaska. They had recommended Mr Veys as the owner of Pybus Point Lodge. We were going to a conference in Juneau. Mr Veys lowered his price to help another man in our party who was a little on the low end for cash; picked us up with his plane and flew us down to his place for a remarkable three days. What a gentleman he was. So much, that I decided to go back as a full paying customer with a friend that had never attended before.
When Alans deck hands didn't provide the fish that we had caught, but instead gave us all halibut; upon contact Alan made good. He sent us at no charge a small box of fillet salmon and a few rock fish. To me, that's integrity. I plan on going back.
Alan runs a first class lodge, I was checked on the boat the first day, that I was a legal non resident fisherman.
My two encounters with him were of the highest of integrity, and he always has a smile on his face.
I certainly wish him the best.

Yours truly

Nathan Narrance
POB 212
Colbert, Wa 99005
15094659406
Narrance@hotmail.com

Attach. 1
Page  93  of 148