**David T. O'Neal, Jr.**
1025 San Raymundo Road, Hillsborough, CA., 94010
Cell 650-678-5015 * Home 650-579-7223 * FAX 650-686-0400

5.23.07

**FAX    907-276-4152, Attn: Michele Druege**

Mr. Brent R. Cole
MARSTON & COLE, P.C.
745 West Fourth Avenue, #502
Anchorage, Alaska  99501-2136

Re:    Alan Veys

To Whom It May Concern:

I have known Alan Veys as the owner and operator of Pybus Point Lodge since about 1991. I have visited Alan for 5 days at his lodge approximately 8X as a client for sports fishing with my son and son-in-law and once with my daughter. I have met Alan personally while he was in this area and consider him a friend.

I found Alan to be honest and ethical on all occasions. At all times when in my presence, whether in his capacity as a guide or proprietor of the Lodge, he abides by all the fishing regulations including species, limits, size, seasons, possessions and waters that can be fished and requires adherence by his guides. We have fished at over ten lodges throughout Alaska over the years and if I had to pick one operation as the best of those I have visited, I would pick Alan Veys at Pybus Point. Since receiving your letter making us aware of Alan's issues, we have booked a trip to Pybus Point in late July. I know Alan is not a criminal and I know he has been careful to operate his fishing business according to the rules and regulations.

I have seen Alan voluntarily assist numerous sportsmen in trouble whether it was an airplane with a problem, a boat or a passenger that needed help, or a Native American fishing in nearby waters or boats stopping at the Lodge for a meal or supplies. His nature is to help all that need help and he has been an outstanding and responsible Alaskan citizen and sportsman on all occasions since I have known him. We have had to lay over on several occasions due to weather and planes unable to land. Alan has never complained. He provides the Lodge, its radio for us to use and on occasion, has dispatched one of his boats to the airport when planes could not fly. He has been an excellent example of what we would expect of an Alaskan fishing guide.

Alan has personally built most of the buildings and improvements at his Lodge and he takes pride in his facility and equipment. One of the reasons we came back as many times as we did, is his boats and equipment are excellent and well maintained and we have had few problems with equipment and gear on the water. We have endured some rough seas occasionally and Alan and his guides are careful and concerned and not knowingly willing to take any risks involving fishermen.

Over the years there have been few hunters at the Lodge when we have been there. I think Alan winds down his seasonal fishing operation about mid-September and if hunters visit the Lodge, I surmise that it is a small part of his operation and may not get his personal attention as does the fishing. I know Alan is an avid hunter and to take away his hunting rights would be a significant penalty for Alan.

I can't imagine that incarceration would help Alan or deter him from similar conduct in the future. He is a hard worker and cares for people and if punishment is necessary, he would likely excel in helping Alaskan kids. If there have been any problems at Pybus Point, I think it is likely to result from poor choices in hiring people. I have known him to terminate employees as soon as he was aware of any problems. Having worked as a seasonal iron worker for Patti-MacDonald Construction Co. in Alaska (Unalakleet, Anchorage & Palmer) for a summer in 1957 while in college, I know it is a challenge to hire honest and ethical people in remote Alaska.

Attach. 1
Page __94__ of 148

We had been at Ron Hayes Lodge on Lake Iliamna and did not go back after his guilt for using an airplane to herd bears for hunter clients. He is still in business although that offense took a large financial and personal toll on Ron Hayes and his family. I should think it could happen to Alan if he committed a similar act.

Sincerely,

David T. O'Neal, Jr.

Mr. Brent Cole, Esq.                                        April, 13, 2007
Marston & Cole, P.C.

Dear Mr. Cole,

Upon receipt of your letter regarding comment on my association with Alan Veys, I
would like to submit the following information and observations.

A group from Atlanta, Georgia arranged a fishing trip to Pybus Point Lodge in 2003
which included long time hunting/fishing buddies and their sons and daughters. Since
that trip, several have returned to fish and have recommended the Lodge to others.

When one spends a period of time in an isolated location, one can learn rather quickly
how the owner runs his/her operation. I can tell you from my experience in other similar
situations, Alan Veys ran a first class fishing operation. He personally oversaw all aspects
of the lodge which not only included meeting and greeting his clients but made sure all
staff members were doing likewise. The boats were well equipped and captains
experienced and competent. I observed no rule violations and the staff was very
knowledgeable regarding fish limits and restrictions. As is typical when fishing is "hot"
some clients tried to "encourage" the captain to look the other way; but to no avail.

Alan made everyone feel at home and comfortable; all aspects of our experiences at his
lodge would be rated as excellent. Again, in this type of situation one can size up the
character and ethics of an individual in a very short period of time. I would have no
hesitation in recommending Alan Veys and Pypus Point as a great fishing adventure.

Speaking from my personal experience and based on my time spent at Pypus Point and
observations of others that did also, I can see no benefit in imposing jail time as I am sure
Mr. Veys is well aware of the seriousness of the charges and the consequences they could
cause in the future operation of his lodge. If the goal is to make sure that all of the
individuals involved are running their fishing operations in a legal, ethical and honest
manner then I feel that is already being done by Mr. Veys.

Thanking you in advance for considering my comments.

Michael Nosach
7711 Dogwood Way
Murrayville, Ga. 30564
Owner , Publishing Company

April 8, 2007

Brent Cole Esq
Marston & Cole, P.C.
745 West Fourth Ave, Ste 502
Anchorage AK 99501

Dear Sir,

I am writing to you on behalf of Mr. Alan Veys. I've been a client of Alan's since 2004. That's when I began my search for an Alaskan fishing lodge for what I thought would be a once in a lifetime trip. I had concerns about sending thousands of dollars, a year in advance, to someone I did not know. So I began by asking trusted friends and business associates for recommendations. Alan's name kept coming up again and again as someone who was trustworthy, ethical and honest. That's why I chose Pybus Point Lodge and Alan Veys for my 2004 trip of a lifetime.

As an avid fisherman I take pride in following the fishing regulations wherever I fish and I was pleased to find that Alan and Pybus Point Lodge had the same high stands and values. Subsequently, my "once in a lifetime trip" has turned into another trip in 2005 and my upcoming trip to Pybus Point in July 2007.

From my very first contact with Alan, I found that his primary concern was not only for the safety and well being of his guests but also for the ultimate enjoyment of their Alaskan experience. From the moment you step foot on the dock Alan makes you feel at home. It's because of this experience that I have recommended Alan Veys and Pybus Point as the place to go to anyone who is thinking about a fishing trip to Alaska.

In light of the circumstances with Alan's legal difficulties I feel that the mandatory part of the sentence, his loss of his right to be a hunting guide or a hunting transporter, and his personal right to hunt for the period of probation, are sufficient punishment.

Thank you for taking the time to review my letter. If you have any questions please feel free to contact me at any time.

Respectfully,

Carol O'Connell
2434 W. Springfield Rd.
St. Clair, Mo. 63077
Home: 636-629-2166
Cell:   636-358-6298

4/14/07

Brent Cole, Esq.
Marston and Cole P.C>
745 West Fourth Ave. , Suite 502
Anchorage, Alaska 99501

Re:Alan Veys

To Whom It Concerns:

My name is Anthony (Tony) M. Pestorious. I am a married 53 years old with two daughters. I live in
Albert Lea Minnesota. I have been an avvid sportsman my whole life. I have known Alan for the past few
years. I first came into contact with Alan at the Sportsman Show in Minneapolis where he had a booth
advertising Pybus Point Lodge. I first went to Pybus Point the summer of 2004 and then again in 2006.
The entire experience was beyond my expectations.

My experiences with Alan were always positive. He is a man of his word. Everything that was promised to
me on both trips occurred.

It was a first class operation and every person that I have talked to regarding Alan and his Lodge have said
the same thing. My son in law, Mark Goskeson, accompanied me on the 2006 trip and felt his experience
was first rate as well.

Respect and concern for his guests was of great importance to Alan.

I try to get to Alaska every 2 years and would not hesitate to go back to Pybus Point Lodge. In fact, I would
jump at the chance.


Please contact me personally if you would like to talk to me.

Sincerely,

Anthony (Tony) Pestorious
69831 190th Street
Albert Lea, Minnesota, 56007
(507)-402-3382
E-mail address:tmpestor@myclearwave.net

Attach. 1
Page __98__ of 148

**Richard L. Parmelee**
**6 Haven Ct.**
**Moraga, CA 94556**

April 18, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

RE: Mr. Alan Veys

Dear Mr. Cole:

I have known Alan Veys since 1998 and have fished at Pybus Point on three occasions (May 1999, June 2001 and June 2003). I am a retired executive of Chevron and the former owner of Borden Decal Co., Inc a parking permit manufacturer with 34 employees.

Alan and I first met in January 1998 at the International Sportsman Exposition (ISE) show in Sacramento, CA. We talked several times on the telephone and we met again in January 1999 at ISE shows in San Mateo and Sacramento. Eight of us were interested in fishing in Alaska (4 of us had previously fished at various lodges in Alaska on one or more occasions). My friends and I weighed the merits of fishing at Pybus Point primarily through the interaction with Alan. We selected Pybus Point because Alan Veys was professional, knew the Alaskan fishing business, had a good clean lodge and appeared ethical.

We were not disappointed. His operation and his behavior was first class. He was ethical. He did not promise more than he and his staff could deliver. Alan and his group always made sure we complied with the fishing laws. I never observed Alan breaking laws or his guides stating that they had or were willing to tolerate law breaking. Whenever we reached the catch limit the guides said we must stop fishing for that species of fish. The boats were operated in a safe manner. There were always two or more boats fishing together in the event of a boat problem. The equipment (boats, rods, reels, etc.) was always in excellent condition. We were so impressed by Pybus Point and Alan Veys that 16 of us went on the second trip and 8 on the third trip. He never offered or hinted that he was willing to do anything illegal on any of the trips, during our telephone calls or visits at sportsman shows. He has always been trustworthy in our business owner/client relationship.

One evening two of my friends and I wanted to see some bears up close. Alan spent 20 minutes educating us about the care and respect we should have for the bears and how to safely observe the bears in a small boat. His primary concern was our safety.

Apr 19 07 08:02p        PARMELEE                510 247 0246                P.1

It is disheartening to learn about the federal charges against Alan Veys. It seems so out of character for his behavior based on my experience with him. If he is incarcerated, in my opinion his fishing operation will close. He is the captain and rudder for Pybus Point. It took him upwards of 10 years to market the business and build the lodge (sweat labor) to become successful. Almost the same time would have to be added to the back end of any sentence he received if he were going to resurrect the fishing business. Also, he would have to overcome the stigma of being an ex-felon (i.e. news travels fast in the fishing industry). Having owned a business, and listening to Alan during my last trip to Alaska I seriously doubt that at his age he would want to commit the time and effort to start over. The fishing industry would lose a good fishing lodge operator.

Incarceration is not necessary to deter Alan Veys from violating the Lacey Act. The loss of his right to be a hunting guide, or a hunting transporter and personal right to hunt for a period of probation are sufficient punishments. The mandatory parts of his sentence take away his hunting livelihood. Incarceration would take away his fishing livelihood!

If you need to discuss the above information please call me at 925 631-0159. For your info I will not be available April 21 – 29 or May 14 – 18.

Sincerely yours,

*Richard Parmelee*

Richard Parmelee



# PAPAC LOGGING INC.

P.O. Box 149 • Montesano, Washington 98563 • (360) 249-4176 • FAX (360) 249-3997

April 21, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Re:    Alan Veys

Dear Mr. Cole:

Please may we first introduce ourselves to you and the Federal Court of Alaska. Our names are Pete & Virginia Papac, owners of Papac Logging Inc., a contract logging company in western Washington State for over forty years. We are international hunters, outdoor enthusiasts dedicated to wildlife management, game conservation and youth education. Pete has received every major hunting and conservation award available to such an outdoor sports enthusiast and conservationist. These awards are not given lightly and the recipients must be an individual of good character.

Pete and I met Alan Veys approximately seven years ago when we booked a fishing trip to Pybus Point Lodge. This trip was a great experience, not only because of the lodge and accommodations were well maintained in their natural setting. This lodge was obviously built by a man who understands nature and who did not want to disturb the natural beauty of Admarilty Island. Alan's equipment was well maintained; his fishing guides and skippers were proficient at their jobs and were very professional in their manner. We do not believe that Alan Veys would deliberately violate any law against man or nature. All of this combined made for a very pleasant and successful fishing trip.

We took an instant liking to Alan and have become very good friends since our trip to Pybus Lodge. Watching him handle his staff and the way he treated his clients made us feel very welcome and comfortable at Pybus Lodge. Since our return we have kept in

Attach. 1

Page _101_ of 148

04/21/2007  18:59    1-360-249-3997         PAPAC LOGGING INC                    PAGE  03

Brent Cole, Esq.
April 21, 2007
Page 2

personal contact with Alan over the years, sharing dinners at our home and many telephone conversations.

Alan is a rare human being as he has a way of making people feel comfortable in his presence. He is an intelligent, kind, considerate, and honest man with strong moral beliefs and has a great amount of faith. Alan is one of the most creative wood working craftsmen that we have ever met. He is a true conservationist and we consider ourselves fortunate to call him a friend.

We can hardly believe that Alan would place his personal integrity in jeopardy for an act against nature or to the laws of our United States. This is not the type of man that Alan Veys is. We truly believe that Alan is an ethical person who operates his lodge in an ethical manner and is innocent of any wrongdoing. And, had it not been such a financial burden for him to continue his legal counsel the Court would have found Alan innocent at trial of any wrongdoing. This person has suffered in such a way just being accused of wrongdoing, that if he were to be incarcerated by this Court we feel that you would be destroying the spirit of one of our finest citizens.

Is it such a crime to be innocently taken advantage of? I ask you how many times in our lives have we all been taken advantage of by someone who has the ability to mislead us. Is it a crime to not be able to judge others and to think that all persons are as interested in goodness and mankind as we are? We do not feel that incarceration is the answer to this unfortunate matter, or necessary to punish Alan by taking his loss of his right to be a hunting guide or hunting transporter, and his personal right to hunt for a period of probation is necessary. This man has suffered enough financially and emotionally defending his innocence to be given further punishment.

We are afraid that if Alan was incarcerated for being misled by an individual, that it would destroy his faith in himself and others. It is refreshing to think that there are people in this world are like Alan Veys, a man of character, morals and personal integrity. We truly hope that you will take this opportunity to allow Alan Veys to show you and the Court that he is an honest and law abiding citizen of these United States with personal integrity and pride in who he is and the service he provides his clients as owner of Pybus Point Lodge.

Sincerely,

Pete & Virginia Papac

Mr Robert Prah

Dear Sir:

I'm writing in regards to my knowledge of Alan Veys. I have known and worked with Alan in the spring of the last 4 of 5 years and meeting him at shows I've seen his conduct with Vendors and suppliers in Alaska. I can only say his conduct was beyond approach and ethical in all situations and was always courteous in his dealings.

Mr Robert Prah

the people in Juneau know and trust him as I could tell from their behavior. In the 8 weeks I've stayed at the lodge I've never seen Alan violate or knowingly allow anyone to violate Alaska's hunting or fishing laws. The records show that each year I was their I had a fishing lic before I was able to be on the boat. Alan is the most conscience man I have known he builds confidence in an individual

**Mr Robert Prah**

Having gone through this
period of time and seeing
the change in his demeanor
and knowing him I do
believe that something of
this nature will never, ever
happen again. I don't
believe that serving time
would be necessary. He has
learned a costly lesson.
I believe that the
punishments set forth
are sufficient for
Alan. I hope
your honor
will take all
items

**Mr Robert Prah**

into consideration and
bring this to a fair
and just end.

Regards

Robert Prah
W188 57688 Oak Gv
Muskego Wi 53150

P.S. Sorry for the
note paper. I'm
currently in South
Fa on vacation
but wanted to
write for Alan

**Gary and Beverly Roach**                                    4-19-07
**15302 CR 109**
**Merrifield, Mn. 56465**

**Re: Alan Veys**

Gary is a pro-fisherman,who does seminars at sportshows all over the US.He first met Alan about 9 or 10 years ago at a sportshow in Chicago,Il. Both, being avid fisherman and outdoorsman,they hit it off immediately.Alan invited Gary up to Pybus Point Lodge, and Gary wouldn't miss his annual trip,that happened only once when he had heart surgery.

Fortunately I (Beverly) have been able to accompany my husband about 5 times, the first time I went, I could hardly believe that such a wonderful place exists. Alan personally greets everyone at the dock when you arrive. Everything is run very professionally,but with so much caring. When you arrive and Alan meets you,you can tell how much passion he has for Alaska and the lodge he has built,with so much hard work. In building the lodge he has built it in such a way to respect the land and wildlife.I can't think of another place I would rather go for a vacation.Our two boys Dan and Rick accompanied Gary one time,and have not stopped talking about their trip, and what a wonderful lodge Alan runs.

Alan has become more then a friend,we feel he is family,when we arrive at the lodge,its almost like coming home. Upon arrival the first thing is for everyone to get a license,then we have a great breakfast and are assigned to our boats.The captains are all top notch,and make sure we know all the safety rules,and limits,and what species we are allowed to take that time of year. We do not believe Alan would knowingly violate any hunting or fishing laws,and never allows any of his clients to do so. Gary, being in the business as a pro-fisherman,could not be involved with someone that did that. And we can't wait for our next trip there.

Incarcerating Alan would be a shame,and unnecessary in our opinion. Alan IS Pybus Point Lodge,it wouldn't be the same without Alan. Everyone would miss the personable man,who makes this lodge what it is.

The mandatory part of this sentence, in our opinion, is way more then a sufficient punishment. This whole process has been very trying and we believe, that in itself is enough punishment.

Sincerely:
**Gary and Beverly Roach**

*Gary & Beverly Roach*

Attach. 1
Page _105_ of 148

**Re: Mr. Alan Veys**

**My name is Richard Roach, I am a retired correction's officer from the Arizona Dept of Correction's. I have known Alan for about 9 yrs,first as a client then as a friend.**

**I have made four trips to his fishing lodge,including taking my son on one trip.**

**I found that Alan has the most honest fishing expierence for his clients and insures their safety and enjoyment of the Alaska Fishing trip.**

**Upon arrival at the lodge Alan personally makes sure that everyone has the proper fishing license. Then they are assigned to a boat where the captain explaines the safety rules and regulations,etc.**

**I can only imagine how these charges have impacted his fishing lodge and clients.I do not believe a period of incarceration is necessary  to deter Alan from similar conduct in the future. If he cannot operate the lodge and be there,it will hurt a lot of clients who would like to fish and vacation in Alaska.**

**Respectfully**
**Richard Roach**

*Richard Roach*

Attach. 1
Page 106 of 148

April 16, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska  99501

Dear Mr. Cole:

We were both surprised and very saddened to read the allegations against Alan Veys. We most certainly hope and pray that they are unsubstantiated.

We first met Alan about ten years ago while attending a Sports Show in Illinois. He was making a presentation on Pybus Point Fishing Lodge.  He was very personable and we liked him immediately. One could tell he was very proud of his establishment. My husband Bob, our son, Bob, Jr. and I, signed up for a five-day fishing trip at his lodge.

Never in our wildest dreams did we think our trip would be one we would never forget. In fact, we are scheduled to go again in June. This will be our third trip.

Alan and his staff were extremely hospitable. They couldn't do enough for us. The lodgings were quite comfortable and they made sure we had everything we needed.

Pybus Point is very beautiful. While we were there we witnessed the care he took of the surrounding environment. Every time we saw Alan he was constantly working to improve his property. He never sat down. He worked along with his staff. One could see the respect they had for him.  He gave many college students the opportunity to learn and enjoy the outdoor environment and they were earning wages at the same time. To us he seems like a very fine individual and humane person.

Early one morning, the second day of our trip, our son, Bob, while chopping kindling wood for our stove, clipped off the tip of his index finger. We, especially me, mom, went hysterical, being so far from help. Alan immediately took charge. He dropped everything and flew Bob and my husband back to Juneau where he received treatment.  Alan was very sympathetic knowing Bob might not be able to fish. The flight to Juneau is at least 45 minutes. On the way he radioed the clinic that they were on their way. When they arrived, they were prepared for us. The flight back lasted over 90 minutes because Alan wanted to show our son the shorelines, where all types of animals were looking for food,

Attach. 1
Page 102 of 148

fly fishing areas, looking for whales from the air, etc. Never once did he mention any costs for this out of the way expense. He refused to even talk about costs when my husband approached him.

All the fishing captains are instructed about fish limits and must <u>adhere</u> to them. Twice we missed the season for ling cod. We did catch some but were told we had to let them go, which we did.

While we were there, we heard Alan talking with two of the guests who sponsor a fish fry every year for the elderly. Alan told them when the season was over he would send them fish free of charge. We thought this was very kind and generous.

Whatever the court decides, I hope they take into consideration the contributions he made in the past as a sportsman, as a host to the many people who think so highly of him and his helping young people enjoy their new experiences.

With his leadership qualities, he would have made one heck of a Marine.

Sincerely yours,

Bob and Shirley Rozsypal

907-277-8002



**Sanctuary**
WEALTH MANAGEMENT

*Retirement Strategies for*
*Successful Professionals.*

275 South 5th Avenue, Suite 151
Pocatello, ID 83201
Phone: 208-233-0080
Toll Free: 888-795-0342
Fax: 208-233-0088
www.sancwm.com

April 12, 2007

To: Brent Cole, Esq./Marston & Cole, P.C.
Re: Alan Veys

My name is Brett Robison and I was asked to write a letter regarding my experience with Alan Veys and Pybus Point Lodge. I have known Alan now for more than 8 years. Alan and I are not close friends but I have had the opportunity to spend time with Alan over the years and believe that I have a good idea as to his character by way of his words and actions.

Alan has always struck me as a person with a great deal of honesty, respect and genuine interest in others. I have watched Alan over the years and have seen him in situations where he could have easily compromised his ethics and has never done so. I have seen people asking about taking more than their limit, asking about dining on King Crab and other instances where a lesser person could have compromised their moral and legal character. Alan always has responded in a way, which has let me know that keeping the law is important to him.

With regard to Alan's Lodge, it is one of the finest operations that I have ever experienced. Great care is taken with each guest to ensure that they feel welcome and almost one of the family. Alan takes a great interest in the welfare of his guests and has systems in place to ensure a safe and enjoyable time for those who stay at his lodge. For an operation of this size to have this kind of professionalism and care really shows what a great effort and care that Alan has taken to provide a truly remarkable experience for his guests.

This past summer when I was a guest at Pybus point, I noticed that Alan was very somber and saddened at what had been going on. I believe that Alan suffered greatly both in mind and spirit over this entire ordeal. I have seen how the proceedings thus far have been traumatic, costly, embarrassing and deep-seated in Alan. This has been quite a punishment in itself.

In regard to incarceration, I do not believe that this action would have a positive effect on any of the parties involved. Rather than create another incarcerated liability for the State/Federal government, I believe that a period of probation where Alan can be a productive member of society would be a better alternative. I would hope that the court takes into consideration what a great asset and ambassador that Alan has been for the State of Alaska in promoting the wonderful experience that it offers.

I would be happy to give further information if needed and hope that this letter helps the court in rendering its decision.

Sincerely

Brett Robison

Registered Representative – Securities offered through Cambridge Investment Research, Inc., a Broker/Dealer
Member NASD/SIPC – Investment Advisor Representative – Cambridge Investment Research Advisors, Inc., a
Registered Investment Advisor. Cambridge and Sanctuary Wealth Management are not affiliated.

Attach. 1
Page 109 of 148

RECEIVED

APR 5 2007

**ROBERT AND LORRAINE ROTH**

MARSTON & COLE, P.C.

23131 MORA GLEN DRIVE, LOS ALTOS, CALIFORNIA 94024

April 2 '07

Attn. Brent R Cole:

I first met Alan along with my fishing companion about 1997 at his lodge as a paying guest. The two of us visited his lodge over four years until my friend's health deteriorated. I returned in 2004, 2005 and 2006 with my two sons. This year I bring my two sons my daughter and three grandchildren. This extravagance I'm doing so my daughter and grand kids can meet and know Alan and to show off more of my family. As you can surmise from the above I believe Alan to be an exceptional person of good character, with kindness and honesty flowing through. Yes I admire Alan as a lodge owner too. Always courteous not only to his guests but also to his employees. He genuinely cares his guests are experiencing what they came for; good fishing, comfort, comradery with true friendship.

I can not and do not believe Alan would knowingly violate game laws.

Attach. 1

Page 110 of 148

**ROBERT AND LORRAINE ROTH**

23131 MORA GLEN DRIVE, LOS ALTOS, CALIFORNIA 94024

Alan is a sensitive person. Knowing Alan as well as I do I believe this litigation he is suffering hurts him deeply.

The monatory parts of the possible sentence listed in your letter, if they can not be avoided, are more than severe enough. To actually put him away for any time at all is unthinkable.

Very sincerely

Robert Roth

March 29, 2007

Re: Alan Veys

Judge,

Your Honor, I know that this long and impassioned, but it is my hope that you will please read and consider my opinion.

We first met Alan Veys at a Sportsman's show in Portland, Oregon in 1991. I was not particularly interested in fishing but wanted to participate in activities that interested my husband. After much deliberation, we selected Pybus Point lodge for our first visit to Alaska even though it was in the very early stages of its development. We based our selection over the presentations of many other lodges due to the personality of Alan Veys and our interaction with him at the show. Coming from a long time law enforcement family in which my father was a game officer in Oregon for many years, I have a deep and abiding understanding of the necessity to have strong and consistent enforcement of our laws. From early childhood I was also taught that a strong character of loyalty and honesty are the first and foremost qualities to seek in those individuals with whom I want to do business. There are many choices available for destination vacation sites, but the quality of the host is a distinguishing factor that sets the best aside. Our expectations were met and exceeded and we have returned 5 or 6 times (I am not sure which) and would have returned every year if finances had allowed us to do so. Alan most likely considers us one of many repeat customers who have become business friends. We have no association with Alan outside our repeated visits to his lodge, but respect him so much that we are willing to do anything possible to assist him in this matter. We have absolutely nothing financial to gain by giving him this support, and expect nothing in return aside from his continued friendship if we are fortunate enough to get to return to his lodge in the future.

Alan is an exceptional individual. His strongest trait is that of honesty and trust and it is our observation that he has an equally high expectation of honesty and trust from those with whom he does business. Unfortunately people who have very high expectations of themselves normally have the same expectations from those around him. Our experience has been that individuals with his personality are too trusting and are vulnerable to those individuals who make it a practice to take advantage of those around them.

Alan never at any time failed to educate us as to the laws that pertained to our participation in Alaska's sports fishing, the only venture in which we participated. Even though we were repeat customers, he never took it for granted that we knew the laws, and never failed to have staff review those regulations with us. The first action taken upon arrival was ALWAYS obtaining the proper licenses and tags and making certain that we understood the limits that pertained to our activities. He always emphasized the importance that we have the appropriate license and tags in our possession when we left the dock. While fishing out in the bays we were checked by game officers on a couple of occasions and were always in compliance with all legal limits. He went even further in that he then educated us as to the importance of not retaining the large breeding halibut, not being greedy and keeping those that would perpetuate the future generations of halibut in exchange for bragging rights as to the size of our catch. He encouraged us to alternate our fishing activities to include many species with a reasonable catch of each with the goal of not depleting the halibut or any other one variety of fish. When in possession of our legal limits our guides were trained to redirect our attention to sight seeing excursions. He always discouraged guests from becoming "game hogs" and instead worked very hard to teach an appreciation of Alaska's incredible beauty.

Our first year we were fortunate enough to be there when the long-line was being run and Alan let us watch the process, teaching us the techniques and importance of compliance with the rules that existed at that time. That year he was forced to abandon half of his line because the weather became very bad and it was too dangerous to retrieve the lines in the time allotted in which to do so. He refused to break the laws just to retrieve the catch despite the fact that at that time he was struggling financially to get the lodge established and badly needed the income that the catch would have provided.

In our association with Alan he has never failed to consistently respect all the laws in that same manner. One of the changes in Alan's personality that we observed over the years was that he has become discouraged when people increasingly fail to respect the individual rights of all persons who are taking part in Alaska's wonderful fishing and hunting opportunities. He expressed anger that there is less and less respect for individual's crab and shrimp pots and that increasingly other guides fail to exhibit courtesy towards other boats and gear. He was disgusted by the greed exhibited by many so-called sportsmen. We observed him and his association with both fishing and hunting and never at any time saw or heard him fail to emphasize that individuals abide by all the rules and regulations and just plain personal considerations that pertained to their activities, thus we were shocked by these allegations.

We are more than willing to fly to Alaska at our own expense in June to testify in person if the Judge would accommodate this action. Because of his personality, we believe that these past several months must have been excruciating for Alan. He has built this lodge, much of it with his own hands, and has a love for it that is deeply ingrained. He has endured two terrible loses during the process of developing this business; one a devastating fire and the other the loss of his marriage. He has paid a terrible price to build and maintain a quality business and does not deserve to have to pay an even greater price. I hope that Alan's respect for the law and personal rights will be acknowledged and it is recognized that he does not deserve to have to carry an even greater burden by having further penalties inflicted. If, indeed, an error has been committed, he will punish himself for this situation far more than any court sentence could impose. It is my hope that the court will show compassion and will acknowledge that Alan is not a risk to ever knowingly disrespect the law. He does not deserve to be further punished. Alan has a deep love for Alaska, its beauty and its game. It is my belief that he has not abused this rich heritage in the past, and will not in the future.

Thank you for any consideration that you give to this letter.


Cathy Ramsay
541/493-2271
edcathyramsay@centurytel.net

PO Box 797
Crane, OR 97732

April 5, 2007

Re: Alan Veys

Your Honor,

When Cathy, my wife, and I first spent a week at Alan Vey's Pybus Point Lodge in September of 1991, it was the fulfillment of a life-long dream. The trip turned out to be an experience beyond our wildest dreams. Thanks to Alan's sincere, friendly enthusiasm and attention to every Guest's enjoyment, we have never considered going elsewhere for our Alaska adventures and have returned 4 times to our "extended family".

When, last week, we learned of the charges against Alan, my mind flashed back to our first trip, sitting in the lodge looking at the album of Alan's years of work building the lodge, experiencing it's destruction by fire when it was partially completed, and then persevering until his dream was fulfilled. Having built similar smaller projects ourselves, I cannot fathom that Alan would purposely risk it all by willingly participating in the infraction with which he has been charged. Pybus Point Lodge is Alan's life and dream and the Guests he entertains are <u>his</u> family. Your Honor, if you have not already seen the albums and read the testimonials in his Guest Log it might be very helpful for you to do so before you pass sentence.

Alan is a stickler for obeying the game laws of Alaska and even though we've visited before we are always checked for our compliance.

If Alan has a flaw it is that he is unwavering in his belief that the glass is always full and he trusts everyone beyond a fault. The disappointments in his last marriage to Jan are a testimonial to that. Alan has been our guide on numerous occasions over the years and we have spent hours on a boat with him waiting for the "big bite". We have done a lot of talking about all sorts of things. Under those circumstances you get to know a person pretty well and what their principles are. After spending many hours with Alan I believe as well as I know that the sun will rise in the east tomorrow that if Alan actually did have any involvement in the situation that led to these charges his "trust of everyone beyond a fault" is at the root of Alan's involvement, and that he must have allowed the real violator to take advantage of him.

Cathy and I have been in business since 1966 and have faced many challenges. We have learned the hard way that you place yourself and your businesses at risk when "partners" are allowed into the mix. It is virtually impossible to guarantee that the people around you will abide by your own standards 100% of the time and it is equally difficult to detect when they have failed to do so. For a person of principle like Alan it is tempting to go to the mat for one's beliefs, but doing so can cost one the farm. I know this is what he went through, when against his principles, he pled guilty to this charge.

Knowing Alan as well as I do I know that he has punished himself inside far greater than any punishment that the Court could hand down.  However, jail time and large fines would jeopardize the continuation of this great experience to which thousands of people like us have looked forward over the years.

Your Honor, Alan is a fine person, works hard and leads his life in line with the law as well as the best of us.  I ask that you use the greatest latitude of leniency in sentencing Alan.  The loss of his hunting privileges, which he looks forward to each year, and his guiding and transportation privileges during probation are sufficient punishment as they will impact his business to a serious degree.  In my opinion any incarceration is way beyond reason for Alan's involvement, if any, in this infraction.

Thank you for your consideration,


Ed Ramsay
edcathyramsay@cneturytel.net
PO Box 797
Crane, OR 97732
1-541/493-2271

Attach. 1
Page 115 of 148

From:  Walter & Helen Sutton
       25707 N.E. 425th St.
       Amboy, WA 98601
       Phone 360-247-5434

To:  Brent Cole, Esq.
     Marsten & Cole, P.C.


We first met Alan Veys the summer of 1988.  We were in Alaska
with our boat and anchored in Cannery Cove in front of Pybus
Point Lodge.  Alan came out to our boat to welcome us and
invited us ashore.  He was just getting started with the
lodge-- in fact was still working on it.  Most of the work
being done by Alan.

We made many trips to Alaska in the years to come- spending
the summer in the area.  We would meet friends of family in
Juneau or Petersburg.  Pybus Point Lodge was always our
favorite anchorage.  Alan was always friendly and gracious
and generous with any assistance we needed.

Though we were in our own boat, Alan quickly let us and our
guests realize we were expected to respect the fishing and
safety regulations.  When we left for the day he would remind
us of tide changes and any weather reports we should be aware
of.

After we sold our boat, Walt made several trips to Alaska
with family members and was a guest at Pybus Point Lodge.
Each year saw more improvements at the lodge, which was a
source of pride to Alan.  We do not believe Alan would
knowlingly violate, or allow to be violated any laws that
would put him at risk of losing what he has worked so hard
to achieve.

These legal difficulties have been a hardship for Alan.  We
believe the loss of his right to be a hunting guide or
transporter, and his personal right to hunt during his period
of probation are sufficient punishment. Alan placed great
value in his reputation as someone who kept his word and
honored his commitments.

                    Sincerely,

                    Walter Sutton
                    Helen Sutton

                                        Attach. 1
                                        Page 116 of 148

April 10, 2007

Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole:

I was a client of Mr. Alan Veys in July 2005, fishing for 5 days from his Pybus Point Lodge. Since that initial meeting, I feel that a solid friendship has developed in the intervening time as a result of our ongoing phone calls and discussions.

I will provide some of my personal information for background. Over my 35 year professional career, I have worked as a state environmental regulator, currently direct all environmental programs for the largest railroad in North America, and manage the family farming operations. These experiences provide me a unique perspective to use to form the basis of my opinions re Alan as a person and as an owner/operator of a business. Industry has a very strong focus on safety and rules compliance due to the dangerous nature of the work and potential environmental impacts. The safety and rules compliance principles, along with the appreciation for the environment, have become engrained into every aspect of my daily life – including our trip to Alan's lodge.

Alan, his staff, and entire operation displayed the highest standard of safe care, ethics, and enthusiasm for their guests, the wildlife and the environment! Out of curiosity, I continually asked questions re their source of electricity, the drinking water supply, waste management, land use restrictions, safety, etc., and received thorough explanations every time. Those explanations often included references to legal requirements or best practices to protect the unique beauty of the area and its wildlife. These verbal aspects were then repeatedly confirmed by direct observation as "they practiced what they preached". **I did not observe or hear of any practice that was even close to questionable or non-compliant with any requirements or good judgment.**

Incarceration of Alan would, in my opinion, would not serve any purpose since I have no knowledge of any improper conduct that it would serve to correct or deter. Loss of hunting guide/transporter privileges and the personal right to hunt during probation seem to be fair and adequate.

I would be happy to provide more specifics if /as needed. Please contact me if they would be helpful or appropriate.

Yours truly,

Lanny A. Schmid
2535 Park Place Drive
Fremont, NE 68025
402.721.3694

Attach. 1
Page //2 of 148

April 9, 2007


Brent Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue
Suite 502
Anchorage, Alaska 99501


Re: Mr. Alan Veys

Dear Mr. Cole:

I am writing this letter in response to hearing about Mr. Veys being charged with a misdemeanor under the Lacey Act. My name is Thomas O. Shepker and I am the Environmental Control Manager for a steel company in northeast Ohio. My wife Patricia and I have known Alan Veys through two 5 day fishing trips to his lodge at Pybus Point Alaska in 1998 and 2002 and have a third trip scheduled for this summer along with our son.

I had the opportunity on a couple of evenings when the generator was shut down (lights out) after 10:00 pm and Alan finally sat down for the only time to my knowledge that day other than dinner and we discussed how he came to own his facility at Pybus, how he had developed it and his plans going forward. I found him to be forthright and honest and was most distressed to hear of his present predicament. I have known few people (2 or 3) in my lifetime with Alan's work ethic and ability to follow it 16 hours every day and I am 62 years old and have worked in Industry since 1963.

When we arrived at Pybus Point Lodge on both trips to date the first item checked by the staff was whether or not we had the proper fishing licenses and if we intended to fish king salmon that we also had the current documentation. During our daily fishing excursions if we were approaching the limit for any species our guides always checked the catch by bringing it on deck and confirming that we were at or under the limits. One day when I already had a king salmon and had entered the catch on my license I caught a second much larger king which the guide would not bring in the boat but released it at water level because I had filled my limit for the day. During our last trip my wife caught a 150 pound halibut. The guide advised her to release the halibut because of the length of time it takes for a halibut to reach maturity and spawn and thus help to preserve the fishery and on his advice she released the fish. We have had two different guides to date and by their actions believe that Alan insists that they operate within the law.