Through my conversations with Alan I believe that the loss of his guiding and hunting privileges during the probationary period and the threat of loss of his lodge are sufficient punishment and will insure that he has a better knowledge of the background and integrity of his hunting and fishing guides in the future.

Respectfully,

Thomas O. Shepker
921 Bristol-Champion Town Line Road
Bristolville, Ohio 44402

4880 N. Kilpatrick
Chicago, IL 60630

April 24, 2007

To Whom It May Concern:

We have known Alan Veys since the summer of 1999 when we first visited his Pybus Point Fishing Lodge. We again stayed at his lodge in the summer of 2001. Since 1999 we have tried to have dinner with Alan when he visited Chicago in the winter for an annual trade show. We have always greatly enjoyed Alan's company and his knowledge of the outdoors and his respect for nature.

We have always been impressed with Alan's ability to explain regulations and rules to us and his staffs' very conscientious observance of those rules and regulations. This is particularly important to both us because we both work in fields governed by various regulations and statutes. Kevin is a computer consultant that is HIPPA certified and certified project manger and Lisa is an archaeologist.

Alan's love of hunting, the outdoors and the fauna of Alaska always impressed us. He was always willing to explain why something could or could not be done because of the various government regulations. Kevin loves king crab and thought he would get to eat his fill in Alaska. Alan was quick to explain that would not happen because serving king crab to his guests would be a violation of the law. While Kevin was disappointed he understood.

Alan has always seemed to place the utmost importance on his guests' safety and comfort. On one of our visits to the lodge there was a guest that required a machine over night because of apnea. Alan made sure that there was power all night to run the needed equipment. Because Lisa has some health issues we have also talked to Alan about accessibility at the lodge and he has told us about other clients that had various limits that they were able to accommodate.

We both feel that the loss of his ability to hunt or serve as a hunting guide will be devastating to Alan. Hunting and fishing are an integral part of the Alan we got to know when we stayed at Pybus Point Lodge. The natural world and Alan's love Alaska are a huge part of who he is. Any punishment that restricts that interaction will be a tremendous blow to Alan.

We have a great appreciation of Alan and l the knowledge and love of Alaska that he has shared with us. We would hope that he will be able to continue to share that knowledge and love with future visitors while he is under court supervision.

Sincerely,

Kevin & Lisa Stringer

Attach. 1
Page 120 of 148

## MARK M. SAPIRSTEIN, M.D., P.S.

1106 Douglas, Suite D
Longview, Washington 98632
Telephone: (360) 423-0088

*Fellow of the American College of Surgeons*
*General Surgery & Hand Surgery*
*Cosmetic Surgery*

March 31, 2007

Brent Cole, Esq.
Marston and Cole, PC
745 W. 4ᵗʰ Avenue, Suite 502
Anchorage, Alaska 99501

**RE: Mr. Alan Veys**

Dear Mr. Cole:

In regard to your letter concerning Mr. Alan Veys, I have known Mr. Veys since 1992. I first met him as a client at his fishing lodge at Pybus Bay, Alaska. Since that time, I have come to know Alan Veys well. He has been to my home for dinner. He has become a patient of mine, and I have been to his lodge on numerous occasions as a client.

In regard to Alan's lodge, I have found him to run a first-class operation. He has always been respectful of fishing regulations. He and his captains are very careful not to exceed the limits on fish that are taken. He has bent over backwards to assure that his clients are well cared for at the lodge, as well as having a good experience with quality fishing. I have never hunted with Alan Veys, but it would be my expectation that he would show the same respect to hunting regulations as he does to fishing regulations. Mr. Veys is a very active manager of his lodge while guests are present, working from approximately 5:00 am until 10:00 pm every day. He actively manages the entire operation including the captains who work for him and the staff that maintains the lodge, including the preparation of meals. If Alan were not present I am sure that his lodge could not function.

If Alan Veys was denied the right to hunt personally or to be a hunting guide, I am sure that would be a significant punishment in that he is a person who truly enjoys the outdoors in Alaska and is an avid fisherman and hunter in his own right.

Signed,

Mark M. Sapirstein, MD, FACS

MMS/gr

Attach. 1
Page 121 of 148

05/01/2007   11:42    7084607069           BAIRD & WARNER OR PK              PAGE  02/03

April 27, 2007

Mr. Brent Cole. Esq.

Marston & Cole, P.C.

745 West Forth Avenue, Suite 502

Anchorage, Alaska 95501

Re: Mr. Alan Veys –Sentencing Letter

Dear Mr. Cole:

As per your request, I am writing this letter on behalf of Alan Veys.

My background is in public service in which I act in a supervisory role. I have extensive training and experiences in dealing with the public. Frequently, it is necessary to determine the trust and character of individuals in my scope of employment. With these experiences, I feel I have above average skills in determining ones character.

I meet Alan Veys approximately 10 years ago at a sports show being held in Chicago. The show consisted of marketing out-of-state resorts to attendees. Although I was representing another resort, Mr. Veys booth was located nearby. I overheard Mr. Veys speaking to many prospective clients with a sincere passion, interest and friendliness. We both participated in this sports show for nearly 5 years when I became interested in visiting his resort in Alaska. I acted as a group coordinator for several of my friends to visit Mr. Veys resort. I had close contact with Mr. Veys during the planning and the actual visit.

Upon visiting his resort, our group was very impressed with the overall experience. Mr. Veys representation of his resort was accurate. His attention to detail was amazing and he appeared sincere in his desire to make this visit memorable for all attendees. Mr. Veys expressed concerns about our well being with a complete review of the safety features and tools on the fishing boat. Mr. Veys was careful in explaining Alaska's rules and regulations regarding limits and what fish were in season. With his assistance, we obtained fishing licensees and had a good understanding of Alaskan fishing regulations. Our group had such a positive experience, that I have suggested and recommended his lodge to several other groups over the years.

The situation described in your letter, in my opinion, is completely out-of-character for Mr. Veys. Although, our group experiences only dealt with fishing, it is hard to imagine Mr. Veys deviating from rules and regulations considering his constant reminders and attention to these details during our visit.

Sincerely,

Steve Smith

14138 Terry Drive

Orland Park, IL  60462

(708) 460-2146  home

sstkkursk@comcast.net

Page 1 of 1

## Mike Schnettler

**From:**    Mike Schnettler
**Sent:**    Tuesday, April 24, 2007 3:16 PM
**To:**      'cole@pobox.alaska.net'
**Subject:** Alan Veys

Mr. Cole:

Thank you for the opportunity to send this e-mail regarding Alan Veys.
Let me give you a little background. I am the regional manager for a fishing electronics manufacturer. I met Alan at a consumer show in Minneapolis. We struck up a conversation regarding the capability for our units in Alaskan waters. At that time Alan purchased some units from me to try on his boats at Pybus Point. We also agreed that I would come up to Pybus to install the units and train the captains on the use of our equipment.
During that trip, Alan and I became friends. I have been to Pybus Point on several trips in the last several years. The news of Alan's legal issues came as a big surprise. My experience with Alan in our business and personal relationship has been wonderful.
My work in the fishing industry has allowed me to travel to many different fishing and hunting lodges in the last 20 plus years. Alan and his staff run one of the best operations in his business. When you get off the float plain you are greeted by Alan and his staff. From that point on you are treated like royalty.
Alan is a person of great character; in my experience he and his staff have gone to great lengths to be safe as well as legal.
Alan's trusting to a fault. By keeping him from being able to operate his fishing lodge would be wrong.
If there is any thing else that I can do on Alan's behalf please let me know.

Regards,

Mike Schnettler

4/25/2007

Attach. 1
Page 124 of 148

April 30, 2007

Mr. Brent R. Cole
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136

Re: Mr. Alan Veys

Dear Mr. Cole:

I have personally known Alan Veys since I was 10 years old. That is over 40 years, a lifetime!

Alan is an honorable, hardworking and generous man. He is the type of person who always will make time for others especially in their time of need. I have even known him to risk his life for his friends. An example of that would be when the building that housed the local butcher caught fire a few years ago. Our tiny community heard what was going almost as it was happening. Of course when Alan heard, he was right there, rushing into the burning building to help his long-time friend to recoup any equipment or anything of value, for that matter.

I remember Alan volunteering his time to fly Lifeflight helicopters in the Portland area. When Mt. St. Helens erupted, Alan was there to fly geologists where ever they needed to be to stay on top of the events as they occurred. We all knew that any one going into that 'Red Zone' around that mountain was taking a huge risk. Alan took it in stride and did what needed to be done because that is the kind of man he is.

In summary, Alan Veys has worked very hard to build his business with the Alaskan fishing lodge. He would never do anything unlawful to compromise that. He has successfully created an evironment (one that he loves) that his clients can safely come and enjoy with out any worry or concern. He would never do anything unethical to compromise himself or others. I consider it an honor to be his friend.

Sincerely,

*Jerry A. Sessions*

Jerry A Sessions

**Attach. 1**

**Page 125 of 148**

My name is Dan Sandy; I have known Alan Veys for more than 20 years.

I came to know Alan first as being one of his clients and then as a it developed into a friendship.

My personal opinion of Alan is he has a wonderful sense of humor, he is giving and kind. I have not been given any reason to think him untrustworthy or unethical.

I have been to his lodge on numerous occasions with my family, friend's and staff. Alan has always treated us like royalty, our enjoyment and safety was his first concern, which is what kept me going back.

It is my opinion that a period of incarceration is NOT necessary.  Alan has suffered both emotionally and financially, and I can never see him ever letting anything like this happen again.

I feel that the mandatory parts of this sentence are more then enough punishment.  Alan is a fair man and will do what ever it takes to make sure his name is cleared, and to keep anything like this from happening again.

Attach. 1
Page 126 of 148

April 3, 2007

Brent Cole, Esq.
Marston and Cole, P.C.
745 West 4th Ave. Suite 502
Anchorage, Alaska 99501

Re: Alan Vey

Dear Sirs:

My name is Marvin Teitelbaum. I am 69 years of age and I am the President of Suburban Realty and Rubino Enterprises. We are engaged in real estate and the building of medical buildings. I am a licensed real estate broker and realtor and have been for 45 years. I am also currently a Trustee for the Signal Point Condo Association in New Jersey.

I met Alan Vey approximately 4 1/2 years ago at the sportsmens show in Harrisburg, Pa. I was so impressed with him that I booked a fishing trip at Pybus Point Lodge in Alaska. On my fishing trip I spoke with Alan for many hours. He showed us photo albums of just a piece of wilderness and told us how with the help of a few fiends and workers, he created Pybus Point Lodge. Being from New Jersey, I had never seen anything as beautiful. Alan takes a lot of pride in the lodge, keeping it clean and making sure he doesn't adversely effect the beautiful environment. He takes great pride in Alaska and takes great pride in what he has done over the past 25 years. I feel I am a good judge of character and can honestly say that Alan Vey would never do anything to violate Alaska's hunting and fishing laws, or to jeopardize his career.

This is my 4th season of fishing with Alan at the Lodge. Every year I book another fishing trip and come to Alaska. I am more impressed each time. Over the years of being associated with Alan, I find him to be a very caring person who goes out of his way to help a person in need. Two years ago I had to testify in court as an expert in real estate and building on a matter in Short Hills, New Jersey. We were unable to fly out on the sea plane at our scheduled return time because of the fog. I was a nervous wreck because I was scheduled to testify in court and the testimony was important to the case. Alan told me not to worry, that as soon as the fog lifted he would fly us to Juneau so we could make the flight connection. He did fly us back and would not accept money for gas or his time. That is the character of Alan Vey. A great guy and outdoorsman who loves Alaska.

-2-

In my opinion, knowing Alan, it must be heartbreaking for him to think he may lose his right to hunt and have to give up being a hunting guide. But Alan is also practical and would not want to hurt the people who booked their vacation to fish in Alaska with him at Pybus Point Lodge. If Alan were to be incarcerated, I feel it would compromise the safety of the people vacationing at the lodge. The Loss of his hunting rights would be traumatic for Alan and an embarrassment to him. I feel that it is extreme punishment. It is my opinion that Alan Vey would never knowingly do anything to violate Alaska's hunting and fishing laws or to jeopardize what he has worked so hard for over the past 25 years.

I hope, Your Honor, that you can help Alan. Everyone in life makes some kind of mistake. Alan is the kind of person that helps and trusts people. I can assure you that if you knew Alan Vey like I do, you would know Alan trusted the wrong kind of person.

If you feel the need to speak to me about this further, I am providing my cell phone number.

Respectfully submitted,

Marvin Teitelbaum
15 Tara Way
Pittstown, New Jersey 08867
(908) 303-4077

Attach. 1
Page _128_ of 148

# TOBEY STUDIOS, Inc.

## The Art of Gene and Rebecca Tobey

### Bronze Sculpture, Paintings and Jewelry

37 Droege Road, Santa Fe, New Mexico  87508  505/986-0106  505/986-0107 fax

www.tobeystudios.com

February 26, 2007

Dear Alan,

I received your nice letter about your upcoming season, and I wanted to take a moment to send the enclosed card to you so that you will know that I lost Gene last January.  He went very quickly after the onset of leukemia in October.  It has been a difficult year without him, but I will continue to make art and travel as we did when he was alive.

The best thing that I can say is that I have no regrets.  Starting with our trip to your lodge in Alaska and having had the experience of the wilds of Alaska, followed by a trip in the spring of 2005 to New Zealand where we fished nine different rivers and he collected a red stag (whose skull and antlers hang over my fireplace).   I can say that we lived his dreams the last two years of his life.  In many ways, I am grateful for the pre-leukemia and the doctors telling him that he had only two and a half years—it enabled us to make some good decisions about how to spend our time.  After visiting Pybus Point, Gene sculpted four eagles and one raven, inspired by the birds we saw there!

Again, thank you for giving us a trip of a lifetime!  Please give my best to all of your staff.

Best regards,

Rebecca Tobey

UP CAEPFAXNNNH005 29 4/13/2007 12:30:09 PM     PAGE     1/001     Fax Server

Brent Cole, Esq.                                              4/13/2007
Marston & Cole, P.C.
745 west Fourth Avenue, Suite 502
Anchorage, Alaska 99501

By Facsimile (907) 277-8002

Dear Mr. Cole,

My name is Ken Torbett; I am the Senior Market Manager for the UNUM Group in Atlanta, Georgia.

In August of 2003 I took my son Tyler on a father and son Alaskan fishing trip to Pybus Point Lodge. We were in the company of other "father and son" groups from Atlanta. Alan Veys greeted us with a huge smile and big Welcome as we got out of the float plane at the lodge. This was the beginning of one of my most memorable adventure experiences. Alan's staff was professional, courteous and as accommodating as I have seen in my 50 plus years of international travel. Alan greeted us every morning at breakfast as he said the morning "Thanks" and at evening as we sat down for dinner and went out of his way to make our experience special.

This trip was so memorable and pleasant that in 2004 I took my wife back to celebrate our 30th anniversary. My 83 year old Dad and his wife joined us. Once again the experience exceeded our expectations.

My impressions are of a man, Alan Veys, who runs a professional, first class operation with the outmost of integrity and trust (In fact Alan opened his house up for us to visit unattended to see his hand made furniture). The point being, I perceived him to be a very trusting person personally. Our family agrees he is a man of character.

I hope Alan will be operating Pybus Point for many years to come. I look forward to one day bringing my Grandchildren.

Sincerely,

K.B. Torbett

Attach. 1
Page 130 of 148

Brent Cole, Esq.                                    April 19, 2007
Marston + Cole P.C.
745 West Fourth Ave     Suite 502
Anchorage, AK 99501

Dear Mr Cole,

My wife Susan & myself met Alan Vey's at
the Milwaukee, WI. sport show in March 2000.
We booked a fishing trip over the phone after
this show on June, 2000. Our initial dealings
with Alan were pleasant and the trip was
arranged & provided as advertised.

During our 5 day stay at Pybus Point we
found Alan to be a most gracious host &
truely concerned for our welfare & enjoyment
at Alaska. We spent most of 1 day taking his
Float plane into the main land mountains for Dolly
Vardan fishing and had an excellent day with
Alan.

At some point word got out that our
wedding anniversary was June 24 during our stay
at Pybus Point. Alan took it upon himself to
fly to Juneau & surprise Sue & I with a
bottle of champagne, Glasses & chocolate dipped
strawberries — all quality's.

Although our contact was brief, it was
both our opinions that Alan was a fine
gentleman & true to his word.

                        Sincerely

                        Steve Taylor

TOTAL P.01

Page 1 of 1

**Bruce Wheeler**

**Subject:** FW: Alan Veys

**From:** Bruce & Robin W. [mailto:Brw1977@comcast.net]
**Sent:** Thursday, May 03, 2007 5:11 PM
**To:** cole@pobox.alaska.net
**Subject:** Alan Veys

Over the years I have hunted and fished Alaska extensively both guided and unguided. I first met Alan in 1997, at a sports show. After speaking with him I felt very comfortable with how he portrayed himself and what he had to offer. I booked a trip to Pybus Point for my buddy and I. In 1999 I returned to Pybus with my son and father in law. It had always been my father in laws life long dream to go to Alaska. I must tell you, Alan was aware that my father in law was dying of cancer. Alan was so wonderful and gracious in doing everything possible to show my father in law the Alaskan experience he always dreamed of having. My next trip to Pybus was with my entire family. Two sons, my daughter and wife. Once again Alan proved to be a most gracious host. Over the years I have kept in touch with Alan in the lower 48,. I must tell you in my opinion Alan is one of the most down to earth straight shooters I know. Over the course of his life time he has channeled his entire life into building Pybus Point lodge. I can not see Alan doing anything intentionally to jeopardize his name or his lodge.

My husband took our family to Alan's lodge in 2004. He was so sincere and caring in making sure that my daughter and I enjoyed our trip. It was not all fishing to him. He wanted to show us the true Alaska. Alan took us on a plane trip sightseeing and explaining to us what he truly loved about Alaska. The mans heart is as large as your state. I had the pleasure of enjoying hours of conversation with Alan and he would never do anything to tarnish his name or his lodge. If he is guilty of anything, it is being to trusting and caring. In my opinion, Alaska is lucky to have Alan Veys. He is a wonderful, big hearted and honest individual. I am very proud to now call him my friend and have kept in touch with him since our trip.

Sincerely,
Bruce and Robin Wheeler

Attach. 1
Page 132 of 148



*City of Holladay*

4580 S. 2300 E.
Holladay, Ut · 84117

ph. 801-272-9450
fax 801-272-9384

April 17, 2007

Brent R. Cole, Esq.
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK 99501

Dear Mr. Cole,

It is with a great deal of pleasure that I take a moment and write to you and the
Honorable Judge about the character and attributes of Alan Veys.

By way of background, I am the Mayor of Holladay City Utah and have served in that
capacity for almost four years. I was educated at the University of Utah with B.S.
degrees in Finance Management and Political Science and received an MBA at The
George Washington University in Washington, D.C.

I have known Alan Veys for over twenty year. Each year for those twenty years, I have
gone to Alaska with my five sons and a fishing club seeking a guided fishing
experience.

We have fished in many places in Alaska but have always gone back to Pybus Point
Lodge, mainly because of Alan's hospitality and kindness.

Over these many years, I have gotten to know Alan Veys and have observed him in
many different situations. I have seen how he has treated my friends as guests and how
he has interacted with my family and sons. It has always been exemplary and with the
highest form of integrity.

In all of these years and experiences, I can say without reservation that I have complete
trust and confidence in Alan's character and believe him to be a good and honest man.

There is perhaps no better place to judge such character and integrity than while fishing.
I would trust Alan to be with my sons and have him teach them about life and the great
outdoors. I have heard him pray at evening meals and seen and heard him speak with
reverence about Alaska and the beautiful world he believes God created.

As a fishing guide and lodge owner, I have observed how he has required each guest,
including myself, to keep all fish and game laws of the State of Alaska. Our limits were
strictly enforced. He required that we all get proper licenses, to have our stamps with
us, and if possible to release any fish that we did not use.

Attach. 1
Page *133* of 148

I have heard him teach and explain to our 25 guests and friends, the importance of obeying all fish and game laws, so that we could protect and enjoy for years to come our fishing experience.

If Alan has any fault, it is that he is perhaps too trusting of others.  He is so positive about life that I don't believe he thinks others can do him harm or that people can be dishonest.

I believe there can be no justice served by incarcerating Alan.  It will cost the court and the State considerable time and expenses and will not be productive in Alan's life as well.

If he were dishonest, or were in someway willfully breaking laws then it might be justified.  I believe that Alan Veys is a victim of his own naivety and trusting nature of others.

He has already suffered so much in time, expenses and in the knowledge that his character may be questioned that I believe further punishment is not necessary.  Losing his right to guide and hunt seems an appropriate response in this case.

I know these charges have caused him such terrible mental and emotional anguish that it will take many, many years to overcome.

As an elected and acting Mayor, I have had many experiences with our municipal courts and our Honorable Judge.  I know how burdened they are and how complex these court dockets become.  I have great confidence however that our judges try to do the right thing and try to help all those impacted by the judicial process.

Getting all the facts and a true and accurate picture of each case can sometimes be difficult.  If it would be helpful or useful, I would be happy to speak directly with his Honor and reiterate my written testimony concerning Alan.

After our 20 years of personal one-on-one experience with Alan Veys, I restate once again for his Honor and for you that I see no justice served by incarceration.  The State of Alaska, his family and friends, his guests, his business, his employees will all be better served by allowing him to continue to run his lodge operation, while placing, upon Alan, the appropriate mandatory hunting and guiding restrictions.

Thank you for your time and consideration in this important matter.

Sincerely,

Dennis R. Webb
Mayor, City of Holladay

April 10, 2007

Brent Cole, Esq.
Marston & Cole P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

Dear Mr. Cole:

My name is Zach Wiegert I live in Houston Texas, but originally hale from the State of
Nebraska. I am a football player by profession and have been doing so for the last
thirteen years. Next to the love of the game I have been fortunate to play is my passion
for the outdoors.

I spent a summer working in Anchorage when I was in high school and have been in awe
of Alaska's beauty ever since. Last July I finally got the opportunity to go back to
Alaska. I visited Pybus Pointe Lodge, which is one of the most pristine places on earth. I
spent five days there fishing for halibut and watching the abundant wildlife.

While I was there our host for the trip was Alan. I have been with guides on many
hunting and fishing adventures none of which showed the character or dependability of
Alan. The time I spent with him was memorable because his love and respect for nature
was so apparent. You could see in his face and hear in his words how lucky he considers
himself to be part of such a great place.

I don't know what the details of this case against Alan are but he went out of his way to
make sure everyone at his camp followed fishing laws of the state of Alaska when I was
there. The crime would be to rob future people of the opportunity to experience Alan and
what his beautiful camp have to offer.

Sincerely,

Zach Wiegert

Attach. 1
Page _135_ of 148



**Utah Wilbert Vault Co. Inc.**
876 West 1500 North
P.O. Box 311
Lehi, Utah 84043
(801) 768-1701

RECEIVED
APR 1 2 2007
MARSTON & COLE, P.C.

Brent Cole

Dear Mr. Cole

It Saddens me greatly to hear that my
Friend Alan Veys is facing these kind of problems.

I met Alan Veys Approx. 10 years ago when I booked
reservations to fish at Pybus Point Lodge. I have
returned to his sports fishing lodge every other
year since then. Although I have discussed with
others about other Lodges I only go to Pybus
Point. The Times I have spent there are without
a doubt the most treasured times I have spent
fishing in my life.

There is one Person I can thank for making
this happen Alan Veys. He has assembled a
Proffesional Staff of employees to make it
an Overall Wonderful experience.
With that being said; Alan would never
allow any employee or guest to violate
any rules or regulations.

Attach. 1
Page _136_ of 148

There have been many times that we have been reminded that "we are adhering to regulations".
One time I remember was I caught a Ling Cod that was 1/4" under the size limit and it was returned to the Ocean. I remember that because it was the first Ling Cod I ever caught.
I am aware that Alan is an avid hunter but the idea that he would jeopardize his "beloved" Pybus Point Lodge over some dead animal is beyond belief with a reliability factor of Zero !!!
I truly hope my comments help because if anything were to happen to Alan or Pybus Point it would be a sad day for me and the entire State of Alaska.

Lowell S. Willis
President Utah Wilbert Vault

Attach. 1
Page _137_ of 148

March 11, 2007

Mr. Alan Veys
PO Box 33497
Juneau,, Alaska 99803

To whom it may concern,

I first met Alan Veys when I accompanied a large multinational corporation for a fishing and business trip to Pybus Point Lodge in August of 2005. Our activities took place over several days and I must say Mr. Veys operated his business in a very responsible way. I have attended many of these types of meetings during my years as a member of management with another multinational organization. Based on my previous experiences over the years one gets a pretty quick feel for the type of operation that is being run.

Mr. Veys and his staff immediately impressed me with their respect for the resources and environment in which they operated. They clearly explained the rules and regulations under which they operate and in a very professional manner made our large group keenly aware of our responsibility to these rules.

I never observed nor was I ever aware of an incident that would cause me to believe that Pybus Point Lodge nor Mr. Veys were not compliant with state and Federal Statute. It was my distinct impression that if Mr. Veys had a client that would not respect the laws that govern his operation they would be asked to leave the lodge immediately.

If there would be any reason to contact me please feel free to call me at 907-209-9999.

Sincerely,

Dennis G Watson

Brent Cole                                   April 16, 2007
Marston & Cole P.C.

     Alan has discussed his difficulties
on this matter with us and my husband,
Don White, and I are happy to assist him
in whatever ways we can be of help.
     We met Alan through a mutual
friend about 3½ years ago. Alan has
been a guest of ours both at our home
in Heber City, Utah and at our ranch in
Dell, Montana. We have been to his
lodge (Pybus Point) in Alaska in 2005 and
2006. We have plans to return again
this year. We have taken our guests to
his lodge and have similar plans again.
     We and our guests have always
been treated with professionalism and
courtesy. We have come to consider Alan
a good friend. We both believe that Alan
is honest in his dealings and has provided
well beyond the services we were expecting
at his lodge.
     We cannot imagine Alan doing
anything that could impact on his
ability to operate Pybus Point Lodge.

2

Alan clearly has put his heart and soul into building, maintaining and running his establishment. We could not even imagine what it would be like there without his presence!

As for who we are! Don and I began our own business, Bear Creek Country Kitchen, Inc. in 1992 with no money. We have an interesting success story that is not at all dissimilar to Alan's story in that we established a very successful food company as he did his lodge. We fully can understand his frustrations (since we had some of our own concerning this matter...

We hope that all will turn out well for Alan and our thoughts and prayers are certainly with him in this.

If we can be of further help please feel free to call!

Sincerely,
Don + Ghila White

P.S. Phone - 435-671-8848 or 435-654-4357

Attach. 1
Page 146 of 148

Mr. and Mrs. Robert L. Yohr
P. O. Box 237
Angels Camp, CA 95222

March 31, 2007

Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501

<u>Attention:  Brent Cole, Esq.</u>

Re:   Mr. Alan Veys
      Sentencing Letters

Gentlemen:

Connie and I were clients at Alan's Pybus Point in July/August of 2001 for a week of fabulous fishing and eating.  Alan impressed us as a very honest and straightforward person, exemplified to us by his heartfelt <u>table blessing</u> spoken before each meal.  Not many business men would do this in such a social setting and we felt it spoke wonders for the character of the man.

In the evenings after dinner when he gave us (or anyone else) a boat to take up to the head of the bay to observe the wildlife, he was very emphatic in instructing us to be very respectful and keep a good distance from the bears who were coming down to fish the spawning salmon.  We also noticed our captain was very careful to pull up only the resort's own crab traps to harvest.  He enjoyed helping his guests who wanted to boat to nearby streams in order to fly fish and telling them where they could go.  His own plane that he liked to fly clients up to mountain lakes was temporarily out of service waiting for a new motor, so he couldn't fly them into the normal fly fishing areas around.  He really tried to make it an outstanding experience for every person there to whatever level desired, but always—as far as we were aware—in a legal manner.

We also remember a problem that arose our last day there when we were fogged in and prevented from leaving by plane or fishing.  A large yacht was anchored outside the bay.  When a passenger on board suffered a heart attack, they tried in vain to reach Juneau by radio for aerial evacuation.  Alan overheard their radio transmissions and used his own facilities to reach the Coast Guard and provide their helicopter a landing area to transport the victim as well as docking facilities for the yacht's landing craft.  All this at no cost, as far as we know, just for the satisfaction of helping someone in need.

Attach. 1
Page 141 of 148

Though we could only enjoy one trip there, we have never hesitated to recommend his camp to family and friends, not only because of the great facilities and fishing but also because of Alan's genuine personality.

As far as the last two points of your letter are concerned, we can only say from our short time with him that the mandatory probation requirements that his lodge not be used for hunting purposes and that he cannot hunt himself during that period should be more than sufficient.

Respectfully yours,

Robert L. Yohr



**BOB LESSARD**



# Senate

### State of Minnesota

Dear Judge Pallenberg:

I first met Alan Veys about twenty years ago as a fellow resort owner attending sport shows promoting what we both have a great passion for – hunting and fishing. For over sixty years I have operated and owned hunting and fishing resorts in Minnesota and Ontario, Canada.

Over the decades I have seen many resort owners come and go. I would like to think I can recognize an individual who has integrity. I recognized this quality immediately in Alan. Subsequently, I came to know Alan much better over the years, not only at sport shows, but by being privileged to spend time with him at his resort on Admiralty Island. Not once in all the years I have known Alan, have I had to question his honesty, integrity, and commitment to the protection of our natural resources and wildlife. With my experience, both as a resort owner and having served twenty-six years in the Minnesota State Senate, twelve years of which I acted as chairman of the Environment and Natural Resource Committee, I believe Mr. Veys to be a most reputable human being.

Obviously, I do not know every detail regarding Alan's case. However, I have been around this business long enough to know that anybody, even with the best of intentions, can inadvertently make a mistake. I believe that there has not been anybody in business that has not made a mistake.

I have never, in my entire political or personal career, written a letter such as this, and would not be doing so if I did not have sincere convictions regarding the character of Alan Veys. I take this matter very seriously, and in my opinion, Alan Veys is one of the most sincere and honest people I have ever had the privilege to meet.

I trust the court would understand the sincerity of my letter and will take it into consideration in arriving at a decision.

Sincerely,

State Senator Bob Lessard (ret.)



Recycled Paper
10% Post-
Consumer Fiber

Committees: Commerce - Banking Subcommittee - Taxes - Income and Sales Tax Budget Division
Environment and Natural Resources - Fish and Wildlife Subcommittee
Telecommunications, Energy and Utilities - Energy Subcommittee
Iron Range Resources and Rehabilitation Board
Legislative Commission on Minnesota-Ontario Matters
NOT PRINTED AT GOVERNMENT EXPENSE

Attach. 1
Page 143 of 148

My name is Gary Roth. I am from Campbell, California and I am providing this letter to share with you, my experiences with Mr. Alan Veys.

I met Alan Veys in August of 2004, as a fishing client at Pybus Point Lodge. My father, brother and myself returned to fish with Alan and his crew in 2005 and 2006 and will be at Pybus Point Lodge on July 6th of the current year

I have fished with three different guides at Pybus Point and all three have stressed safety aboard their boats. The fishing laws and limits have been repeated to us on daily basis. The respect of local wildlife is always adhered to, whether it was staying far enough from whales and their young ...or releasing an oversized ling cod. Alans fishing guides have been honest and forthcoming with the law. I firmly believe this is a result of Alan hiring men in his own image. The expectations Alan has of his employees is high, in all the job descriptions at Pybus Point Lodge. It's a first class operation, run by a first class individual.

I find Mr. Veys to be one of the most interesting people I have met in recent years. The combination of work ethic, knowledge of the native surroundings and love of life are the most memorable characteristics that I associate with Alan. He is one of the most positive people I have ever met and I find him extremely trustworthy.

I recall a trip to Pybus Point in 2005. After dinner, I was talking to Alan about fishing in Alaskan waters, in regards to the limits of certain species of fish and why the limits at the numbers they were. As our conversation went on, we touched on the fishing laws set forth by the state of Alaska. He told me stories of people who tried to circumvent the regulations and their failures to do so. Alan's' final statement to me was ' the law allows for the taking of enough fish for everyone, while preserving the bounty for future generations.' It was very evident to me that Alan has no tolerance for dishonesty.

I understand there are some mandatory parts of this misdemeanor plea. I believe these are too harsh. As I understand the situation, the loss of the hunt transporters licence will greatly hurt his business. In a world where all of us , at one time or another , have been given a second chance, it seems inconceivable to me that Alan Veys gets none. The only thing Alan is guilty of is trust. Trusting someone who had no intentions of being honest. The *benefit of the doubt* rule needs to be looked at here.... in my opinion.

The criminal justice system in the United States was set up over 200 years ago. With all its facets, changes and complications, it basically was set up to protect the lives and well-beings of its citizens, including separating the good from the bad. We have prisons and jails full of rightfully deserving souls. Incarceration is for criminals. Alan Veys is not a criminal. To put an exceptional human being like this in jail would be complete failure of our criminal justice system and an embarrassment to the state of Alaska.

Gary M. Roth
408-370-6955

05/17/07   22:58  FAX                                          ✦002

Brent Cole Esq
Marston + Cole, P.C.
745 West Fourth Avenue,
Suite 502
Anchorage, Alaska 99501

To Whom it May Concern,
Judge For Alan Veys.

I initionally met Alan Veys eight to ten
years ago at a outdoors show in Chicago,
Illinois. During that meeting I could feel
that I was talking to a man living out
His dream in Alaska, at a fishing lodge
which he built with His own Hands. Also
At that time Alan had given me a video,
Brochures and many stories about His Resort.
I have visited PyBus Point lodge Six or Seven
Times since then and have never been
Disappointed.

Alan's Honest Conversation about Alaska's
Beauty, the Fishing, the Hospitality of
His staff, and His Appreciation of the
Natural Resources (fish Populations) always Rings
True everytime I visit P.P.L. Alan has
a Policy stating that any guest that catches
and Releases a one hundred pound or larger
Halibut can enter their name in a drawing

For a chance to receive a free return visit to P.P.L. next year.

I obviously see Alan when I visit P.P.L. and usually in Chicago at the outdoor show and personally enjoy talking to Alan about subjects which we have in common. We will discuss fishing, construction, running a business, dealing with people (including guest and employees), etc. I always get honest conversation and opinions from a down to earth man.

While visiting P.P.L., I never experienced any type of improprieties or unethical behavior on the part of Alan or any of his employees. All fishing rules + regulations were always followed and safety was always stressed to insure a great experience. On one of my trips to P.P.L. we had a guide for the first day or two that was not very enthusiastic, friendly, and just didn't care about the guests. Alan recognized a problem and on the second evening he said he was making a change. With that move, the new guide and Alan, saved our trip.

I personally do not have much knowledge about the charges that Alan faces, but I feel that the loss of his right to fish, hunt, and guide would be tough on a man that loves the outdoors for both business and pleasure.

In closing, I Hope THAT Alex's legal problems will Be Resolved, And He And PoPL will Remain in operation.

Respectfully,
Michael J. Kennedy

Dear Mr Cole,

I read your letter of 21 March 2007 regarding the sentencing of Mr Alan Veys with great interest.

You may know that my son and I were fishing clients for one week each year, for two different years. I also visited with Alan in January 2007 at the Sportsmans show in Sacramento, California.

As a physician, I evaluate dozens of patients each workday, including their character and personality. Alan has always been honest and trustworthy in dealing with my son and I. There was never any problem with our payment, being billed exactly as promised. He and his staff delivered the service and care as he advertised, usually being extra generous with fishing time, dining, and rest time. My son and I have been to at least six other fishing lodges. Alan and his lodge provide one of the best fishing experiences in Alaska. I can't think of a better ambassador for the state of Alaska.

I understand that Alan has plead guilty to one misdemeanor count of negligently conspiring to commit a Lacey Act violation. During the two weeks I spent at Pybus Point Lodge, I never witnessed or heard of any attempt to violate any fishing or hunting rules or regulations. My son and I spent full days with at least eight different fishing guides over this time. Such crowded cramped quarters are great places to learn the secrets of a camp. But never was there talk of Alan performing in an illegal or unethical manner. On the contrary, we were encouraged to catch and release halibut over 100 pounds, as these were more likely to be female and to reproduce. We were encouraged to not overfish Yelloweye, as these are extremely old fish, and require many years to mature and reproduce. Alan stressed obeying all the regulations regarding fishing and boating when on the water. He and his guides strictly enforced the daily catch limits. This was all done by Alan in a manner that emphasized Nature and the importance of the wild animals and fish.

I can't imagine Alan knowingly violating any of Alaska's hunting and fishing laws. Neither can I imagine that incarceration would serve any justifiable purpose, either for Alan or the community he uses as a base in Alaska.

Alan is the heart and soul of Pybus Point Lodge. An absence by Alan would likely doom the lodge, as his business is extremely competitive, he is intimately involved in the operation, and his unique personality and energy keep clients coming back.

Thank you for allowing me to share my views on Alan Veys' character.

Sincerely

Floyd Burton, MD

*Floyd C. Burton, MD.*                    25 may 07

                                          25 may 07

Attach. 1
Page 148 of 148

## Prochnow, John

| | |
|---|---|
| **From:** | Prochnow, John |
| **Sent:** | Tuesday, June 05, 2007 5:58 PM |
| **To:** | 'Cole@pobox.alaska.net' |
| **Subject:** | Mr Alan Veys Sentencing Attn. Brent Cole |
| **Importance:** | High |

**John Prochnow**
**2306 County Home Rd.**
**Okoboji, IA  51355**
**Ph. 712-332-5072**

May 18, 2007

To whom it may concern,

I have known Mr. Alan Veys since 1996. I met him at a consumer show by way of an introduction of a friend. I have grown to know him as a very hard working and honest individual. He has always been a man of his word. He has always been a person that helped others and put other peoples well being and feelings ahead of his own.

I have been a client of Pybus Point Lodge for 8 years and in all those trips. Alan has always looked out for the safety and satisfaction of all his guests in all my visits. I have been around the world to various fishing camps/ lodges. In all of them that I have stayed at, Pybus point is the one I choose to go back to over and over again. Not because the fishing is any better than other places. It is because of the care and service in which Alan and his staff give to the guests.

I do believe that Alan is deeply embarrassed and regretful about this matter. I don't understand all the details nor do I need too. This has truly hurt him in a way that has made him regretful of the activates that have gotten him into this situation. I believe that he sees what is ahead for him.

Alan being a very avid outdoors type of person that cares for the environment. Where Hunting and Fishing is a lifestyle that he lives and loves daily. If he would lose this opportunity in his life it would be like being sentenced to solitary confinement.

Please know that in my opinion Alan would not purposely and knowingly harm the great outdoors that we all cherish so dearly.

Sincerely,

John Prochnow

*[signature: John Prochnow]*