WITNESS>    DATE>                    CASENAME>
                                     CASENUM>

1
2
3
4
5
6  INTERVIEW OF ALAN VEYS
7      May 25, 2004
8       0800 Hours
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

COMPANY>           PH - COMPANYPHONE>          COMPANYEMAIL>
                   FAX - COMPANYFAX>           sahile@gci.net

**Exh. D, p. 1 of 12**

WITNESS>  DATE>  CASENAME>
CASENUM>

Page 2

```
 1        PROCEEDINGS
 2   (Pybus Point Lodge - 5/25/2004)
 3   (On record)
 4        AGENT RIPATOO: May 25th, 2004, 0800, Pybus Point Lodge.
 5   Agent Ripatoo, I'll be executing a search warrant here on the
 6   Pybus Point Lodge in Pybus Bay.
 7   4:34:34
 8   (Approaches)
 9   4:37:30
10        AGENT RIPATOO: Is this him?
11        SCOTT: Morning, Alan.
12        MR. VEYS: Hi, guys.
13        AGENT RIPATOO: Hey, Alan.
14        MR. VEYS: Come on in.
15        AGENT RIPATOO: Dave Ripatoo with Fish & Wildlife Service.
16        MR. VEYS: I heard that you guys did the same down in
17   Wyoming too now.
18        AGENT RIPATOO: Yeah.
19        MR. VEYS: What happened?
20        AGENT RIPATOO: Well, we can come in and talk about it
21   right now.
22        MR. VEYS: Yeah.
23        AGENT RIPATOO: You knew we were coming so I'll just show
24   you this right now and give you a copy of it.
25        MR. VEYS: What is this?
```

Page 3

```
 1        AGENT RIPATOO: It's a search warrant for your lodge.
 2        MR. VEYS: What -- what is it about?
 3        AGENT RIPATOO: Well, I'll explain it to you. Why don't
 4   we go in and sit down.....
 5        MR. VEYS: Okay. Let's sit down.
 6        AGENT RIPATOO: .....and we can talk about it.
 7        MR. VEYS: Well, yeah.
 8        AGENT RIPATOO: Who all's here right now?
 9        MR. VEYS: Well, you guys do -- do all at the same time.
10        AGENT RIPATOO: Yep.....
11        SCOTT: Alan, I know you know who I am.....
12        AGENT RIPATOO: .....nationwide.
13        MR. VEYS: Yeah.
14        SCOTT: .....but I just want to show you my badge and my
15   credentials.....
16        MR. VEYS: Okay.
17        SCOTT: .....just to make sure everything's.....
18        AGENT RIPATOO: Okay.
19        MR. VEYS: What's going on though, I -- I don't
20   understand?
21        AGENT RIPATOO: Well, we're serving.....
22        MR. VEYS: Okay.
23        AGENT RIPATOO: .....a search warrant and you take a
24   minute and read it here if you'd like.
25        MR. VEYS: Well, explain to me what it is.
```

Page 4

```
 1        AGENT RIPATOO: We're searching for records having to do
 2   with unlawful big game guiding activity.
 3        MR. VEYS: I don't do big guiding -- big.....
 4        AGENT RIPATOO: No, you don't, but you work with some guys
 5   who do.
 6        MR. VEYS: Well, Jimmy does, yeah.
 7        AGENT RIPATOO: Uh-huh. Right. So we have a whole bunch
 8   of stuff, I mean, we can sit down and do it here, if there's a
 9   table.....
10        MR. VEYS: Yeah.
11        AGENT RIPATOO: .....we can sit down and do it there.
12        MR. VEYS: That's fine. Yeah, I'd like to keep it out of
13   the visible -- I don't.....
14        SCOTT: Yeah, if you -- it would be kind of nice if we
15   could have -- sit at a table we could.....
16        AGENT RIPATOO: Yeah, because we're going to have some
17   stuff we need to spread out.
18        SCOTT: Yeah.
19        MR. VEYS: Well, come on.
20        SCOTT: Who are you?
21        UNIDENTIFIED VOICE: I'm a hunter.
22        AGENT RIPATOO: Is Jimmy here?
23        MR. VEYS: No. He took the boat and left, he went to
24   Kake.
25        AGENT RIPATOO: Okay. All right.
```

Page 5

```
 1        SCOTT: Where did Steve go? I think.....
 2        AGENT RIPATOO: Inside.
 3        UNIDENTIFIED VOICE: Okay.
 4        AGENT RIPATOO: Hi, there. All right. Yeah, let's grab a
 5   table and sit down.
 6        MR. VEYS: Hardeth (ph), can I get you to go outside for a
 7   while.....
 8        HARDETH: Sure.
 9        AGENT RIPATOO: Grab a -- okay. What it is is we're going
10   to be searching for your business records having to do with a
11   number of clients. And, I guess, the first thing is you -- you
12   know, to save us some time, you could just tell us where you
13   keep all your business records and.....
14        MR. VEYS: Okay. Well, I don't keep them here, I keep
15   them up -- in fact, they're in Juneau.
16        AGENT RIPATOO: In Juneau. Everything's in Juneau? Where
17   in Juneau?
18        MR. VEYS: At the -- Valerie's house up there.
19        AGENT RIPATOO: Okay.
20        MR. VEYS: It's by the -- I -- I don't know if I should
21   even talk to you guys now because I don't understand why -- I
22   mean, my goodness you're down here in force, I don't understand
23   -- you know, with -- you know, no suits and no -- it's like
24   a.....
25        AGENT RIPATOO: Well, we're plain -- I'm a special agent
```

Page 150

1  MR. VEYS: Uh-huh. There's no -- I guess I -- he just --
2  it's just if people want to come off the boats.....
3  AGENT RIPATOO: Uh-huh.
4  MR. VEYS: .....and they want to stay here or something
5  like that, they want to have a meal or something like that, it
6  be the same relationship I'd have with Jimmy on that.
7  AGENT RIPATOO: Okay.
8  MR. VEYS: Based on I'm letting them -- he brings them in
9  here for dinner and that's it.
10 SCOTT: Uh-huh.
11 AGENT RIPATOO: Okay. It's my understanding that you
12 helped Jim get his guiding licenses here, is that true? I
13 mean, as far as helped, you know, signing some papers and
14 stuff?
15 MR. VEYS: That he stayed here, yeah.
16 AGENT RIPATOO: Okay. Okay. In fact, I'm going to.....
17 MR. VEYS: I guess, I -- I'm (indiscernible - simultaneous
18 speech).....
19 AGENT RIPATOO: .....I'm going to show you some of these.
20 I'm -- in fact, I'm going to get these out and show you these,
21 some of them.
22 MR. VEYS: Okay.
23 AGENT RIPATOO: This is this thing you signed in April of
24 2000. I want you to look at that and just -- stick my pen
25 there, look that over and tell me what -- tell me about that

Page 151

1  document and.....
2  MR. VEYS: What is this here? These numbers -- these
3  numbers here, I never put those numbers in.
4  AGENT RIPATOO: You did not put those numbers in?
5  MR. VEYS: No, I did not put those numbers in.
6  AGENT RIPATOO: So what did this paper look like when you
7  signed it?
8  MR. VEYS: No, I did not put those numbers in there.
9  There's no chance. I didn't lie back then. There's no way.
10 Who's this?
11 AGENT RIPATOO: That's a notary public. These are the
12 things that you.....
13 MR. VEYS: I never.....
14 AGENT RIPATOO: Okay. I'm telling you.....
15 MR. VEYS: .....I don't recall this.
16 AGENT RIPATOO: .....I'm going to remind you, these
17 documents here, you need to be 100 percent honest with us on
18 these.
19 MR. VEYS: Just a.....
20 AGENT RIPATOO: Okay.
21 MR. VEYS: .....I know I signed a thing that stated he was
22 a hunter up here that lived up -- up here and that, but I don't
23 recall those kind of dates on there, there's no way.
24 AGENT RIPATOO: How do -- so is -- is that your
25 handwriting?

Page 152

1  MR. VEYS: It don't look like my numbers there.....
2  AGENT RIPATOO: Okay.
3  MR. VEYS: .....because I don't do a nine like that.
4  AGENT RIPATOO: Okay.
5  MR. VEYS: I don't do nines like that. At least I don't
6  rec -- I mean, I honest -- I didn't know him back then.
7  AGENT RIPATOO: Okay.
8  MR. VEYS: Not in '82. That was before I started this
9  place up here.
10 AGENT RIPATOO: All right. So your signature here -- what
11 did this document look like when you signed it then?
12 MR. VEYS: I don't.....
13 AGENT RIPATOO: Did you just sign it and Jim said he'd
14 fill in the numbers?
15 MR. VEYS: Yeah, that had to be -- because that's a --
16 that's -- I would never have put that there.
17 SCOTT: It had to be or that was what happened?
18 MR. VEYS: That -- that had to be it like that. That's
19 what really happened.
20 AGENT RIPATOO: No, you -- not had to be.
21 SCOTT: It has to be.....
22 MR. VEYS: That's.....
23 SCOTT: .....one way or another and.....
24 MR. VEYS: .....that's -- that's what it was because I
25 never put those dates in there.

Page 153

1  SCOTT: Did -- so did you sign the document, I mean -- I
2  mean, you're saying it had to be as in like there was no other
3  -- there's no other reason.....
4  MR. VEYS: There's no other reason for it.
5  SCOTT: .....or it had to be, that's what you remember?
6  AGENT RIPATOO: Do you remember that -- that.....
7  MR. VEYS: Hmmm.
8  AGENT RIPATOO: .....did Jim put those numbers in there
9  after you signed it?
10 MR. VEYS: Somebody did, whether Jimmy put them in, I
11 don't remember that at all, but I never put those numbers in
12 there.
13 AGENT RIPATOO: So you're saying this whole area, these
14 numbers, were blank when you signed this form?
15 MR. VEYS: Yes.
16 AGENT RIPATOO: Okay.
17 MR. VEYS: Yes.
18 SCOTT: So wouldn't that make that form incomplete though?
19 MR. VEYS: I don't understand.
20 SCOTT: I mean, you'd want to put down.....
21 MR. VEYS: Yeah. Oh, boy.
22 AGENT RIPATOO: My understanding is here that it was
23 notarized on.....
24 MR. VEYS: But I don't.....
25 AGENT RIPATOO: .....the same day you signed it.

WITNESS>                           DATE>                        CASENAME>
                                                                CASENUM>

Page 154

1  MR. VEYS: .....but I don't know who -- who this is -- who
2  this lady is.
3  AGENT RIPATOO: Well, it had to have been probably in town
4  somewhere, it's a notary public.
5  MR. VEYS: I don't.....
6  SCOTT: I mean, you signed this in front of a notary and
7  so when you -- and you -- she will not sign that.....
8  MR. VEYS: I know she won't.
9  AGENT RIPATOO: Unless you're present standing there with
10 her.
11 SCOTT: .....unless you're standing there and she actually
12 watches you sign. Because I do the same thing when.....
13 MR. VEYS: Yeah.
14 SCOTT: .....I write tickets.....
15 MR. VEYS: Right.
16 SCOTT: .....they won't -- they make me sign.....
17 MR. VEYS: Right.
18 SCOTT: .....my ticket and then they sign it. And it's
19 just to prevent this kind of thing. So you're saying.....
20 MR. VEYS: But I never -- I don't think I've.....
21 SCOTT: Because I guarantee you, Alan.....
22 MR. VEYS: Yeah.
23 SCOTT: ..... that she's going to be talking to somebody
24 if she's not.....
25 MR. VEYS: Oh, sure.

Page 155

1  SCOTT: .....talking to someone right now.
2  MR. VEYS: Oh, I'm sure -- sure she is.
3  SCOTT: And -- and that's part of the folder, they're
4  probably talking to her right now about her signing this
5  document.....
6  MR. VEYS: Sure.
7  SCOTT: .....with you. And, you know, it's going to be
8  one of those things, did you sign this document without Alan or
9  did Alan sign this at the same time. And, you know, I
10 mean.....
11 AGENT RIPATOO: Did you do Alan a favor.....
12 SCOTT: .....and so.....
13 AGENT RIPATOO: .....by changing the date, I mean, you
14 know, that's.....
15 MR. VEYS: No, I don't think she did -- I don't think
16 she'd ever do that because I don't know this lady, I've never
17 been -- I don't remember those dates at all and there's no way
18 I could say that, you know, back in '82.
19 SCOTT: Well, that would seem a little odd.
20 MR. VEYS: It would seem a little odd.
21 SCOTT: But the question is is how it's filled out. And
22 you're saying those aren't your's. Well, if you didn't put
23 those there then -- then I guess Mr. Jairell did?
24 MR. VEYS: That would be the only likely other person to
25 do it. Because I -- I couldn't on that -- I can't say I -- I

Page 156

1  never knew him in '82.
2  SCOTT: Because they'll -- I mean, I'm pretty sure too
3  they're, you know, going to sit there and take a look at some
4  of your documents that you've signed, you know, that's what
5  they're doing right now, taking documents.
6  MR. VEYS: Uh-huh. I.....
7  SCOTT: And make sure those -- those numbers -- I mean,
8  even.....
9  MR. VEYS: Uh-huh.
10 SCOTT: .....if somebody tries to make them different.....
11 MR. VEYS: Oh, sure.
12 SCOTT: .....there are still ways that they can, you
13 know.....
14 AGENT RIPATOO: In fact, the Secret Service does our
15 handwriting analysis.....
16 MR. VEYS: Yeah.
17 AGENT RIPATOO: .....and, you know, the way.....
18 MR. VEYS: Yeah.
19 AGENT RIPATOO: .....they're experts on documents, they --
20 they -- they can look at this and they can look at all your
21 other documents and they can tell us who -- who made those
22 numbers. You know, I'm not even so concerned with who wrote
23 the numbers. What I'm concerned with is what this form looked
24 like at the time you signed it, whether -- or if this was
25 entirely blank, I'm interested in the circumstances of your

Page 157

1  signing this. If these were blank.....
2  MR. VEYS: When was this, 2002.
3  AGENT RIPATOO: 2000.
4  SCOTT: That's when her commission expires.
5  AGENT RIPATOO: That's when her commission -- this was in
6  2000. Did you sign it and mail it to Jim so he could take care
7  of it?
8  MR. VEYS: I really -- I -- you know, I'm being honest
9  with you, I do recall this form, but I don't recall those
10 numbers up there at all. That's -- that's my signature.
11 SCOTT: So you do remember doing this form?
12 MR. VEYS: Well, there was something I signed for him that
13 said that at the time he was a -- lived here in Alaska, I do
14 remember that.
15 SCOTT: And where did you sign that form, here at the
16 lodge in Pybus or at Juneau or somewhere else?
17 MR. VEYS: No, I don't know. And I don't remember on that
18 -- this -- this lady here, I would really think that that lady
19 had to be present to see my signature.
20 SCOTT: Oh, absolutely.
21 AGENT RIPATOO: Sure.
22 SCOTT: That's the whole reason she's a notary.
23 AGENT RIPATOO: Yeah.
24 MR. VEYS: Absolutely.
25 SCOTT: And that's -- and that makes that document have a

WITNESS>                          DATE>                          CASENAME>
                                                                 CASENUM>

Page 158

1  lot of validity.
2  MR. VEYS: Uh-hum. Oh, yes.
3  SCOTT: And as it stands now that document is pretty valid
4  as far as, you know, her saying that you signed it and then you
5  signing it right there.....
6  MR. VEYS: Then that makes me -- then that makes me.....
7  SCOTT: .....makes you responsible for all.....
8  AGENT RIPATOO: Okay.
9  SCOTT: .....all the information filled in.
10 AGENT RIPATOO: Okay. Number 2 here says does the
11 applicant physically reside in the unit, game management unit
12 4.....
13 MR. VEYS: That's this area here?
14 AGENT RIPATOO: .....checked yes. Correct. And you
15 signed that. You just....
16 MR. VEYS: At the time he was.
17 AGENT RIPATOO: Okay. Well, that's -- I mean.....
18 MR. VEYS: I mean.....
19 AGENT RIPATOO: .....you just told us before he lives in
20 Wyoming.....
21 MR. VEYS: He does live in Wyoming.....
22 AGENT RIPATOO: .....Alan.
23 MR. McCOY: .....but at the time he was living
24 here. I don't know for how long and I don't know for -- you
25 know, for what the extent that he was living here.

Page 159

1  AGENT RIPATOO: You -- you been hunting up here a long
2  time, since what year?
3  MR. VEYS: Twenty-five years.
4  AGENT RIPATOO: Twenty five years. How familiar are you
5  with the requirements to become a resident in this state?
6  MR. VEYS: You have to show intent and you have to be here
7  12 consecutive months, is that correct?
8  AGENT RIPATOO: Twelve consecutive months is the base of
9  it. Have you ever seen him be here 12 months?
10 MR. VEYS: I have not seen him be here 12 months
11 within.....
12 AGENT RIPATOO: So you're saying that you don't know that
13 he's ever really been here for 12 consecutive months and based
14 on your earlier statements like I see him in the
15 springtime.....
16 MR. VEYS: Uh-huh.
17 AGENT RIPATOO: .....and yes, I don't know really where he
18 goes.....
19 MR. VEYS: Uh-huh.
20 AGENT RIPATOO: .....you really couldn't make a good faith
21 statement to me.....
22 MR. VEYS: Right.
23 AGENT RIPATOO: .....that he has been here 12 months?
24 MR. VEYS: No, I don't know because all I know
25 (indiscernible - simultaneous speech).....

Page 160

1  AGENT RIPATOO: In essence when you fill out this form
2  saying yeah, he's here.....
3  SCOTT: Did you go back upstairs and see those guys?
4  UNIDENTIFIED VOICE: Yeah.
5  SCOTT: Okay. (Indiscernible - background noise).....
6  MR. VEYS: Uh-huh.
7  SCOTT: .....taking out -- it's kind of like he's taking
8  it out of your pocket.
9  MR. VEYS: Uh-huh.
10 SCOTT: That kind of says -- I mean, if it were me.....
11 MR. VEYS: But....
12 SCOTT: .....I'd be like well, you got to jump through all
13 these.....
14 MR. VEYS: I did. And like he told me he was here. But I
15 don't know -- I don't know about those dates up here, that's
16 what bothers me about those dates.
17 SCOTT: You know, and I'll be honest, I haven't really
18 looked at this document before today.....
19 MR. VEYS: Yeah.
20 SCOTT: .....so I haven't had a chance to really look it
21 over, but.....
22 AGENT RIPATOO: When you go to Wyoming you buy non-
23 resident tags.....
24 MR. VEYS: Absolutely.
25 AGENT RIPATOO: .....right?

Page 161

1  SCOTT: Yeah.
2  AGENT RIPATOO: Does Jim hunt as a non-resident in
3  Wyoming?
4  MR. VEYS: That I don't know.
5  AGENT RIPATOO: Okay.
6  MR. VEYS: That I don't know, I never looked at his
7  license on that.
8  AGENT RIPATOO: Okay. That's fair. I mean, I wouldn't
9  expect you to check his license. Okay. Here's one you signed
10 the following day, in fact, it's 4/20, this is 4/21, for game
11 management unit 3. You said he physically resides in the unit.
12 Does he reside in unit 3 or does he reside in unit 4?
13 MR. VEYS: Where's unit 3?
14 SCOTT: Unit 3's Petersburg, unit 4 is right here.
15 MR. VEYS: Oh, I don't know about 3 and I know he -- he
16 res -- he resides out here.
17 SCOTT: Uh-huh.
18 AGENT RIPATOO: Okay. Tell me about this document again
19 then?
20 MR. VEYS: It's just a document I had.....
21 SCOTT: Did you sign it?
22 MR. VEYS: It looks like my signature on that.
23 SCOTT: Do you remember it signing it?
24 MR. VEYS: Oh, I can't remember. I only signed one
25 document though that he -- I don't -- he can't reside in unit

WITNESS>    DATE>    CASENAME>
                     CASENUM>

Page 162

1  3.
2     AGENT RIPATOO: It wouldn't make sense?
3     MR. VEYS: No.
4     AGENT RIPATOO: Okay.
5     SCOTT: Kake's in unit 3.
6     AGENT RIPATOO: Yeah, Kake's in unit 3.
7     MR. VEYS: I don't know.
8     AGENT RIPATOO: Yeah.
9     MR. VEYS: I don't know.
10    SCOTT: Kake's unit 3, but this is unit 4. The cutoff
11 line's out here in the water.
12    MR. VEYS: Oh, I didn't know that.
13    AGENT RIPATOO: Uh-huh. Okay. So to you this looks like
14 your signature?
15    MR. VEYS: Yeah, it looks like my signature, I'm going to
16 have to say that.....
17    AGENT RIPATOO: Okay.
18    MR. VEYS: .....I mean.....
19    AGENT RIPATOO: As far as this document, do you remember
20 signing this particular document?
21    MR. VEYS: I signed one document, I know that, to say that
22 he was a resident in this.....
23    AGENT RIPATOO: Just one?
24    MR. VEYS: Uh-huh.
25    AGENT RIPATOO: Okay. Here's one from 4/20/2000, it's --

Page 163

1  okay, that's from Larry. That's -- Larry Hooten signed one for
2  unit 3 and 4 for Jim also. Okay. It's not notarized though,
3  but you -- you witnessed it?
4     MR. VEYS: He was out here on this. I remember this -- I
5  believe this was out here. I think he signed this over here.
6     AGENT RIPATOO: Okay. So was Larry here then?
7     MR. VEYS: Uh-huh.
8     AGENT RIPATOO: Okay. And Jim witnessed it for himself
9  obviously. And then you signed that as a witness saying he
10 resides in units 3 and 4?
11    MR. VEYS: This was put in after me, so -- these dates
12 here.
13    AGENT RIPATOO: That was all put in afterwards you're
14 telling.....
15    MR. VEYS: I mean, that's not my signature though -- those
16 numbers.
17    AGENT RIPATOO: Okay.
18    SCOTT: You know, and I -- we can go through that.....
19    AGENT RIPATOO: Yeah. I just want you to look at it and
20 see -- see what these documents are. I think it's -- there's
21 one more there. Let' see. And here you witness this one
22 again.
23    MR. VEYS: This is when Jimmy -- Jimmy asked -- asked us
24 to do this on this.
25    SCOTT: I'm sure -- you know, and, Alan, I'll be straight

Page 164

1  up with you.....
2     MR. VEYS: Yeah.
3     SCOTT: .....I think there's something more that he asked
4  you to do.....
5     AGENT RIPATOO: Uh-huh.
6     SCOTT: .....than sign it. Just looking at that right
7  there, he asked you to sign that document so he could get his
8  -- I mean, that enables him to hunt.
9     MR. VEYS: Sure. I see that now.
10    SCOTT: And you're no fool, Alan, I think you're a pretty
11 smart guy.
12    AGENT RIPATOO: Uh-huh.
13    SCOTT: And I -- there's no way a dummy could put this
14 lodge together. I mean, I -- and that's one thing and I -- I
15 know -- I know I've told many people, I said one thing I know
16 about Alan is I think he's one hell of a good businessman
17 because this is -- to get this kind of place going is -- that
18 takes that kind of knack. And let me tell you what, you're --
19 I don't think you're dumb enough to sign a blank document.
20 Would you sign to me a blank.....
21    MR. VEYS: No.
22    SCOTT: .....if I gave you a blank check would you sign
23 it?
24    MR. VEYS: No. No.
25    SCOTT: It's exactly the same thing, Alan. He wrote

Page 165

1  the.....
2     MR. VEYS: But I don't recall -- I don't recall those
3  dates on there because I never put those dates on there.
4     SCOTT: This is one thing I think where you're going to
5  have to.....
6     MR. VEYS: I don't know what else I can tell you guys on
7  that. I don't recall those dates on there.
8     AGENT RIPATOO: Okay. This is something.....
9     MR. VEYS: I'm -- I'm being -- I'm being up front with
10 you.....
11    SCOTT: I know.
12    AGENT RIPATOO: Okay.
13    SCOTT: What I'm saying is.....
14    MR. VEYS: .....I didn't realize that those dates were
15 that far back because there.....
16    AGENT RIPATOO: Okay.
17    SCOTT: So what happens if Jairell's talking to the other
18 investigators and he says well, you know what, I put these in
19 there and I asked these guys to put it in there for me and -- I
20 mean, they're helping me out.....
21    MR. VEYS: I'm in trouble.
22    SCOTT: Right. And then -- but not only does that make
23 that -- put you in trouble, but that puts you -- is you're kind
24 of giving us -- you're lying to us now. You're.....
25    MR. VEYS: No, I'm not lying to you now. I'm telling you

COMPANY>
PH - COMPANYPHONE>
FAX - COMPANYFAX>
COMPANYEMAIL>
sahile@gci.net

42 (Pages 162 to 165)

Exh. D, p. 6 of 12

WITNESS>               DATE>               CASENAME>
                                           CASENUM>

Page 166

1  the -- the -- I -- those are -- if those dates were put in
2  there then that's not.....
3      SCOTT: Okay.
4      MR. VEYS: .....I would never put those dates in there.
5      SCOTT: I – I believe those dates.....
6      AGENT RIPATOO: All right.
7      SCOTT: .....were already there when you signed it, Alan.
8      MR. VEYS: I don't.....
9      AGENT RIPATOO: Yeah.
10     MR. VEYS: .....you're right then -- if you -- if
11 that's.....
12     SCOTT: That's what I think.
13     MR. VEYS: Okay. If that's your opinion. I don't
14 recall.....
15     SCOTT: But are you telling me you didn't read the
16 document before you signed it.
17     MR. VEYS: I probably did that for a favor to Jimmy on
18 that, but I didn't put those dates in there.
19     AGENT RIPATOO: Okay.
20     SCOTT: Well, I don't think you did put those dates in
21 there, but I think they were there because I don't think you're
22 going to sign a blank document.
23     MR. VEYS: No, I -- I see what you're saying.
24     SCOTT: I see that they're there, but, I mean, what -- did
25 he -- so does it come down to where he asked you.....

Page 167

1      MR. VEYS: I don't.....
2      SCOTT: .....I mean, sitting back -- I mean, I can kind of
3  see where it's like well, I didn't fill out those dates, I'll
4  sign this, but I didn't do that. Is that how it worked out or
5  is it.....
6      MR. VEYS: Jimmy filled in the dates.
7      AGENT RIPATOO: Okay. And.....
8      MR. VEYS: Jimmy filled in the dates.
9      SCOTT: And what did he tell you about them, I mean, what
10 did he -- how did he explain it to you?
11     MR. VEYS: Well, see he told me that he'd been up here
12 before hunting on that.....
13     SCOTT: Uh-huh.
14     MR. VEYS: .....and that he'd been up here, wherever he
15 got that -- that sheep -- not the sheep, but that goat.....
16     SCOTT: Uh-huh.
17     MR. VEYS: .....he told me that he was up here before that
18 stuff and he'd been up with that -- all that time before, but I
19 never witnessed it. But he.....
20     SCOTT: So he asked you to sign.....
21     MR. VEYS: .....he.....
22     SCOTT: .....he asked you to sign it?
23     MR. VEYS: .....those dates, because that's the only way
24 those dates can be really on there would have been -- on there.
25     SCOTT: Right. Well, I mean, we don't want anything I

Page 168

1  think it could have may have been, I mean, it's -- and I know
2  you're saying I don't remember that, I don't remember this, I
3  mean, there's -- the thing you got to remember is all those
4  people who signed those documents.....
5      MR. VEYS: Uh-huh.
6      SCOTT: .....including Jim, right now are saying hey, this
7  is what happened and this is what it went down. And I've kind
8  of got a feeling that Jim may have proposed to you saying hey,
9  Alan.....
10     MR. VEYS: Uh-huh, you're right.
11     AGENT RIPATOO: Let's put this business together.
12     SCOTT: .....let's -- I can help you out.
13     MR. VEYS: Not – not -- not this business.
14     AGENT RIPATOO: Well, I don't mean the lodge.
15     MR. VEYS: He wanted.....
16     SCOTT: I -- he's going to come up here -- he's going to
17 come up here and take some bear hunters up. I mean, obviously
18 you guys have had a -- you know, a friendship, a -- you know, a
19 relationship before predating this. And, you know, there's no
20 doubt that you benefit a little bit and he's bringing people
21 into -- and no, it's not the busy fishing season for you so
22 sure, why not.
23     AGENT RIPATOO: Uh-huh.
24     SCOTT: But hey, in order to do this I need -- I need to
25 be a guide. Someone's got to vouch for me.

Page 169

1      MR. VEYS: But see when -- when he first came up here it
2  wasn't his intent to be a guide. When I first talked to him,
3  you know, back then, I don't think he intended to be -- do what
4  he's doing now.
5      SCOTT: Okay.
6      MR. VEYS: At least it wasn't my understanding of that.
7      SCOTT: What did he -- what did he do for a living when
8  you met him?
9      MR. VEYS: Electrician.
10     SCOTT: He was an electrician?
11     MR. VEYS: Uh-huh. Or he worked for someone doing
12 electricianing.
13     SCOTT: Okay. And but as far as you know now all is he
14 does is just guides, right?
15     MR. VEYS: Yeah, pretty much. I don't think he does any
16 elec -- electrical work any more.
17     SCOTT: Okay. But kind of what I'm getting at, Alan,
18 is.....
19     MR. VEYS: Okay.
20     SCOTT: .....you know, there's no doubt in my mind that
21 you've got to remember the way the day that you signed
22 those.....
23     MR. VEYS: I remember.....
24     SCOTT: .....you've got to remember.....
25     MR. VEYS: .....I do remember that day.

WITNESS>                          DATE>                          CASENAME>
                                                                 CASENUM>

### Page 170

1  SCOTT: .....you have to remember the conversation.....
2  MR. VEYS: Yeah.
3  SCOTT: .....that's kind of a big deal. I mean, I -- you
4  -- you kind -- I mean, you're a pretty honest guy.....
5  SCOTT: Uh-huh.
6  SCOTT: .....and in order to do that you -- I'm sure it
7  would have to nag on your conscious a little bit. I mean,
8  heck, I still remember some of the things I did when I was a
9  teenager, but, you know, I kind of bent my morals a little bit.
10 MR. VEYS: Oh, yeah.
11 SCOTT: You know, I was a kid and I still remember those
12 so I know you got to remember.
13 MR. VEYS: Uh-huh.
14 SCOTT: I mean, I just want to know how it -- how'd it
15 workout?
16 MR. VEYS: At the time Jimmy asked me to do that it was
17 when he was working for Larry Hooten or Dave Helmick (ph).....
18 SCOTT: Sure.
19 MR. VEYS: .....and he wanted to get his -- he come up to
20 -- working as an assistant guide and doing that stuff.
21 SCOTT: Uh-huh. He wanted to break out on his own because
22 you said Hooten kind of gave him the short end of the stick,
23 right?
24 MR. VEYS: Well, evidently the -- guides like that, like
25 Hooten and all the other guides, they realize that, you know,

### Page 171

1  this guy gets so many years in and he's going to go out on his
2  own.
3  SCOTT: Yeah.
4  MR. VEYS: So they -- they hired him for one or two
5  years.....
6  SCOTT: Uh-huh.
7  MR. VEYS: .....and then let him go. So that he has to
8  start his guide license all over again.....
9  SCOTT: Yeah.
10 MR. VEYS: .....you know, guiding for another guide.
11 That's why he went over to Helmick -- Helmick.....
12 SCOTT: Uh-huh.
13 MR. VEYS: .....on that.
14 SCOTT: But Helmick didn't work him very long either
15 though?
16 MR. VEYS: I don't know what the deal was with that. I
17 don't know.
18 SCOTT: Right.
19 MR. VEYS: That was between -- between him and.....
20 SCOTT: And I'm not sure about the -- and I don't know
21 about the intimacies of the -- their business relationship, but
22 I know that he.....
23 MR. VEYS: Uh-huh.
24 SCOTT: .....didn't work for him for that long. I mean,
25 it wasn't that long. I mean, he didn't work for Hooten that

### Page 172

1  long either, but.....
2  MR. VEYS: Uh-huh. All I know is.....
3  SCOTT: So he works for those two guys and then comes to
4  you.
5  MR. VEYS: Uh-huh.
6  SCOTT: And now what?
7  MR. VEYS: All I know is -- well, he didn't come to me
8  because I can't do nothing with him.
9  SCOTT: Or.....
10 AGENT RIPATOO: I mean, he came to you to have you sign
11 these things and to make a business arrangement with you?
12 SCOTT: So, I mean, yes, you did do something with him?
13 MR. VEYS: No, there was no business relationship then.
14 He wanted to get his residency up in Alaska, that's what he was
15 after.
16 AGENT RIPATOO: There -- there was no business
17 arrangement, it just -- I was looking for.....
18 MR. VEYS: (Indiscernible - simultaneous speech).....
19 AGENT RIPATOO: .....just listen.
20 MR. VEYS: Okay.
21 AGENT RIPATOO: And I was looking for it and I can't find
22 it, it just so happens that you got your transporter license a
23 day after he applied -- you know, you applied for your
24 transporter license the following day that he applied for his
25 assistant guide's license or his registered, right?

### Page 173

1  SCOTT: That's what it looks like.
2  MR. VEYS: Well.....
3  AGENT RIPATOO: Okay. I want you to think about that.
4  MR. VEYS: Okay.
5  AGENT RIPATOO: And that -- so here it is April, boom,
6  Jimmy Jairell applies for a guide's license, Alan Veys applies
7  for a transporter license and you're trying to tell me there
8  was no business arrangement and that it was a coincidence those
9  two things arrived in Juneau within a day of each other?
10 MR. VEYS: There wasn't a question of coincidence or not.
11 AGENT RIPATOO: Okay.
12 MR. VEYS: Jimmy gets his guide license.....
13 AGENT RIPATOO: Uh-huh.
14 MR. VEYS: .....on that, he's responsible for his
15 transporter's. The reason I got my transporter's like that, I
16 think it's my second time, I've had.....
17 AGENT RIPATOO: Okay.
18 MR. VEYS: .....I had one back in '80.....
19 AGENT RIPATOO: The '80s, an old one?
20 MR. VEYS: Some -- somewhere through there.
21 AGENT RIPATOO: Okay.
22 MR. VEYS: Somewhere through there. The reason I got my
23 transporter's then is that if we get a guide comes over
24 here.....
25 AGENT RIPATOO: Uh-huh.

WITNESS>                                    DATE>                                    CASENAME>
                                                                                     CASENUM>

Page 174
1  MR. VEYS: .....for a non-guided hunt.....
2  AGENT RIPATOO: Uh-huh. You wanted to be able to take
3  him?
4  MR. VEYS: That way I didn't have any problem with taking
5  him over there on that.
6  AGENT RIPATOO: Okay.
7  SCOTT: And that's understandable.
8  AGENT RIPATOO: That's understandable.
9  MR. VEYS: I just wanted to cover my -- you know, things
10 on that.....
11 SCOTT: See to me that makes sense.....
12 MR. VEYS: Does it?
13 SCOTT: .....because I'm.....
14 MR. VEYS: Uh-huh.
15 SCOTT: .....I mean, you know, if I seem aloof at some
16 times.....
17 MR. VEYS: Uh-huh.
18 SCOTT: .....I'm not, I'm -- I'm tracking with what you're
19 saying.....
20 MR. VEYS: Sure.
21 SCOTT: .....okay?
22 MR. VEYS: Okay.
23 SCOTT: And I understand how, you know, businesses work,
24 especially on -- you know, the guiding businesses work.
25 MR. VEYS: Uh-huh.

Page 175
1  SCOTT: And noth -- there's no free lunch in the world
2  ever, nothing ever. Nothing.
3  MR. VEYS: There is ever.
4  SCOTT: No, not really. It -- you may not get paid on it
5  right away, but you'll get paid in the long run later on. It's
6  -- everything's -- you know, to businesses that's what .....
7  MR. VEYS: The reason I would do that non-guided bear
8  hunts.....
9  SCOTT: Hmmm.
10 MR. VEYS: .....is that we would take them over there and
11 -- if we had guests that would go over and do that.....
12 SCOTT: Uh-huh.
13 MR. VEYS: .....and if they wanted to go over and do a
14 combination -- do bear hunt and black -- or black bear and
15 fishing trips.....
16 SCOTT: Uh-huh.
17 MR. VEYS: .....we would do that.
18 SCOTT: Sure.
19 MR. VEYS: When Jimmy got his transporter's license like
20 that and he.....
21 SCOTT: And it makes sense, it's a ben.....
22 MR. VEYS: .....(indiscernible - simultaneous speech).....
23 SCOTT: .....it's a mutual -- it benefits you both, he
24 gets -- he gets -- gets his clients, they get to bear hunt, you
25 get a fishing trip out of it, you know, he'd -- and, you know,

Page 176
1  and on the top there's nothing wrong with that. It's -- it's
2  what's -- it happens all the time in the business world, two
3  companies.....
4  MR. VEYS: Uh-huh.
5  SCOTT: .....say hey, we got a common goal, if we can work
6  together, we can both make money.....
7  MR. VEYS: Why -- why.....
8  SCOTT: .....why not, why work against each other, we can
9  work with each other. And there's nothing wrong with that.
10 MR. VEYS: Well, it's.....
11 SCOTT: There's nothing wrong.
12 MR. VEYS: Well, on that case then why -- you say the --
13 why did I get my transporter's license the day after his.
14 Probably at the time I thought I needed it.....
15 SCOTT: Sure.
16 MR. VEYS: .....to do that.
17 SCOTT: To cover your tail if they -- they.....
18 AGENT RIPATOO: Okay.
19 MR. VEYS: So I did.
20 SCOTT: Sure.
21 MR. VEYS: I didn't need it, didn't use it. So Jimmy --
22 Jim uses his.....
23 SCOTT: Okay.
24 MR. VEYS: .....so I didn't need it. That's the probably
25 the reason.....

Page 177
1  AGENT RIPATOO: Okay.
2  MR. VEYS: .....it happened back then.
3  AGENT RIPATOO: Was there.....
4  MR. VEYS: And.....
5  AGENT RIPATOO: .....was there any deal, did -- did Jim
6  say okay, we'll get these hunters and we're going to -- you
7  know, was there something in addition to lodging, was there an
8  additional financial deal the two of you had worked out in
9  addition -- in addition to the lodging and the room and board
10 for the clients?
11 MR. VEYS: No, just what that.....
12 AGENT RIPATOO: Okay.
13 MR. VEYS: .....and when we take them fishing out there.
14 AGENT RIPATOO: Okay. Did he -- did he -- well, did he
15 pay you or do any favors for you for signing his forms? Did he
16 say yeah, I'll bring.....
17 MR. VEYS: No.
18 AGENT RIPATOO: .....clients here for you for signing
19 this?
20 MR. VEYS: No. Just.....
21 AGENT RIPATOO: Okay.
22 MR. VEYS: .....I was trying to help him because like I
23 said basically, he told me he was a resident up here, he told
24 me how many years he's been here.....
25 SCOTT: How many years did he tell you?

COMPANY>                    PH - COMPANYPHONE>                    COMPANYEMAIL>
                            FAX - COMPANYFAX>                    sahile@gci.net

45 (Pages 174 to 177)

WITNESS>                    DATE>                    CASENAME>
                                                     CASENUM>

Page 178

1  MR. VEYS: Other than look on the form, that would be back
2  to '82 when he was here.
3  SCOTT: Okay. So he told you he was here since '82.....
4  MR. VEYS: Uh-huh.
5  SCOTT: .....is that what he said?
6  MR. VEYS: Uh-huh.
7  AGENT RIPATOO: And yet at that time you had -- had you
8  already visited him at his home in Wyoming?
9  MR. VEYS: After -- when he said that?
10 AGENT RIPATOO: Yes.
11 MR. VEYS: Oh, yeah.
12 AGENT RIPATOO: Was that before that or after that you'd
13 been to his house in Wyoming?
14 MR. VEYS: After I signed that paper?
15 AGENT RIPATOO: Uh-huh, 2000, April of 2000?
16 MR. VEYS: I had to be there before that.
17 AGENT RIPATOO: Okay.
18 MR. VEYS: (Indiscernible - simultaneous speech).....
19 AGENT RIPATOO: Didn't it make you suspicious that a guy's
20 wife and child live in Wyoming and he owns a house there and
21 yet he says no, I'm going to -- I've lived -- I -- I live now
22 in Alaska and not only that I've hunted in units 3 and 4 for
23 the last 18 years?
24 MR. VEYS: Yes.
25 AGENT RIPATOO: And but you swore an oath.....

Page 179

1  MR. VEYS: I.....
2  AGENT RIPATOO: .....in front of a notary saying this was
3  true?
4  MR. VEYS: That's what he told me.
5  AGENT RIPATOO: Okay. So you're telling.....
6  SCOTT: But you're still responsible for your signature,
7  just signing.....
8  MR. VEYS: I -- you.....
9  SCOTT: .....a blank check.
10 MR. VEYS: .....you're right and I -- I'm not going to
11 deny that.
12 SCOTT: You sign a check, it's going to get cashed, right?
13 MR. VEYS: You're -- you're -- I'm not -- I'm not going to
14 argue with you guys on that.
15 SCOTT: Okay.
16 AGENT RIPATOO: Okay.
17 MR. VEYS: I mean, I'm -- what can I do, you know, he told
18 me that he'd been up here before on that.....
19 AGENT RIPATOO: Uh-huh.
20 MR. VEYS: .....that he was doing that. And I believed
21 him.
22 AGENT RIPATOO: Did the two of you look into the guide
23 regulations and see how many years he needed to have hunted
24 here.....
25 MR. VEYS: No. I.....

Page 180

1  AGENT RIPATOO: .....to meet the standards?
2  MR. VEYS: .....I don't do that, that's his deal.
3  AGENT RIPATOO: Okay.
4  MR. VEYS: I mean, for -- for -- to meet as a residency?
5  AGENT RIPATOO: Well, not only residency, but to be
6  eligible for -- what is it if they're registered 15 years of
7  hunting?
8  MR. VEYS: Oh, I don't know nothing about that.
9  AGENT RIPATOO: Yeah.
10 SCOTT: I mean, the whole thing is kind of strange.....
11 MR. VEYS: I don't know.
12 SCOTT: .....is nobody -- I don't really know of anybody
13 sane -- anybody sane anyway, who would voluntarily say yeah,
14 I'll sign here, I'll sign this statement, sure, you bet. Heck,
15 I -- you know, even if it was my own family member I think I'd
16 look it over.
17 MR. VEYS: You're right.
18 SCOTT: And so.....
19 MR. VEYS: You're absolutely right.
20 SCOTT: .....and what it looks like to me -- I mean, and
21 this is.....
22 MR. VEYS: Uh-huh.
23 SCOTT: .....this is just my view of it.....
24 MR. VEYS: Yeah.
25 SCOTT: .....and this is what it's going to look like

Page 181

1  to.....
2  MR. VEYS: To the.....
3  SCOTT: .....everybody else.....
4  MR. VEYS: .....everybody else.
5  SCOTT: .....the public, they're going to say huh, he
6  signs a questionable form, I mean, but the -- I mean, I would
7  be hesitant about it, but Alan signs it. And as a result of
8  you signing that form it enables him to start guiding which
9  really starts bringing you more business, right?
10 AGENT RIPATOO: Which benefits you directly.
11 MR. VEYS: But that wasn't the intent of it.
12 SCOTT: I don't care what the intent of it is.
13 MR. VEYS: Okay.
14 AGENT RIPATOO: But it benefitted you directly.
15 SCOTT: I'm just telling you -- I'm just -- I'm just
16 trying to keep it real for you.
17 MR. VEYS: Oh.
18 SCOTT: And with -- with the layman looking in.....
19 MR. VEYS: I see.
20 SCOTT: .....this is what it's looking like.
21 AGENT RIPATOO: Yeah.
22 SCOTT: And that's why I'm trying to take a step back and
23 say you signed that form in essence (indiscernible) thousands
24 and thousands of dollars of revenue.
25 MR. VEYS: Not thousands and thousands. I think.....

COMPANY>                    PH - COMPANYPHONE>                    COMPANYEMAIL>
                            FAX - COMPANYFAX>                     sahile@gci.net

46 (Pages 178 to 181)

WITNESS>                    DATE>                         CASENAME>
                                                          CASENUM>

Page 182

```
 1    SCOTT: Well, I mean.....
 2    MR. VEYS: .....you're -- you're.....
 3    SCOTT: .....potentially because -- I mean.....
 4    AGENT RIPATOO: Well, if you had five clients.....
 5    SCOTT: .....how long is this relationship -- business
 6  relationship with Jairell going to last?
 7    AGENT RIPATOO: Maybe indefinitely.
 8    SCOTT: It could be indefinite so then.....
 9    MR. VEYS: No it -- it was never -- this was the last year
10  it was going to happen.
11    AGENT RIPATOO: Why is that?
12    MR. VEYS: Because Jimmy -- I don't agree with the way
13  Jimmy does things.
14    AGENT RIPATOO: Tell me about that?
15    MR. VEYS: I don't agree with the way he takes care of
16  clients out there. And I just don't -- I like to follow up
17  with things on that and it just doesn't -- it just wasn't
18  working out with us. I just didn't like the way things were
19  looking on that at all.
20    AGENT RIPATOO: Well, what specific things.....
21    MR. VEYS: Well.....
22    AGENT RIPATOO: .....triggered that?
23    MR. VEYS: .....he'll blame things on me that is not my in
24  my control on that. It's -- if they have five people going on
25  the plane and there's six people here and one of them is his
```

Page 183

```
 1  guide, I tell him I said look I can't get you on this fish
 2  plane.
 3    AGENT RIPATOO: Uh-huh.
 4    MR. VEYS: Well, you knew, you -- you guys, you know. And
 5  I said well, it's not my responsibility. And he'll say one
 6  thing one minute and one thing the next minute.....
 7    AGENT RIPATOO: Uh-huh.
 8    MR. VEYS: .....and I can't keep up with it.
 9    AGENT RIPATOO: Uh-huh.
10    MR. VEYS: And it's so frustrating on me on that and I
11  just get so sick over it.
12    AGENT RIPATOO: Uh-huh.
13    MR. VEYS: And he'll say one thing one minute and then it
14  seems like an hour later he'll be off on something else and
15  I'll just say hey, you said you were going to do this and
16  this.....
17    AGENT RIPATOO: Uh-huh.
18    MR. VEYS: .....and you told me this. Oh, no, I never
19  said that or I can't do that.
20    AGENT RIPATOO: Uh-huh.
21    MR. VEYS: And I don't believe him. And that's why I was
22  going -- this year was.....
23    AGENT RIPATOO: Uh-huh.
24    MR. VEYS: .....I shouldn't even had it done this year.
      AGENT RIPATOO: Uh-huh.
```

Page 184

```
 1    MR. VEYS: I should not even have done this year. And it
 2  wasn't for the monetary -- you know, thing on that. I -- the
 3  -- I'm happy with just the fishing end of it.
 4    AGENT RIPATOO: Uh-huh.
 5    SCOTT: Oh, sure, but I'm saying is him bringing his
 6  clients in brings.....
 7    MR. VEYS: No.
 8    SCOTT: .....it brings you clients. I mean, whether --
 9  and I'm not -- I'm not trying.....
10    MR. VEYS: I -- I see.....
11    SCOTT: .....and I'm not trying to step into your shoes
12  and say well, I just enjoyed having people out here, you know,
13  people are going to look -- what this means -- this is a lodge
14  and the reason for this being here is to bring people in, take
15  them out fishing and they pay -- you know, they pay good money
16  to come out here and do this. And a lot of being lodge owners,
17  it's part salesmanship, you got to sell this Alaskan experience
18  to people. And there's -- I mean, it's -- I mean, the people
19  in my family do the same thing. I -- and there's nothing wrong
20  with it, it's great. I mean, two thumbs up to this kind of
21  stuff. But when -- you can't tell me that one of the biggest
22  things as a lodge owner is you always want to make sure you got
23  enough clients because without enough clients you're not going
24  to be able to -- you know, you got to pay your bills too.
25    MR. VEYS: That is -- I don't need his hunters around here
```

Page 185

```
 1  to pay the bills.
 2    SCOTT: Well, I understand you don't need his hunters.
 3    MR. VEYS: I do not. They're more of a pain in the --
 4  this was done for Jimmy to do his hunting and that.
 5    SCOTT: Sure.
 6    MR. VEYS: It's more of a pain that it's worth.
 7    SCOTT: Well, in hindsight I'm sure that's what it looks
 8  like.
 9    MR. VEYS: No, no. Even in now sight, but.....
10    SCOTT: But when.....
11    MR. VEYS: I did it for -- as a convenience. It's more of
12  a pain, it's more -- it's not cost effective to do it.
13    AGENT RIPATOO: Hmmm.
14    MR. VEYS: Do you understand that really?
15    SCOTT: Well.....
16    MR. VEYS: I'm just saying.....
17    SCOTT: And I haven't looked -- I haven't looked at the
18  books.
19    MR. VEYS: Well, what.....
20    SCOTT: I don't know exactly what you.....
21    MR. VEYS: Well, what.....
22    SCOTT: .....what you charge and that's why we're asking,
23  what are you charging. And that will all come out in the
24  open.....
25    MR. VEYS: Yeah.
```

WITNESS>   DATE>   CASENAME>
CASENUM>

### Page 186

1  SCOTT: ..... when we go look at the records.
2  MR. VEYS: I charge them for room and board what a
3  fisherman would come out here to do.
4  SCOTT: So if I was to come out here and be your client,
5  to come out here for a week of fishing.....
6  MR. VEYS: Uh-huh.
7  SCOTT: .....you normally do five day trips?
8  MR. VEYS: Five day trip.
9  SCOTT: So if I come out here for a five day trip what
10 would that cost me?
11 MR. VEYS: Anywhere from 2,495 to 3,000.
12 SCOTT: Okay. Let's -- we'll just go 2,500 bucks.
13 MR. VEYS: Okay.
14 SCOTT: So $2,500 is what it costs me to be out here for
15 five days, that covers food, fishing, lodging.....
16 MR. VEYS: That's it.
17 SCOTT: .....and that's it.
18 AGENT RIPATOO: It doesn't cover transport from.....
19 SCOTT: They've.....
20 AGENT RIPATOO: Well, it covers transport from Kake or
21 from Petersburg?
22 MR. VEYS: Jimmy has brought them in himself for.....
23 SCOTT: So, but for your fee.....
24 MR. VEYS: And I do bring some of them back and forth too.
25 AGENT RIPATOO: Okay.

### Page 187

1  MR. VEYS: But if it was just me, 2,500 bucks which I
2  guess is the base rate. I got -- you know, I'm sure you
3  probably contract with either Locum or somebody to fly them out
4  here, they pay for that themselves, right, which is usually
5  probably about 100.....
6  MR. VEYS: And 50 bucks, yeah.
7  SCOTT: .....150 bucks to come out here. So that's an
8  expense I pay on my own, it is not included in the lodge,
9  right, transportation's not included in the price?
10 MR. VEYS: In that price it is.
11 SCOTT: It is? So you pay the air carrier to bring these
12 people in and out?
13 MR. VEYS: Uh-huh.
14 SCOTT: Okay. So when Jimmy brought his clients in you
15 charge them, I guess, 2,500 is what they.....
16 MR. VEYS: Correct.
17 SCOTT: .....was what they paid?
18 MR. VEYS: Correct.
19 SCOTT: So okay. So rolling on that, this is -- they're
20 paying $2,500 and they're paying for food, lodging and fishing,
21 correct?
22 MR. VEYS: Uh-huh.
23 SCOTT: And other people are paying for food, lodging and
24 fishing, the -- the non Jairell clients, correct?
25 MR. VEYS: Correct.

### Page 188

1  SCOTT: So, I mean, I don't see how it -- I mean, it's a
2  benefit really because were you going to get those people
3  without him? No, they probably wouldn't come here.
4  MR. VEYS: Well, I see what you're getting at
5  (indiscernible - simultaneous speech).....
6  AGENT RIPATOO: Does -- does.....
7  SCOTT: Most of these people -- and you -- and they're
8  coming in your slow season. I mean, I know the charter season
9  very well.
10 MR. VEYS: Uh-huh.
11 SCOTT: And it's just now starting to get going.
12 MR. VEYS: No, it.....
13 SCOTT: It wasn't getting going around brown bear time.
14 MR. VEYS: No, the -- the only -- the only reason we don't
15 book this time of year is one reason, not that we couldn't
16 book.....
17 SCOTT: Sure.
18 MR. VEYS: .....is because I do all my prep work.
19 SCOTT: Sure.
20 AGENT RIPATOO: Yeah.
21 MR. VEYS: I could book it, I could book those -- I could
22 book those people in here. I've probably booked twice as many
23 people in there, I can do that.
24 SCOTT: Well, I'm -- I'm just telling you from the outside
25 looking in, I'm not making any judgments.

### Page 189

1  MR. VEYS: But.....
2  SCOTT: I'm just.....
3  MR. VEYS: I see.....
4  SCOTT: .....telling you what it looks like.
5  MR. VEYS: .....I see your point, and you're -- I
6  understand your point too on that.
7  SCOTT: Okay.
8  MR. VEYS: Yeah, you're right.
9  AGENT RIPATOO: Since you guys were talking about money
10 just explain to me how it works a little bit -- a little more
11 when Jimmy's had a client here, does he write you a check for
12 them staying here or do the clients pay you directly for the
13 lodging and stuff here and then they pay him separate for the
14 hunt, how does it work?
15 MR. VEYS: Jimmy -- Jimmy wrote me a check.
16 AGENT RIPATOO: Okay. So he'll just -- he wrote you a
17 check for the last five clients then?
18 MR. VEYS: Right.
19 AGENT RIPATOO: Okay.
20 MR. VEYS: Right.
21 AGENT RIPATOO: Okay. And that's just based on the number
22 of nights they were here or the number of nights they had
23 reserved to be here?
24 MR. VEYS: Yes.
25 AGENT RIPATOO: Okay. Okay. Going back on this residency