State of Alaska
Department of Community and Economic Development
Division of Occupational Licensing
P.O. Box 110806, Juneau, AK 99811-0806
Telephone: (907) 465-2543   Fax: (907) 465-2974
E-mail: license@dced.state.ak.us

**HUNTING EXPERIENCE & RESIDENCY**

**AFFIDAVIT**

This form is to be completed by someone else on your behalf only if you are applying under **Option B**. You may photocopy this form if necessary.

I verify that _____ James F. Jairell _____ has the
                                (Applicant's Name)

following hunting experience in unit ___4___.

1. Years of Hunting - must list actual calendar year which you can confirm applicant hunted in the unit:
   1982  1983  1984  1985  1986  1987  1988  1989
   1990  1991  1992  1993  1994  1995  1996  1997
   1998  1999

2. Does the applicant physically reside in the unit? ☒ Yes   ☐ No

I certify that the information contained in this affidavit is true and correct, and I have freely completed, without duress, said affidavit.

I understand that, in accordance with Alaska Statute 11.56.210, any person knowingly or intentionally furnishing false or fraudulent information when completing this affidavit is subject to imprisonment for not more than one year, a fine of not more than $5,000.00 or both.

Alan Veys               [signature]              4-20-00
Printed Name            Signature                Date

**NOTARIZED**

Signed before me this 24th day of April 2000.

                                    [signature]
                                    Notary Public for the State of Alaska
      SEAL                          My Commission Expires: May 18, 2002

OR

**WITNESSED**

WITNESS 1:

_____   _____   _____
(Print Name)                (Signature)                 (Date)

WITNESS 2:

_____   _____   _____
(Print Name)                (Signature)                 (Date)

08-4008d (Rev. 3/00)

**Exh. E, p. 1 of 2**

State of Alaska
Department of Community and Economic Development
Division of Occupational Licensing
P.O. Box 110806, Juneau, AK 99811-0806
Telephone: (907) 465-2543  Fax: (907) 465-2974
E-mail: license@dced.state.ak.us



RECEIVED
APR 21 2000
DIVISION OF
OCCUPATIONAL LICENSING
JUNEAU

**HUNTING EXPERIENCE & RESIDENCY**

**AFFIDAVIT**

This form is to be completed by someone else on your behalf only if you are applying under **Option B**. You may photocopy this form if necessary.

I verify that ___Jame E Jairell___ has the
(Applicant's Name)

following hunting experience in unit ___3___.

1. Years of Hunting - must list actual calendar year which you can confirm applicant hunted in the unit:
   1982  1983  1984  1985  1986  1987  1988  1989
   1990  1991  1992  1993  1994  1995  1996  1997
   1998  1999

2. Does the applicant physically reside in the unit?  ☑ Yes  ☐ No

I certify that the information contained in this affidavit is true and correct, and I have freely completed, without duress, said affidavit.

I understand that, in accordance with Alaska Statute 11.56.210, any person knowingly or intentionally furnishing false or fraudulent information when completing this affidavit is subject to imprisonment for not more than one year, a fine of not more than $5,000.00 or both.

___Alan Veys___    ___Alan Veys___ (signature)    ___4-21-00___
Printed Name           Signature                       Date

**NOTARIZED**

Signed before me this ___21___ day of ___April___, ___2000___.

___Vicki Brunski___ (signature)
Notary Public for Alaska

SEAL    My Commission Expires: ___May 18, 2002___

OR

**WITNESSED**

WITNESS 1:

_____    _____    _____
(Print Name)                (Signature)                 (Date)

WITNESS 2:

_____    _____    _____
(Print Name)                (Signature)                 (Date)

08-4008d (Rev. 10/99)

Exh. E, p. 2 of 2