April 20    -    Jim Jairell and Wayne Myers fly to Juneau
                 Then fly to Pybus

April 21    -    Wayne Myers hunt for brown bear (Wayne leaving-?)
                 (Jim - $0.00, Alan-ask him, Larry Hutoon $1,000)

April 30    -    Harold & Dawn Parker arrive in Juneau
                 (note: if bears are out they want to start hunt on
                 April 25)
                 Fly to Pybus

May 1       -    Start brown bear hunt for the Parkers ($17,000)
                 (Larry Hutoon-$5,666.00, Alan-$5,666.00,
                  Jim-$5,666.00)

May 10      -    Late – Parkers leave to Juneau
                 Dave Seeno arrive in Juneau
                 Fly to Pybus

May 11      -    Start brown bear hunt for Seeno ($10,000)
                 (Larry Hutoon-$3,500, Alan-$3,000, Jim - $3,500)

May 20      -    Late – Seeno leave to Juneau (or on May 21)

May 21      -    **NOT CONFIRMED**-Lynn Sedelbauer party of 4
                 3 black bear, 4 fishing ($11,780)
                 (Larry Hutoon-$300.00, Alan-$8,780.00, Jim-$2,700)
                 would leave on May 26

May 26      -    Darwin Lamb – party of three - fly to Pybus ($9585)
                 (Larry Hutoon-$300.00, Alan-$6,585, Jim-$2,700)
                 2 – black bear hunts, three fishing

May 31      -    Lamb party fly to Juneau from Pybus

June ?      -    Hot date with wild woman named Val in Juneau

VJ025696

**Exh. G, p. 1 of 2**

Jim's flight from Juneau is on June 13th, he will catch some flight from Pybus!!!

---

| | | |
|---|---|---|
| Sept 14 | - | Ed Brown fly to Juneau<br>Fly to Pybus |
| Sept 15 | - | Start brown bear hunt with Brown ($ ask Alan)<br>(this hunt was booked thru Fred)  ?????? |
| Sept 24 | - | Late – Brown leaves Pybus<br>Robbie Robinson fly to Pybus |
| Sept 25 | - | Start brown bear hunt with Robinson ($trade)<br>(Jim will pay Alan $3,000.00, Larry Hutoon-trade<br>Jim-trade) |
| Oct. 4 | - | Robinson and Jairell fly to Juneau |

VJ025697

**Exh. G, p. 2 of 2**