Address Line 1  
Address Line 2  
City, State/Province Postal Code  
Country

June 03, 2000

I, Jim Jairell, will provide guide service for _THOMAS PLANK_
for June 3rd and June 4th for the sum of $1,500.00 (Fifteen hundred dollars.)
I, Jim Jairell will dress the bear and provide shipping for said bear to Juneau, beyond is clients,
responsibility. Client will provide credit card number which will be held for 10 days for deposit.
When I receive check for full payment, I will shred said credit card.

_T. J. Plank_                     _VISA_
Your name goes here

Address Line 1
Address Line 2
City, State/Province  Postal Code
Country

June 03, 2000

I, Jim Jairell, will provide guide service for _S. Moreland_
for June 3rd and June 4th for the sum of $1,500.00 (Fifteen hundred dollars.)
I, Jim Jairell will dress the bear and provide shipping for said bear to Juneau, beyond is clients,
responsibility. Client will provide credit card number which will be held for 10 days for deposit.
When I receive check for full payment, I will shred said credit card.

_signature_
Your name goes here

Master

IR000444

**Exh. H, p. 2 of 3**

Address Line 1
Address Line 2
City, State/Province Postal Code
Country

June 03, 2000

I, Jim Jairell, will provide guide service for  *RALPH KALIES*
for June 3rd and June 4th for the sum of $1,500.00 (Fifteen hundred dollars.)
I, Jim Jairell will dress the bear and provide shipping for said bear to Juneau, beyond is clients,
responsibility. Client will provide credit card number which will be held for 10 days for deposit.
When I receive check for full payment, I will shred said credit card.

*[signature: Ralph Kalies]*
Your name goes here

VISA

ATTACHMENT # 5
PAGE 1 OF 1

IR000445

**Exh. H, p. 3 of 3**