FROM :                    FAX NO. : 307-742-0468        Oct. 08 2001 06:56PM  P1

### Actual Paid by Hunters and to Whom

| | | Alan | Dave | Jim | Total |
|---|---|---|---|---|---|
| Joe Simpson | Paid deposit to Pybus Point | $ 2,750.00 | | | |
| | Paid to Dave directly | | $ 1,750.00 | | $ 4,500.00 |
| Charlie Simpson | Paid deposit to Pybus Point | $ 2,750.00 | | | |
| | Paid to Dave directly | | $ 1,750.00 | | $ 4,500.00 |
| Bill Papola | Paid deposit to Pybus Point | $ 2,000.00 | | | |
| | Paid to Pybus Point on arrival | $ 2,500.00 | | | $ 4,500.00 |
| John Voter | Paid in one lump sum to Pybus Point | $ 5,500.00 | | | $ 5,500.00 |
| Dan Grolemand | Paid in one lump sum to Pybus Point | $ 5,500.00 | | | $ 5,500.00 |
| TOTALS | | $ 21,000.00 | $ 3,500.00 | $ -  | $ 24,500.00 |

VJ034387

**Exh. I, p. 1 of 2**

| Distribution of Hunt dollars | Alan | Dave | Jim | Total |
|---|---|---|---|---|
| Joe Simpson | $ 2,500.00 | $ - | $ 2,000.00 | $ 4,500.00 |
| Charlie Simpson | $ 2,500.00 | $ 2,000.00 | $ - | $ 4,500.00 |
| Bill Papola | $ 2,500.00 | $ - | $ 2,000.00 | $ 4,500.00 |
| John Voter | $ 2,500.00 | $ 3,000.00 | $ - | $ 5,500.00 |
| Dan Grotemand | $ 2,500.00 | $ 3,000.00 | $ - | $ 5,500.00 |
| TOTALS | $ 12,500.00 | $ 8,000.00 | $ 4,000.00 | $ 24,500.00 |

Alan should pay to Dave
Alan should pay to Jim
This is Alans

Alan Received      $ 21,000.00
                   $ (4,500.00)
                   $ (4,000.00)
                   $ 12,500.00

Alan should pay to Jim
(for a total of 10,000.00)
(black bear and goat)

Alan Received also for black bear hunts
4 X 1,500.00        6,000.00

VJ034388

**Exh. I, p. 2 of 2**