Brent R. Cole
MARSTON & COLE, PC
745 W. 4th Avenue, Suite 502
Anchorage, AK  99501
Telephone:    (907) 277-8001
Facsimile:     (907) 277-8002

Allen F. Clendaniel
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:     (907) 276-4152

Attorneys for Defendant Alan J. Veys

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ALAN J. VEYS and JAMES E. JAIRELL<br><br>Defendants. | Case No. 1:06-CR-00003-HRH-PMP<br><br>**SUPPLEMENT TO DEFENDANT VEYS'S SENTENCING MEMORANDUM** |

Defendant Alan J. Veys files this supplement to his sentencing memorandum filed on July 26, 2007 at Docket 121.  This filing supplements Mr. Veys's sentencing memorandum by updating Exhibit C, pp. 1-7 and Exhibit C, Attachment 2.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SUPPLEMENT TO DEFENDANT VEYS' SENTENCING MEMORANDUM - 1
*USA v Veys, et al.,* Case No. 1:06-CR-00003-HRH-PMP
4831-0863-6417\1\480253\00002

DATED this 31st day of July, 2007, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:    /s/ Allen F. Clendaniel
     Allen F. Clendaniel, ABA #0411084
     DORSEY & WHITNEY LLP
     1031 West Fourth Avenue, Suite 600
     Anchorage, AK 99501-5907
     Telephone:   (907) 276-4557
     Facsimile:   (907) 276-4152
     E-mail: clendaniel.allen@dorsey.com

     Brent R. Cole, ABA #8606074
     MARSTON & COLE, PC
     745 W. 4th Avenue, Suite 502
     Anchorage, AK 99501
     Telephone:   (907) 277-8001
     Facsimile:   (907) 277-8002

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 31st, day of July, 2007,a copy of the foregoing document was served on:

Robert S. Anderson
Steven E. Skrocki
Deborah M. Smith
Wayne D. Hettenbach

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Allen F. Clendaniel
Allen F. Clendaniel
Dorsey & Whitney, LLP

SUPPLEMENT TO DEFENDANT VEYS' SENTENCING MEMORANDUM - 2
*USA v Veys, et al.,* Case No. 1:06-CR-00003-HRH-PMP
4831-0863-6417\1\480253\00002