**ALAN VEYS – TESTIMONIAL LETTERS RECEIVED**

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 1. | Dr. Richard Ackers | 2600 Mission Bell Dr. San Pablo, CA 94806 | (510) 235-7800 | Letter |
| 2. | William H. Addeo President | Montauk Boat Works PO Box 104 Stuart, FL 34995 | (772) 260-9699 cell | Letter |
| 3. | Tim and Ann Art | 19216 Brockman Rd. Marengo, Illinois | (815) 568-8742 | Letter |
| 4. | Don Allphin | 1167 North Geneva Rd. Provo, Idaho | No Phone # remaxdoa@gmail.com | Email |
| 5. | William H. Adair | 318 Willoughby Juneau, AK 99801 | (907) 463-5252 | Letter, fax |
| 6. | Kevin E. Anderson | 1915 Hawk Ct. Enumclaw, WA 98022 | No Phone # | Letter, fax |
| 7. | Peter & Paige Antognazzi | 14866 W. Middle Rd. Tracy, CA 95304 | No Phone # cowchaser1959@aol.com | Email |
| 8. | Dan Bailey | 585 Royal Oaks Drive Redding, CA 96001 | No Phone # No Email | Mail |
| 9. | Dan Babich | 426 Ridgeway Ct. Mahtomed, MN 55115 | No Phone # No. Email | Mail |
| 10. | Orion and Sue Bishop | 3825 S. Hwy 35 Woodland UT | (435) 783-2829 circlebl@gmail.com | Letter, fax, email |
| 11. | Robert T. Brown | Consolidated Press 600 S. Spokane Street Seattle, WA 98134 | (206) 447-9659 | Letter |
| 12. | Ken Bell | 5352 Plata Rosa Ct. Camarillo, CA 93012 | No Phone # No Email | Letter |
| 13. | George Barineau | 5915 Cardinal Creek Way Kingwood, TX 77345 | | Letter |
| 14. | Roger A. Bland | Royce Photo Graphics Supply, Inc. 2140 South 1260 West Salt Lake City, UT 84119 | (801) 975-1234 or (800) 821-5970 | Letter |
| 15. | Bruce G. Blackstone, MD | Longview Orthopedic Associates 625 – 9th Ave., Suite 210 Longview, WA 98632 | (360) 501-3400 | Letter |
| 16. | Andy Beltz | 617 Hackberry Dr. Security, CO 80911 | (   ) 392-7930 | Letter |
| 17. | Robert C. Burns CEO | R.C. Burns Co., Inc. PO Box 18338 Minneapolis, MN 55418 | (651) 483-0024 RBurns8156@msn.com | Mail, email |

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 18. | Julie Brodt | 856 W. Nelson Street, Apt. 907 Chicago, Il 60657 | No Phone # juliebrodt@yahoo.com | Fax |
| 19. | Joseph F. Butterworth, Jr. | 8538 Atascocita Lake Way Humble, TX 77346 | No Phone # No Email | Mail |
| 20. | Gary and Dixie Baker | Baker Rock 21880 SW Farmington Rd. Beaverton, OR 97007 | No Phone # No Email | Letter (unsigned) |
| 21. | Sheryl Carpenter | 27804 NE 154th St. Durall, WA 98019 | (425) 788-9917 (425) 802-4097 cell skcarpy@msn.com | Letter |
| 22. | James E. Clary President | Bud Clary Auto Group PO Box 127 Longview, WA 98632 | (360) 423-1700 or (800) 899-1926 | Mail |
| 23. | Jerry R. Cail President | Bear Industries Printing & Publishing 105 Cal Lane Sparks, NV 89431 | (775) 358-8822 or (800) 766-6755 | Mail |
| 24. | Tony Cannata | 1121 Wyoma Lane Schaumburg, IL 60193 | (847) 923-1004 | Letter |
| 25. | Ken Carpenter | SportsArt 19510 144th Ave. NE, Suite A Woodinville, WA 98072 | (206) 915-6702 cell (800) 709-1400, ext 107 work | Letter |
| 26. | Thomas J. De Loia | 517 Harvard Rd. San Mateo, CA 94402 | (650) 342-7719 | Mail |
| 27. | Christopher Erickson | 1051 N. Shore Drive Detroit Lakes, MN 56501 | 011 52 (624) 143-6991 Mexico No Cabo chris@cabovillasbeachresort.com | Mail |
| 28. | Bill Fiant | 12994 Hwy. 189 Daniel, Wyoming | (307) 859-8388 | Letter, email (unsigned) |
| 29. | Gerina Freeman | Gerina Freeman 22850 Pine Lake Dr. Colfax, CA 95713 | (530) 637-9250 or (916) 798-3057 | Mail |
| 30. | Lynn and Carolyn Fletcher | 9905 S. Shady Glen Ln. South Jord, UT | (801) 446-4389 | Letter |
| 31. | Steve Fussy | Sem Products, Inc. 651 Michael Wylie Dr. Charlotte, NC 28217 | (800) 831-1122 | Letter, fax |

Testimonial Letters – Alan Veys
Page 2 of 7

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 32. | Pepe Figueroa | 5409 Castle Bar Ln. Alexandria, VA  22315 | No Phone # Pepe@priorityoneservices.com | Email |
| 33. | Jim Flerchinger, D.D.S. | Chinook Falls Dental Clinic, P.C. 36840 SE Industrial Way Sandy, OR  97055 | (   ) 668-8301 (   ) 668-9432 | Email, letter |
| 34. | Dan Gosnell | PO Box 10055 Phoenix, AZ  85064 | (602) 955-4476 | Letter |
| 35. | Michael Grossman | 26 Horizon Farms Dr. Warwick, NY  10990 | (845) 258-1573 home (845) 258-0540 cell (212) 514-4121 work | Letter, fax |
| 36. | Paul D. Hermann, Esq | The Candler Building 127 Peach Street, N.E., Suite 822 Atlanta, GA  30303 | (404) 525-0095 | Letter |
| 37. | James E. Hart District Sales Manager for E.I. Dupoint de Nemours, Co. | 6754 Panorama Dr. Riverbank, CA  95367 | (209) 868-6364 | Letter, fax |
| 38. | William Higgins | 2331 Merion Dr. League Cit, TX  77573 | No Phone # whig401@yahoo.com | Email |
| 39. | Dwight Halvorson | 3260 Penryn Rd., Ste 200 Loomis, CA  95650 | dwight@dhalvorson.com | Email |
| 40. | Dan Hatfield | 2035 SE Evergreen St. Milwaukie, OR  97222 | No Phone # jimsvihla@earthlink.net | Email |
| 41. | Jeffrey Halas and James Halas | Jim Halas Ins Agency, Inc. 3637 N Elston Ave. Chicago, IL 60618 | (773) 463-4500 | Fax |
| 42. | Les Junge | 22607 Ponce Ave. Belmont, CA  94002 | (650) 533-4490 | Email, fax |
| 43. | Paul and Kathy Kirst | 3094 Seven Lakes West West End, NC  27376 | No Phone # No Email | Unsigned |
| 44. | George Kimball | 1681 Black Canyon Ln. Grace, ID  83241 | No Phone # | Mail |
| 45. | Max B. Kamp | 1330 Broadway St. Longview, WA  98632 | No Phone # No Email | Mail |
| 46. | Ivan & Alina Kleppen | 137 Inglewood Dr. Longview, WA  98632 | (360) 577-1606 | Mail |
| 47. | Jack Keeling Keeling Enterprises | 6258 Castle Hill Dr. Middletown, OH  45044 | No Phone # jlkeeling @roadrunner.com | Email, mail |

Testimonial Letters – Alan Veys
Page 3 of 7

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 48. | Robert Kirk | 1003 S. Fircroft St.<br>West Covina, CA  91791 | No Phone #<br>No Email | Mail |
| 49. | Alan Leak | 3831 Leak Ln.<br>Loomis, CA  95650 | (916) 652-4968 home<br>aciranch@ncbb.net | Fax, email |
| 50. | Eddie Tom Lakey | 1501 N. Electra<br>Sayre, OK  73662 | (580) 928-9664 | Mail |
| 51. | David Likes | PO Box 748<br>Tahoe City, CA  96145 | No Phone #<br>No Email | Mail |
| 52. | Daniel Lilja | Lilja Precision Rifle Barrels, Inc.<br>81 Lower Lynch Creek Rd.,<br>PO Box 372<br>Plains, MT  59859 | (406) 826-3084<br>lilja@riflebarrels.com | Email (unsigned) |
| 53. | Peter Longo | 42 Condit Terrace<br>West Orange, NJ 07052 | No Phone #<br>No Email | Mail |
| 54. | Donald Lewton | PO Box 5<br>Republician, NE 68971 | No Phone #<br>No Email | Mail |
| 55. | Bill Lewis | Lew's Lakeshore Nursery, Inc.<br>581 Lancaster Dr. SE, Suite 275<br>Salem, OR  97317 | (503) 932-9806 cell<br>(503) 763-1929 home | Mail |
| 56. | Lewis & Cheryl Lilly | 2203 Torino Dr.<br>LaPorte, IN  46350 | (219) 362-6339 | Mail |
| 57. | Darwin W. Lamb | 2135 West 2875 North<br>Cedar City, UT  84720 | No Phone #<br>mavourneen@netutah.com | Email |
| 58. | Don Lemmons | 2308 Talley Way<br>Kelso, WA  98626 | (360) 425-8390 | Mail |
| 59. | Robert Miller | 1369 Tranquility Ln.<br>Hartwell, GA  30643 | No Phone #<br>No Email | Mail |
| 60. | Rod Morrison | PO Box 32974<br>Juneau, AK  99803 | (907) 790-4448<br>(907) 321-3366 cell | Mail |
| 61. | Bobby L. Moore | 3706 DMG Dr.<br>Lakeland, FL  33811 | (863) 644-0456 x115<br>wilmmr@aol.com | Email (unsigned) |
| 62. | John P. Martin | 26025 Blondo St.<br>Waterloo, NE  68069 | No Phone #<br>No Email | Mail |
| 63. | Javan R. Maxedon | PO Box 656<br>New Harmony, UT  84757 | (435) 586-2795 | Email |
| 64. | William R. Micheli | 16883 Orchard Valley<br>Gurnee, IL 60031 | (847) 623-7827 | Fax |
| 65. | Al Norgal | 575 W119905 Ridge Rd.<br>Muskego, WI  53150 | (262) 679-3624 | Mail |

Testimonial Letters – Alan Veys
Page 4 of 7

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 66. | Franklin D. Nelson | 5623 Sierra Court<br>Fort Collins, CO 80528 | (970) 282-0345<br>fdjanelson@msn.com | Mail |
| 67. | Nathan Narrance | PO Box 212<br>Colbert, WA 99005 | (509) 465-9406<br>Narrance@hotmail.com | Mail |
| 68. | David T. O'Neal, Jr. | 1025 San Raymundo Rd.<br>Hillsborough, CA 94010 | (650) 878-4015 cell<br>(650) 578-7223 home | Fax (unsigned) |
| 69. | Michael Nosach | 7711 Dogwood Way<br>Murrayville, GA 30564 | No Phone #<br>mjnosach@bellsouth.net | Email, mail |
| 70. | Carol O'Connell | 2434 W. Springfield Rd.<br>St. Clair, MO 63077 | (636)-629-2166 home<br>(636)-358-6298 cell<br>oconnell@yhti.net | Email (unsigned) |
| 71. | Anthony (Tony) Pestorious | 69831 190th St.<br>Albert Lea, MN 56007 | (507) 402-3382<br>tmpestor@myclearwave.net | Mail |
| 72. | Richard L. Parmeiee | 6 Haven Ct.<br>Moraga, CA 94556 | (925) 631-0159 | Fax |
| 73. | Peter and Virginia Papac | Papac Logging, Inc.<br>PO Box 149<br>Montesano, WA 98563 | (360) 249-4175 | Fax |
| 74. | Mr. Robert Prah | W188S7688 Oak Grove Dr.<br>Muskego, WI 53150 | No Phone #<br>No Email | Mail |
| 75. | Gary and Beverly Roach | 15302 CR 109<br>Merrifield, MN 56465 | No Phone #<br>MrWalleye@brainerd.net | Email, mail |
| 76. | Richard Roach | 11019 City Rd. 118<br>Nisswa, MN | MrWalleye@brainerd.net | Email, mail |
| 77. | Robert and Shirley Rozsypal | 11518 Woodglen Ln.<br>Burr Ridge, IL 60527 | No Phone #<br>No Email | Mail |
| 78. | Brett Robison | Sanctuary Wealth Management<br>275 South 5th Ave., Suite 151<br>Pocatello, ID 83201 | (208) 233-0080 or<br>(888) 795-0342<br>brett@sancwm.com | Email, fax |
| 79. | Robert and Lorraine Roth | 23131 Mora Glen Dr.<br>Los Altos, CA 94024 | No Phone #<br>No Email | Mail |
| 80. | Cathy Ramsay | PO Box 797<br>Crane, OR 97732 | (541) 493-2271<br>edcathyramsay@centurytel.net | Email (unsigned) |
| 81. | Ed Ramsay | PO Box 797<br>Crane, OR 97732 | (541) 493-2271<br>edcathyramsay@centurytel.net | Email (unsigned) |
| 82. | Walter & Helen Sutton | 25707 NE 425th St.<br>Amboy, WA 98601 | (360) 247-5434 | Mail |
| 83. | Lanny A. Schmid | 2535 Park Place Dr.<br>Fremont, NE 68025 | (402) 721-3694<br>lgschmid@omi-tech.net | Email, mail |

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 84. | Thomas Shepker | 921 Bristol-Champion Town Line Rd. Bristolville, OH 44402 | No Phone # toshepker@wcisteel.com | Email |
| 85. | Kevin & Lisa Stringer | 4880 N. Kilpatrick Chicago, IL 60630 | (773) 286-3656 Lisa shouldabeenblond@earthlink.net | Email, mail |
| 86. | Mark M. Sapirstein, MD | 1106 Douglas, Suite D Longview, WA 98632 | (360) 423-0088 | Mail |
| 87. | Steve Smith | 14138 Terry Dr. Orland Park, IL 60462 | (708) 460-2146 sstkkursk@comcast.net | Email, fax |
| 88. | Mike Schnettier | 515 4th Ave. Sartell, MN 56377 | No Phone # Mike.Schnettler@navico.com | Email, fax |
| 89. | Jerry Sessions | Prudential NW Properties 1118 Ocean Beach Hwy Longview, WA 98632 | (360) 957-6422 or (360) 274-6574 | Fax (unsigned) |
| 90. | Dan Sandy | DaPaul, Inc. PO Box 4094 Tumwater, WA 98501 | No Phone # jknittle@valleyac.com | Email (unsigned) |
| 91. | Marvin Teitelbaum | 15 Tara Way Pittstown, NJ 08867 | (907) 303-4077 | Mail |
| 92. | Rebecca Tobey | Tobey Studios, Inc. 37 Droege Rd. Santa Fe, New Mexico 87508 | (505) 986-0106 | Mail |
| 93. | Ken Torbett | 453 Brushstroke Cir. Marietta, GA 30067 | No Phone # KTorbett@UNUM.com | Email, fax |
| 94. | Steve Taylor | 1023 S. Arlington St. Appleton, WI 54915 | No Phone # No Email | Mail |
| 95. | Bruce and Robin Wheeler | 37 Carlisle Rd. Province, IL | No Phone # Brw1977@comcast.net | Email, fax |
| 96. | Dennis R. Webb Mayor | City of Holladay 4580 S. 2300 E. Holladay, UT 84117 | (801) 272-9450 | Mail |
| 97. | Zach Wiegert | Houston, Texas | No Phone # No Email | Mail |
| 98. | Lowell Willis President Utah Wilbert Vault | PO Box 311 Lehi, UT 84043 | (801) 768-1701 | Mail |
| 99. | Dennis G. Watson | | (907) 209-9999 | Mail |
| 100. | Don and Sheila White | PO Box 984 Herber City, UT | (435)-671-8848 or (435)-654-4357 | Mail |

| No. | NAME | ADDRESS | TELEPHONE | By Email/Letter |
|---|---|---|---|---|
| 101. | Robert Yohr | PO Box 237<br>Angels Camp, CA 95222 | No Phone #<br>No Email | Mail |
| 102. | Senator Bob Lessard (Ret.) | 173 N. McKnight Rd.<br>Suite 305<br>St. Paul, MN  55119 | No Phone #<br>No Email | |
| 103. | Gary Roth | | (408) 370-6955 | Mail |
| 104. | Michael J. Kennedy | 4958 West 162nd Street<br>Oak Forest, IL 60452 | (708) 535-2203<br>(708) 535-0590 fax | Fax |
| 105. | Floyd Burton, MD | | (530) 674-8108 | Fax |

Copies of letters presented as **Attachment 1**.

| 106. | John Prochnow | 2306 Country Home Rd.<br>Okoboji, IA  51355 | (712) 332-8072 | Fax |
|---|---|---|---|---|
| 107. | Stephen M. Warning | 209 Cole Rd.<br>Kelso, WA 98626 | WarningS@co.cowlitz.wa.us | Email |

Copies of letters presented as **Attachment 2**.