### Prochnow, John

**From:** Prochnow, John
**Sent:** Tuesday, June 05, 2007 5:58 PM
**To:** 'Cole@pobox.alaska.net'
**Subject:** Mr Alan Veys Sentencing Attn:Brent Cole
**Importance:** High

John Prochnow
2306 County Home Rd.
Okoboji, IA 51355
Ph. 712-332-5072

May 18, 2007

To whom it may concern,

I have known Mr. Alan Veys since 1996. I met him at a consumer show by way of an introduction of a friend. I have grown to know him as a very hard working and honest individual. He has always been a man of his word. He has always been a person that helped others and put other peoples well being and feelings ahead of his own.

I have been a client of Pybus Point Lodge for 8 years and in all those trips. Alan has always looked out for the safety and satisfaction of all his guests in all my visits. I have been around the world to various fishing camps/ lodges. In all of them that I have stayed at, Pybus point is the one I choose to go back to over and over again. Not because the fishing is any better than other places. It is because of the care and service in which Alan and his staff give to the guests.

I do believe that Alan is deeply embarrassed and regretful about this matter. I don't understand all the details nor do I need too. This has truly hurt him in a way that has made him regretful of the activates that have gotten him into this situation. I believe that he sees what is ahead for him.

Alan being a very avid outdoors type of person that cares for the environment. Where Hunting and Fishing is a lifestyle that he lives and loves daily. If he would lose this opportunity in his life it would be like being sentenced to solitary confinement.

Please know that in my opinion Alan would not purposely and knowingly harm the great outdoors that we all cherish so dearly.

Sincerely,

John Prochnow

*[signature: John Prochnow]*

6/6/2007

# STEPHEN M. WARNING

## 209 Cole Rd.
## Kelso, WA 98626

To: Hon. Judge Philip M. Pallenberg

Re: Alan Veys

Your Honor:

I am writing in support of Alan Veys, one of the most trusting, and trustworthy people I know.

For the last 28 years I have been involved in the justice system in one position or another, and am very familiar with the various and often contradictory goals a judge must attempt to achieve in a criminal sentencing. I believe that none of those goals requires nor even suggests a term of confinement for Mr. Veys.

While jail time will certainly involve additional punishment, (indeed I know he is horrified of the prospect) He has already been punished by the conviction. Alan is one of those people who could never envision himself on the wrong side of the law, and has taken great pride in being part of the silent majority of law abiding citizens. He has been devastated by the fact of his conviction. A term of jail will not serve as an additional deterrent as it would be impossible for Alan to be any more cowed by this process, and humiliated by his position, than he already is.

Alan's trusting nature certainly contributed to his current position. He has always been ready to give everyone his loyalty and trust without qualification or

**Attachment 2, p. 2 of 3**

equivocation.  But he remains worthy of trust.  I have entrusted him with my children for the last 4 years.  He has returned them at the end of each season as better people.

I cannot adequately describe to you the changes in Alan that have resulted from this conviction.  They have been profound, and will be long lasting.  He will, I think, be less trusting, but just as trustworthy.  Jail time is neither necessary nor appropriate to satisfy the needs of society.

Sincerely,


Stephen M. Warning