Brent R. Cole
MARSTON & COLE, PC
745 W. 4th Avenue, Suite 502
Anchorage, AK  99501
Telephone:    (907) 277-8001
Facsimile:     (907) 277-8002

Allen F. Clendaniel
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:     (907) 276-4152

Attorneys for Defendant Alan J. Veys

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                  Plaintiff,<br><br>vs.<br><br>ALAN J. VEYS and JAMES E. JAIRELL<br><br>                                  Defendants. | Case No. 1:06-CR-00003-HRH-PMP<br><br>**ERRATA TO SUPPLEMENT TO DEFENDANT VEYS'S SENTENCING MEMORANDUM** |

Defendant Alan J. Veys filed his supplement to his Sentencing Memorandum at Docket 123.  However, Exhibit C, pp. 1-7 was not marked.  A corrected Exhibit C, pp. 1 7 is attached hereto to replace the previously filed Supplement.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ERRATA TO SUPPLEMENT TO DEFENDANT VEYS' SENTENCING MEMORANDUM - 1
*USA v Veys, et al.,* Case No. 1:06-CR-00003-HRH-PMP
4842-6829-5937\1\480253\00002

DATED this 31st day of July, 2007, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By:    /s/ Allen F. Clendaniel
    Allen F. Clendaniel, ABA #0411084
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    Telephone:   (907) 276-4557
    Facsimile:   (907) 276-4152
    E-mail: clendaniel.allen@dorsey.com

    Brent R. Cole, ABA #8606074
    MARSTON & COLE, PC
    745 W. 4th Avenue, Suite 502
    Anchorage, AK 99501
    Telephone:   (907) 277-8001
    Facsimile:   (907) 277-8002

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 31st, day of July, 2007,a copy of the foregoing document was served on:

Robert S. Anderson
Steven E. Skrocki
Deborah M. Smith
Wayne D. Hettenbach

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

   /s/ Allen F. Clendaniel
   Allen F. Clendaniel
   Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ERRATA TO SUPPLEMENT TO DEFENDANT VEYS' SENTENCING MEMORANDUM - 2
*USA v Veys, et al.,* Case No. 1:06-CR-00003-HRH-PMP
4842-6829-5937\1\480253\00002