(Rev 8/07)                          **LIST OF EXHIBITS**

--------------------------------------------------------------------------------

Case No.  1:06-cr-00003-HRH-PMP-1          Magistrate Judge/Judge: **PHILIP M. PALLENBERG**

Title
USA vs.
ALAN J. VEYS

Dates of Hearing/Trial:  AUGUST 2, 2007

Deputy Clerk/Recorder: BECKY HILDENBRAND & SUSAN P. EVANS

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| WAYNE D. HETTENBACH | BRENT R. COLE |
|  |  |
|  |  |

--------------------------------**EXHIBITS**--------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| A | | X | 2000 Hunt Schedule Price List | 1 | | X | Client Hunting Schedule |
| B | | X | 2002 Hunt Schedule Price List | 2 | | X | Credit Card Statement Mullikin |
| C | | X | 2003 Price Sheet of Pamphlet | 3 | | X | Hunt charges |
| D | | X | 2004 Price Sheet | 4 | | X | Hunters List (Acct Document) |
| E | | X | 2001 Price Sheet & Summary Seahook Charters | 5 | | X | Prices for Minchew 2001 Hunt (Jairell Doc) |
| F | | X | 2006 Price Sheet Seahook Charters | 6 | | X | 4 Affidavits (Color Scanned Copies) |
| M-1 | | X | Hunt Contract 6/3/2000 | 7 | | X | Secret Service Report |
| M-2 | | X | Hunt Contract 6/3/2000 | 8 | | X | David S. Moore Forensic Report |
| M-3 | | X | Hunt Contract 6/3/2000 | 9 | | X | CV |

**Case No: 1:06-cr-00003-HRH-PMP – |     Judge: PHILIP M. PALLENBERG**

**PLAINTIFF  USA**                                         **DEFENDANT   ALAN J. VEYS**

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|------|----|----|------------------------|------|----|----|------------------------|
| G    |    | X  | Guest Registration — Pybus Point Lodge | 10 |  | X | Dr. Sperbeck's Forensic Report |
| H    |    | X  | Form Letter  Corack - Pybus Point Lodge |  |  |  |  |
| S    |    | X  | Report # 51- Investigation |  |  |  |  |
| U-1  |    | X  | Seizure tag - Photo Copy |  |  |  |  |
| S-2  |    | X  | Report # 24 -  Investigation |  |  |  |  |
| I    |    | X  | Hunting & Resident Affidavit |  |  |  |  |
|      |    | .  |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |
|      |    |    |  |  |  |  |  |