NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00003-1-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ERRATA** |
| vs. | ) | |
| | ) | |
| ALAN J. VEYS and | ) | |
| JAMES E. JAIRELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the United States of America, through counsel, and filed a

Motion to dismiss counts 1-5 and 14 of indictment and submitted a Proposed Order. It erroneously filed the Motion with the wrong defendant. Therefore, the Defendant withdraws the Motion and Proposed Order attached to Docket No. 132, and submits with this Errata the attached Motion and Proposed Order filed with defendant Veys.

RESPECTFULLY SUBMITTED this 23th day of August, 2007, in Anchorage, Alaska.

s/ Robert S. Anderson
ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
#0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2007
a copy of the foregoing was served
electronically on: Brent R. Cole, Allen F. Clendaniel,
and Kevin Fitzgerald.


s/ Steven E. Skrocki