NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 1:06-cr-00003-1-HRH |
| ) | |
| Plaintiff,           ) | |
| ) | |
| ) | GOVERNMENT'S MOTION TO |
| vs.           ) | DISMISS COUNTS 1-5 AND 14 |
| ) | OF INDICTMENT |
| ALAN J. VEYS and           ) | |
| JAMES E. JAIRELL,           ) | |
| ) | |
| Defendants.           ) | |
| ) | |

COMES NOW the Plaintiff, United States of America, by and through

undersigned counsel, and files with the court a Motion to Dismiss Counts 1 through 5

and 14 of the indictment filed in this case. Said motion is based on the plea agreement entered into between the United States and the defendant, as well as the fact that Defendant Veys' sentencing has occurred and sentencing has been imposed in conformity with the parties agreement.

Wherefore, given the foregoing, the United States respectfully requests that the court dismiss Counts 1 through 5 and Count 14 of the indictment charged against defendant Veys.

RESPECTFULLY SUBMITTED this 23rd day of August, 2007.

    s/ Robert S. Anderson
ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

    s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
#0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2007
a copy of the foregoing was served
electronically on: Brent R. Cole, Allen F. Clendaniel,
and Kevin Fitzgerald.


s/ Steven E. Skrocki