IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  )<br>vs.  )<br>  )<br>ALAN J. VEYS and  )<br>JAMES E. JAIRELL,  )<br>  )<br>    Defendants.  )<br>_____  ) | Case No. 1:06-cr-00003-1-HRH<br><br><br>PROPOSED ORDER-MOTION<br>TO DISMISS COUNTS 1-5 AND<br>14 AGAINST DEFENDANT<br>VEYS |

On August 23, 2006, the government filed a motion seeking dismissal of counts 1 through 5 and count 14 of the indictment in this case against defendant Veys. Having read and considered the motion,

IT IS HEREBY ORDERED:

that, in light of the plea agreement entered into between the parties, and imposition of sentence thereon, Counts 1 through 5 and 14 of the indictment charged against defendant Veys are hereby dismissed.

DATED: _____    _____
                                                           H. Russel Holland
                                                           U. S. DISTRICT COURT JUDGE