- 1 -

## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA       v.  ALAN J. VEYS, et al.

THE HONORABLE H. RUSSEL HOLLAND     CASE NO.  1:06-cr-0003-HRH

Deputy Clerk _____     Official Recorder _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The Government has filed an errata (Docket No. 133) requesting to withdraw the motion to dismiss filed August 23, 2007 (Docket No. 132), because of a clerical error in specifying the correct designations of defendant and respective counts.  The Government also seeks to refile the motion to dismiss.

The request is granted.  The Government will please refile the motion to dismiss and a proposed order concerning same.

---