RECEIVED
AUG 24 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ALAN J. VEYS   CASE NO. 1:06-cr-00003-HRH-PMP-1
Defendant: _X_ Present _X_ On Bond

BEFORE THE HONORABLE:   PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:   BECKY HILDENBRAND & SUSAN P. EVANS

UNITED STATES ATTORNEY:   WAYNE D. HETTENBACH

DEFENDANTS ATTORNEY:   BRENT R. COLE

U.S.P.O.:   PAMELA SHAW - TELEPHONIC *

PROCEEDINGS: IMPOSITION OF SENTENCE   HELD: AUGUST 2, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:14 a.m. court convened.

_X_ Notice of Appeal form given to defendant/defense counsel.

_X_ Officer Samuel S. Friberg, sworn and testified on behalf of
    the plaintiff. Plaintiff's exhibits A-I, M-1, M-2, M-3;
    **ADMITTED**. Defendant's exhibits 1, 2; **ADMITTED**.

At 11:57 a.m. court recessed until 1:11 p.m.

_X_ Officer Samuel S. Friberg resumed the stand and testified
    further. Plaintiff's exhibits I, S, S2, U-1; **ADMITTED**.
    Defendant's exhibits 3-6; **ADMITTED**.

_X_ Court and Counsel heard re: Objections to the Presentence
    Report. Government's oral motion to strike paragraph 49
    **DENIED**. Defendant's oral motion to strike paragraphs 8-16
    **DENIED**; paragraphs 19-22 **DENIED**; paragraph 25 **GRANTED**:
    footnote 2 to paragraph 25 is **STRICKEN**; paragraph 29 **DENIED**;
    paragraph 30 **DENIED**; paragraph 33 **DENIED**; paragraph 35 **DENIED**;
    paragraphs 36-38 **DENIED**; paragraph 49 **DENIED**; paragraph 51
    **DENIED**; paragraph 70 **GRANTED**: all of paragraph 70 is **STRICKEN**.

_X_ Officer Samuel S. Friberg recalled to the stand and testified
    further. Defendant's exhibit 7 and 8; **ADMITTED**.

At 3:09 p.m. court recessed until 3:25 p.m.

_X_ Dr. David Joseph Sperbeck, sworn and testified on behalf of
    the defendant as an expert witness. Defendant's exhibits 9,
    10; **ADMITTED**.

Continued on Page 2

Revised 6/18/07

CONTINUATION - PAGE 2
USA v ALAN J. VEYS 1:06-cr-00003-HRH-PMP-1
IMPOSITION OF SENTENCE
AUGUST 2, 2007

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Sentence imposed as stated in the judgment.

_X_ Conditions of Release remain in effect until Defendant remands to custody on October 1, 2007.

_X_ Imprisonment for a period of ONE MONTH beginning on October 1, 2007 at a facility to be determined by US Probation Officer.

_X_ Supervised Release for a period of ONE (1) year from the date of release from incarceration, starting November 1, 2007.

_X_ Home confinement in Washington starting on November 1, 2007 through January 15, 2008. UTILIZE ELECTRONIC MONITORING. Travel allowed to Trade Shows to promote business from January 15, 2008 till March 15, 2008. Continued Home confinement in Pybus Point Lodge from March 15, 2008 through May 31, 2007. UTILIZE ELECTRONIC MONITORING IF AVAILABLE.

_X_ 100 hours of community Work service to be done while in Washington (November 1, 2007 - January 15, 2008).

_X_ Fine $ _14,000.00_

_X_ Special Assessment $ _25.00_ , due immediately.

_X_ Restitution $ _6,000.00_ , to be paid to State of Alaska.

_X_ Court and counsel heard re Restitution to be paid joint and severally with James Jairell[1:06-cr-00003-HRH-PMP-2];**GRANTED**.

_X_ OTHER: Court and counsel heard re: Defendant's Oral Motion to seal psychological evaluation of David Sperbeck, Ph.D (Docket 78, exhibit A): **GRANTED.**

At 5:39 p.m. court adjourned.

DATE: _AUGUST 24, 2007_     DEPUTY CLERK'S INITIALS: _BH, SE_

Notes: ~~List of Exhibits filed separately.~~
    List of Witnesses filed separately.
    Payment coupon mailed to Defendant's counsel.

Revised 6/18/07