IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAN J. VEYS and<br>JAMES E. JAIRELL,<br><br>    Defendants. | ) Case No. 1:06-cr-00003-1-HRH<br>)<br>)<br>)<br>) PROPOSED ORDER-MOTION<br>) TO DISMISS COUNTS 1-5 AND<br>) 14 AGAINST DEFENDANT<br>) VEYS<br>)<br>)<br>) |

On August 23, 2006, the government filed a motion seeking dismissal of counts 1 through 5 and count 14 of the indictment in this case against defendant Veys. Having read and considered the motion,

IT IS HEREBY ORDERED:

that, in light of the plea agreement entered into between the parties, and imposition of sentence thereon, Counts 1 through 5 and 14 of the indictment charged against defendant Veys are hereby dismissed.

DATED: _____

                                                              H. Russel Holland<br>                                                              U. S. DISTRICT COURT JUDGE