IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )
                                )
     vs.                        )
                                )
ALAN J. VEYS          [D-01]    )
JAMES E. JAIRELL      [D-02]    )
                                )   No. 1:06-cr-0003-HRH
                 Defendants.    )
_____)
```

O R D E R

Motion to Dismiss Counts 1-5
and Count 14 against Defendant Veys[1]

On August 27, 2007, the government filed a motion seeking dismissal of Counts 1 through 5 and Count 14 of the indictment in this case against defendant Veys. Having read and considered the motion,

IT IS HEREBY ORDERED: that, in light of the plea agreement entered into between the parties, and imposition of sentence thereon, Counts 1 through 5 and Count 14 of the indictment charged against defendant Veys are hereby dismissed.

DATED at Anchorage, Alaska, this <u>28th</u> day of August, 2007.

/s/H. Russel Holland
United States District Judge

---

[1] Docket No. 140.

- 1 -