**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )   Case No. 1:06-cr-00003-01-HRH
v.                            )
                              )
ALAN J. VEYS,                 )
                              )
          Defendant.          )
_____)
```

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

　　　　  X  　The court has granted the motion of the government for dismissal without prejudice;
　　　　 ___ 　The court has granted the motion of the defendant for a Judgment of Acquittal;
　　　　 ___ 　A jury has been waived, and the court has found the defendant NOT GUILTY;
　　　　 ___ 　The jury has returned its verdict, finding the defendant NOT GUILTY;
　　　　 ___ 　(Other reason, or reasons, if any);
of the offense(s) of Conspiracy in violation of 18 U.S.C. § 371; 18 U.S.C. § 2; Wildlife Trafficking in violation of 16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(1)(B); 18 U.S.C. § 2 and Forfeiture Allegation in violation of 16 U.S.C. § 3374(a)(2) as charged in count(s) 1-5 and 14 of the Indictment.

　　　　**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

　　**DATED** at Anchorage, Alaska, this 28th day of August, 2007.

　　　　　　　　　　　　　　　　　　/s/ H. Russel Holland
　　　　　　　　　　　　　　　　　　H. Russel Holland
　　　　　　　　　　　　　　　　　　United States District Judge

[106cr3-01HRH-judgment of discharge.wpd]{DISCHARG.WPD*Rev.07/03}