IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ALAN J. VEYS and )<br>JAMES E. JAIRELL, )<br>)<br>Defendants. ) | Case No.: 1:06-cr-00003-HRH |

### DEFENDANT VEYS'S MOTION AND MEMORANDUM
### TO MODIFY SENTENCING JUDGMENT

Alan J. Veys hereby moves this Court to amend his sentencing judgment. Mr. Veys respectfully requests the Court to: 1) amend the judgment to recommend the placement of Mr. Veys at the minimum security satellite system at the Sheridan Federal Corrections Institute in Oregon; and 2) amend the conditions of his supervised release to allow him to serve his entire five months of home confinement at his lodge at Pybus Point Bay.

As the judgment reads right now, Mr. Veys is required to serve one month confinement. Mr. Veys has been directed to report to the Seattle Federal Detention Center. Additionally, the judgment requires Mr. Veys to serve his first two-and-one-half months of home confinement at his apartment/property in Castle Rock, Washington. He is then allowed to attend sports shows around the country from January 15, 2008 to

LAW OFFICES OF
**Marston &
Cole, P.C.**
745 WEST FOURTH
AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Defendant Veys' Motion and Memo to Modify Sentencing Judgment
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
Page 1 of 5

March 15, 2008. Afterwards, Mr. Veys is allowed to serve the remaining period of home confinement at his Pybus Point Bay lodge.

Mr. Veys is making two specific requests. First, Mr. Veys requests that this Court include a recommendation in the sentencing judgment that Mr. Veys be placed at the minimum security satellite system at the Sheridan Federal Corrections Institute in Oregon, rather than the Seattle Federal Detention Center. Mr. Veys understands that this is only a recommendation and the Bureau of Prisons is not required to follow the Court's recommendation. Experience has shown, however, that the Court's recommendations are helpful in this area. In this regard, Mr. Veys's pastor, Pastor James "Skip" Stock, would be able to visit Mr. Veys during his incarceration if Mr. Veys is placed at the Sheridan Federal Corrections Institute, but will not be able to visit him if he is placed in Seattle. Mr. Veys's pastor lives about an hour-and-a-half drive from the Sheridan Federal Corrections facility. *See* Letter from James "Skip" Stock, attached as Exhibit A. Mr. Veys also has relatives in the southern Washington area. Finally, Mr. Veys's bankruptcy attorneys are located in the Portland area, and placement in Oregon would help facilitate their interaction with him. For these reasons, Mr. Veys requests that his judgment be amended to recommend placement at the minimum security satellite system at the Sheridan Federal Corrections Institute.

Mr. Veys is also requesting that he be allowed to serve his entire period of home confinement at his lodge in Pybus Point Bay. He requests this amendment for the following reasons:

LAW OFFICES OF
**Marston &
Cole, P.C.**
745 WEST FOURTH
AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Defendant Veys' Motion and Memo to Modify Sentencing Judgment
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
Page 2 of 5

1.   The Court initially stated at his sentencing hearing that Mr. Veys could serve his home confinement in either Alaska or Washington.  *See* Transcript of Proceedings, Court Comments at Sentencing, attached as Exhibit B.  The Court specifically stated at the beginning of its comments that Mr. Veys would be able to serve his home confinement at his lodge in Pybus Point Bay or in Castle Rock, Washington.  *Id.* at 5:20-23.  Mr. Veys requests that the sentencing judgment reflect the Court's initial comments.

2.   Mr. Veys has had ongoing issues with the State of Alaska regarding his Alaska residency.  In order to avoid future problems and adverse determinations about his residency, Mr. Veys is requesting that he be able to perform his home confinement in Alaska, rather than in Washington.

3.   Mr. Veys has recently had problems with vandalism at his Pybus Point Bay lodge and would like to spend as much time as possible at the lodge to avoid any further problems.

4.   Mr. Veys has rented his apartment in Castle Rock, Washington and it is not available for him without breaching the lease agreement.

5.   Dr. Sperbeck has written a letter explaining that Mr. Veys's health issues are exacerbated when he stays at his apartment in Washington.  *See* Letter from Dr. David J. Sperbeck, attached as Exhibit C.

The only concern the Court might have is with the 100 hours of community work service Mr. Veys must complete during this first period of confinement.  The Alaska

**LAW OFFICES OF**
**Marston &**
**Cole, P.C.**
745 WEST FOURTH
AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Defendant Veys' Motion and Memo to Modify Sentencing Judgment
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
Page 3 of 5

Library has agreed to accept a handmade table built by Mr. Veys as a donation. *See* Exhibit D. Mr. Veys builds beautiful tables and this task is expected to take in excess of several hundred hours to complete. A picture of a table built by Mr. Veys is attached as Exhibit E. This picture demonstrates the craftsmanship and personal attention that goes into a table that Mr. Veys builds. He is in the process of making arrangements to have this table qualified to satisfy his community work service requirement through his probation officer.

For these reasons, Mr. Veys moves this Court to amend his sentencing judgment as to: 1) recommend that Mr. Veys be allowed to serve his one month period of incarceration at the minimum security satellite system at the Sheridan Federal Corrections Institute; and 2) allow Mr. Veys to serve his entire period of home confinement at his lodge in Pybus Point Bay.

DATED this 20th day of September, 2007, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:   /s/ Allen F. Clendaniel
      Allen F. Clendaniel, ABA #0411084
      DORSEY & WHITNEY LLP
      1031 West Fourth Avenue, Suite 600
      Anchorage, AK 99501-5907
      Telephone:   (907) 276-4557
      Facsimile:   (907) 276-4152
      E-mail: clendaniel.allen@dorsey.com

**LAW OFFICES OF**
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Defendant Veys' Motion and Memo to Modify Sentencing Judgment
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
Page 4 of 5

Brent R. Cole, ABA #8606074
MARSTON & COLE, PC
745 W. 4th Avenue, Suite 502
Anchorage, AK  99501
Telephone:    (907) 277-8001
Facsimile:    (907) 277-8002
E-mail: cole@pobox.asaska.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th, day of September, 2007, a copy of the foregoing document was served on:

Robert S. Anderson
Brent Cole
Kevin Fitzgerald
Wayne D. Hettenbach
Steven E. Skrocki

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

　　　　/s/ Allen F. Clendaniel
　　　　Allen F. Clendaniel
　　　　Dorsey & Whitney, LLP

**LAW OFFICES OF**
**Marston & Cole, P.C.**
745 WEST FOURTH AVENUE
SUITE 502
ANCHORAGE, AK 99501
TEL. (907) 277-8001
FAX (907) 277-8002

Defendant Veys' Motion and Memo to Modify Sentencing Judgment
USA v. Veys and Jairell, Case No. 1:06-cr-00003-HRH
Page 5 of 5