September 19, 2007

Magistrate Judge Philip Pallenberg

United States District Court for the District of Alaska

Juneau, Alaska 99801

Re: <u>Alan Veys: Case No. 1:06-cr-00003-HRH</u>

Dear Judge Pallenberg:

The purpose of my letter is to request an accommodation for someone about to be incarcerated. Mr. Alan Veys is someone that I have counseled and for whom I have served as his minister or pastor for over ten years. I speak with Alan at least once each week, and do what I am able to help him on his walk with God. As a minister for forty years, I have assisted countless members of my church, their families, friends and others while incarcerated in Oregon and California.

Pastoral counseling to those in prison is a powerful deterrent to despair and anger. Entering prison is a disorienting experience for those whose world, like Alan's, is far removed from those frequenting the prison system. Through my visitations, I am able to achieve and maintain a special connection with the inmates, so that they do not lose sight of the world left behind or why they are incarcerated. Alan has a particular way of seeing the world that ill equips him to be incarcerated. He and I have been discussing the upcoming start date of October 1, and he is consumed with the regret that comes with such an expectation. His relationship with God will of course aid him in managing the experience.

The Sheridan Federal Corrections Institute is located about an hour and half drive from my home, and I would be able to see Alan at least weekly should he be assigned there. It would not be possible for me to visit him near Seattle, Washington where he is currently assigned.

Alan is a good man, who must now serve his time amongst people very different from himself. He has expressed his contrition for whatever wrong he may have done to me many times, and I am optimistic that we would be able to productively prepare him to leave the prison with the sort of understating that will guide him back into his previously productive life, when he is released. My role is to ask in his behalf, so that we may continue our work together.

His previous life is well known to me, and I have every hope and expectation that Alan will be able to put all of the difficulties behind him. However, his relationship with God must be maintained as a refuge for him now and later. If there is anything that you or the Bureau of Prisons can do to allow us to continue our work face-to-face, I would be grateful for your efforts. My cell number is 541-954-2425 should anyone need to contact me.

Sincerely,

James "Skip" Stock, Pastor

**Exh. A, p. 1 of 1**