**David J. Sperbeck, Ph.D.**

2530 Debarr Road      A.K. Cert. AA0233      Anchorage, Alaska 99508

tel: (907) 563-8816
fax: (907) 264-4331

Licensed Clinical Psychologist
Fellow, American College of Forensic Psychology
Member, National Academy of Neuropsychology
Member, American Psychological Association

September 19, 2007

Brent Cole, Attorney at Law
745 West 4th Avenue
Anchorage, Alaska 99501

Re:   Alan J. Veys

Dear Mr. Cole:

I am writing for the purpose of recommending that consideration be given to requesting that Alan Veys be permitted to serve the house arrest portion of his post-incarceration sentence at his Pybus Bay Lodge.

As you know, I have been providing weekly counseling to Mr. Veys. During these sessions, Mr. Veys has expressed a desire to comply with the court's recommendations and orders. He has developed many good ideas for providing community service above and beyond the court's requirements.

It has also been my observation that whenever Mr. Veys has traveled to his shop property in Washington State, that he becomes quite despondent, prone to depression and rumination, and ultimately decompensates in his usual buoyant disposition. After many months of discussion, it has become apparent that Mr. Veys' memories of his dysfunctional and neglected childhood tend to dominate his existence when he is spending time at his Washington State property. Furthermore, when he is in Washington State, he tends to focus on and exaggerate the extent of his tarnished reputation in light of his recent conviction on a federal misdemeanor guilty plea. It is for this reason that I would recommend that he serve his house arrest time in Alaska.

I hope that these observations and findings are helpful to you in your understanding of Mr. Alan J. Veys' legal and clinical circumstances. If I may be of further assistance to you in this matter, please don't hesitate to contact me immediately.

David J. Sperbeck, Ph.D.
Licensed Clinical Psychologist (#AA0233)

Fellow, American College of Forensic Psychology
Fellow, National Academy of Neuropsychology

Associate Clinical Professor of Psychiatry
University of Washington School of Medicine

Exh. C, p. 1 of 1