### Clendaniel, Allen

**From:** Tres [tres.lewis@acsalaska.net]
**Sent:** Tuesday, September 18, 2007 11:39 AM
**To:** Clendaniel, Allen; Emartinezhmb@aol.com
**Subject:** Veys / Community Work Service Table.

Gentlemen
    Below is the affirmative answer on the State Library being able to accept a table as a gift. It also suggests who the contact person will be to do the follow up with to get this project done... Tres Lewis

    X-Original-To: tres.lewis@acsalaska.net
    Delivered-To: tres.lewis@acsalaska.net
    Date: Tue, 18 Sep 2007 11:29:56 -0800
    From: "Shelton, Kathryn H (EED)" <kay.shelton@alaska.gov>
    Subject: RE: Community Work Service Table.
    To: Tres <tres.lewis@acsalaska.net>
    Thread-topic: Community Work Service Table.
    Thread-index: Acf6KAPTh/c2k93+S0eGewMBpH+FGwAAaneg
    X-Greylist: Sender IP whitelisted, not delayed by milter-greylist-3.0 (abacus.acsalaska.net [209.112.168.120]); Tue, 18 Sep 2007 11:29:58 -0800 (AKDT)
    X-ACS-Spam-Status: no
    X-ACS-Scanned-By: MD 2.61; SA 3.2.3; spamdefang 1.122

    Hi Tres:
    Thank you for your email.  I was just thinking of giving you a call.

    I did receive an email late yesterday stating that the Library is able to accept such a gift for the state.  Now we need to determine whether and how we would use such a gift.  I have asked Linda Thibodeau, our Deputy Director, to work with you and with staff on this. I am copying her with this email so that she has your contact numbers.

    Thank you for your interest in supporting the Library.

    Best.
    Kay


    Kay Shelton, Director
    Alaska Libraries, Archives & Museums
    tel. 907-465-2911; fax 907-465-2151
    kay.shelton@alaska.gov


    -----Original Message-----
    From: Tres [mailto:tres.lewis@acsalaska.net]

Case 1:06-cr-00003-HRH   Document 149-5   Filed 09/20/2007   Page 2 of 3

Veys / Community Work Service Table.                                                    Page 2 of 3

Sent: Tuesday, September 18, 2007 11:12 AM
To: Shelton, Kathryn H (EED)
Subject: Community Work Service Table.

Ms. Shelton
   Thank you for speaking with me on the phone about the table that my client would like to build as part of his community work service. I was wondering if you had been able to determine if the State of Alaska Library or the State Museum were able to except the table after it has been built.
   I have attached a photograph of an example of the type of table that were suggesting he build. You will have the ability to determine the size of the table that would be built.
--
Tres Lewis                    Member of: AIA. USAPI
Mendenhall Investigations Inc.
227 7th Street Juneau, Alaska 99801
E-mail    lewis@ptialaska.net
          lewis@acsalaska.net
Phone 907-586-3303
Fax   907-586-2206
Cell  907-723-8808
****************************************
*The World is Small if You Investigate.*[(c) 1985]*
****************************************
Confidentiality Note:
  The information in this electronic mail ("e-mail") message may
  be confidential and for use of only the named recipient.  The
  information may be protected by privilege, work product immunity
  or other applicable law.  If you are not the intended recipient
  the retention, dissemination, distribution or copying of this
  e-mail message is strictly prohibited. If you receive this e-mail
  message in error please notify us immediately by telephone
  at 907-586-3303 or by e-mail at lewis@ptialaska.net or
  lewis@acsalaska.net


--

Tres Lewis                    Member of: AIA. USAPI
Mendenhall Investigations Inc.
227 7th Street Juneau, Alaska 99801
E-mail    lewis@ptialaska.net
          lewis@acsalaska.net
Phone 907-586-3303
Fax   907-586-2206
Cell  907-723-8808
****************************************
*The World is Small if You Investigate.*[(c) 1985]*
****************************************

Confidentiality Note:
The information in this electronic mail ("e-mail") message may
be confidential and for use of only the named recipient.  The
information may be protected by privilege, work product immunity
or other applicable law.  If you are not the intended recipient
the retention, dissemination, distribution or copying of this
e-mail message is strictly prohibited. If you receive this e-mail
message in error please notify us immediately by telephone
at 907-586-3303 or by e-mail at lewis@ptialaska.net or lewis@acsalaska.net