### MINUTES OF THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA           v.   ALAN J. VEYS, et al.

THE HONORABLE H. RUSSEL HOLLAND         CASE NO.   1:06-cr-0003-HRH

    This Order pertains to:        **VEYS**, Alan J. [D-01]

Deputy Clerk                            Official Recorder
_____                 _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Defendant Veys has filed a motion to modify and amend his sentence.[1] Plaintiff's opposition, if any, shall be filed on or before October 5, 2007.

---

[1] Docket No. 149.