b

NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00003-01-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **GOVERNMENT'S** |
| | ) | **NON-OPPOSITION TO** |
| vs. | ) | **DEFENDANT VEYS' MOTION** |
| | ) | **AND MEMORANDUM TO** |
| ALAN J. VEYS and | ) | **MODIFY SENTENCING** |
| JAMES E. JAIRELL, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the Plaintiff, United States of America, by and through

undersigned counsel, and files its non-opposition to Defendant Veys' Motion to Modify

Sentencing Judgment filed on September 20, 2007, at docket number 149.  Defendant Veys motions the Court to allow him to serve his one month period of incarceration at the Sheridan Federal Corrections Institute, and to allow him to serve his entire period of home confinement at his lodge in Pybus Point Bay.  The government does not oppose either modification.

RESPECTFULLY SUBMITTED this 28th day of September, 2007.

 s/ Robert S. Anderson
ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

 s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
#0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007
a copy of the foregoing GOVERNMENT'S
NON-OPPOSITION TO DEFENDANT VEYS'
MOTION AND MEMORANDUM TO MODIFY
SENTENCING JUDGMENT was served
electronically on: Brent R. Cole, Allen F. Clendaniel,
and Kevin Fitzgerald.


s/ Steven E. Skrocki