IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                  Plaintiff,     )
                                 )
    vs.                          )
                                 )
ALAN J. VEYS         [D-01]      )
JAMES E. JAIRELL     [D-02]      )
                                 )    No. 1:06-cr-0003-HRH
                  Defendants.    )
_____)
```

O R D E R

Motion to Modify Judgment[1]

    Defendant Veys moves for an order amending the court's judgment in two respects. Veys would have the court recommend that his term of incarceration be carried out at the minimum security satellite facility at Sheridan Federal Correctional Institution in Oregon. Second, Veys would have the court modify the home detention requirements of supervised release so as to permit him to serve the entire five months of home detention at his lodge at Pybus Point Bay, Alaska. The Government has filed its express non-opposition to the two foregoing proposals.[2]

    The court recommends that defendant Veys' place of incarceration be the minimum security satellite facility at Sheridan, Oregon.

---

[1]Docket No. 149.

[2]Docket No. 153.

The court's judgment of August 28, 2007,[3] shall be amended so as to permit Veys to serve his entire five months of home detention at his lodge at Pybus Point Bay, Alaska. In all other respects, the terms and conditions of supervised release are unchanged.

DATED at Anchorage, Alaska, this <u>10th</u> day of October, 2007.

<u>/s/ H. Russel Holland</u>
United States District Judge

---

[3] Docket No. 143.

- 2 -